# Exhibit B



# *2020 TEBP Summary Plan Description*

## Table of Contents

### Getting Started

Eligibility and Enrollment ......................................................................................... 2 – 17

### Health

Medical......................................................................................................................... 18 – 57

Prescription Drug ....................................................................................................... 58 – 73

Dental........................................................................................................................... 74 – 99

Employee Assistance Program (EAP) ..................................................................... 100 – 103

Vision........................................................................................................................... 104 – 113

Life Events ................................................................................................................... 114 – 189

Other Information (includes information on claims appeals, COBRA, HIPAA, and ERISA)...... 190 – 226

### Financial

Spending Accounts and Health Reimbursement Account....................................... 227 – 251

Life and Accidental Death and Dismemberment...................................................... 252 – 258

Business Travel Accident .......................................................................................... 259 – 274

### Appendix 1

**Note:** The Tenet Employee Benefit Plan (TEBP) also includes the Short-Term Disability, Long-Term Disability, Critical Illness, and Long-Term Care programs. Information on these programs, along with a detailed companion document to the *Life and Accidental Death and Dismemberment* section above, may be accessed via ***benefitsolutions.ehr.com.***



# *Eligibility & Enrollment* Summary Plan Description

## About This Summary Plan Description (SPD)

The Tenet Employee Benefit Plan (TEBP) is a comprehensive welfare benefits program intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125. The TEBP is maintained by Tenet Healthcare Corporation (Tenet) for the benefit of its employees and the employees of its participating affiliates.

This document, together with the benefits policy for the Short-Term Disability, Long-Term Disability, Critical Illness, Life/Accidental Death and Dismemberment, and Long-Term Care programs, serves as the summary plan description (SPD) for the TEBP and summarizes key provisions of the TEBP. You can obtain more information about the TEBP by reviewing the official plan documents for the TEBP. If there is any discrepancy between this online SPD and the official plan documents for the TEBP, the official plan documents will govern. For more information on obtaining the official plan documents, see the Other Information section of this SPD site.

Note:  Please keep in mind that there may be Tenet facilities or subsidiaries that do not participate in the TEBP.  Please check with the Human Resources department at your facility for more information.

# Who's Eligible?

## Employees

You're eligible to enroll in the Tenet Employee Benefit Plan (TEBP) and the component benefit programs offered through it as long as you are an employee (as defined below) and you meet the eligibility requirements of the specific benefit program at issue:

| Benefit Program | Eligibility Requirements |
|---|---|
| **Health Care Programs** <br><br> ♦ Medical (including the Health Reimbursement Account Program[1]) <br> ♦ Employee Assistance Program (EAP)[2] <br> ♦ Prescription Drug <br> ♦ Dental <br> ♦ Vision <br><br> **Spending Accounts** <br><br> ♦ Health Care and Dependent Care Spending Accounts <br> ♦ Health Savings Account (HSA)[3] | ♦ You're classified[4] by Tenet as a full-time employee. <br><br> ♦ You're classified[4] by Tenet as a part-time 1 employee. <br><br> ♦ With respect to the Medical and the Prescription Drug Programs only, you're determined to work 30 hours or more per week in accordance with Tenet's "ACA Compliance Full-Time Employee Determination Policy" (i.e. you are an "ACA Full-Time Employee") attached as Appendix 1 to this SPD. <br><br> ♦ With respect to the Prescription Drug Program, you are enrolled in a Medical Benefit Program option. See the Prescription |

| Benefit Program | Eligibility Requirements |
|---|---|
| | Drug section of this SPD for more information. |
| | ♦ With respect to the Health Reimbursement Account Program, you are enrolled in either the Gold or Health & Reimbursement coverage option under the Medical Benefit Program. |
| | ♦ All active employees are automatically enrolled in the EAP (regardless of employee classification). |
| **Protection Plans**<br><br>♦ Long-Term Care | ♦ You're classified[4] by Tenet as a full-time employee. |
| **Protection Plans**<br><br>♦ Basic Life/Accidental Death and Dismemberment (AD&D)<br><br>♦ Supplemental Life and Accidental Death and Dismemberment (AD&D)<br><br>♦ Business Travel Accident<br><br>♦ Accident<br><br>♦ Short and Long Term Disability<br><br>♦ Critical Illness | ♦ You're classified[4] by Tenet as a full-time employee.<br><br>♦ You're classified[4] by Tenet as a part-time 1 employee.[4]  Please note:  Eligibility for Protection Plans for union employees classified as part-time 1 employees is subject to the terms of the applicable collective bargaining agreement and may not be available to all union part-time 1 employees. |

[1]You must be enrolled in either the Gold Medical Plan or Health & Reimbursement Medical Plan in order to have a Health Reimbursement Account.

[2] You and your household residents may access EAP benefits without being enrolled in one of the Tenet Medical Plan options.

[3]HSAs have been listed for informational purposes only. HSAs are savings accounts established by employees and are not an ERISA benefit program established or maintained by Tenet or its affiliates.  To establish an HSA, an employee must be enrolled in the Silver Medical Plan or Health & Savings Medical Plan.

[4]Classification by Tenet as a full-time, part-time 1, or part-time 2 employee is based on Tenet's determination as to anticipated scheduled hours and is not impacted by the fact that you may, on occasion, work more or less than your anticipated scheduled hours.  Be sure to check with your local Human Resource department to determine your classification, and keep in mind that classification criteria may differ from facility to facility.

Only employees of Tenet (and, as described above, their dependents and/or household members) are eligible to participate in the TEBP.  An "employee" of Tenet includes any individual employed or formerly employed by Tenet (and its affiliates or subsidiaries who participate in the Plan).  The term "employee" does not include any individual 1) who is a leased employee or who is determined by Tenet to be an independent contractor (even if such leased employee or independent contractor is later determined to be an employee by the IRS, DOL, a court, or Tenet), or 2) whose terms of employment are governed by a collective bargaining agreement, unless that agreement provides for coverage in the Plan.

| Guidelines About Part-Time 1 Employee Eligibility |
|---|
| Part-time 1 employees are not eligible for long-term care. While part-time 1 employees are generally eligible for Critical Illness and Short and Long Term Disability, certain exclusions may apply for union employees based on the terms of applicable collectively bargained agreements. |

# Dependents

Because having good care and financial protection are also important for your loved ones, Tenet allows you to cover your dependents under certain benefit programs.

| Benefit Program | Dependents Eligible for Coverage |
|---|---|
| **Health Care Programs**<br><br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision[1] | ♦ Your legal same- or opposite-sex spouse.<br>♦ Your same- or opposite-sex Domestic Partner, provided he or she meets Tenet's Domestic Partner policy requirements<br>♦ Your married and unmarried children up to age 26.<br>♦ Your mentally or physically disabled child, if the disability occurred prior to attainment of age 26.<br>(There are special provisions that may affect your child's eligibility. See "Special Situations That Can Affect Eligibility" for more information.)<br><br>♦ If you have enrolled in either the Gold or Health & Reimbursement option under the Medical Benefit Program, eligible health care expenses incurred by your dependent may be reimbursed under your Health Reimbursement Account (HRA), as long as your dependent qualifies as your federal tax dependent within the meaning of Internal Revenue Code (IRC) section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)).<br><br>♦ With respect to the EAP only, all members of your household are eligible for coverage, regardless of whether they are your dependents. |
| **Spending Accounts**<br><br>♦ Health Care and Dependent Care Spending Accounts<br>♦ Health Savings Account (HSA)[2] | ♦ Eligible expenses incurred by your dependent may be reimbursed under the Spending Accounts, as long as your dependent qualifies as your federal tax dependent within the meaning of IRC section 152, determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B).<br>(Note: Although Tenet allows you to cover your Domestic Partner, and in some cases, the children of your Domestic Partner, under certain of its benefit programs, expenses incurred with respect to these individuals are not eligible for reimbursement under the spending accounts unless such individuals qualify as your federal tax dependents as noted above.) |

| Benefit Program | Dependents Eligible for Coverage |
| --- | --- |
| **Protection Plans**<br><br>♦ Life/Accidental Death and Dismemberment (AD&D)<br><br>♦ Long-Term Care Program<br><br>♦ Accident<br><br>♦ Critical Illness | ♦ **For the Life/Accidental Death and Dismemberment (AD&D) Program:** Refer to the Life and AD&D section of this SPD.<br>♦ **For the Long-Term Care Program:** You must contact the carrier to purchase an individual policy for any dependents you wish to cover.  You can obtain coverage for the following dependents, provided they are under age 85:<br>　○ Your legal same- or opposite-sex spouse<br>　○ Your same- or opposite-sex Domestic Partner, provided he or she meets the applicable Domestic Partner requirements<br>　○ Your parents, stepparents or grandparents (natural or adoptive)<br><br>♦ **For the Critical Illness Program:**  If you have enrolled, you may enroll your spouse.  Additionally, if you have enrolled, your dependent children will automatically be covered at 25% of your coverage level.  Refer to the Benefits Policy for this program for more information, which is incorporated by reference into this SPD. |

[1]See also "Special Rule for Dependent Coverage under the Vision Program Only" below.

[2]HSAs have been listed for informational purposes only. HSAs are savings accounts established by employees and are not an ERISA benefit program established or maintained by Tenet Healthcare Corporation or its affiliates.  To establish an HSA, an employee must be enrolled in the Silver Medical Plan or Health & Savings Plan.

### Eligible Dependent Children

"Children" include your natural children, stepchildren, foster children and legally adopted children (including those children whose legal adoption proceedings are in progress) and children for whom you or your spouse serve as permanent legal guardian.

### Qualified Medical Child Support Order

If you separate or divorce, you may be required by the court to continue your children's health care coverage. The document that mandates this is called a Qualified Medical Child Support Order (QMCSO). You may request a copy of Tenet's QMCSO procedures free of charge from the Plan Administrator.

### Special Rule for Dependent Coverage under the Vision Program Only

Your unmarried grandchildren may be covered up to age 26, regardless of their student status. To enroll grandchildren, you must provide verification that they are your dependent for federal income tax purposes.

### Domestic Partners

For your Domestic Partner to be covered under the Medical Program (including the Prescription Drug Program) and the Dental and Vision Programs, you and your Domestic Partner must:

◆ Consider each other life partners,
◆ Both be age 18 or older (or, if younger, the age at which a marriage would be permitted in the state of residence),
◆ Not be blood related (to a degree that would prohibited if married),
◆ Have lived together for at least 6 months,

- ◆ Share the same permanent address,
- ◆ Be mentally competent,
- ◆ Not be legally married to or in a Domestic Partnership with anyone else,
- ◆ Not have had another Domestic Partner within the past six months, and
- ◆ Share necessities of life and financial interdependence (shown by at least two of the following):
  - A joint bank account, credit account or loan,
  - Joint vehicle ownership,
  - Joint ownership, mortgage or lease of a residence,
  - Evidence of common household expenses, such as utilities or phone,
  - Wills naming each other as executor and/or beneficiary,
  - Granting each other power of attorney,
  - Designating each other as a beneficiary under a retirement benefit account, or
  - Evidence of other joint financial responsibility.

Regardless of whether you and your Domestic Partner meet the above list of criteria, your Domestic Partner will be eligible for coverage under the Medical Program (including the Prescription Drug Program) and the Dental and Vision Programs, if you and your Domestic Partner are registered as Domestic Partners with any state or local government registry recognizing Domestic Partnerships (assuming you meet the requirements of such government registry). For information on whether your Domestic Partner is eligible for coverage under Long-Term Care or Life/Accidental Death and Dismemberment (AD&D), please see the sections of this TEBP SPD that cover these benefit programs.

Unless your Domestic Partner qualifies as a "dependent" under section 152 of the Internal Revenue Code (IRC), you may be treated as receiving "imputed income" for federal income tax purposes with respect to the benefits provided to your Domestic Partner. (Note that the factors used to determine "dependent" status under the IRC may differ depending on the type of benefit program at issue. For more information on determining whether your Domestic Partner is a dependent within the meaning of the IRC, please contact your tax advisor.) Imputed income is the difference between the value of the benefit provided to your Domestic Partner and the amount that you have paid for that benefit. You must pay federal income taxes (including Social Security tax and Medicare tax) on your imputed income. Similar treatment may apply for state and local income-tax purposes, to the extent applicable. Further, if your Domestic Partner does not qualify as your federal tax dependent (determined in accordance with IRC section 152 but without regard to IRC 152(b)(1), (b)(2), and (d)(1)(B)), expenses your Domestic Partner incurs cannot be reimbursed under the Health Reimbursement Account or the other spending account programs. A copy of the "Tenet Criteria for Domestic Partnership Status," which discusses these tax implications in more detail, is available on *benefitsolutions.ehr.com*. You must submit a Domestic Partner Affidavit along with any required documentation to obtain coverage. For more information on federal, state or local taxation of Domestic Partner benefits, please contact your tax advisor. If you are legally married to your Domestic Partner, to avoid imputed income, you should enroll your partner as your spouse rather than as a Domestic Partner.

## Who's Not Eligible?

You're *not* eligible for the Tenet benefit programs under the TEBP if you're a:

- ◆ Member of a collective bargaining unit (unless your collective bargaining agreement specifically provides for coverage under the Tenet benefit programs),
- ◆ Part-time 2 employee (which includes a per diem employee, temporary employee, a student, or an intern), except with respect to coverage under the EAP,
- ◆ Leased employee or independent contractor (even if you are later determined to be an employee by Tenet, the IRS, the DOL, or a court),
- ◆ An employee of a Tenet facility or subsidiary that is not a participating employer in the TEBP; or
- ◆ An Employee who does not work in the United States.

## Special Situations That Can Affect Eligibility

There are certain circumstances that can affect your dependent coverage. Here's an overview of some of them:

| Your Situation | |
|---|---|
| **If Your Child Is Mentally or Physically Disabled** | **What You Need to Know**<br>♦ A child up to age 26 who is mentally or physically disabled can enroll and or continue coverage in the Tenet Benefit Programs.<br>♦ A child age 26 and older, who is mentally or physically disabled can enroll and/or continue coverage if the mental or physical disability occurred prior to child's attainment of age 26.<br>**What You Need to Do**<br>♦ Provide your carrier with proof of your child's disability by the required deadline. |
| **If You Have a Family Member in the Military Service** | **What You Need to Know**<br>♦ Although family members who are in active military service with the armed forces of any country may be covered as dependents in Tenet benefit programs (subject to the eligibility requirements of each program), many programs exclude from coverage illnesses, injuries, or conditions resulting from such service.<br>**What You Need to Do**<br>♦ See the individual benefit program SPD sections for more information. |
| **If You and Your Spouse Both Work for Tenet\*** | **What You Need to Know**<br>♦ If you and your spouse are both Tenet employees and eligible for the Tenet benefit programs, there are special enrollment guidelines you'll need to follow.<br>**What You Need to Do**<br>♦ You can each elect coverage as an employee or one of you can choose to be covered as a dependent of the other. However, you can be covered only once — you can't be covered both as an employee and as a dependent of your spouse.<br>♦ You and your spouse can each cover different children; however, each child can be covered only once.<br>♦ If you or your spouse is ineligible for Tenet benefit programs as an employee, the ineligible spouse can be enrolled in coverage as a dependent of the eligible spouse. |
| **If You and Your Child Both Work for Tenet\*** | **What You Need to Know**<br>♦ The same eligibility rules that apply to married Tenet couples also apply if you and your dependent child are both employed by Tenet.<br>**What You Need to Do**<br>♦ Please see rules for Tenet married couples noted above. |
| \*For information about Basic Life and AD&D eligibility, please see the Life and AD&D section. | |

## A Word About Medicare Eligibility (Medical Plans Only)

At age 65 (or earlier for some people), you become eligible for Medicare Part A, Medicare Part B, Medicare Advantage (Part C) and Medicare Part D coverage. In brief, here's how each works:

◆ Medicare Part A covers hospitalization and is free.

◆ Medicare Part B covers outpatient services and requires you to pay a premium.

◆ Medicare Advantage (Part C) covers both hospitalization and outpatient services and requires you to pay a premium. To receive coverage, you enroll in one of the private health plans that contracts with Medicare. Many of these plans also offer prescription drug coverage.

◆ Medicare Part D provides stand-alone prescription drug coverage for the Medicare plans that don't offer it. To receive coverage, you enroll in one of the private drug plans Medicare has approved and you are required to pay a premium.

Being Medicare-eligible can affect your coverage under the Tenet Medical and Prescription Drug Programs.

| If You Choose to Be Covered ... | Here's What Happens ... |
|---|---|
| **By Both Medicare *and* the Tenet Medical Plan and Prescription Drug Program** | The Medical Plan and Prescription Drug Program will remain "primary" — that is, they will pay benefits first — as long as you remain an active employee or are under a severance agreement and to the extent required by the Medicare Secondary Payer rules and any other applicable federal statutory or regulatory requirements. For details, please refer to "When You're Covered by Another Medical Plan (Coordination of Benefits)" in the Medical and Prescription Drug sections of this SPD. |
| **By Medicare Only** | You need to notify the Benefit Solutions Center at 844-877-8591 within 31 days after electing Medicare as your only coverage. Your coverage under the medical plan for you and your dependents will stop on the date your Medicare coverage goes into effect. Your dependents can continue medical coverage under COBRA if they wish. Refer to the Other Information section of this SPD site for more details on COBRA coverage and what it costs. |

There are important deadlines to consider when deciding whether to enroll in Medicare Part D. If you don't sign up for Medicare Part D when first eligible, and later decide to enroll, you may then have to pay more for Medicare Part D coverage, depending on whether you were covered under a plan offering "creditable coverage." For example, if you become Medicare-eligible *and* remain covered under a Tenet Medical Program and Prescription Drug Program that provides creditable coverage, you can sign up later for Medicare Part D without incurring the added cost. These coverage rules also apply to your spouse if he or she is Medicare-eligible. If you have any questions about Medicare benefits and costs, please contact your local Social Security office. For more information regarding creditable and non-creditable coverage, see the Other Information section of this SPD.

## Life and Work Changes May Affect Benefits Eligibility!

In today's world, change is a fact of life. You may experience life event changes (for example, getting married, gaining a dependent or taking a leave of absence), as well as changes to your work

schedule. You should be aware that these changes may affect your eligibility for benefits. To find out what these changes are and how they affect you, please refer to the Life Events section of this SPD.

# When You Can Enroll

For Tenet's core plans — basic life, basic accidental death and dismemberment (AD&D), business travel accident and the Employee Assistance Program (EAP) —enrollment is automatic, if you're eligible for these programs. You don't need to do a thing! (You may, however, select a beneficiary for the Life/AD&D and business travel accident programs.  See the specific SPD sections for these programs and the Life Events section for additional information on selecting a beneficiary.)  For all other Tenet benefit programs, you have the option to elect or decline coverage.

## Enrolling When You're First Eligible

You'll receive an Enrollment communication by mail after your hire date. To enroll for coverage under any of the Tenet benefit programs, simply follow the instructions provided in the communication. You must enroll by the deadline date on the Enrollment communication.

Once you enroll, your elections stay in effect for the rest of the calendar year, except in the case of special circumstances. For more details, please refer to "When You Can Change Your Coverage Elections" below.

## Enrolling During Annual Enrollment

Each year, during Annual Enrollment, you'll have an opportunity to elect, change or cancel your health care and other benefit coverage. All changes made during the Annual Enrollment period will take effect on January 1 of the following calendar year (or possibly later for non-group health plan elections that require evidence of insurability).

## Enrolling in Long-Term Care,  Supplemental Life, MetroWest or St. Vincent Short Term Disability Plans

**If you don't enroll when you're first eligible** but enroll during any following Annual Enrollment period, you'll be required to submit an application that includes evidence of insurability (EOI). If the application you submit during the Annual Enrollment period is accepted, your coverage will be effective on January 1 or on the date approved as noted in Unum's acceptance letter, whichever date is later.

If you enroll at any other time during the year, your elections stay in effect for the rest of the calendar year, unless you have a change in employment status that makes you ineligible for coverage. If you become ineligible for coverage, you will need to apply for individual coverage under a group conversion policy if you wish to maintain coverage.

If you don't enroll for the MetroWest or St. Vincent Short Term Disability plan when you are first eligible, you will be required to submit evidence of insurability (EOI).

**You may enroll your eligible dependents for long-term care coverage at any time during the year** after you become eligible. However, they must each fill out a separate enrollment form to send to Unum, Tenet's long-term care and life insurance carrier. Your covered dependents will receive all plan information and instructions directly from Unum. Unum will also bill them separately for the cost of their long-term care coverage.

## Don't Miss Your Enrollment Deadline!

> Be sure to enroll on time. If you don't enroll by the date communicated, you can't enroll for health care coverage until the next Annual Enrollment period, except as outlined under When You Can Change Your Health Care Coverage Elections. If you don't enroll for Long-Term Care, Supplemental Life, MetroWest or St. Vincent Short Term Disability plan when you are first eligible, you will have to submit evidence of insurability.

## Declining Coverage

If you have other healthcare coverage — for example, from your spouse's employer — you may choose to waive any or all of your Tenet health care coverage. However, if your health care needs change during the year, remember that you can make changes to your coverage during the year only if you:

◆ Have a change in your employment status that changes your benefits eligibility,
◆ Experience a life event and advise us within 31 days, or
◆ Are eligible for a special enrollment.

The coverage change you elect must be consistent with the life event. In the absence of one of the situations above, you must wait until the next Annual Enrollment period to make a health care coverage election. For more information on life events, see "When You Can Change Your Coverage Elections" and the Life Events section of this SPD.

# When Coverage Begins

Coverage for your enrolled eligible dependents begins on the same day as your coverage begins, assuming you enroll your dependents at the same time you enroll.

| Benefit Program | Coverage Begins ... |
|---|---|
| **Health Care Programs**<br><br>◆ Medical (including Health Reimbursement Account)<br>◆ Employee Assistance Program (EAP)<br>◆ Prescription Drug<br>◆ Dental<br>◆ Vision<br><br>**Spending Accounts**<br><br>◆ Health Care and Dependent Care Spending Accounts<br>◆ Health Savings Account (HSA)<br><br>**Protection Plans**<br><br>◆ Basic Life/Accidental Death and | ◆ **When you first join Tenet:** For all Health Care Programs with the exception of the EAP, your coverage begins on your 31st day as a full-time or part-time 1 employee, provided you've enrolled within the first 31 days of employment. In the case of the EAP, you and your eligible dependents are covered starting on your first day of employment.[1]<br>◆ **When you become eligible due to a change in your employment status or transfer into an eligible group (i.e. full-time or part-time 1):** Your coverage begins 31 days after the change, provided you've enrolled within 31 days of the change in status or transfer into an eligible group.<br>◆ **You become eligible for the Medical Program and Prescription Drug coverage because you are determined to be an ACA Full-Time Employee:** Coverage will begin on the date specified in Tenet's "ACA Compliance Full-Time Employee Determination Policy" attached as Appendix 1 to this SPD.<br><br>**For the Health Care Programs and Spending Accounts**<br>◆ When you experience a life event: Your coverage begins as of the date of the qualifying status change, provided you report the life event by going to *benefitsolutions.ehr.com* or calling the Benefit Solutions Center at 1-844-877-8591 within 31 days after the event. |

| Benefit Program | Coverage Begins ... |
|---|---|
| Dismemberment (AD&D)<br>♦ Short- and Long-Term Disability<br>♦ Accident<br>♦ Critical Illness | **HIPAA Special Enrollment (Medical Program Only)**<br>♦ **When you become eligible for HIPAA special enrollment:** Your coverage begins as of the date of the event or the date you lost your other coverage, whichever is later, provided you report the life event by going to ***benefitsolutions.ehr.com*** or calling the Benefit Solutions Center at 1-844-877-8591 within 30 days after the event. (Note:  There is a 60-day enrollment period for the following HIPAA special enrollment events:  Loss of eligibility under a state Medicaid or CHIP program or becoming eligible for state premium assistance under Medicaid or CHIP.)<br><br>**Actively At Work Requirement for Certain Plans**<br>♦ You must be actively at work for your coverage under certain insured protection programs (including, but not necessarily limited to, the Basic Life/Accidental Death and Dismemberment (AD&D), Critical Illness, Accident, Short-Term and Long-Term Disability Programs) to begin.  Please check the benefits policy or SPD section for the specific insured program for additional information. |
| **Long-Term Care Program** | ♦ **When you first join Tenet:** Your coverage begins on your 31st day as a full-time employee (as classified by Tenet), provided you've enrolled and you're actively at work.<br><br>♦ **After 31 days from your hire date:** Your coverage begins on the date your long-term care application, including evidence of insurability, is accepted and approved by Unum. |

[1]*Resident status is based on the "Manager Code" entered into the HR system of record. In order to comply with the IRS nondiscrimination testing rules, Tenet is required to impute the full premium amount for the first 30 days as income based on the benefit coverage tier (i.e. EE Only, EE+Spouse, EE+Child(ren) or EE+Family). The amount will appear as an off-set in the earnings and deductions section of the paycheck. This is a one-time occurrence that will affect net-pay since it is a taxable amount.*

### Leave of Absence during Eligibility Period

If you haven't satisfied the 30-day benefit eligibility period and you take a personal or extended leave of absence, any employment time you had with Tenet prior to your leave will count toward satisfying the benefit eligibility period upon your return. Your coverage will begin once you have returned to work (and completed the 30-day benefit eligibility period).

# When You Can Change Your Coverage Elections

Generally, your benefit elections stay in effect for the entire calendar year. However, certain life events can make a change in coverage necessary. To make sure the benefits you have match your needs, Tenet allows you to change your health care elections if you experience a life event or qualify for a special enrollment under the Health Insurance Portability and Accountability Act (HIPAA).

With life events or special enrollments, you can choose to elect or waive health care coverage or add or drop dependents.

## Life Events (Qualified Status Changes)

The change you wish to make must be related to the life event. You'll need to report the life event by going to *benefitsolutions.ehr.com* or calling the Benefit Solutions Center at 1-844-877-8591 within 31 days of the event.

The coverage change you make will go into effect on the date of the life event, provided you make the coverage changes within the 31-day window. If you miss this 31-day deadline, you'll have to wait until the next Annual Enrollment period to change your health care coverage.  (Note:  There is a 60-day enrollment period for the following HIPAA special enrollment events: Loss of eligibility under a state Medicaid or CHIP program or becoming eligible for state premium assistance under Medicaid or CHIP.)

Here's a list of some life events that may affect your health care coverage (for more details, please see the Life Events section of the SPD).

| Life Event | Description |
|---|---|
| **Adoption/Birth of Child** | You have a baby or legally adopt a child. Legally adopted children include those children whose legal adoption proceedings are in process. |
| **Change in Your Child's Status** | Your child **loses eligibility** if he or she reaches the maximum age limit. |
| **Death of Dependent** | Your spouse/Domestic Partner/child dies. |
| **Divorce or Dissolution of Domestic Partnership** | You divorce, legally separate or receive an annulment. If you end your Domestic Partnership, you may drop your Domestic Partner's coverage. |
| **Employment Status (Yours)** | You're rehired (if you're receiving severance) or you become eligible for benefits through a new employer. OR There is a change in your employment status. |
| **Employee Status (Your Spouse's or Domestic Partner's)** | Your spouse gains employment or becomes eligible for benefits through his or her employer. OR Your spouse's/Domestic Partner's employment ends or he or she is no longer eligible for benefits through his or her employer. |
| **Leave of Absence** | You go on a leave of absence. |
| **Legal Custody** | There's a change in the legal custody of your dependents. |
| **Marriage** | You marry or reconcile after a legal separation. |
| **Medicare Eligibility** | You or your spouse becomes eligible for Medicare and elects Medicare as sole medical coverage (applicable to Medical Program changes only). |
| **Qualified Medical Child Support Order (QMCSO)** | A Qualified Medical Child Support Order (QMCSO) requires you to provide health care coverage for your child(ren) or ends the responsibility of providing health care coverage for your child(ren). The Plan Administrator will determine whether a QMSCO is qualified. |

| Life Event | Description |
|---|---|
| **You intend to enroll in a Health Insurance Marketplace Plan** | You may be able to revoke your Medical Benefit Program coverage if you intend to enroll in a Health Insurance Marketplace Plan during the Marketplace annual enrollment or a special enrollment.  You may also be able to revoke your Medical Benefit Program coverage if you intend to enroll in a Marketplace Plan because your hours have dropped or you expect them to drop below 30 hours per week.   Please see the Life Events section of this SPD for additional details and requirements. |

| If You Gain a New Dependent Through ... | Your Dependent's Health Care Coverage Begins ... |
|---|---|
| **Marriage** | On the date you get married, provided you report your life event and make any new benefit elections through *benefitsolutions.ehr.com*  or by calling the Benefit Solutions Center at 1-844-877-8591 within 31 days of your marriage. |
| **Birth, Adoption or Placement for Adoption** | On the date of the birth, adoption or placement for adoption, provided you report your life event and make any new benefit elections through *benefitsolutions.ehr.com*  or by calling the Benefit Solutions Center at 1-844-877-8591 within 31 days of the event date. |

| Please Be Aware ... |
|---|
| You must report your life event by going to *benefitsolutions.ehr.com* or calling the Benefit Solutions Center at 1-844-877-8591 within 31 days of a life event. |

## *When You Gain a New Dependent*

If you're adding a dependent and you're eligible for coverage under any of the health care plans, you may — within 31 days of the event — elect coverage for your new spouse or child (including a child who becomes a dependent as a result of your marriage).  You may enroll a new Domestic Partner mid-year if the Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC section 152(b)(1), (b)(2), and (d)(1)(B)).

If you're not currently enrolled in the health care plans, you'll need to enroll yourself to elect coverage for your spouse, Domestic Partner and/or children.

## Special HIPAA Enrollment (Medical and Prescription Drug)

## *If You Lose Other Coverage*

Tenet also allows for a special enrollment in a Tenet medical plan option if you or your dependents are covered under other medical coverage and then lose that coverage during the year. You may enroll, provided you and your dependents are eligible for coverage under the medical plan option and:

◆ You or your dependents were covered under another group medical plan or had other medical coverage at the time you were previously offered coverage under the Tenet benefit plans,

◆ Your expiring medical coverage (such as COBRA coverage) has been exhausted and it ended due to loss of eligibility (such as a change in your employment status or other change in the medical

coverage of your spouse/Domestic Partner or child) or the employer contributions for coverage ceased, and

◆ You request coverage under Tenet's medical plan no later than 31 days (60 days in the case of a HIPAA special enrollment that is loss of eligibility under a state Medicaid or CHIP program or becoming eligible for state premium assistance under Medicaid or CHIP) after your prior coverage ends.

Your dependents can be enrolled in the plan only if you're currently enrolled or if you and your dependents enroll in the plan at the same time. If you qualify, you may request a change in the level of coverage, such as from "employee only" to "family." You may also elect to enroll yourself and/or your dependents in the plan. If you make a change in coverage, your new coverage will become effective on the date you lost your other coverage.

# When Coverage Ends

Your coverage under the Tenet benefit plans will end as follows:

| Benefit Plan | If you . . . | When Coverage Ends |
|---|---|---|
| **Health Care Programs**<br>◆ Medical (including the Health Reimbursement Account)<br>◆ Prescription Drug<br>◆ Dental<br>◆ Vision<br><br>**Spending Accounts**<br>◆ Health Care Spending Account | ◆ Terminate employment,<br><br>◆ Have a status change from full-time to part-time 2,<br><br>◆ Have a status change from part-time 1 to part-time 2,<br><br>◆ With respect to the Medical Program and the Prescription Drug Programs only, cease to be an ACA Full-Time Employee, or<br><br>◆ With respect to the Health Reimbursement Account Program, cease to be covered under either the Gold or Health & Reimbursement Medical Program option coverage option. | Generally, your and your dependent's coverage ends on the last day of the month in which the last pay period ends based on the effective date of your termination of employment or effective date of your status change. However, with respect to the Medical Program and the Prescription Drug Program, if you are losing coverage due to a change in status from full-time or part-time 1 to part-time 2, or if you are losing coverage because of a drop in hours that causes you to cease being an ACA Full-Time Employee, coverage will end as of the date specified in Tenet's ACA Compliance Full-Time Employee Determination Policy attached as Appendix 1 to this SPD. Coverage under the Health Reimbursement Account Program ends on the date you cease to be covered under either the Gold or Health & Reimbursement Medical Program coverage option.<br><br>Please refer to the Life Events section of the SPD for more information. |
| **Employee Assistance Program (EAP)** | ◆ Terminate employment | ◆ Coverage for you and your household members ends on the last day of the month |

| | | following the last day of the pay period during which you are terminated. |
|---|---|---|

| Benefit Plan | Coverage Ends the Earliest of: |
|---|---|
| **Health Care Programs**<br>♦ Medical (including the Health Reimbursement Account)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision<br><br>**Spending Accounts**<br>♦ Health Care Spending Account<br><br>**Protection Plans**<br>♦ Basic Life/Accidental Death and Dismemberment (AD&D)<br>♦ Short- and Long-Term Disability<br>♦ Long-Term Care Program<br>♦ Accident<br>♦ Critical Illness<br>♦ Business Travel Accident<br><br>**Employee Assistance Program** | **For You**<br>♦ The date contributions for coverage stop,<br>♦ The date the plan is terminated,<br>♦ The date you become ineligible for coverage for any reason, including a plan amendment,<br>♦ The date your severance period under a severance agreement ends (see "If You're Receiving Severance Below" for more information and exceptions),<br>♦ The date you die, or<br>♦ With respect to the Health Reimbursement Account Program, the date you cease to be covered under either the Gold or Health & Reimbursement Medical Program coverage option.<br><br>**For Your Dependent**<br>♦ The date you lose coverage for any of the reasons listed above,<br>♦ The date your dependent no longer qualifies as an eligible dependent, or<br>♦ For dependents who are covered during the course of adoption proceedings, the date adoption proceedings are discontinued if they do not result in finalization of the adoption. |
| **Spending Accounts**<br>Dependent Care Spending Account | On December 31 of the calendar year, even if contributions stop on your last day worked or, if earlier, the date the plan is terminated. |

## Other Reasons Coverage Ends

In addition to the reasons listed above, you and your dependents may lose coverage under the TEBP if any of the following occur:

♦ You permit an unauthorized person to use your ID card or you use another person's ID card

♦ You knowingly give the Claims Administrator false material information including, but not limited to, false information relating to another person's eligibility or status as a dependent

♦ You commit an act of physical or verbal abuse that imposes a threat to Tenet's staff, the Claims Administrator's staff, a Provider or another Covered Person, or

♦ You violate any terms of the Tenet Employee Benefit Plan.

## Coverage Cancellation Questions

If you believe your coverage or that of your dependents has been cancelled incorrectly, contact the Benefit Solutions Center by going to *benefitsolutions.ehr.com* or by calling 1-844-877-8591.

## If You're Receiving Severance

If you're laid off and receiving severance pay, your coverage for all benefit plans will continue, except for the business travel accident and disability plans, until the end of your severance period, provided you were covered on your last day worked. HSA participants will no longer receive employer HSA contributions.

Once your severance period ends, you can continue applicable benefit plan coverage(s) under COBRA (see the Other Information section of this TEBP SPD for more information on COBRA).

## Extending Your Medical Coverage

If you're hospitalized when your medical coverage is scheduled to end, your coverage will continue until you are discharged from the hospital. However, the medical plan will cover only eligible expenses related to that hospitalization.

## Extending Your Dental Coverage

The Dental Benefit Program will not pay benefits for services received or dental expenses incurred after the date your dental coverage (or your dependent's coverage, as applicable) ends. However, because Tenet wants you to receive appropriate treatment for your dental needs, the Dental Benefit Program will pay for eligible expenses incurred while you (or your dependent, as applicable) were covered under the Dental Benefit Program, as long as the procedure to which those expenses relate is completed within 31 days after the date your coverage (or your dependent's coverage, as applicable) ends. An expense is incurred at the following times:

- ◆ If the expense is for an appliance (or change to an appliance), at the time the impression is made;
- ◆ If the expense is for a crown, bridge or cast restoration, at the time the tooth or teeth are prepared;
- ◆ If the expense is for root canal therapy, at the time the pulp chamber is opened; and
- ◆ If the expense is for any other dental service, at the time the service is performed or the supply is furnished.

## Continuing Your Health Care Coverage Through COBRA

Under certain circumstances, you and/or your covered dependents have the right to continue health care coverage for a period of time after your coverage has ended. Refer to the Other Information section of this SPD site for more information on COBRA.

## Converting Your Protection Benefits to Individual Policies

Generally, if your employment with Tenet ends, your benefit coverage will end. Under certain conditions, you may be able to apply for individual coverage for yourself or for your dependents under certain of the Tenet protection plans. If conversion is available, you (or your dependent) must apply for a conversion policy by the applicable deadline.

For more details on whether conversion is available and the requirements for conversion to an individual policy (including deadlines for requesting conversion), please refer to the applicable SPD sections for the Tenet protection plans.



# *Medical* Summary Plan Description

## **About This Summary Plan Description (SPD)**

We are pleased to provide the Tenet Medical Benefit Program, which offers health coverage to eligible employees and their eligible Dependents. The Tenet Medical Benefit Program is a component program in the Tenet Employee Benefit Plan (TEBP), a comprehensive welfare benefits plan intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) Section 125. Under the Tenet Medical Benefit Program, you may select one of the following medical care options:

◆ Platinum
◆ Gold
◆ Silver
◆ Bronze
◆ Health & Savings Plan (HSP)*
◆ Health & Reimbursement Plan (HRP)*
◆ Advantage Plan*
◆ Co-Pay Plan*
◆ PPO Plus Plan*
◆ PPO Select Plan*
◆ EPO*
◆ PPO*
◆ HDHP**

*Option availability varies by location. Please visit benefitsolutions.ehr.com for a listing of options available at your facility.*
**Only option available for employees offered coverage under the Employer Mandate.*

This document summarizes key provisions of the Tenet Medical Benefit Program and the medical care options listed above, and it serves as part of the Summary Plan Description (SPD) for the TEBP. You can obtain more information about the Medical Benefit Program, the TEBP, and the other component programs offered under the TEBP by viewing the complete SPD for the TEBP. If there is any discrepancy between the TEBP SPD (including this Medical Benefit Program section) and the official plan documents (including collective bargaining agreements, if any) for the TEBP, the official plan documents will govern.  For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

*Note: The medical benefits provided under the following fully insured Medical Benefit Program options (available only at certain Tenet locations or facilities) are summarized in separate summary plan description (SPD) documents:*

◆ *Fallon Direct*
◆ *Fallon Select*

*Employees who are enrolled in one of the fully insured options or Greenshield should refer to the separate medical SPD document for such option, available at benefitsolutions.ehr.com.  Unless provided otherwise, all other provisions of the TEBP SPD remain applicable to such employees.*

The TEBP SPD is designed to meet your information needs and the disclosure requirements of the Employee Retirement Income Security Act of 1974 (ERISA). It supersedes any previous printed or electronic SPD for the TEBP. It does not serve as a contract of or for employment.

Tenet Healthcare Corporation and its subsidiaries and affiliates who have adopted the TEBP are referred to in this SPD as "Tenet," or "Employer." (Please keep in mind that there may be Tenet facilities or subsidiaries that do not participate in the TEBP or each of its component programs. Please check with the Human Resources department at your facility for more information.) Capitalized words in this Medical Benefit Program section of the TEBP have special meaning and are defined below under "Glossary." The words "you" and "your" as used in this Medical Benefit Program section refer to "Covered Persons" (as defined in the Glossary).

You should read this entire SPD section carefully and share it with your family. This Medical Benefit Program section of the TEBP SPD includes summaries of:

◆ Who is eligible for the Medical Benefit Program
◆ Services that are covered under the Medical Benefit Program options, called Covered Health Services
◆ Services that are not covered under the Medical Benefit Program options, called Exclusions
◆ Your rights and responsibilities under the Medical Benefit Program

If you have any questions after reading this material in this Medical Benefit Program section of the TEBP SPD, please call the Benefit Solutions Center at 1-844-877-9591, or for online assistance, access **benefitsolutions.ehr.com**.

---

**How to Use This SPD**

◆ Read the entire SPD, and share it with your family.

◆ Many of the sections of this SPD are related to other sections. You may not have all the information you need by reading just one section.

◆ You can access this SPD and any future amendments on this site or request printed copies by contacting the Benefit Solutions Center at 1-844-877-8591.

◆ Capitalized words in the SPD have special meaning and are defined in the Glossary.

◆ If eligible for coverage, the words "you" and "your" refer to Covered Persons as defined in the Glossary.

◆ Tenet Healthcare Corporation is also referred to as Company.

---

# Introduction to the Medical Benefit Program

This section of the SPD includes:

◆ Quick Facts: Who You Can Cover, Cost of Coverage, When Coverage Begins, and When Coverage Ends
◆ The factors that impact your cost of coverage
◆ Instructions and timeframes for enrolling yourself and your eligible Dependents in the Medical Benefit Program
◆ When you can make coverage changes under the Medical Benefit Program.

# Quick Facts

| | |
|---|---|
| **Who You Can Cover** | ♦ Benefit Eligible Employee and eligible Dependents |
| **Cost of Coverage** | ♦ You and Tenet share the cost of your medical coverage. |
| **When Coverage Begins** | ♦ Generally, on the 31st day after you begin employment as a full-time or Part-time 1 benefit eligible employee, provided you've enrolled. For an explanation of benefit eligible employees, see the definition of "Benefit Eligible" in the Glossary below and the Eligibility and Enrollment section of this TEBP SPD.[1] |
| | ♦ If you become eligible because you are determined to be an ACA Full-Time Employee, coverage will begin on the date specified in Tenet's "ACA Compliance Full-Time Employee Determination Policy" attached as Appendix 1 to this SPD. |
| | ♦ Coverage for your Dependents will start on the date your coverage begins, provided you have enrolled them in a timely manner. |
| | ♦ Coverage for newly eligible Dependents begins on the date they become eligible and Dependent documentation has been received and verified (through birth, adoption, etc.), provided you enroll them within 31 days (as applicable, see the Life Events section of the TEBP SPD for more information) of the date they become eligible. |
| **When Coverage Ends** | ♦ When coverage ends depends on various factors. Please refer to When Coverage Ends below, and in the Eligibility and Enrollment section of the TEBP SPD, for detailed information on when coverage for you and your Dependents ends. |
| | ♦ In some circumstances, you or your Dependents may be eligible to continue your medical coverage under the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, as amended. For more information on COBRA coverage, please see the Other Information section of this TEBP SPD. |

[1]Residents may be eligible to purchase health coverage beginning on the first day of employment. Coverage will be provided on an after-tax (not pre-tax) basis until the 31st day of employment. Please contact the Benefit Solutions Center for more information.

## Cost of Coverage

You and Tenet share in the cost of the Medical Benefit Program. Your contribution amount depends on the medical care option you select and the family members you choose to enroll.

Your contributions for your coverage and for coverage for your dependents (including your spouse and legal same-sex spouse) are typically deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld - and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you. However, your contributions for Domestic Partner coverage (and for coverage for any other dependent who is not your federal tax dependent) will be deducted from your paychecks on an after-tax basis unless your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC

sections 152(b)(1), (b)(2), and (d)(1)(B)). For more information in determining whether your Domestic Partner or other dependent qualifies as your federal tax Dependent, contact your tax advisor.

Your contributions are subject to review and Tenet reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates by calling the Benefit Solutions Center at 1-844-877-8591 or accessing your personal enrollment information from *benefitsolutions.ehr.com.*

## How to Enroll

1. Enroll online at *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 844-877-8591.

2. Complete an enrollment transaction within the applicable deadline (generally, 31 days of the date you first become eligible for coverage under the Tenet Medical Benefit Program—see the Life Events section of this SPD for more specific information). If you do not enroll within the applicable deadline you will need to wait to make your benefit elections until the next Annual Enrollment period or the date you incur a change of family status or HIPAA special enrollment event entitling you to a mid-year enrollment. For more information on change of family status and HIPAA special enrollment events, see the Life Events section of the TEBP SPD.

Each year during Annual Enrollment, you have the opportunity to review, change, or cancel your healthcare coverage. All changes made during the Annual Enrollment period will take effect on January 1 of the following calendar year.

| Important |
| --- |
| If you wish to change your benefit elections following your marriage, birth or adoption of a child, or other family status change or HIPAA special enrollment event, you must complete your enrollment transaction online at *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 within 31 days of the event and request your change. Otherwise, you will need to wait until the next Annual Enrollment period to change your elections. |

## Changing Your Coverage

Please refer to the Life Events section of the TEBP SPD for more information on making coverage changes outside of an Annual Enrollment period.

# How the Medical Benefit Program Works

This section includes information on:

- ◆ Network and out-of-network benefits
- ◆ Eligible Expenses
- ◆ Annual Deductible
- ◆ Co-Insurance
- ◆ Out-of-Pocket Maximum

## Network Benefits

As a participant in the Medical Benefit Program, you have the freedom to choose the physician or health care professional you prefer each time you need to receive Covered Health Services. The choices you make affect the amounts you pay, as well as the level of Benefits you receive and any benefit limitations that may apply.

You are eligible for the in-network level of Benefits under this Plan when you receive Covered Health Services from physicians and other health care professionals who are Network Providers. Network Providers are those that are contracted with the network(s) indicated on the Medical ID card. For all Covered Health Services, Network Providers must accept a reduced rate ("Negotiated Rate") as their charge for services rendered and cannot bill for the difference between the charge and the Negotiated Rate.

All Tenet facilities will be Network Providers and are generally reimbursed at a higher reimbursement level than contracted Network Providers.

Keep in mind, a Provider's status as a Network Provider may change. To verify a Provider's status as a Network Provider or to request a directory, you can call member services at the toll-free number on your ID card or use the links on *benefitsolutions.ehr.com*. Generally, when you receive Covered Health Services from a Network Provider, you pay less than you would if you receive the same care from an Out-of-Network Provider. Therefore, in most instances, your out-of-pocket expenses will be less if you use a Network Provider.

## Out-of-Network Benefits

Payment for Covered Health Services rendered by an Out-of-Network Provider will be based on the Provider's Reasonable and Customary (R&C) Charge. The Out-of-Network Provider may bill for charges in excess of the R&C Charge, and such amounts will be your responsibility. Covered Health Services provided by Out-of-Network Providers will generally be covered at a lower benefit level than services received from a Network Provider, and any amounts not covered by the Tenet Medical Benefit Program will be your responsibility. These amounts could be significant and will not count towards your Out-of-Pocket Maximum. You may want to ask an Out-of-Network Provider about its charges before you receive care. Emergency services received at an Out-of-Network Hospital will be covered at the same cost-sharing level as if they were incurred in network; however, you may be billed for the difference between the Out-of-Network Provider's billed charges and the amount collected from the Plan and from you (through cost-sharing).

## Out-of-Network Exception Process

◆ Claims are to be Pre-Certified prior to the service.

◆ You should call the carrier to request an authorization to see an Out-of-Network Provider.

◆ You should be able to inform the Claims Administrator if this is a one-time visit, or if there will be ongoing treatment.

◆ The Claims Administrator will search within a 45-mile radius from your home to determine if a Network Provider can be located.

  o If a Network Provider is found within the 45-mile radius, the Participant will be instructed to see the Network Provider for in-network benefits. The Out-of-Network Provider will not be authorized for in-network benefits, and if the Participant chooses to see the Out-of-Network Provider regardless, benefits will be paid at the lower Out-of-Network levels.

  o If no Network Provider is found within the 45-mile radius, and the requested Out-of-Network Provider has a valid tax id number, the Claims Administrator will authorize the visits, and benefits will be paid at the Network Provider level, for covered services.

  o If a valid Taxpayer ID number is not given, then the Provider's information should be obtained, so that an out bound call can be made to the Provider to obtain the necessary information.

If a Participant receives services from an Out-of-Network Provider and he or she feels that the claim should be considered as in-network, the Participant should call member services at the toll-free number on their ID card and speak with the Claims Administrator and request an appeal.

## Eligible Expenses

Eligible Expenses are charges for Covered Health Services (provided while you are covered under the Tenet Medical Benefit Program) that are determined in accordance with the definition in the Glossary. For certain Covered Health Services, the Plan will not pay for any Eligible Expenses until you have met your Annual Deductible. See below for more information on the Annual Deductible. We have delegated to the Claims Administrator the initial discretion and authority to decide whether a treatment or supply is a Covered Health Service and whether and what portion of the charges incurred are Eligible Expenses.

| Don't Forget Your Medical ID Card |
|---|
| Remember to show your medical ID card every time you receive health care services from a Provider. If you do not show your ID card, a Provider has no way of knowing that you are enrolled under the Plan. |

## Annual Deductible

The Annual Deductible is the amount you must pay each calendar year for Covered Health Services before the Tenet Medical Benefit Program begins paying benefits. For medical coverage options providing benefits for both Network and Out-of-Network services, there are separate Network and Out of Network Annual Deductibles, and expenses applied to one deductible do not count towards the other. (For example, any expenses applied to your Network deductible do not also apply to your Out-of-Network Deductible.) The amounts you pay toward your Annual Deductible accumulate over the course of the calendar year.

You and your covered family members may need to meet the Annual Deductible every calendar year. Each medical care option under the Medical Benefit Program requiring an Annual Deductible offers a family deductible, so you never have to pay more than the annual family deductible for that option, regardless of how many family members you've enrolled in the Medical Benefit Program.

Certain services are not subject to the Annual Deductibles.  See "Medical Benefit Program Options: Highlights" for more information.

## Co-insurance

Co-insurance is the percentage of Eligible Expenses that you are responsible for paying. Co-insurance is a fixed percentage that applies to certain Covered Health Services after you meet the Annual Deductible.  Not all Covered Health Services are subject to a co-insurance requirement.  See "Medical Benefit Program Options: Highlights" for more information.

| Co-insurance Example |
|---|
| Co-insurance is the amount you pay for a Covered Health Service, not including the co-pay and/or the Deductible. |
| Example: Let's assume that you receive Benefits for a Physician's office visit from a Network Provider. Since your Medical Benefit Program pays 80% after you meet the Annual Deductible, you are responsible for paying the other 20%. This 20% is your Co-insurance. |

## Out-of-Pocket Maximum

The annual Out-of-Pocket Maximum is the most you pay each calendar year for Covered Health Services provided by a Network Provider. If your network eligible out-of-pocket expenses in a calendar year exceed the Out-of-Pocket Maximum, the Medical Benefit Program pays 100% of your Eligible Expenses for in-network Covered Health Services through the end of the calendar year.

Covered Expenses charged by Network Providers apply toward both the network individual and family Out-of-Pocket Maximums.

The following identifies what does not apply toward your In-Network Out-of-Pocket Maximum:

◆ Co-insurance and/or co-pays and related fees for using Out-of-Network Providers
◆ Amounts you pay that are above the R&C Charge for an Out-of-Network service

The Out-of-Pocket Maximum amount varies depending on the Medical Benefit Program you have selected.  For the 2020 Plan Year, the Out-of-Pocket Maximum will not be higher than $7,150 for self-only coverage and $14,300 for any coverage level other than self-only.  The self-only Out-of-Pocket Maximum applies to each covered individual, regardless of whether enrolled in self-only or family coverage. If you are enrolled in a Medical Benefit Program option that is a high deductible health plan with HSA, for the 2020 Plan Year, the Out-of-Pocket maximum will not be higher than $6,900 for self-only coverage and $13,800 for any coverage level other than self-only.

# Medical Benefit Program Options: Highlights

This section of the SPD includes Covered Health Services under the Tenet Medical Benefit Program.

Please see "Plan Coverage Details" for more information (including restrictions, limitations and prior authorization/notification requirements) pertaining to the Benefits offered under the Tenet Medical Benefit Program.  Participants who are enrolled in one of the Fallon medical plan options should refer to the separate medical SPD document for such option.

**Notes:**
1. **The purpose of this section is to provide highlights of the Tenet Employee Benefit Plan. If there is any discrepancy between the information provided and the official TEBP and Medical Benefit Program plan documents, the official plan documents will govern.**
2. **Not all Medical Benefit Program options are offered at all locations.  Please contact your HR representative to determine the options offered at your location.**
3. **For specific information on the prescription drug coverage offered under each Medical Benefit Program option, see the** Prescription Drug Benefit Program SPD section of the TEBP.

# Plan Coverage Details

This section includes information on:

◆ Covered Health Services for which the Plan pays Benefits; and
◆ Covered Health Services that require you to notify the Claims Administrator before you receive them, and any reduction in Benefits that may apply if you do not call the Claims Administrator.

Services that are not covered by any medical care option offered under the Tenet Medical Benefit Program are described in the Exclusions section.

With respect to Covered Health Services, the Plan will pay only for Eligible Expenses.  All Benefits paid will be subject to the Plan's cost-sharing requirements (i.e. co-pay, co-insurance).  Cost-sharing

requirements for each Medical Plan coverage option are set forth in the applicable Medical Plan Overview, which you may obtain at *benefitsolutions.ehr.com*.

## Acupuncture Services

The Medical Benefit Program pays for Acupuncture Services for pain therapy provided that the service is performed in a Provider's office by a Provider who is either practicing within the scope of his/her license (if state license is available) or who is certified by a national accrediting body such as one of the following:

◆ Doctor of Medicine
◆ Doctor of Osteopathy
◆ Chiropractor, or
◆ Acupuncturist

The Medical Benefit Program also pays for Acupuncture services for treatment of nausea as a result of:

◆ Chemotherapy
◆ Early Pregnancy, and
◆ Post-operative procedures

Benefits for Acupuncture and Chiropractic Care are limited to a combined 20 visits per calendar year.

## Ambulance Services — Emergency Only

The Plan covers Emergency Ambulance Services and transportation provided by a licensed Ambulance Service to the nearest Hospital that offers Emergency health services. See the Glossary for the definition of Emergency.

Ambulance Service by air is covered in an Emergency if ground transportation is impossible, or would put your life or health in serious jeopardy. If special circumstances exist, the Claims Administrator may, at the Plan's discretion, pay Benefits for Emergency air transportation to a Hospital that is not the closest Facility to provide Emergency health services.

## Applied Behavior Analysis (ABA)

The Medical Benefit Program covers Applied Behavior Analysis prescribed for the treatment of Autism Spectrum Disorder and other disorders as medically necessary.  Applied Behavior Analysis encompasses behavior modification training techniques, therapies and programs.

Plan limits for physical, occupational and speech therapy do not apply for ABA therapy when administered for the treatment of Autism Spectrum Disorder.

ABA Therapy is currently covered under the plans administered by Aetna, Blue Cross Blue Shield of Texas, Blue Cross Blue Shield of Alabama, and Health Plans Inc. and subject to the requirements outlined in their respective medical policies.  Please consult your medical plan carrier for coverage details.

## Chiropractic Care

The Medical Benefit Program pays Benefits for Chiropractic Treatment when provided by a Network or Out-of-Network Chiropractic specialist in the specialist's office. Covered Health Services include chiropractic and osteopathic manipulative therapy.

The Claims Administrator has the right to deny Benefits if treatment ceases to be therapeutic and is instead administered to maintain a level of functioning or to prevent a medical problem from occurring or recurring.

Benefits include diagnosis and related services. Benefits for Acupuncture and Chiropractic are limited to a combined 20 visits per calendar year.

## Dental Services

**In certain circumstances dental services are covered under the Medical Benefit Program. For services covered under the Dental Benefit Program please see the** Dental Benefit Program Section.

- Dental services are covered by the Tenet Medical Benefit Program (as "office visits" or inpatient or outpatient care, as appropriate) when all of the following are true:
  - Treatment is necessary because of accidental damage to a sound, natural tooth
  - Dental damage does not occur as a result of normal activities of daily living or extraordinary use of the teeth
  - Dental services are received from a Doctor of Dental Surgery or a Doctor of Medical Dentistry, and
  - The dental damage is severe enough that initial contact with a Physician or dentist occurs within 72 hours of the accident

The following dental services are also covered by the Medical Benefit Program:

- Initiation of immunosuppressives (medication used to reduce inflammation and suppress the immune system), and
- Direct treatment of acute traumatic Injury, cancer or cleft palate

Before the Medical Benefit Program will cover treatment of an injured tooth, the dentist must certify that the tooth is virgin or unrestored, and that it:

- Has no decay
- Has no filling on more than two surfaces
- Has no gum disease associated with bone loss
- Has no root canal therapy
- Is not a dental implant, and
- Functions normally in chewing and speech

Dental services for final treatment to repair the damage must be started within three months of the accident and completed within 12 months of the accident.

Please contact your Claims Administrator for any questions related to your coverage.

## Durable Medical Equipment (DME)

The Medical Benefit Program pays for Durable Medical Equipment (DME) that is, in the determination of the Claims Administrator, medically necessary and:

- Ordered or provided by a Physician for outpatient use
- Used for medical purposes
- Not consumable or disposable
- Not of use to a person in the absence of a Sickness, Injury, Pregnancy or disability
- Durable enough to withstand repeated use, and
- Appropriate for use in the home

If more than one piece of DME can meet your functional needs, you will receive Benefits only for the most Cost-Effective piece of equipment. Benefits are provided for a single unit of DME (example: an insulin pump) and for repairs of that unit.

Examples of DME include but are not limited to:

◆ Equipment to administer oxygen
◆ Wheelchairs
◆ Hospital beds
◆ Delivery pumps for tube feedings
◆ Braces that straighten or change the shape of a body part
◆ Braces that stabilize an injured body part, including necessary adjustments to shoes to accommodate braces
◆ Equipment for the treatment of chronic or acute respiratory failure or conditions
◆ Ostomy supplies, and
◆ Shoe orthotics

The Plan also covers tubings, nasal cannulas, connectors and masks used in connection with DME

**Note: DME is different from prosthetic devices — see "Prosthetic Devices" in this section.**

Benefits for wigs are limited to $1,000 per covered person per lifetime.

Benefits are provided for the replacement of a type of Durable Medical Equipment once every three calendar years or as medically necessary.

| Please remember |
| --- |
| To avoid unexpected out of pocket expenses for Out-of-Network Benefits, you must notify the claims administrator if the purchase, rental, repair or replacement of DME will cost more than $1,000. |

## Emergency Health Services

The Medical Benefit Program covers outpatient Emergency treatment at a Hospital or Alternate Facility when required to stabilize a patient or initiate treatment due to a medical Emergency.

As used herein, a medical Emergency is a serious medical condition or symptom resulting from Injury, Sickness, Pregnancy, mental illness, or substance abuse which arises suddenly and in the judgment of a reasonable person, requires immediate care and treatment, generally received within 24 hours of onset, to avoid jeopardy to life or health.

Emergency care received from an Out-of-Network Hospital will be covered at the same cost-sharing level as if provided in-network; however, you may be billed for the difference between the Out-of-Network Provider's billed charges and the amount collected from the Plan and from you (through cost-sharing).

If you are admitted as an inpatient to a Hospital within 24 hours of receiving treatment for an Emergency Health Service, you will not have to pay the Fee for Emergency Health Services. However, you will be required to pay the Deductible, Co-insurance and/or co-pay amount, if any, for your Emergency treatment as well as any of the above amounts applicable to your Inpatient Stay in the Hospital.  As long as your admission is due to the Emergency (as noted above), Benefits will paid at the network rate, even if you are admitted to an out-of-network hospital.  However, if you are admitted to an out-of-network hospital, and your physician determines that it is medically appropriate to transfer you to a network Hospital, your Benefits for the Inpatient Stay from that date will be paid at the Out-of-Network level if you choose to remain at the out-of-network hospital.

## Gender Dysphoria

Benefit availability for services related to Gender Dysphoria vary by the claims administrator/medical carrier.  Included services under the plans for Gender Dysphoria are:

- Mental health / Behavioral health benefits based on plan guidelines
- Pharmaceutical coverage (e.g., for hormone replacement therapies)
- Medical office visits
- Laboratory services
- Reconstructive surgical procedures related to sex reassignment, only if considered medically necessary based on the medical carrier's guidelines
- Routine preventive services, chronic or urgent non-transition services

For specific plan details and precertification requirements, contact the Claims Administrator by calling member services at the toll-free number on your medical ID card.

## Hearing Care

Initial pair and one replacement of hearing aids, assistive devices and amplifiers per lifetime.

## Home Health Care

Covered Health Services are services that a Home Health Agency provides if you are homebound due to the nature of your condition. Services must be:

- Ordered by a Physician
- Provided by or supervised by a registered nurse in your home
- Not considered Custodial Care, as defined in the Glossary, and
- Provided on a part-time, intermittent schedule when Skilled Home Health Care is required. Refer to the Glossary for the definition of Skilled Home Health Care

The Claims Administrator will decide if Skilled Home Health Care is needed by reviewing both the skilled nature of the service and the need for Physician-directed medical management.

Any combination of Network and Out-of-Network Benefits is limited to 120 visits per calendar year. One visit equals four hours of Skilled Home Health Care services.

For Out-of-Network Benefits, please notify the Claims Administrator five business days before receiving services.

## Hospice Care

Hospice care is an integrated program recommended by a Physician which provides comfort and support services for the terminally ill. Hospice care can be provided on an inpatient or outpatient basis and includes physical, psychological, social and spiritual care for the terminally ill person, and short-term grief counseling for immediate family members. Benefits are available only when hospice care is received from a licensed hospice agency. For Out-of-Network Benefits, please notify the Claims Administrator five business days before receiving services. The Claims Administrator will advise you of the out-of-pocket costs for home hospice care visits.

## Hospital — Inpatient Stay

The Medical Benefit Program will pay Benefits for an Inpatient Stay at a Hospital for the following:

◆   Services and supplies received during an Inpatient Stay; and
◆   Room and board in a semi-private room (a room with two or more beds).

The Medical Benefit Program will pay for a private room only if a private room is necessary according to generally accepted medical practice.

Benefits for an Inpatient Stay in a Hospital are available only when the Inpatient Stay is necessary to prevent, diagnose or treat a Sickness, Injury, Pregnancy, mental illness, or substance abuse disorder.

Benefits for Hospital-based Physician services are described in this section under Professional Fees for Surgical and Medical Services.

Professional fees for mental health and substance abuse disorder benefits are described in the Managed Behavioral Health Care section of this SPD.

Benefits for Emergency admissions and admissions of less than 24 hours are described under Emergency Health Services and Outpatient Surgery, Diagnostic and Therapeutic Services, respectively.

| **Please remember, for out-of-network benefits, you must notify the Claims Administrator as follows:** |
| --- |
| ◆   For elective admissions: five business days before admission |
| ◆   For Emergency care that results in an Inpatient admission (also termed non-elective admissions): within two business days, or as soon as is reasonably possible |

## Infertility (covered services)

Benefit availability for services related to diagnostic and treatment services for Infertility vary by the Claims Administrator/medical carrier.  The treatment of Infertility is subject to a $15,000 lifetime maximum.   Services under the plans for infertility may include:

◆   Health services and associated expenses for infertility treatments:
   o   In vitro fertilization (IVF) Gamete intrafallopian transfer (GIFT)
   o   Zygote intrafallopian transfer (ZIFT)
   o   Artificial insemination

For specific plan details and precertification requirements, contact the Claims Administrator by calling member services at the toll-free number on your medical ID card.

## Injections in a Physician's Office

Benefits are paid by the Plan for injections administered in the Physician's office, for example allergy immunotherapy, when no other health service is received.

## Kidney Dialysis

All Covered Persons receiving outpatient dialysis treatment will be subject to the Medical Benefit Program's case management provisions, negotiations and other Plan services which the Plan Sponsor may elect to apply in the exercise of its discretion. Payment for both Network and Out-of-Network Outpatient Dialysis Treatment will be based on the Outpatient Dialysis Reasonable and Customary Charge, as defined herein. The Plan shall pay no more than the Outpatient Dialysis Reasonable and

Customary Charge in connection with Outpatient Dialysis claims, after deduction of all amounts subject to Deductible, Co-insurance, or applicable Co-payments.

## Managed Behavioral Health Care

The Medical Benefit Program will pay Benefits for Managed Behavioral Health Care.  The program offers convenient and confidential access to mental health professionals.  The Plan covers Inpatient and Outpatient Facility services as well as Professional fees. For specific plan details, contact the Claims Administrator by calling member services at the toll-free number on your ID card.

## Maternity Services

The Medical Benefit Program will pay Benefits for Maternity Services. This includes all maternity-related medical services for prenatal care, postnatal care for the mother, delivery, and any related complications, except that any service which is required by law to be covered at 100% as "preventive care" will be paid at 100% without cost-sharing.

The Plan will pay Benefits for an Inpatient Stay of the following durations:

- ◆ 48 hours for the mother and newborn child following a vaginal delivery, or
- ◆ 96 hours for the mother and newborn child following a cesarean section delivery

These are federally mandated requirements under the Newborns' and Mothers' Health Protection Act of 1996. If the mother agrees, the attending Physician may discharge the mother and/or the newborn child earlier than these minimum timeframes.

If you are treated out-of-network and expect your stay will be longer than the times noted above, please contact your Claims Administrator to ensure the plan pays at the highest coverage level.

**Note: Although your Dependent children enrolled in the Medical Benefit Program will receive Benefits for Maternity Services, a child of your Dependent Child (i.e. your grandchild) is not eligible to be enrolled in the Medical Benefit Program (unless that grandchild is your adopted child, foster child or child in which you have legal guardianship).**

## Nutritional Counseling

The Medical Benefit Program will pay for Covered Health Services provided by a registered dietician in an individual session if you have a medical condition that requires a special diet. Some examples of such medical conditions include:

- ◆ Diabetes mellitus
- ◆ Coronary artery disease
- ◆ Congestive heart failure
- ◆ Severe obstructive airway disease
- ◆ Gout (a form of arthritis)
- ◆ Renal failure
- ◆ Phenylketonuria (a genetic disorder diagnosed at infancy), and
- ◆ Hyperlipidemia (excess of fatty substances in the blood)

Benefits are limited to twelve individual sessions in your lifetime for each medical condition requiring a special diet.

## Obesity Surgery

The Plan covers surgical treatment of morbid obesity.  Services are subject to the guidelines of the appropriate Claims Administrator or medical carrier for your selected Medical Benefit Program option. Please consult the Plan Administrator or your Claims Administrator/medical carrier for more information. To locate the Claims Administrator/medical carrier for your selected Medical Benefit Program option, please see the "Claims Administrator" paragraph under "Important Administrative Information: ERISA" below.  You may also obtain contact information for your medical carrier or Claims Administrator at *benefitsolutions.ehr.com.*

## Outpatient Surgery, Diagnostic and Therapeutic Services

The Medical Benefit Program will pay Benefits for Outpatient Surgery and Diagnostic and Therapeutic Services, including the following:

- ◆ Surgery and related services
- ◆ Lab and radiology/X-ray
- ◆ Mammography testing, other than as described under Preventive Care in this section
- ◆ Computerized tomography (CT) scans
- ◆ Position emission tomography (PET) scans
- ◆ Magnetic resonance imaging (MRIs)
- ◆ Nuclear medicine, and
- ◆ Other diagnostic tests and therapeutic treatments (including cancer chemotherapy or intravenous infusion therapy)

Benefits include only the Facility charge and the charge for required services, supplies and equipment. Benefits for the professional fees, including a surgeon's fee related to Outpatient Surgery, Diagnostic and Therapeutic Services are described under Professional Fees for Surgical and Medical Services in this section. When these services are performed in a Physician's office, Benefits are described under Physician's Office Services as follows.

## Physician's Office Services

The Medical Benefit Program will pay Benefits for Covered Health Services received in a Physician's office, including the following:

- ◆ Evaluation and treatment of a Sickness, Injury and Pregnancy; and
- ◆ Vision and hearing screenings, which could be performed as part of an annual physical examination in a Provider's office (vision screenings do not include refractive examinations to detect vision impairment).

Benefits for preventive services are described under Preventive Care in this section.   Any lab tests, x-rays or other services not done entirely in a physician's office may be covered under other sections of this SPD and require the payment of additional fees by the Employee.

## Preventive Care

The Medical Benefit Program will cover any service considered to be "preventive care" within the meaning of Department of Labor regulation section 2590.715-2713 (or successor regulation) at 100% without cost-sharing, as long as those services are covered by a Network Provider.  If services are provided by an Out-of-Network Provider, the member will be responsible for the full cost of the service. The services considered to be "preventive care" may change over time, and if they do, the coverage of such services under the Medical Benefit Program will also change.  For a description of

services currently considered to be "preventive care," see
https://www.healthcare.gov/coverage/preventive-care-benefits/

## Professional Fees for Surgical and Medical Services

The Medical Benefit Program pays professional fees for surgical procedures and other medical care received from a Physician in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility, Alternate Facility, outpatient surgery Facility, or birthing center.

When these services are performed in a Physician's office, Benefits are described under Physician's Office Services in this section.

## Prosthetic Devices

Benefits are paid by the Medical Benefit Program at the same levels as Durable Medical Equipment for Prosthetic Devices and appliances that replace a limb or body part, or help an impaired limb or body part work. Examples include, but are not limited to:

- ◆ Artificial limbs
- ◆ Artificial eyes, and
- ◆ Breast prosthesis following mastectomy as required by the Women's Health and Cancer Rights Act of 1998, including mastectomy bras and lymphedema stockings for the arm

If more than one Prosthetic Device can meet your functional needs, Benefits are available only for the most Cost-Effective prosthetic device. The device must be ordered or provided either by a Physician, or under a Physician's direction.

Benefits are provided for the replacement of a type of Prosthetic Device once every five calendar years or as medically necessary.

## Reconstructive Procedures

Reconstructive Procedures are services performed when a physical impairment exists and the primary purpose of the procedure is to improve or restore physiologic function for an organ or body part.

Improving or restoring physiologic function means that the organ or body part is made to work better. An example of a Reconstructive Procedure is surgery on the inside of the nose so that a person's breathing can be improved or restored.

Benefits for Reconstructive Procedures include breast reconstruction following a mastectomy and reconstruction of the non-affected breast to achieve symmetry. Replacement of an existing breast implant is covered by the Medical Benefit Program if the initial breast implant followed mastectomy.

There may be times when the primary purpose of a procedure is to make a body part work better.

However, in other situations, the purpose of the same procedure is to improve the appearance of a body part. A good example is upper eyelid surgery. At times, this procedure will be done to improve vision, which is considered a Reconstructive Procedure. In other cases, improvement in appearance is the primary intended purpose, which is considered a Cosmetic Procedure. This Plan does not provide Benefits for Cosmetic Procedures, as defined in the Glossary.

> Please remember that you must notify the Claims Administrator five business days before undergoing a Reconstructive Procedure. When you provide notification, the Claims Administrator can determine whether the service is considered reconstructive or cosmetic. Cosmetic Procedures are always excluded from coverage.

## Rehabilitation Services — Outpatient Therapy

The Medical Benefit Program provides Benefits for short-term outpatient Rehabilitation Services for the following types of therapy:

◆ Physical
◆ Occupational
◆ Speech
◆ Pulmonary rehabilitation, and
◆ Cardiac rehabilitation
◆ Cognitive therapy

For all Rehabilitation Services, a licensed therapy Provider, under the direction of a Physician, must perform the services. The Plan gives the Claims Administrator the right to exclude from coverage Rehabilitation Services that are not expected to result in significant physical improvement in your condition within two months of the start of treatment. In addition, the Claims Administrator has the right to deny Benefits if treatment ceases to be therapeutic and is instead administered to maintain a level of functioning or to prevent a medical problem from occurring or recurring.

Any combination of Network and Out-of-Network Benefits are limited to 60 visits per calendar year for physical, occupational and speech Therapy combined and for pulmonary rehabilitation and cardiac rehabilitation combined.

Plan limits for physical, occupational and speech therapy do not apply for ABA therapy when administered for the treatment of Autism Spectrum Disorder.

## Speech Therapy for Children

Benefits are paid for services of a licensed speech therapist for treatment given to a child whose speech is impaired due to one of the following conditions:

◆ Infantile autism
◆ Development delay or cerebral palsy
◆ Hearing impairment, or
◆ Major Congenital Anomalies that affect speech, such as, but not limited to, cleft lip and cleft palate

Any combination of Network and Out-of-Network Benefits are limited to 60 visits per calendar year for physical, occupational, cognitive, and speech Therapy combined.

Plan limits for physical, occupational and speech therapy do not apply for ABA therapy when administered for the treatment of Autism Spectrum Disorder.

## Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Facility services for an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility are covered by the Medical Benefit Program.  Benefits include:

◆ Services and supplies received during the Inpatient Stay; and
◆ Room and board in a semi-private room (a room with two or more beds).

Benefits are available when Skilled Nursing and/or Inpatient Rehabilitation Facility services are needed on a daily basis. Benefits are also available in a Skilled Nursing Facility or Inpatient Rehabilitation Facility for treatment of a Sickness, Injury, Pregnancy, mental health or substance use disorder that would have otherwise required an Inpatient Stay in a Hospital.

The intent of skilled nursing is to provide Benefits if, as a result of an Injury, illness, Pregnancy, mental health or substance use disorder, you require:

◆ An intensity of care less than that provided at a general acute Hospital but greater than that available in a home setting; or

◆ A combination of skilled nursing, rehabilitation and Facility services.

You are expected to improve to a predictable level of recovery. Where Hospice Care is required, it is covered under certain conditions and at different coverage levels.

**Note: The Plan does not pay Benefits for Custodial Care or Domiciliary Care (as such terms are defined in the Glossary), even if ordered by a Physician.**

Any combination of Network and Out-of-Network Benefits is limited to 60 days per calendar year.

---

**For out-of-network benefits, you must notify the Claims Administrator as follows:**

◆ For elective admissions: five business days before admission;

◆ For an Inpatient admission following emergency care (also termed non-elective admissions): within two business days or as soon as is reasonably possible.

If you don't notify us, your Benefits may be subject to a penalty.  (Note:  The penalty will not apply if the Inpatient admission constitutes "emergency services" (within the meaning of Department of Labor regulation section 2590.715-2719A(b)(4)(ii) or successor regulation) necessary to stabilize the patient.

---

## Transplantation Services

Inpatient Facility services (including evaluation for transplant, organ procurement and donor searches) for transplantation procedures must be ordered by a Provider. Benefits are available for any of the organ and tissue transplants listed below when the transplant meets the definition of a Covered Health Service and is not Experimental and Investigational, or Unproven:

◆ Heart
◆ Kidney
◆ Liver/kidney
◆ Intestinal
◆ Heart/lung
◆ Kidney/pancreas
◆ Liver/intestinal
◆ Lung
◆ Liver
◆ Pancreas
◆ Bone marrow (either from you or from a compatible donor) and peripheral stem cell transplants, with or without high dose chemotherapy. Not all bone marrow transplants meet the definition of a Covered Health Service — please see below.

The Plan has specific guidelines regarding Benefits for transplant services. Contact the Claims Administrator by calling member services at the toll-free number on your ID card.

The search for bone marrow/stem cells from a donor who is not biologically related to the patient is a Covered Health Service.

Benefits are also available for cornea transplants that are provided by a Network Provider at a Network Hospital.

If you or a family member needs an organ or bone marrow transplant, the Claims Administrator can put you in touch with quality treatment centers around the country.

---

Please remember, if transplant services are to be provided Out-of-Network, you must notify the Claims Administrator as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center).

---

## Urgent Care Services

The Medical Benefit Program provides Benefits for services, including professional services, received at an Urgent Care Center, as defined in the Glossary. When Urgent Care services are provided in a Physician's office, the Plan pays Benefits as described under Physician's Office Services earlier in this section.

# Exclusions - What the Medical Plan Will Not Cover

This section includes information on:

◆ Services,
◆ Supplies, and
◆ Treatments that are not Covered Health Services, except as may be specifically provided for in Plan Coverage Details

The Plan does not pay Benefits for any of the following services, treatments or supplies even if they are recommended or prescribed by a Provider or are the only available treatment for your condition.

## Alternative Treatments

◆ Acupressure
◆ Aromatherapy
◆ Hypnotism
◆ Massage therapy
◆ Rolfing (holistic tissue massage), and
◆ Other forms of alternative treatment as defined by the National Center for Complementary and Alternative Medicine of the National Institutes of Health

## Comfort and Convenience

Supplies, equipment and similar incidentals for personal comfort. Examples include:

◆ Television
◆ Telephone
◆ Air conditioners
◆ Beauty/barber service
◆ Guest service
◆ Air purifiers and filters
◆ Batteries and battery chargers
◆ Dehumidifiers and humidifiers
◆ Ergonomically correct chairs
◆ Non-Hospital beds and comfort beds
◆ Devices and computers to assist in communication and speech, and
◆ Home remodeling to accommodate a health need (including, but not limited to, ramps, swimming pools, elevators, handrails, and stair glides).

## Dental

◆ Dental care, except as identified under Dental Services in Plan Coverage Details
◆ Services for the evaluation and treatment of temporomandibular joint syndrome (TMJ), when the services are considered medical or dental in nature, including oral appliances
◆ Preventive dental care
◆ Diagnosis or treatment of the teeth or gums. Examples include:
   o Extractions (including wisdom teeth)
   o Restoration and replacement of teeth
   o Medical or surgical treatments of dental conditions, and
   o Services to improve dental clinical outcomes

◆ Dental implants and braces
◆ Dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia, and
◆ Treatment of congenitally missing (missing at birth), malpositioned, or super numerary (extra) teeth, even if part of a Congenital Anomaly

## Drugs

◆ Prescription Drugs for outpatient use that are filled by a prescription order or refill
◆ Self-injectable medications
◆ Non-injectable medications given in a Physician's office except as required in an Emergency, and
◆ Over the counter drugs and treatments

## Experimental and Investigational, or Unproven Services

Experimental and Investigational Services or Unproven Services, unless the Medical Benefit Program has agreed to cover them as stated in the Glossary.

◆ This exclusion applies even if Experimental and Investigational or Unproven Services are the only available treatment options for your condition.

## Foot Care

◆ Routine foot care, except when needed for severe systemic disease. Routine foot care services that are not covered include:
   ○ Cutting or removal of corns and calluses
   ○ Nail trimming or cutting. and
   ○ Debriding (removal of dead skin or underlying tissue)
◆ Hygienic and preventive maintenance foot care. Examples include:
   ○ Cleaning and soaking the feet
   ○ Applying skin creams in order to maintain skin tone, and
   ○ Other services that are performed when there is not a localized Sickness, Injury or symptom involving the foot
◆ Treatment of flat feet
◆ Treatment of subluxation (joint or bone dislocation) of the foot
◆ Shoes (standard or custom), lifts and wedges, and Shoe Orthotics that are not prescribed by a physician

## Jawbone Surgery

◆ Diagnosis or treatment of the jawbones, except as treatment of obstructive sleep apnea, congenital anomaly or orthognathic surgery to correct underbite or overbite, and
◆ Upper and lower jawbone surgery except as required for direct treatment of acute traumatic Injury, tumor or cancer

## Medical Supplies and Appliances

◆ Devices used specifically as safety items or to affect performance in sports-related activities, and
◆ Prescribed or non-prescribed medical supplies, except for ostomy bags and related supplies. Examples of supplies that are not covered include, but are not limited to:
   ○ Elastic stockings and ace bandages, and

    o   Tubings, nasal cannulas, connectors and masks that are not used in connection with DME.

## Not Medically Necessary

Expenses for services, supplies, appliances, equipment, medications, or treatments that are not medically necessary.

## Nutrition and Health Education

- Megavitamin and nutrition based therapy
- Nutritional counseling for either individuals or groups, except as defined under Nutritional Counseling in Plan Coverage Details
- Food of any kind, unless it is the only source of nutrition or unless it is specifically created to treat inborn errors of metabolism such as phenylketonuria (PKU). Foods that are not covered include:
  - o Enteral feedings and other nutritional and electrolyte formulas, including infant formula and donor breast milk
  - o Foods to control weight, treat obesity (including liquid diets), lower cholesterol or control diabetes
  - o Oral vitamins and minerals
  - o Meals you can order from a menu, for an additional charge, during an Inpatient Stay, and
  - o Other dietary and electrolyte supplements
- Health club memberships and programs, and spa treatments, and
- Health education classes unless offered by the Claims Administrator or its affiliates, including but not limited to asthma, smoking cessation, and weight control classes

## Pregnancy and Infertility

- Elective abortion
- Surrogate parenting
- The reversal of voluntary sterilization
- Artificial reproductive treatments done for genetic or eugenic (selective breeding) purposes
- Services provided by a doula (labor aide), and
- Parenting, pre-natal or birthing classes

## Physical Appearance

Cosmetic Procedures, as defined in the Glossary, are excluded from coverage. Examples include:

- Liposuction
- Pharmacological regimens
- Nutritional procedures or treatments
- Tattoo or scar removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures)
- Replacement of an existing intact breast implant if the earlier breast implant was performed as a Cosmetic Procedure
- Physical conditioning programs such as athletic training, bodybuilding, exercise, fitness, flexibility, and diversion or general motivation
- Weight loss programs whether or not they are under medical supervision or for medical reasons, even if for morbid obesity
- Wigs, or permanent loss of hair from an accidental Injury, in which case the Plan pays up to a maximum of $1,000 per Covered Person per lifetime
- Treatments for hair loss

- A procedure or surgery to remove fatty tissue such as panniculectomy, abdominoplasty, thighplasty, brachioplasty, or mastopexy
- Varicose vein treatment of the lower extremities, when it is considered cosmetic, and
- Treatment of benign gynecomastia (abnormal breast enlargement in males)

## Providers

Services:

- Performed by a Provider who is a family member by birth or marriage, including your Spouse, Domestic Partner, brother, sister, parent or child
- A Provider performs on himself or herself
- Performed by a Provider with your same legal residence
- Ordered or delivered by a Christian Science practitioner
- Performed by an unlicensed Provider or a Provider who is operating outside of the scope of his/her license
- Provided at a diagnostic Facility (Hospital or otherwise) without a written order from a Provider, and
- Ordered by a Provider affiliated with a diagnostic Facility (Hospital or otherwise), when that Provider is not actively involved in your medical care:
  - Prior to ordering the service, or
  - After the service is received

This exclusion does not apply to mammography testing.

## Services Provided in a Foreign Country

- Health services provided in a foreign country, unless in an Emergency; and
- Travel or transportation expenses, even if ordered by a Physician

## Services Provided Under Another Plan

Services for which coverage is available:

- Under another plan, except as described in Coordination of Benefits (COB)
- Under workers' compensation or similar legislation if you could elect it, or could have it elected for you; and
- For treatment of military service-related disabilities when you are legally entitled to other coverage, and facilities are reasonably accessible

## Transplants

Organ and tissue transplants, including multiple transplants, are excluded, except as identified under Transplantation Services in Plan Coverage Details.

Notwithstanding the above, organ and tissue transplants will be excluded if they are:

- Determined by the Claims Administrator not to be proven procedures for the involved diagnoses or inconsistent with the diagnosis of the condition;
- Mechanical or animal organ transplants, except for services related to the implant or removal of a circulatory assist device (a device that supports the heart while the patient waits for a suitable donor heart to become available), or
- Donor costs for organ or tissue transplantation to another person (these costs may be payable through the recipient's benefit plan)

**MEDICAL SUMMARY PLAN DESCRIPTION, 2020**

## Travel and Lodging

◆ Health services provided in a foreign country, unless in an Emergency; and
◆ Travel or transportation expenses, even if ordered by a Physician

## Vision and Hearing

◆ Routine eye examinations
◆ Purchase and fitting cost of eyeglasses and contact lenses
◆ Purchase cost of hearing aids, assistive devices and amplifiers, except for the initial pair and one replacement, and
◆ Surgery and other related treatment that is intended to correct nearsightedness, farsightedness, presbyopia and astigmatism including, but not limited to, procedures such as laser and other refractive eye surgery and radial keratotomy

## Purchase and fitting cost of eyeglasses and contact lenses

◆ Purchase cost of hearing aids, assistive devices and amplifiers, except for the initial pair and one replacement, and
◆ Surgery and other related treatment that is intended to correct nearsightedness, farsightedness, presbyopia and astigmatism including, but not limited to, procedures such as laser and other refractive eye surgery and radial keratotomy

## All Other Exclusions

◆ Autopsies and other coroner services and transportation services for a corpse
◆ Charges for:
  ○ Missed appointments;
  ○ Room or facility reservations;
  ○ Completion of claim forms;
  ○ Record processing; or
  ○ Services, supplies or equipment that are advertised by the Provider as free;
◆ Charges by a Provider sanctioned under a federal program for reason of fraud, abuse or medical competency
◆ Charges prohibited by federal anti-kickback or self-referral statutes
◆ Chelation therapy, except to treat heavy metal poisoning
◆ Custodial Care as defined in the Glossary, or services provided by a personal care assistant
◆ Diagnostic tests that are:
  ○ Delivered in other than a Physician's office or health care Facility, and
  ○ Self-administered home diagnostic tests, including but not limited to HIV and Pregnancy tests
◆ Domiciliary Care, as defined in the Glossary;
◆ Growth hormone therapy;
◆ Expenses for health services and supplies:
  ○ That do not meet the definition of a Covered Health Service in the Glossary
  ○ That are received as a result of war or any act of war, whether declared or undeclared, while part of any armed service force of any country
  ○ That are incurred while on active duty with the armed service force of any country

- o That are received after the date your coverage under the Tenet Medical Benefit Program ends, including health services for medical conditions which began before the date your coverage under the Tenet Medical Benefit Program ends
  - o For which you have no legal responsibility to pay, or for which a charge would not ordinarily
  - o be made in the absence of coverage under this benefit Plan
  - o That exceed Eligible Expenses or any specified limitation in this SPD, or
  - o For which an Out-of-Network Provider waives the Fee, Annual Deductible or Co-insurance amounts
- ◆ Medical and surgical treatment of snoring, except when provided as a part of treatment for documented obstructive sleep apnea (a sleep disorder in which a person regularly stops breathing for 10 seconds or longer). Appliances for snoring are always excluded
- ◆ Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments when:
  - o Required solely for purposes of career, education, sports or camp, employment, insurance, marriage or adoption; or as a result of incarceration
  - o Conducted for purposes of medical research
  - o Related to judicial or administrative proceedings or orders, or
  - o Required to obtain or maintain a license of any type
- ◆ Private duty nursing
- ◆ Respite care
- ◆ Rest cures
- ◆ Sex transformation operations, if not medically necessary
- ◆ Speech therapy to treat stuttering, stammering, or other articulation disorders, except to the extent such therapy is necessary for the treatment of a disability within the meaning of section 1557 of the Affordable Care Act and the regulations issued thereunder and is otherwise a Covered Health Service
- ◆ Spinal Treatment to treat a condition unrelated to alignment of the vertebral column
- ◆ Storage of blood, umbilical cord or other material for use in a Covered Health Service, except if needed for an imminent surgery
- ◆ The following treatments for obesity:
  - o non-surgical treatment, even if for morbid obesity, and
  - o surgical treatment of obesity unless you meet the definition of obese as defined in Plan Coverage Details

## Coverage of Ineligible Expenses

Notwithstanding the foregoing, in certain circumstances, for reasons such as overall cost savings or medical treatment efficiency, the Medical Benefit Program may, in the sole discretion of the Plan Administrator, provide Benefits for services that would otherwise not be Covered Health Services. The fact that the Medical Benefit Program does so in any particular case shall not in any way be deemed to require the Medical Benefit Program to do so in other similar cases.

# Coordination of Benefits (COB)

All benefits provided under the Tenet Medical Benefit Program are subject to Coordination of Benefits ("COB").

COB provisions apply when the Covered Person is covered by the Tenet Medical Benefit Program and another benefit plan ("Other Benefit Plan").

The provisions establish which plans have primary and secondary responsibility for coverage, and the rules under which payment is made.

| | |
|---|---|
| **If you are an active Tenet employee...** | The Tenet Medical Benefit Program is primary. |
| **If you are the dependent of a Tenet employee and you are covered under another plan as an active employee...** | The Tenet Medical Benefit Program is secondary. |
| **If you have dependent children...** | The plan of the parent whose birthday falls earlier in the year is primary; if both parents have the same birthday, the plan that has covered the child longer is primary. For an eligible child of divorced or separated parents, the primary plan would be determined in the following order:<br><br>1. As ruled by the court through a separation agreement, divorce settlement, Qualified Medical Child Support Order, etc. (a copy of the court ruling will be required when submitting claims for your dependent child).<br><br>2. The plan of the parent with legal custody. In the case of joint custody, the plan of the parent with whom the child spends the majority of his or her time.<br><br>3. The plan of the spouse of the parent with legal custody.<br><br>4. The plan of the parent without custody. |
| **If the condition is automobile-related...** | Medical coverage under automobile insurance is always primary, including participants who reside in the state of Michigan and have auto coverage under a coordinated or uncoordinated no-fault automobile insurance policy providing personal injury protection. |
| **If your other coverage does not include Coordination of Benefits...** | Plans without a COB feature are always primary. The Tenet Medical Benefit Program would be secondary. |
| **If your other plan states it will pay no benefits at all if you have other coverage...** | That plan is primary. The Tenet Medical Benefit Program will be secondary. |
| **If you're also covered under a government plan...** | Coverage under a government plan is always primary (unless otherwise required by law).  If you are enrolled in Medicare, benefits will be coordinated in accordance with the Medicare Secondary Payer rules (and any other applicable federal statutory or regulatory requirements). When Medicare is to be the primary payer, this Medical Benefit Program will base payment upon benefits that would have been paid by Medicare under Parts A and B, regardless of whether or not you are enrolled under both of these parts. |
| **If payment of the claim cannot be determined by the above rules or the plans do not agree...** | The plan that has covered the individual for the longer period of time is the primary plan, and the plan that has covered the individual for the shorter period of time is the secondary plan. |

Payment Rules:

1. If the Tenet Medical Benefit Program is primary, it will pay benefits as if there is no secondary plan.
2. If the Tenet Medical Benefit Program is secondary, the rules of the plan with the higher Allowable Expense will be used to determine what the Tenet Medical Benefit Program will pay.
3. Regardless of whether primary or secondary, the Tenet Medical Benefit Program will reduce or eliminate payment as needed to prevent a greater amount of benefits being paid by both plans, than would otherwise be paid by a single plan. This is sometimes referred to as *Non-Duplication of Benefits*.

The following example illustrates the payment rules that are followed when the Tenet Medical Benefit Program is secondary:

| Tenet Medical Benefit Program | | Other Benefit Plan | |
|---|---|---|---|
| Provider charges = | $150 | Provider charges = | $150 |
| Allowable Expense is = | $90 | Allowable Expense is = | $100 |
| Plan pays 80% | | Plan pays 90% | |

| Coordination of Benefits | |
|---|---|
| Provider charges = | $150 |
| Tenet Allowable Expense (at Primary level) = | $90 |
| Other Benefit Plan pays (at Primary level) 90% = | -$90 |
| Balance = | $0 |
| Tenet Medical Benefit Program pays = | $0 |

Note: The example is intended to help illustrate how primary and secondary coverage is administered. The actual amounts paid are subject to a number of other factors including co-pays, deductibles and out of pocket limits, unpaid balances, credits, etc.

## Definitions

As used in this section, the following terms are defined as:

"Other Benefit Plan" means any arrangement providing health care benefits or services, including but not limited to: group, blanket, or franchise insurance coverage; group or individual practice or other prepayment coverage; labor management trusteed plans; union welfare plans; employer organization plans, or employee benefit organization plans; or any tax supported or governmental program.

"Allowable Expenses" means any Reasonable and Customary charges that would be considered Eligible Expenses incurred while the Covered Person is covered under this Plan. When this Plan is secondary, Allowable Expenses includes any expenses used to satisfy a deductible, co-insurance or co-payment requirement under any Other Benefit Plan except for any deductible, co-insurance or co-payment requirement under Personal Injury Protection, no-fault, medical payments provision, or any other category (including such benefits mandated by law) of any automobile or vehicle insurance plan.

## *Automobile Limitations*

This Medical Benefit Program shall always be considered secondary regardless of the Covered Person's election under Personal Injury Protection (PIP) or any no-fault coverage with the automobile carrier.

The Medical Benefit Program will not cover the cost of health care expenses resulting from accidental bodily injuries arising out of a motor vehicle accident to the extent that such services or expenses are payable under any Personal Injury Protection, no-fault, medical payments provision, or any other category (including such benefits mandated by law) of any automobile or vehicle insurance plan.)

When medical payments coverage is available under the vehicle insurance, the Medical Benefit Program shall pay excess benefits only, without reimbursement for vehicle plan deductibles or other out-of-pocket requirements under the vehicle plan.

# When Coverage Ends

This section describes:

◆ When coverage ends in the cases of a disabled child or hospitalization
◆ Where to find additional information on when coverage ends
◆ How to continue coverage after it ends

## Coverage for a Disabled Child

If an unmarried Dependent child with a mental or physical disability reaches an age when coverage would otherwise end, the Medical Benefit Program will continue to cover the child, as long as:

◆ The child was disabled prior to attaining age 26;
◆ The child is unable to be self-supporting due to the mental or physical disability
◆ The child depends mainly on you for support
◆ You provide to the Claims Administrator proof of the child's incapacity and dependency within 31 days of the date coverage would have otherwise ended because the child reached a certain age, and
◆ You provide proof, upon the Claims Administrator's request, that the child continues to meet these conditions

If you do not supply such proof in a timely manner, the Medical Benefit Program will no longer pay Benefits for that child.

## Extended Coverage for Hospital Inpatient Stay

If a covered Person is confined to a Hospital on the date benefits terminate, medical coverage will continue until the Covered Person is discharged from the Hospital.

## When Coverage Ends

When coverage ends for you and your eligible Dependents is based on specific Life Events and the rules governing the administration of each of the programs under the TEBP. Please refer to the Eligibility and Enrollment section of this TEBP SPD for detailed information on when coverage for you and your Dependents ends.

## Continuing Coverage Through COBRA

For more information on continuing your coverage through COBRA, please refer to the Other Information section of the TEBP SPD.

# Other Important Information

This section includes:

- ◆ Court-ordered Benefits for Dependent children
- ◆ The future of the Plan

## Qualified Medical Child Support Orders (QMCSOs)

A qualified medical child support order (QMCSO) is a judgment, decree or order issued by a court or appropriate state agency that requires a child to be covered for medical benefits. Generally, a QMCSO is issued as part of a paternity, divorce, or other child support settlement.

If the Medical Benefit Program receives a medical child support order for your child that instructs the Plan to cover the child, the Benefit Solutions Center will review it to determine if it meets the requirements for a QMCSO. If it determines that it does, your child will be enrolled in the Medical Benefit Program as your Dependent, and the Plan will be required to pay Benefits as directed by the order. If you are not currently enrolled in a Medical Benefit Program, you will also need to be enrolled.

You many obtain, without charge, a copy of the procedures governing QMCSOs from the Benefit Solutions Center.

**Note: A National Medical Support Notice will be recognized as a QMCSO if it meets the requirements of a QMCSO.**

## Future of the Plan

Although the Company expects to continue the Medical Benefit Program and the TEBP indefinitely, it reserves the right to discontinue, alter or modify the Medical Benefit Program and the TEBP in whole or in part, at any time and for any reason, in its sole determination.

The Company's decision to terminate or amend the Medical Benefit Program and/or the TEBP may be due to changes in federal laws governing employee benefits, the requirements of the Internal Revenue Code or ERISA, or any other reason. If the Company does change or terminate the Medical Benefit Program and/or the TEBP, it may decide to set up a different plan providing similar or different benefits.

If this Medical Benefit Program is terminated, Covered Persons will not have the right to any other Benefits from the Medical Benefit Program, other than for those claims incurred prior to the date of termination, or as otherwise provided under the Medical Benefit Program. In addition, if the Medical Benefit Program is amended, Covered Persons may be subject to altered coverage and Benefits.

The amount and form of any final Benefit you receive will depend on any document or contract provisions governing the TEBP and the Medical Benefit Program and Company decisions.

## How to File a Claim

See the Other Information section of this SPD for information on filing a claim (and appealing a denied claim) for benefits under the Medical Benefit Program.

# Glossary

This section includes definitions of terms used throughout this SPD.

Many of the terms used throughout this Medical Benefit Program section of the TEBP SPD may be unfamiliar to you or have a specific meaning with regard to the way the Medical Benefit Program is administered and how Benefits are paid. This section defines terms used throughout this Medical Benefit Program section of the TEBP SPD, but it does not describe the Benefits provided by the Medical Benefit Program.

## Alternate Facility

A health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

- ◆ Surgical services
- ◆ Emergency health services, or
- ◆ Rehabilitative, laboratory, diagnostic or therapeutic services

## Annual Deductible (or Deductible)

The amount you must pay for Covered Health Services in a calendar year before the Medical Benefit Program will begin paying Benefits in that calendar year. The Deductibles for each Medical Plan Program option may be found under "Medical Benefit Program Options: Highlights."

## Annual Enrollment

The period of time, determined by Tenet Healthcare Corporation, during which eligible Employees may enroll themselves and their Dependents under the Medical Benefit Program.

## Benefit Eligible

Generally, you're eligible to participate in the Tenet Medical Program if you are classified by Tenet as a full-time or part-time 1 employee.  (Determination of full-time or part-time 1 status is based on anticipated scheduled hours and is not impacted by the fact that you may, on occasion, work more or less than your anticipated scheduled hours.)  You are also eligible to participate in the Tenet Medical Program if you're determined to work 30 hours or more per week in accordance with Tenet's "ACA Compliance Full-Time Employee Determination Policy" attached as Appendix 1 to this SPD. If you meet either of these eligibility requirements, you're considered "benefit eligible."

## Benefits

Medical Benefit Program payments for Covered Health Services, subject to the terms and conditions of the Medical Benefit Program.

## Body Mass Index (BMI)

A calculation used in obesity risk assessment which uses a person's weight and height to approximate body fat.

## BMI

See Body Mass Index (BMI).

## CHD

See Congenital Heart Disease (CHD).

## Chiropractic Care

Detection or correction, by manual or mechanical means, of bone or joint dislocation(s) (subluxation) in the body to remove nerve interference or its effects. The nerve interference must be the result of, or related to, distortion, misalignment or subluxation of, or in, the vertebral column.

## Claims Administrator

The person or entity to which responsibility for certain Medical Benefit Program claims administration services has been delegated by the Plan Administrator.  There may be more than one Claims Administrator for the Medical Benefit Program.

## Clinical Trial

A scientific study designed to identify new health services that improve health outcomes. In a Clinical Trial, two or more treatments are compared to each other and the patient is not allowed to choose which treatment will be received.

## COBRA

See Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).

## Co-insurance

The percentage of Eligible Expenses you are required to pay for certain Covered Health Services as described in How the Medical Benefit Program Works.

## Company

Tenet Healthcare Corporation.

## Congenital Anomaly

A physical developmental defect that is present at birth and is identified within the first twelve months of birth.

## Congenital Heart Disease (CHD)

Any structural heart problem or abnormality that has been present since birth. Congenital heart defects may:

- Be passed from a parent to a child (inherited)
- Develop in the fetus of a woman who has an infection or is exposed to radiation or other toxic substances during her pregnancy, or
- Have no known cause

## Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA)

A federal law that requires employers to offer continued health insurance coverage to certain employees and their dependents whose group health insurance has been terminated.

## Cosmetic Procedures

Procedures or services that change or improve appearance without significantly improving physiological function, as determined by the Claims Administrator. Reshaping a nose with a prominent bump is a good example of a Cosmetic Procedure because appearance would be improved, but there would be no improvement in function like breathing.

## Cost-Effective

The least expensive equipment that performs the necessary function. This term applies to Durable Medical Equipment and prosthetic devices.

## Covered Health Services

Those health services and supplies that are:

◆ Provided for the purpose of preventing, diagnosing or treating Sickness, Injury, Pregnancy, mental illness, substance abuse, or their symptoms
◆ Included in Medical Benefit Program Options: Highlights and Plan Coverage Details
◆ Provided to a Covered Person who meets the Medical Benefit Program's eligibility requirements, as described under Eligibility in the Eligibility and Enrollment section of the TEBP SPD, and
◆ Not identified in Exclusions

## Covered Person

Either an enrolled Employee or an enrolled Dependent only while enrolled or eligible for Benefits under the Medical Benefit Program.

## Custodial Care

Services that do not require special skills or training and that:

◆ Provide assistance in activities of daily living (including but not limited to feeding, dressing, bathing, ostomy care, incontinence care, checking of routine vital signs, transferring and ambulating)
◆ Do not seek to cure, or which are provided during periods when the medical condition of the patient who requires the service is not changing, or
◆ Do not require continued administration by trained medical personnel in order to be delivered safely and effectively

## Dependent

An individual who meets the eligibility requirements specified in the Medical Benefit Program, as described under Eligibility above. Also, see the Eligibility and Enrollment section of the TEBP SPD. A Dependent does not include anyone who is also enrolled as an Employee. No one can be a Dependent of more than one Employee.

## DME

See Durable Medical Equipment (DME).

## Domestic Partner

Your Domestic Partner as described under "Domestic Partners" in the Eligibility and Enrollment section of the TEBP SPD.

## Domiciliary Care

Living arrangements designed to meet the needs of people who cannot live independently but do not require Skilled Nursing Facility services.

## Durable Medical Equipment (DME)

Medical equipment that is all of the following:

◆ Ordered or provided by a Physician for outpatient use
◆ Used for medical purposes

- Not consumable or disposable
- Not of use to a person in the absence of a Sickness, Injury, Pregnancy or disability
- Durable enough to withstand repeated use,; and
- Appropriate for use in the home

## Eligible Expenses

The charge (or portion of any charge) for a Covered Health Service (provided while the Medical Benefit Program is in effect) upon which Benefits determinations under the Medical Benefit Program are based. "Eligible Expenses" will not include any expense for a service that is not medically necessary.

## Emergency

A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson (not a medical professional) who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in:

- Placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy
- Serious impairment to bodily functions, or
- Serious dysfunction of any bodily organ or part.

Emergency care in the emergency room of a Hospital will not be covered unless the condition is deemed to be an Emergency in accordance with this definition.

## Employee

An "Employee" as defined under "Who's Eligible?" in the Eligibility and Enrollment section of the TEBP SPD.

## Employee Retirement Income Security Act of 1974 (ERISA)

The federal legislation that regulates retirement and employee welfare benefit programs maintained by employers and unions.

## Employer

Tenet Healthcare Corporation, and its subsidiaries and affiliates who have adopted the Plan.

## ERISA

See Employee Retirement Income Security Act of 1974 (ERISA).

## Experimental and Investigational Services

Medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time the Claims Administrator makes a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service or the United States Pharmacopoeia Dispensing Information as appropriate for the proposed use, or
- Subject to review and approval by any institutional review board for the proposed use, or
- The subject of an ongoing Clinical Trial that meets the definition of a Phase 1, 2 or 3 Clinical Trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight

Notwithstanding the foregoing, a Clinical Trial will not be considered Experimental or Investigational if it is for the treatment of cancer or another life-threatening disease or condition and either your referring health care professional conclude that your participation in the trial would be appropriate or you provide medical or scientific information establishing that participation in the trial is appropriate. If you have a Sickness, Injury, Pregnancy, mental health condition or substance use disorder that is likely to cause death within one year of the request for treatment, the Claims Administrator may, at its discretion, determine that an Experimental and Investigational Service is a Covered Health Service for that Sickness, Injury, mental health condition, or substance use disorder. For this to take place, the Claims Administrator must determine that the procedure or treatment is:

- ◆ Proved to be safe and promising
- ◆ Provided in a clinically controlled research setting, and
- ◆ Using a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health

### EOB

See Explanation of Benefits (EOB).

## Explanation of Benefits (EOB)

A statement provided by the Claims Administrator to you, your Physician, or another health care professional that explains:

- ◆ The Benefits provided
- ◆ The allowable reimbursement amounts
- ◆ Deductibles
- ◆ Co-insurance
- ◆ Any other adjustments taken
- ◆ The net amount paid by the Medical Benefit Program, and
- ◆ The reason(s) why the Plan did not pay for a service

If your claim is denied, the EOB will contain additional information about your claim denial. (Alternatively, such information may be provided to you in a separate letter.) See the Other Information section of the TEBP for more information on the claim denials.

## Facility

A health care facility that provides one or more of the following services, as permitted by law:

- ◆ Surgical services
- ◆ Emergency health services, or
- ◆ Rehabilitative, laboratory, diagnostic or therapeutic services

### Fee

The set dollar amount you are required to pay for Emergency Health Services, Out-of-Network Facility charges for an inpatient stay, and Out-of-Network Outpatient Surgery, Diagnostic and Therapeutic Services, as described in Medical Benefit Program Options: Highlights.

## Home Health Agency

A program or organization authorized by law to provide health care services in the home.

## Hospital

An institution, operated as required by law, which is:

◆ Primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of sick or injured individuals. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians, and
◆ Has 24-hour nursing services

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a Skilled Nursing Facility, convalescent home or similar institution.

## Injury

Bodily damage from trauma other than Sickness, including all related conditions and recurrent symptoms.

## Inpatient Rehabilitation Facility

A Hospital (or a special unit of a Hospital that is designated as an Inpatient Rehabilitation Facility) that provides physical therapy, occupational therapy and/or speech therapy on an inpatient basis, as authorized by law.

## Inpatient Stay

An uninterrupted confinement, following formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

## Medicaid

A federal program administered and operated individually by participating state and territorial governments that provide medical benefits to eligible low-income people needing health care. The federal and state governments share the program's costs.

## Medical Benefit Program

The Tenet Medical Benefit Program, which is a component program under the Tenet Employee Benefit Plan (TEBP).  The Medical Benefit Program offers the following medical care options which may be selected by participating employees (as available): Platinum, Gold, Silver, Bronze, Health & Savings Plan, Health & Reimbursement Plan, PPO, EPO, and HDHP.  Availability of PPO and EPO options varies by location.  Other options may be available to employees at select facilities or locations.  Please see *benefitsolutions.ehr.com*  for a listing of the options available at your location.  Certain Medical Benefit Program options are summarized in separate medical SPD documents.  Please see "About this Summary Plan Description" above for more information.

## Medicare

Parts A, B and C of the insurance program established by Title XVIII, United States Social Security Act, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

## Negotiated Rate

The rate established by the contract in effect between the Network and the Network Provider.

Under this contract, the Network Provider has agreed to accept a reduced rate ("Negotiated Rate") as their charge for services rendered and cannot bill for the difference between the charge and the Negotiated Rate.

## Network Provider

A health care Provider who has:

◆ Entered into an agreement with the Claims Administrator or an affiliate to be a Network Provider, and

◆ Agreed to accept specified reimbursement rates for Covered Health Services

## Orthotics

Devices that straighten or change the shape of a body part, including but not limited to cranial banding and some types of braces.

## Out-of-Network Provider

A health care provider who has not:

◆ Entered into an agreement with the Claims Administrator or an affiliate to be a Network Provider, and

◆ Agreed to accept specified reimbursement rates for Covered Health Services

## Out-of-Pocket Maximum

The maximum amount you pay out-of-pocket every calendar year.  The Out-of-Pocket Maximum applies for Network Benefits only. Once you reach the Network Out-of-Pocket Maximum, the Plan pays Network Benefits at 100% of Eligible Expenses during the rest of that calendar year. (There is no Out-of-Pocket Maximum for Out-of-Network Benefits.)

## Physician

Any individual who is practicing medicine within the scope of his or her license, and who is licensed to prescribe drugs. The individual must also be properly licensed and qualified by law to practice in the state in which the Covered Person receives health services.

## Plan Administrator

Tenet Benefits Administration Committee or its designee.

## Plan Sponsor

Tenet Healthcare Corporation.

## Pregnancy

Includes prenatal care, postnatal care, childbirth and any complications associated with Pregnancy.

## Provider

A health care professional or Facility operating as required by law.

## Reconstructive Procedure

A procedure performed to address a physical impairment where the expected outcome is restored or improved function. The fact that a person may suffer psychologically as a result of the impairment does not classify surgery or any other procedure done to relieve the impairment as a Reconstructive Procedure.

## Reasonable and Customary Charge

The maximum amount of charges for Covered Health Services (other than Outpatient Dialysis Covered Services) rendered by an Out-of-Network Provider upon which the Medical Benefit Program will base its Benefits determination. The Reasonable and Customary Charge that applies to a given service, treatment or supply shall not exceed the general level of charges assessed by Providers rendering the same type of service, treatment or supplies. The Reasonable and Customary Charge is established using

historical data collected for charges by Providers within specific geographic areas for the same or similar services, treatment or supplies. The data may be supplemented with information provided by independent research firms who specialize in the collection of Provider charge data. Unusual circumstances that reasonably require additional time, skill or experience for a Provider's service, are taken into consideration by the Medical Benefit Program and may result in reimbursement of an amount above the Reasonable and Customary maximum but not exceeding the actual charge. The Reasonable and Customary charge does not apply to Network Providers.

## Sickness

Physical illness or disease. The term Sickness as used in this SPD does not include mental illness or substance abuse, regardless of the cause or origin of the mental illness or substance abuse.

## Skilled Home Health Care

Skilled nursing, teaching, and rehabilitation services when:

◆ They are delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome and provide for the safety of the patient
◆ A Physician orders them
◆ They are not delivered for the purpose of assisting with activities of daily living, including, but not limited to, dressing, feeding, bathing or transferring from a bed to a chair
◆ They require clinical training in order to be delivered safely and effectively, and
◆ They are not Custodial Care, as defined in this section

## Skilled Nursing Facility

A nursing Facility that is licensed and operated as required by law. A Skilled Nursing Facility that is part of a Hospital is considered a Skilled Nursing Facility for purposes of the Medical Benefit Program.

## Spouse

An individual to whom you are legally married, including a same sex legal spouse.

## TEBP

The Tenet Employee Benefit Program.

## Unproven Services

Health services that, according to prevailing medical research, do not have a beneficial effect on health outcomes, and are not based on:

◆ Well-conducted randomized controlled trials, or
◆ Well-conducted cohort studies

In a randomized controlled trial, two or more treatments are compared to each other, and the patients are not allowed to choose which treatments they receive. In a cohort study, patients who receive study treatment are compared to a group of patients who receive standard therapy. In both cases, the comparison group must be nearly identical to the study treatment group.

If you have a Sickness, Injury, Pregnancy, mental health condition, or substance use disorder that is likely to cause death within one year of the request for treatment, the Claims Administrator may, at its discretion, determine that an Unproven Service is a Covered Health Service for that Sickness, Injury, Pregnancy, mental health condition, or substance use disorder. For this to take place, the Claims Administrator must determine that the procedure or treatment is:

◆ Proved to be safe and promising

◆ Provided in a clinically controlled research setting, and
◆ Using a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health

## Urgent Care

Treatment of an unexpected Sickness or Injury that is not life threatening but requires outpatient medical care that cannot be postponed. An urgent situation requires prompt medical attention to avoid complications and unnecessary suffering, such as high fever, a skin rash, or an ear infection.

## Urgent Care Center

A Facility that provides Urgent Care services, as previously defined in this section. In general, Urgent Care Centers:

◆ Do not require an appointment
◆ Are open outside of normal business hours, so you can get medical attention for minor illnesses that occur at night or on weekends, and
◆ Provide an alternative if you need immediate medical attention, but your Physician cannot see you right away

# Important Administrative Information: ERISA

This section includes:

◆ Plan administrative information, including:
  ○ Plan Sponsor
  ○ Plan Administrator
  ○ Sources of contribution and funding
  ○ Claims Administrator information
  ○ Other administrative information, and
  ○ Your rights under ERISA

You can learn additional information about the Medical Benefit Program by reviewing the other sections of this TEBP SPD at *benefitsolutions.ehr.com*. The complete SPD includes information on eligibility and enrollment, procedures for appealing claim denials, authority to amend and terminate the TEBP and all of the benefit programs (including the Medical Benefit Program), COBRA continuation rights, and your rights under the Health Insurance Portability and Accountability Act (HIPAA).

Here's a list of some quick facts you may need to know:

## Plan Sponsor

Tenet Healthcare Corporation is the Plan Sponsor. You may contact the Plan Sponsor at:

> **Tenet Healthcare Corporation**
> **Attn: Health and Welfare Benefits Department**
> **14201 Dallas Parkway**
> **Dallas, TX 75254**
> **(469) 893-2000**

Certain other affiliates and subsidiaries of the Plan Sponsor have adopted the Tenet Employee Benefit Plan and the Medical Benefit Program as participating employers. A complete list of the employers who have adopted the Tenet Employee Benefit Plan and the Medical Benefit Program offered thereunder may be obtained upon written request to the Benefits Administration Committee (the "BAC"), and is available for examination by participants and beneficiaries at the office of the BAC and certain other locations. Likewise, certain labor organizations (unions) have negotiated benefits under the Tenet

Employee Benefit Plan with respect to employees covered by a collective bargaining agreement. A complete list of Unions who have adopted the Tenet Employee Benefit Plan may be obtained upon written request to the BAC, and is available for examination by participants and beneficiaries at the office of the BAC and certain other locations.

## Plan Administrator

The Benefits Administration Committee or BAC is the Plan Administrator. You may contact the Plan Administrator at:

> **Tenet Healthcare Corporation**
> **c/o Benefits Administration Committee**
> **Attn: Health and Welfare Benefits Department**
> **14201 Dallas Parkway**
> **Dallas, TX 75254**
> **(469) 893-2000**

The Claims Administrator and BenefitConnect, have been retained to perform the majority of plan administrative functions for the Medical Benefit Program, including the discretion and responsibility to determine Covered Persons' eligibility for and the amount of any Medical Benefit Program Benefits. However, in some circumstances, the Plan Administrator has reserved the authority to make final claims determinations under the Medical Benefit Program. See the chart under "Delegation of Authority" in the Other Information section of the TEBP SPD for more information. The Plan Administrator (and where delegated, the Claims Administrator or BenefitConnect) has absolute discretion and authority to construe and interpret the Medical Benefit Program as described in this SPD. The Plan Administrator's (and where delegated, the Claims Administrator's or BenefitConnect's) interpretation of the Medical Benefit Program as described in this SPD as to eligibility for and the amount of such Benefits will be binding and conclusive on all persons.

## Sources of Contributions and Funding

Benefits under the Medical Benefit Program will be paid as needed directly from the general assets of the Employer that sponsors the Medical Benefit Program.

Contributions for Medical Benefit Program expenses are obtained from the Employer and from the participating employees. The Employer evaluates the costs of the Medical Benefit Program based on projected Medical Benefit Program expenses and determines the amount to be contributed by the Employer and the amount to be contributed by the participating employees.

### *Note about COBRA*

COBRA premiums will be the Qualified Beneficiaries' full responsibility and are generally 102% of the costs for non-COBRA individuals, except in special circumstances where a greater amount is permitted under COBRA. Refer to the COBRA section of the Other Information section of the TEBP SPD for additional details.

## Claims Administrator

The role of the Claims Administrator is to handle the day-to-day administration of the Medical Benefit Program's coverage as described in this SPD. The Claims Administrator has sole and absolute discretion and authority to construe and interpret the Medical Benefit Program as described in this SPD; except that the Plan Administrator has retained certain claims authority as stated on the chart under "Delegation of Authority" in the Other Information section of the TEBP SPD.

Benefits under the Medical Benefit Program will be paid only if the Claims Administrator decides, in its discretion, that a person is entitled to them. In making any decision, the Claims Administrator may rely on the accuracy and completeness of any information furnished by the Employer or a Covered Person. The Claims Administrator's interpretation of the Medical Benefit Program as described in this SPD as to the amount of benefits and eligibility will be binding and conclusive on all persons.

The Claims Administrator will not be deemed or construed as an employer for any purpose with respect to the administration or provision of Benefits under the Medical Benefit Program. The Claims Administrator will not be responsible for fulfilling any duties or obligations of an Employer with respect to the Medical Benefit Program.

You may contact the Claims Administrator by calling the toll-free number on your ID card or in writing at:

**Aetna**
**P.O. Box 981106**
**El Paso, TX 79998-1106**
**1-800-824-2705**

**Blue Cross Blue Shield of Texas**
**P.O. Box 660044**
**Dallas, TX 75266-0044**
**1-888-762-2191**

**Health Plans, Inc.**
**P.O. Box 5199**
**Westborough, MA 01581**
**1-877-490-3636**

**Blue Cross and Blue Shield of Alabama**
**450 Riverchase Parkway East**
**Birmingham, AL 35244**
**1-855-525-7283**

Note: Certain options under the Medical Benefit Program are summarized in separate medical SPD documents. Employees enrolled in one of the following Medical Benefit Program options should refer to the separate medical SPD for such option, available at *benefitsolutions.ehr.com*, for Claims Administrator contact information: Fallon Direct and Fallon Select.

## BenefitConnect

BenefitConnect is responsible for all eligibility determinations under the TEBP. In other words, BenefitConnect will determine if you are eligible to participate in the benefit programs and whether you are eligible to elect COBRA coverage under the Medical Benefit Program. BenefitConnect has sole and absolute discretion and authority to construe and interpret the eligibility provisions of the benefit programs as described in this SPD; except that the Plan Administrator has retained certain claims authority as stated on the chart under "Delegation of Authority" in the Other Information section of the TEBP SPD.

You will be eligible for benefits under the TEBP only if BenefitConnect decides, in its discretion, that you are so eligible. In making any decision, BenefitConnect may rely on the accuracy and completeness of any information furnished by you or your Dependents or the Employer. BenefitConnect's interpretation of the benefit programs as described in this SPD as to eligibility will be binding and conclusive on all persons.

BenefitConnect will not be deemed or construed as an employer for any purpose with respect to the administration of eligibility claims under the TEBP. BenefitConnect will not be responsible for fulfilling any duties or obligations of an Employer with respect to the TEBP.

You may contact the BenefitConnect in writing at:

**Benefit Connect | COBRA**

**DEPT: COBRA**
**P.O. Box 981915**
**El Paso, TX 79998**

**1-877-292-6272**

Telephone inquiries regarding your 2020 benefit program eligibility or eligibility for COBRA coverage under the Medical Benefit Program should be directed to the BenefitConnect |Service Center at 1-877-29-COBRA (26272).  Representatives are available Monday through Friday, 9:00 a.m. to 7:00 p.m. Eastern Time (excluding holidays). International callers should use (858) 314-5108.

## Agent for Service of Legal Process

Should it ever be necessary, you or your personal representative may serve legal process on the agent of service for legal process for the TEBP. The TEBP's Agent of Service is:

**Tenet Healthcare Corporation**
**14201 Dallas Parkway**
**Dallas, TX 75254**
**(469) 893-2000**

Legal process may also be served on the Plan Administrator.

## Other Administrative Information

This section of your Medical Benefit Program SPD contains information about how the Medical Benefit Program is administered as required by ERISA.

## Type of Administration

The TEBP Plan and the Medical Benefit Program offered thereunder is a self-funded welfare plan and the administration is provided through one or more third party administrators.

| Plan Name: | Tenet Employee Benefit Plan |
|---|---|
| Plan Number: | 515 |
| Employer ID: | 95-2557091 |
| Plan Type: | Welfare benefits plan |
| Plan Year: | January 1 - December 31 |
| Plan Administration: | Self-Insured |
| Source of Plan Contributions: | Employee and Employer |
| Source of Benefits: | Employer's general assets |

## Your ERISA Rights

For a statement explaining your rights under ERISA, see the Other Information section of the TEBP SPD.

## Tax Consequences of Participation in the Medical Benefit Program

In general, you may pay for your premiums in the Medical Benefit Program on a pre-tax basis by reducing your salary. However, premiums for coverage for a Domestic Partner (or for any dependent who does not qualify as your federal tax dependent) will be paid on an after-tax basis, unless your

Domestic Partner also qualifies as your federal tax dependent (determined without regard to IRC sections 152(b) (1), (b) (2), and (d) (1) (B), which contain certain exceptions to the definition of dependent and a gross income limitation). The test for determining whether your Domestic Partner qualifies as your federal tax dependent may be different than the test for determining dependent status under the plan. You should consult with your tax advisor to determine if your Domestic Partner qualifies as your federal tax dependent. In addition, if you are a highly compensated employee, there

may be certain circumstances in which you are not eligible to exclude from gross income all or a portion of the premiums or benefits paid under the Medical Benefit Program. Neither the Plan Administrator nor your employer can guarantee that the benefits provided to you under the Medical Benefit Program will be excludable from your gross income for federal and state tax purposes. For more information on the tax consequences of participating in the Medical Benefit Drug Program, please see your tax advisor.



# *Prescription Drug* Summary Plan Description

## About This Summary Plan Description (SPD)

The Prescription Drug Program is a component program in the Tenet Employee Benefit Plan (TEBP). The TEBP is a comprehensive welfare benefits program intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125.

This information summarizes key provisions of the Prescription Drug Program and serves as part of the summary plan description (SPD) for the TEBP. You can obtain more information about the Prescription Drug Program, the TEBP and the other component programs offered under the TEBP by reviewing the complete SPD for the TEBP. If there is any discrepancy between this online SPD and the official plan documents for the TEBP, the official plan documents will control. For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

## Plan Highlights

*Note: The prescription drug benefits provided under the following fully insured Medical Benefit Program options (available only at certain locations or facilities) are summarized in separate summary plan description (SPD) documents: Fallon Select and Fallon Direct.  Unless provided otherwise, all other provisions of the TEBP SPD remain applicable.*

You are automatically enrolled in prescription drug coverage when you elect a medical coverage option under the Tenet Medical Benefit Program. Please visit *benefitsolutions.ehr.com* for more information.

The Prescription Drug Program offers an easy and convenient way to save on short- and long-term medications. The program includes a formulary feature that can help you manage your prescription drug expenses. A "formulary" is a list of commonly prescribed medications — both generic and brand name — that have been found to be clinically effective, as well as cost effective. By asking your doctor to prescribe formulary medications when appropriate and discussing with your doctor the use of a generic medication, you can help keep your out-of-pocket costs lower while maintaining high quality care. The list of formulary drugs can be accessed by going to your member portal at OptumRx.com or by visiting benefitsolutions.ehr.com.

There are several components to the Prescription Drug Program:

| Retail Prescription Drug Program | Allows you to purchase up to a 30-day supply of medication at participating retail pharmacies |
|---|---|
| Maintenance Medication Program | If you or your dependents use maintenance prescription drugs, they must be filled through OptumRx Home Delivery or at a Walgreens pharmacy location.  With each new maintenance prescription, you may fill a 30-day supply two times at any network retail pharmacy before you must begin filling a 90-day supply through Home Delivery or at a Walgreens pharmacy. |

| | |
|---|---|
| **Generic Utilization** | Generic prescriptions save you money. Although use of generic equivalents is recommended, you still have the option to obtain a brand name prescription if a generic is not your preference. However, if you choose to obtain a brand name drug when a generic is available, you may be assessed a penalty on top of the brand co-pay. |
| **Specialty Pharmacy** | Specialty prescriptions must be filled through Optum Specialty Pharmacy for a maximum of 30-days' supply.  If the prescription is not filled through Optum Specialty Pharmacy, the claim will not be paid. Specialty medications can include drugs that are very expensive, have limited access, require complicated treatment regimens, compliance issues, special storage requirements or manufacturing reporting requirements. OptumRx will notify you if your prescription is categorized as a specialty drug. <br><br> *For a list of eligible pharmacies, please* go to your member portal at OptumRx.com or visit benefitsolutions.ehr.com. |

# Introduction to the Prescription Drug Program

This section of the SPD includes:

◆ Quick Facts: Who You Can Cover, Cost of Coverage, When Coverage Begins, and When Coverage Ends
◆ The factors that impact your cost of coverage
◆ Instructions and timeframes for enrolling yourself and your eligible dependents in the Medical and Prescription Drug Benefit Programs
◆ When you can make coverage changes under the Medical Benefit Program

# Quick Facts

| | |
|---|---|
| **Who You Can Cover** | ◆ You (and your family members) must be enrolled under a Tenet Medical Benefit Program option to be covered under the Prescription Drug Program. <br><br> ◆ Your coverage category for prescription drugs is determined by your coverage category for your medical plan, and whether or not you are covered by a collective bargaining agreement. |
| **Cost of Coverage** | ◆ Your contribution to the cost of your prescription drug coverage is included in the premium you pay for medical coverage. |
| **When Coverage Begins** | ◆ Your (or your dependent's) coverage under the Prescription Drug Program begins on the day your (or your dependent's) coverage under the Tenet Medical Benefit Program begins. If you (or your dependents) are not enrolled in the Tenet Medical Benefit Program, then you (or your dependents) will not be covered under the Prescription Drug Program. |

|  | |
|---|---|
|  | ◆ Coverage for newly eligible dependents begins on the date they become covered under the Tenet Medical Benefit Program and dependent documentation has been received and verified (through birth, adoption, etc.), provided you enroll them within 31 days (as applicable, see the Life Events section of the TEBP SPD for more information) of the date they become eligible. |
| **When Coverage Ends** | ◆ When coverage ends is dependent on various factors. Please refer to When Coverage Ends in the Eligibility and Enrollment section of the TEBP SPD, for detailed information on when coverage for you and your dependents ends.<br><br>◆ In some circumstances, you or your dependents may be eligible to continue medical coverage (and the corresponding prescription drug coverage) under the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, as amended. For more information on COBRA coverage, please see the Other Information section of this TEBP SPD. |

## Cost of Coverage

Your contribution to the cost of your prescription drug coverage is included in the premium you pay for medical coverage, and depends on the medical care option you select and the family members you choose to enroll. You and Tenet share in the cost of the Medical Benefit Program.

Your contributions for your coverage and for coverage for your dependents (including your spouse and legal same-sex spouse) are typically deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld - and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you. However, your contributions for Domestic Partner coverage (and for coverage for any other dependent who is not your federal tax dependent) will be deducted from your paychecks on an after-tax basis unless your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)). For more information in determining whether your Domestic Partner or other dependent qualifies as your federal tax dependent, contact your tax advisor.

Your contributions are subject to review and Tenet reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates by calling the Benefit Solutions Center at 1-844-877-8591 or accessing your personal enrollment information from *benefitsolutions.ehr.com*.

## Out-of-Pocket Maximum

Covered expenses provided by a Network Provider under the Prescription Drug Program are subject to the Out-of-Pocket Maximum as discussed under "Out-of-Pocket Maximum" in the Medical Benefit Program SPD section.  Please see such section for more information on the Out-of-Pocket Maximum.

## How to Enroll

1.  Enroll online at *benefitsolutions.ehr.com*  or call the Benefit Solutions Center at 1-844-877-8591.

2.  Complete an enrollment transaction within the applicable deadline (generally, 31 days of the date you first become eligible for coverage under the Tenet Medical Benefit Program—see the Life

Events section of this SPD for more specific information). If you do not enroll within the applicable deadline, you will need to wait to make your benefit elections until the next Annual Enrollment period or the date you incur a change of family status or HIPAA special enrollment event entitling you to a mid-year enrollment.  For more information on change of family status and HIPAA special enrollment events, see the Life Events section of the TEBP SPD.

Each year during Annual Enrollment, you have the opportunity to review, change, or cancel your healthcare coverage. All changes made during the Annual Enrollment period will take effect on January 1 of the following calendar year.

| Important |
| --- |
| If you wish to change your benefit elections following your marriage, birth or adoption of a child, or other family status change or HIPAA special enrollment event, you must complete your enrollment transaction online at **benefitsolutions.ehr.com**  or call the Benefit Solutions Center at 1-844-877-8591 within the applicable deadline, which is typically 31 days of the event and request your change. Otherwise, you will need to wait until the next Annual Enrollment period to change your elections.  See the Life Events section for more specific information. |

## Changing Your Coverage

Please refer to the Life Events section of the TEBP SPD for more information on making coverage changes outside of an Annual Enrollment period.

| PROFILE: Tony and Sara |
| --- |
| Tony and Sara are a young couple who have just started a family with the arrival of their son, Ryan. Tony works for Tenet, while Sara has a part-time job at a daycare facility. Sara's employer doesn't offer medical or prescription drug benefits to part-time employees. Tony knows his family will be using brand-name prescriptions on a regular basis for his medical condition. After modeling his prescription drug coverage options online, he determines that the Health & Reimbursement Program is the best plan for his family. Due to the recent life event for Tony and Sara, Tony has 31 days from the day Ryan was born to enroll him under his plan and update his medical plan selections. |

# How the Retail Program Works

## A Look at the Basics

The Retail Prescription Drug Program allows you to purchase up to a 30-day supply of medication. You simply present your prescription identification (ID) card at a participating pharmacy when you have your prescription filled.

### Annual Deductible

In certain cases you must meet a deductible before the plan begins paying benefits.

◆ With the HDHP, Silver, Health & Savings Plan, or Advantage Plan, your preventive prescription drugs are covered without a deductible. However, you must meet your medical plan deductible for any non-preventive prescription drugs.

◆ With the Platinum, Gold, Bronze, Health & Reimbursement Plan, PPO, EPO, Co-pay Plan, PPO Select Plan, PPO Select Plan or PPO Plus Plans, your preventive and non-preventive prescription drugs are covered without a deductible.

◆ Please see **benefitsolutions.ehr.com**  for additional information.

## It Pays to Use Participating Pharmacies

When you use a participating pharmacy, you receive the highest level of benefits. You can also choose to have your prescriptions filled at non-participating pharmacies; however, non-participating pharmacies usually charge more than the contracted network rates for prescription drugs charged by participating pharmacies.

For plans with a deductible, even though you pay the full contracted price for the prescription until you meet your deductible, you still are taking advantage of participating pharmacy discounts.

Most chain drugstores are participating pharmacies. For assistance in locating a participating pharmacy near you, click on the Prescription Drugs link located on **_benefitsolutions.ehr.com_** or call the prescription drug carrier directly. You'll need your member number (included on your prescription drug ID card) and ZIP code.

## Using Non-Participating Pharmacies

With non-participating (out of network) pharmacies, you pay the full cost of the prescription at the time of purchase. There will be no reimbursements for any medications filled at non-participating (out of network) pharmacies.

For reimbursements of medications that are filled outside the country, you'll receive the difference between the amount submitted and your copay or co-insurance. You must complete a claim form to receive reimbursement from the pharmaceutical carrier. Be sure to follow all directions on the claim form and attach original receipts. You can get claim forms through your member portal on OptumRx.com or by visiting benefitsolutions.ehr.com.

# How the Maintenance Medication Program Works

If you are taking a maintenance medication (such as for high blood pressure or diabetes) you can choose to pick up your 90-day supply at any Walgreens Pharmacy or have your prescription(s) mailed directly to your home.  With each new maintenance prescription, you may fill a 30-day supply, up to two times at any network retail pharmacy before you must begin filling a 90-day supply at a Walgreens pharmacy or through Home Delivery.  After two courtesy fills, if you do not switch your maintenance medication to Home Delivery or a Walgreens pharmacy, you will pay the full cost of your medication.

For a list of eligible onsite pharmacies, please visit your member portal at OptumRx.com or go to benefitsolutions.ehr.com.

## Purchasing Prescription Drugs Through the Pharmacy Benefit

You can purchase prescription drugs, including over-the-counter diabetic supplies, such as; lancets and test strips, using your pharmacy benefit. Keep the following in mind when purchasing medications using the Prescription Drug Program:

| | |
|---|---|
| **Prescriptions Are Required** | Your physician needs to write a prescription for medications that will process under the Prescription Drug Program benefit, including over-the-counter diabetic supplies. (Please note that for over-the -counter diabetic supplies, the pharmaceutical carrier always requires a prescription, even if you live in a state where prescriptions aren't required.) |
| **Prescriptions Need to State the** | Your doctor needs to indicate the quantity (90-day maximum) and the number of refills allowed (if any) on your prescription. For items that are pre-packaged, |

| Quantity and the Number of Refills | if your doctor doesn't state the quantity, the pharmacy will fill the minimum order, which is one box. |
|---|---|
| A Co-pay or Co-insurance Is Required for Each Order | Co-pays or co-insurance applies to each prescription fill. The amount you pay is dependent upon the medical plan option you enroll in. |
| OptumRx Home Delivery Services | This service allows you to receive a 90-day supply of your maintenance medications shipped directly to you. New and refill prescription orders will arrive within 5 days of the date OptumRx receives the completed order. If you need an immediate supply, you can purchase a 30-day supply through any network retail pharmacy. You can place your Home Delivery order by: <br><br>• E-Prescribe: your doctor can send an electronic prescription to OptumRx. Prescriptions for controlled substances can also be ordered by ePrescribe <br><br>• Going online: Visit the website on your member ID card <br><br>• Visiting the mobile app: The OptumRx app can be downloaded from Apple App Store or Google Play <br><br>• Phone: Call the toll-free number on your member ID card. <br><br>You'll be required to satisfy applicable deductibles if you haven't already. |
| Walgreens 90 Saver Plus | This program allows you to receive a 90-day supply of your maintenance medications at any Walgreens pharmacy. Your copay/co-insurance will be the same as filling your medication through Home Delivery. You will be required to satisfy applicable deductibles if you haven't already. |
| Refills Are Easy | For maintenance medications that are filled through Home Delivery, you can save yourself more time by enrolling in OptumRx's automatic refill program. This program allows OptumRx to automatically process your refill at the appropriate time and ship it right to your door. You can also refill your medications online, over the phone, or through the OptumRx mobile App. <br><br>For medications filled through a network pharmacy, refills can be ordered by calling the pharmacy directly. |

\*   Subject to formulary guidelines. Please contact the pharmaceutical carrier to see if your supplies are part of the formulary. If they aren't, have your physician contact the pharmaceutical carrier to see if one of the formulary supply options will work for you.

**PROFILE: Randall**

Randall has diabetes and manages his costs carefully. He takes advantage of ordering diabetic supplies through Home Delivery. He knows he needs separate prescriptions for his lancets and test strips — and that each of those orders requires a separate co-pay. That's why he makes sure his doctor writes prescriptions for formulary supplies.

# Pre-Packaged Prescription Drugs

Certain prescription drugs are pre-packaged in supplies greater than the 30-day benefit normally filled at retail pharmacies. Some drugs are pre-packaged in multiple monthly supplies and the quantities cannot be cut back.

**For pre-packaged drugs filled at retail pharmacies and through Home Delivery:**

◆ 1- to 30-day supplies will be the 30-day copay/coinsurance

◆ 31- to 90--day supplies will be the 90-day copay/coinsurance

# Specialty Pharmacy

The specialty pharmacy is designed to help you meet the particular needs and challenges of using certain medications, many of which require injection or special handling.

If you are using a specialty pharmacy medication, you will be eligible to receive additional services when you fill your specialty prescriptions with the specialty pharmacy. These additional services include:

◆ A pharmacist to answer your questions about your specialty medication 24/7

◆ A clinical care team to help you understand your specialty medication

◆ 1 on 1 support with video chats with your care team and helpful videos from other specialty patients

◆ Supplemental supplies, such as needles and syringes that are required to administer the medication, at no additional charge

◆ Refill reminders

◆ Specialty Prescriptions are limited to a 30-day supply

◆ <u>Preferred Copay Card Acceptance Program</u>:  Some specialty medications may qualify for third-party copayment assistance programs that could lower your out-of-pocket costs for those products. For any such specialty medication where third-party copayment assistance is used, the member shall not receive credit toward their maximum out-of-pocket or deductible for any third party copay assistance.

## Days of Therapy Through the Specialty Pharmacy

Medications dispensed through the specialty pharmacy are only dispensed for a maximum of 30--day supply. Due to the frequent changes in dosing and change in therapy that occurs within these classes of medications, a 30--day supply limit helps minimize un-used medications.   There are other classes of medications that may be limited to a smaller quantity (up to a 15--day supply) early in your treatment to allow for potential changes in dose. Once therapy has been stabilized, you will be offered up to a 30--day supply.

Examples of medications that may require a limited supply early in therapy are select oral oncology agents with high discontinuation rates due to side effects.

Your co-pay will also be automatically adjusted for any medication that has a limited-day supply and you will not be responsible for a full 30--day co-pay.

If you have any questions regarding specialty pharmacy medications, please call the specialty pharmacy directly.

# Copays and Co-insurance

## Platinum, Gold, Silver and Bronze Plans

◆ For the **Platinum, Gold, and Bronze plans** your preventive and non-preventive prescription drugs are covered without a deductible.

◆ For the **Silver plan,** you must satisfy your annual medical plan deductible before receiving prescription drug benefits. Once the applicable deductible is satisfied, each prescription filled is subject to a co-pay or co-insurance charge. Certain preventive medications are available at the co-pay/co-insurance level prior to the satisfaction of the deductible. For a complete listing of these medications, contact OptumRx at 1-844-568-4146.

◆ If you request a brand-name drug when a generic is available, you'll pay the brand co-pay or co-insurance, plus the cost difference between the brand-name and generic drug.

◆ The chart below shows the co-pays and co-insurance charges:

| | Retail (30-Day Supply) | Specialty** (30-Day Supply) | Maintenance Medications (90-Day Supply) |
|---|---|---|---|
| **Generic** | You pay $5 co-pay* | You pay $5 co-pay* | You pay $10 co-pay* |
| **Formulary** | You pay 35% ($30 min/$100 max)* | You pay 35% ($30 min/$250 max)* | You pay 35% ($75 min/$200 max)* |
| **Non-Formulary** | You pay 50% ($40 min/$150 max)* | You pay 50% ($40 min/$350 max)* | You pay 50% ($100 min/$300 max)* |

*For the Silver plan, member copay or coinsurance applies after your medical plan deductible is satisfied.

**For Aetna DMC Union plans, the specialty copays are the same as the retail copays.

## Health & Reimbursement, Health & Savings, PPO and EPO Plans

◆ For the **Health & Reimbursement, PPO and EPO plans** your preventive and non-preventive prescription drugs are covered without a deductible.

◆ For the **Health & Savings plan,** you must satisfy your annual medical plan deductible before receiving prescription drug benefits. Once the applicable deductible is satisfied, each prescription filled is subject to a co-pay or co-insurance charge. Certain preventive medications are available at the co-pay/co-insurance level prior to the satisfaction of the deductible. For a complete listing of these medications, contact OptumRx at 1-844-568-4146.

◆ If you request a brand-name drug when a generic is available, you'll pay the brand co-pay or co-insurance, plus the cost difference between the brand-name and generic drug.

◆ The chart below shows the co-pays and co-insurance charges:

*For the Health and Savings plan, your member copay or coinsurance applies after your medical plan deductible is satisfied.

| | Retail & Specialty (30-Day Supply) | Maintenance Medications (90-Day Supply) |
|---|---|---|
| **Generic** | You pay $5 co-pay* | You pay $10 co-pay* |
| **Formulary** | You pay 35% ($30 min/$100 max)* | You pay 35% ($75 min/$200 max)* |
| **Non-Formulary** | You pay 50% ($40 min/$150 max)* | You pay 50% ($100 min, $300 max)* |

# Coverage Example: Save Money by Requesting Generics

| PROFILE: Tony and Sara | | |
|---|---|---|
| When Ryan was six months old, he caught an infection from one of the other children in his daycare center. Sara received a prescription from his pediatrician and went to fill it at a participating pharmacy. She was told that the total cost for Ryan's medication was $70. After Sara showed her prescription ID card to the pharmacist, her prescription benefits were verified on the computer. Then the pharmacist applied Sara's prescription benefit to the total cost (see example below). | | |

| FOR RYAN'S FIRST PRESCRIPTION ... | |
|---|---|
| Generic prescription drug cost | $70 |

| THE COST FOR RYAN'S FIRST PRESCRIPTION IS . . . | | |
|---|---|---|
| Co-pay | - $5 | Under the Rx option, the cost for generic drugs is a $5 co-pay. Sara pays this amount for Ryan's prescription |
| Remaining cost | = $65 | The plan picks up this cost |

After several months, Sara needs to fill another prescription for Ryan. This time, Sara requested a brand-name medication that has a generic equivalent. The cost of the brand-name drug is $125.

| FOR RYAN'S SECOND PRESCRIPTION . . . | |
|---|---|
| Brand-name prescription drug cost | $125 |

| THE COST FOR RYAN'S SECOND PRESCRIPTION IS . . . | | |
|---|---|---|
| Co-pay | - $98.75 | The co-pay for brand-name drugs on the formulary list is 35% with a $30 minimum and $100 maximum. The co-pay calculation is: $125 x .35 = $43.75 The penalty calculation is: = $125 - $70 = $55 |
| Remaining cost | =$26.25 | The plan picks up this cost |

Brand-name drugs often have generic counterparts. Generic drugs have the same active ingredients as brand-name drugs and are subject to the same FDA standards for quality, strength and purity. Because generic drugs cost less to produce, it's generally more cost effective to use the generic form.

| Please Be Aware . . . |
|---|
| For most plans, if you request a brand-name drug when a generic equivalent is available, you'll pay the applicable co-pay or co-insurance, plus the price difference between the brand-name and generic drug. |
| You should always discuss with your doctor or pharmacist whether a generic form of the prescribed drug exists and is appropriate for you. Unless your doctor has specifically indicated "dispense as written," the pharmacist can make the generic substitution upon your request. You should consult with your doctor regarding the medical implications, if any, of using a generic medication. |

# Coverage Example: Maintenance Medication Program

| PROFILE: Tony and Sara |
|---|
| Tony has been diagnosed with high cholesterol. In addition to eating right and exercise, Tony's doctor has told him that he will need medication over the long term to control his cholesterol level and has prescribed a brand-name drug that is on the formulary list and that has no generic equivalent. |
| **FOR TONY'S PRESCRIPTION . . .** |
| The retail price for Tony's prescription is $175 for a 30-day supply, compared to the Home Delivery price of $472.50 for a 90-day supply, before his co-insurance is applied. |
| **THE COST FOR TONY'S PRESCRIPTION IS . . .** |
| Home Delivery Calculation: <br><br> The co-insurance for brand-name drugs on the formulary list is 35% with a $75 minimum and $200 maximum. <br><br> The calculation is: $472.50 x .35 = $165.38 for a 90-day supply <br><br> Retail Calculation: <br><br> Had Tony chosen to fill the prescription at retail, the co-insurance would have been 35% with $30 minimum / $100 maximum. <br><br> The calculation is: $175 x .35 = $61.25 for a 30-day supply |

| Please Be Aware . . . |
|---|
| If you are taking a maintenance medication (such as for high blood pressure or diabetes) you may fill a 30-day supply, up to two times at any network retail pharmacy before you must begin filling a 90-day supply at a Walgreens pharmacy or through Home Delivery. After two courtesy fills, if you do not switch your maintenance medications to Home Delivery or a Walgreens pharmacy, you will pay the full cost of your medication. |

## ERM HDHP

◆ For the ERM **HDHP**, you must satisfy your annual medical plan deductible before receiving prescription drug benefits. Once the applicable deductible is satisfied, each prescription filled is covered at 100%. Certain preventive medications are available at $0 copay, prior to the satisfaction of the deductible. For a complete listing of these medications, contact OptumRx at 1-844-568-4146

◆ The chart below shows the co-pays and co-insurance charges:

|  | Retail & Specialty (30-Day Supply) | Maintenance Medications (90-Day Supply) |
|---|---|---|
| **Generic** | You pay $0 co-pay after medical deductible | You pay $0 co-pay after medical deductible |
| **Formulary** | You pay $0 co-pay after medical deductible | You pay $0 co-pay after medical deductible |
| **Non-Formulary** | You pay $0 co-pay after medical deductible | You pay $0 co-pay after medical deductible |

## Saint Vincent MNA Union - Co-Pay Plan and PPO Select Plans

◆ For the Saint Vincent MNA Union Co-Pay Plan and PPO Select Plans, your preventive and non-preventive prescription drugs are covered without a deductible.

◆ For the **Co-Pay Plan**, if you fill your prescription through Home Delivery and you request a brand-name drug when a generic is available, you'll pay the brand co-pay or co-insurance, plus the cost difference between the brand-name and generic drug.

◆ For the **PPO Select Plan**, if you request a non-formulary brand-name drug when a generic is available, you'll pay the brand co-pay or co-insurance, plus the cost difference between the brand-name and generic drug.

◆ The chart below shows the co-pays and co-insurance charges:

| Retail & Specialty (30-Day Supply) | | |
|---|---|---|
| | **Saint Vincent Co-Pay Plan** | **Saint Vincent PPO Select Plan** |
| **Generic** | You pay $10 co-pay | You pay $10 co-pay |
| **Formulary** | You pay $25 co-pay | You pay $25 co-pay |
| **Non-Formulary** | You pay $50 co-pay | You pay $50 co-pay |
| Maintenance Medications (90-Day Supply) | | |
| | **Saint Vincent Co-Pay Plan** | **Saint Vincent PPO Select Plan** |
| Generic | You pay $20 co-pay | You pay $20 co-pay |
| Formulary | You pay $40 co-pay | You pay $50 co-pay |
| Non-Formulary | You pay $65 co-pay | You pay $100 co-pay |

## MetroWest MNA Union - PPO Select Plan, PPO Plus Plan, Advantage Plan with HSA Plans

◆ With the **MetroWest PPO Select Plan and MetroWest PPO Plus Plans**, your preventive and non-preventive prescription drugs are covered without a deductible.

◆ With the **MetroWest Advantage Plan**, you must satisfy your Custom Network deductible before receiving prescription drug benefits. Once the applicable deductible is satisfied, each prescription filled is subject to a co-pay or co-insurance charge. Certain preventive medications are available at the co-pay/co-insurance level prior to the satisfaction of your Custom Network deductible. For a complete listing of these medications, contact OptumRx at 1-844-568-4146.

◆ For the **MetroWest Advantage Plan**, if you request a brand-name drug when a generic is available, you'll pay the brand co-pay or co-insurance, plus the cost difference between the brand-name and generic drug.

◆ The chart below shows the co-pays and co-insurance charges:

## Retail (30-Day Supply)

| | MetroWest PPO Select Plan | MetroWest PPO Plus Plan | MetroWest Advantage Plan with HSA |
|---|---|---|---|
| **Generic** | You pay $10 co-pay | You pay $10 co-pay | You pay 10% after Custom Network deductible |
| **Formulary** | You pay $25 co-pay | You pay $25 co-pay | You pay 25% after Custom Network deductible |
| **Non-Formulary** | You pay $45 co-pay | You pay $50 co-pay | You pay 45% after Custom Network deductible |

## Maintenance Medications (90-Day Supply)

| | MetroWest PPO Select Plan | MetroWest PPO Plus Plan | MetroWest Advantage Plan with HSA |
|---|---|---|---|
| **Generic** | You pay $20 co-pay | You pay $20 co-pay | You pay 10% after Custom Network deductible |
| **Formulary** | You pay $50 co-pay | You pay $50 co-pay | You pay 25% after Custom Network deductible |
| **Non-Formulary** | You pay $90 co-pay | You pay $100 co-pay | You pay 45% after Custom Network deductible |

# Some Medications Require Authorization or Review

The pharmaceutical carrier requires a prior authorization or coverage review for certain medications. This applies both to new prescriptions and to continue coverage on certain medications.

## Prior Authorization

Certain medications require prior authorization to ensure appropriate coverage decisions (e.g., patient diagnosis, what the prescribed drug is being used for, recommended dosage, how long the medication is to be used, possible drug interactions and other safety concerns):

The list of medications requiring prior authorization is subject to change.

For medications that require a prior authorization, your pharmacist will receive a message from the pharmaceutical carrier indicating that prior authorization is necessary and instruct him or her to contact your doctor to fill out the necessary prior authorization forms needed.

## Quantity Level Limit

The pharmaceutical carrier automatically tracks each prescription and monitors the standard maximum dosage and quantities for certain types of drugs. They also review other medications you have taken in the past, your age and other patient factors. If your doctor has prescribed a medication in excess of the quantity allowed your prescription will be denied and your doctor will need to provide a new prescription at the appropriate quantity.

# What's Not Covered by the Prescription Drug Program?

## Ineligible Expenses from A to Z

Some prescription drugs and services aren't available through the Prescription Drug Program. Ineligible expenses include, but aren't limited to:

- ADMINISTERING DRUGS: Charges for the administration or injection of any drug
- BLOOD PRODUCTS: Immunization agents, biologicals, blood and blood plasma
- BULK CHEMICALS: Emollients, gabapentin powder
- COSMETIC DRUGS: Botox
- DIAGNOSTIC AGENTS: X-ray contrast agents
- DURABLE MEDICAL EQUIPMENT: Crutches, canes, wheel chairs
- ERECTILE DYSFUNCTION DRUGS: Viagra, Cialis, Levitra, Caverject and Muse
- EXPERIMENTAL MEDICATIONS: Experimental or investigational drugs (see "Experimental or Investigational Services" in the Medical Program SPD section for more information)
- GENERAL ANESTHETIC: Used for general surgery
- HAIR GROWTH MEDICATION: Drugs used to stimulate hair growth
- HYPOACTIVE SEXUAL DESIRE DISORDER (HSDD): Addyi, Vyleesi
- INPATIENT MEDICATIONS: Medication that is to be taken by or administered to you or a covered family member while a patient is in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing facility, convalescent hospital, nursing home or similar institution that has the ability to dispense medications on its premises
- NOT MEDICALLY NECESSARY:  Any prescription drug, service, medication or supply that is not medically necessary
- NUTRITIONAL SUPPLEMENTS: Dietary supplements manufactured in capsule, tablet or liquid formulations
- OVER-THE-COUNTER DRUGS AND SUPPLIES: Any medication or supply that doesn't require a prescription, except over-the-counter diabetic supplies
- REFILLS: Refills that are dispensed more than one year from the date of the doctor's original order or that are in excess of the number of refills specified by the doctor
- REPACKAGED PRODUCTS
- SMOKING-CESSATION DRUGS: Over-the-counter smoking cessation medications – Coverage provided if over 18
- THERAPEUTIC DEVICES: Therapeutic devices or appliances, except blood testing machines
- VITAMINS: Over-the-counter vitamins, except prenatal vitamins
- WEIGHT GAIN OR LOSS MEDICATIONS: Anorexiants or obesity drugs
- WORK-RELATED INJURY MEDICATION: Medication for a work-related injury or illness that is covered under Workers' Compensation, or for which no charge is made

**For information regarding eligible prescription drugs, please contact the pharmaceutical carrier.**

# How to File a Claim

If you have filled a prescription at an in-network pharmacy, through Home Delivery or outside the country, and did not use your pharmacy benefits, you may be eligible for reimbursement. This section outlines the procedures for claims reimbursement.

Please note that out of network pharmacy claims are not covered by your plan.

## Retail Prescription Drug Program

Claim forms aren't required when you use your prescription ID card to purchase prescription drugs at participating pharmacies. Simply show your ID card and pay the required deductible, co-pay or co-insurance at the time of purchase. Claim forms will be required, however, if you purchased a prescription drugs and the claim was not processed through your pharmacy benefit carrier. You can obtain claim forms through your member portal on OptumRx.com.

Send the completed claim form to:

OptumRx Manual Claims
PO Box 650334
Dallas TX 75265-0334

1-844-568-4146

**Claims must be filed within 12 months after you incur the expense.**

## Home Delivery Program

To send your prescriptions to OptumRx for Home Delivery services, simply print out the order form online under the forms section on OptumRx.com or request one through the OptumRx customer service line at 1-844-568-4146. You can also send your prescription directly to OptumRx without any form, just include your name, date of birth and member ID number on the prescription.

Send the completed order form or prescriptions to:

OptumRx Mail Service
P.O.Box 2975
Shawnee Mission, KS 66201-1375

## Claims Review and Detailed Description of Claims Process

If you disagree with the pharmaceutical carrier's decision regarding a claim, you can have your claim reviewed as described in the Other Information section of the TEBP SPD. The Other Information section also describes the claims appeal process in detail.

## When You're Covered by Another Prescription Drug Plan (Coordination of Benefits)

The Prescription Drug Program is subject to the Coordination of Benefits provisions as set forth in the Medical Benefit Program SPD section.

# Helpful Information about the Tenet Prescription Drug Program

You can learn additional information about the Prescription Drug Program offered under the TEBP by reviewing the other sections of this online SPD. **THE COMPLETE SPD INCLUDES INFORMATION ON ELIGIBILITY AND ENROLLMENT, PROCEDURES FOR APPEALING CLAIM DENIALS, QUALIFIED MEDICAL CHILD SUPPORT ORDERS, AUTHORITY TO AMEND AND TERMINATE THE TEBP AND ALL OF THE BENEFIT PROGRAMS (INCLUDING THIS PRESCRIPTION DRUG PROGRAM), COBRA CONTINUATION RIGHTS AND YOUR RIGHTS UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA).**

Here's a list of some quick facts about the Prescription Drug Program you may need to know:

| | |
|---|---|
| **EMPLOYER AND PLAN SPONSOR** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75252<br><br>469-893-2000 |
| **PLAN ADMINISTRATOR** | Tenet Benefits Administration Committee<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **CLAIMS ADMINISTRATOR** | Optum Manual Claims<br>P.O. Box 650334<br>Dallas, TX 75265-0334<br><br>1-844-568-4146 |
| **AGENT FOR SERVICE OF LEGAL PROCESS** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000<br><br>Legal process may also be served on the Plan Administrator. |
| **PRESCRIPTION DRUG PROGRAM EFFECTIVE DATE** | The Prescription Drug Program is a component program in the TEBP, which was originally effective as of October 1, 1977 and was restated January 1, 2020. The Prescription Drug Program became a component program in the TEBP effective as of January 1, 2003. |
| **EMPLOYER IDENTIFICATION NUMBER** | 95-2557091 |
| **PLAN NUMBER** | 515 |
| **PLAN YEAR** | January 1 through December 31 |
| **TYPE OF PLAN** | Welfare benefit plan offering prescription drug benefits. See the Other Information section of the TEBP SPD for more information. |

## Funding of Benefits

Your benefits under the Prescription Drug Program are funded by your co-pay and co-insurance amounts and by premiums paid by you and by Tenet.

## Tax Consequences of Participation in the Prescription Drug Program

In general, you may pay for your premiums in the Prescription Drug Program on a pre-tax basis by reducing your salary. However, premiums for coverage for a Domestic Partner (or for any dependent who does not qualify as your federal tax dependent) will be paid on an after-tax basis, unless your Domestic Partner also qualifies as your federal tax dependent (determined without regard to IRC sections 152(b) (1), (b) (2), and (d) (1) (B), which contain certain exceptions to the definition of

dependent and a gross income limitation). The test for determining whether your Domestic Partner qualifies as your federal tax dependent may be different than the test for determining dependent status under the plan. You should consult with your tax advisor to determine if your Domestic Partner qualifies as your federal tax dependent. In addition, if you are a highly compensated employee, there may be certain circumstances in which you are not eligible to exclude from gross income all or a portion of the premiums or benefits paid under the Prescription Drug Program. Neither the Plan Administrator nor your employer can guarantee that the benefits provided to you under the Prescription Drug Program will be excludable from your gross income for federal and state tax purposes. For more information on the tax consequences of participating in the Prescription Drug Program, please see your tax advisor.

## Your Rights Under ERISA and HIPAA

For a statement explaining your rights under the Employee Retirement Income Security Act of 1974 (ERISA) and HIPAA, see the Other Information section of the TEBP SPD.

# Glossary

## Benefit Eligible

Generally, you are a "benefit eligible" employee with respect to the Prescription Drug Benefit Program if you are enrolled in a Tenet Medical Benefit Program option.

## Co-pay or Co-insurance

This is the portion of the prescription costs you're responsible for paying — under the Prescription Drug Program, a co-pay is a flat fee and co-insurance is a percentage of the cost of the drug.

## Deductible

The deductible is the amount you need to pay each calendar year before the Prescription Drug Program begins to cover eligible retail prescription expenses.

## Formulary

A key feature of the Prescription Drug Program, a "formulary" is a list of commonly prescribed medications — both generic and brand name — that have been found to be clinically effective, as well as cost effective. By asking your doctor to prescribe formulary medications when appropriate, you can help keep your out-of-pocket costs lower while maintaining high-quality care.



# *Dental* Summary Plan Description

## About This Summary Plan Description (SPD)

The Tenet Dental Benefit Program is a component program in the Tenet Employee Benefit Plan (TEBP), a comprehensive welfare benefits program intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125.

This document summarizes key provisions of the Comprehensive Dental Plan option and the Preventive Dental Plan option offered under the Tenet Dental Benefit Program and serves as part of the summary plan description (SPD) for the TEBP. You can obtain more information about the Dental Benefit Program, the TEBP and the other component programs offered under the TEBP by reviewing the complete SPD for the TEBP. If there is any discrepancy between the TEBP SPD (including this Tenet Dental Benefit Program section) and the official plan documents for the TEBP, the official plan documents will control. For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

## Plan Highlights

Under the Tenet Benefit Program, your plan options may vary by location:

◆ Enhanced Comprehensive Dental Plan

◆ Comprehensive Dental Plan

◆ Preventive Dental Plan

◆ High Option Plan (St. Vincent MNA)

◆ Low Option Plan (St. Vincent MNA)

◆ Comprehensive Dental Plan (MetroWest MNA)

◆ Basic Dental Plan (MetroWest MNA)

Each plan offers different levels of cost and coverage, so it's a good idea to review your options carefully before making your decision. Regardless of the plan you choose, you'll have access to a handy cost-saving feature, the DELTA DENTAL Preferred Provider Organization (PPO). Visit a dentist in the PPO network to maximize your savings. If you can't find a DELTA DENTAL PPO dentist, DELTA DENTAL Premier dentists offer the next best opportunity to save, unlike a non-Delta Dental dentist. If you seek services from a non-Delta Dental dentist, your out of pocket expenses are going to be greater. Non-Delta Dental dentist can balance bill the difference between the Maximum Contract Allowance (MCA) and their submitted fee and are not contractually bound to abide by Delta Dental's administrative guidelines.

## Who You Can Cover

Benefit eligible employees and their eligible dependents are eligible to enroll in any of the available (per facility location) Dental Benefit Program options. Please see the Eligibility and Enrollment section of the TEBP SPD and the definition of "Benefit Eligible" in the Glossary below for more information on eligibility requirements.

## Three Dental Coverage Options

| | |
|---|---|
| **Enhanced Comprehensive Plan** | The Enhanced Comprehensive Plan option provides coverage for a wide range of services — including preventive, basic and major restorative services, and orthodontia for all covered individuals (dependent child coverage ends at age 26 or later if disabled prior to age 26—see Eligibility and Enrollment for more information). Under this option, you can see any dental provider. Choosing a DELTA DENTAL PPO or Premier dentist, however, can save you money. You also have an annual deductible, which is a fee you must pay before the plan starts paying benefits.  For this option, the maximum Annual Plan Year Benefits (excluding orthodontic benefits) the Plan will pay is $1,500 per covered person. There is a lifetime maximum of $1,500 per covered person for all orthodontics. |
| **Comprehensive Dental Plan** | The Comprehensive Plan option provides coverage for a wide range of services — including preventive, basic and major restorative services, and orthodontia for covered dependent children to age 19. Under this option, you can see any dental provider. Choosing a DELTA DENTAL PPO or Premier dentist, however, can save you money. You also have an annual deductible, which is a fee you must pay before the plan starts paying benefits. For this option, the maximum Annual Plan Year Benefits (excluding orthodontic benefits) the Plan will pay is $1,200 per covered person. There is a lifetime maximum of $1,000 per covered person for all orthodontics. |
| **Preventive Dental Plan** | Under the Preventive Dental Plan option, you can see any dental provider. Choosing a DELTA DENTAL PPO or Premier dentist, however, can save you money. What's more, there's no deductible or annual benefit limit for preventive care, so covered dental procedures received from a PPO or Premier dentist are free!

However, unlike the Comprehensive Dental Plan, the Preventive Dental Plan may not offer reimbursement for basic or major restorative services (e.g., fillings, oral surgery, or bridges) or orthodontia. |

**Please Note:** You or your provider must file a claim to receive reimbursement from the Enhanced Comprehensive, Comprehensive, Preventive, Saint Vincent and MetroWest MNA Dental Plan options.

## Cost of Coverage

You and Tenet share in the cost of the Dental Benefit Program. Your contribution amount depends on the specific dental care plan you select and the family members you choose to enroll.

Your contributions for your coverage and for coverage for your dependents (including your spouse and legal same-sex spouse) are typically deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld - and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you. However, your contributions for Domestic Partner coverage (and for coverage for any other dependent who is not your federal tax dependent) will be deducted from your paychecks on an after-tax basis unless your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and

(d)(1)(B)). For more information in determining whether your Domestic Partner qualifies as your federal tax dependent, contact your tax advisor.

Your contributions are subject to review and Tenet reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates by calling the Benefit Solutions Center at 1-844-877-8591 or accessing your personal enrollment information from *benefitsolutions.ehr.com*.

## How to Enroll

1. Enroll online at *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591.

2. Complete an enrollment transaction within the applicable deadline (generally, 31 days of the date you first become eligible for coverage under the Tenet Medical Benefit Program—see the Life Events section of this SPD for more specific information). If you do not enroll within the applicable deadline, you will need to wait to make your benefit elections until the next Annual Enrollment period or the date you incur a change of family status or HIPAA special enrollment event entitling you to a mid-year enrollment. For more information on change of family status and HIPAA special enrollment events, see the Life Events section of the TEBP SPD.

Each year during Annual Enrollment, you have the opportunity to review, change, or cancel your healthcare coverage. All changes made during the Annual Enrollment period will take effect on January 1 of the following calendar year.

| Important |
|---|
| If you wish to change your benefit elections following your marriage, birth or adoption of a child, or other family status change or HIPAA special enrollment event, you must complete your enrollment transaction online at *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 within 31 days of the event and request your change. Otherwise, you will need to wait until the next Annual Enrollment period to change your elections. |

## Changing Your Coverage

Please refer to the Life Events section of the TEBP SPD for more information on making coverage changes outside of an Annual Enrollment period.

# How the Three Options Compare

To give you more detail on how the three options measure up, here are brief comparison charts:

| Enhanced Comprehensive, Comprehensive, and Preventive Plans (for All Eligible Employees Except Saint Vincent and MetroWest MNA Union Employees) | | | |
|---|---|---|---|
| | **Enhanced Comprehensive Dental Plan** | **Comprehensive Dental Plan** | **Preventive Dental Plan** |
| **Choice of Dentist** | ◆ Your choice of dentist<br><br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist can result in lower out-of-pocket costs | ◆ Your choice of dentist<br><br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist can result in lower out-of-pocket costs | ◆ Your choice of dentist<br><br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist means you receive 100% reimbursement |
| **Annual Deductible** | ◆ $25 In-Network annual deductible per person (waived for In-Network preventive and diagnostic services)<br><br>◆ $50 out-of-network annual deductible per person<br><br>**Both in- and out-of-network annual deductibles combined will not exceed $50** | ◆ $25 In-Network annual deductible per person (waived for In-Network preventive and diagnostic services)<br><br>◆ $50 out-of-network annual deductible per person<br><br>**Both in- and out-of-network annual deductibles combined will not exceed $50** | ◆ No annual deductible |
| **Covered Diagnostic & Preventive Services\*** | ◆ Plan pays 100% for In-Network services (the In-Network deductible is waived for In-Network diagnostic and preventive services) and 100% (after the $50 deductible) of the Maximum Contract Allowance (MCA) charge for out-of-network services<br><br>◆ You pay 0% for In-Network services.  For out-of-network | ◆ Plan pays 100% for in-network services (the In-Network deductible is waived for In-Network diagnostic and preventive services) and 100% (after the $50 deductible) of the Maximum Contract Allowance (MCA) charge for out-of-network services<br><br>◆ You pay 0% for In-Network services.  For out-of-network services, you pay the | ◆ Plan pays 100% for In-Network services and 100% of the MCA Charge for out-of-network services<br><br>◆ You pay 0% for In-Network services and any amount over the MCA charge for out-of-network services |

| Enhanced Comprehensive, Comprehensive, and Preventive Plans (for All Eligible Employees Except Saint Vincent and MetroWest MNA Union Employees) | | | |
|---|---|---|---|
| | **Enhanced Comprehensive Dental Plan** | **Comprehensive Dental Plan** | **Preventive Dental Plan** |
| | services, you pay the $50 deductible plus any amount over the MCA charge | $50 deductible plus any amount over the MCA charge | |
| **Covered Basic Services*** | ◆ Plan pays 80% of In-Network charges and 80% of MCA out-of-network charges after deductible<br>◆ You pay the rest | ◆ Plan pays 80% of In-Network charges and 80% of MCA out-of-network charges after deductible<br>◆ You pay the rest | ◆ Not covered |
| **Covered Major Services*** | ◆ Plan pays 50% of In-Network charges and MCA out-of-network charges<br>◆ You pay the rest | ◆ Plan pays 50% of In-Network charges and MCA out-of-network charges<br>◆ You pay the rest | ◆ Not covered |
| **Orthodontia Benefits***<br>**Lifetime Maximum** | ◆ $1,500 per covered individual (dependent children to age 26 or later if disabled prior to age 26)<br>◆ Plan pays 50% of In-Network and 50% of the MCA charge for out-of-network charges after deductible and up to the lifetime maximum | ◆ $1,000 per covered dependent child under age 19<br>◆ Plan pays 50% of In-Network and 50% of the MCA charge for out-of-network charges after deductible and up to the lifetime maximum | ◆ Not covered |
| **Surgical Implants** | ◆ Not covered<br>◆ Implant Supported Prosthetics Covered | ◆ Not covered<br>◆ Implant Supported Prosthetics Covered | ◆ Not covered |
| **Annual Plan Benefits** | ◆ $1,500 per person each year | ◆ $1,200 per person each year | ◆ No annual maximum |

\* Out-of-network services are subject to Maximum Contract Allowance (MCA) reimbursement limits. Non-Delta Dentist can balance bill you the difference in the MCA and their submitted fee.

| MetroWest MNA Union Comprehensive and Preventive Dental Plans | | |
|---|---|---|
| | **Comprehensive Dental Plan** | **Basic Dental Plan** |
| **Choice of Dentist** | ◆ Your choice of dentist<br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist can result in lower out-of-pocket costs | ◆ Your choice of dentist<br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist can result in lower out-of-pocket costs |
| **Annual Deductible** | ◆ $25 In-Network and out-of-network annual deductible per person<br>◆ $75 In-Network and out-of-network annual deductible per family<br>◆ Deductibles waived for In-Network diagnostic preventive services | ◆ $25 In-Network and out-of-network annual deductible per person<br>◆ $75 In-Network and out-of-network annual deductible per family<br>◆ Deductibles waived for In-Network diagnostic and preventive services |
| **Covered Diagnostic and Preventive Services\*** | ◆ Plan pays 100% for In-Network charges and 100% of the MCA charge for out-of-network services.  You pay the rest.<br>◆ In-Network diagnostic and preventive services are not subject to the annual deductible | ◆ Plan pays 100% for In-Network services and 100% of the MCA charge for out-of-network services.  You pay the rest.<br>◆ In-Network diagnostic and preventive services are not subject to the annual deductible |
| **Covered Basic Services\*** | ◆ Plan pays 80% of In-Network charges and 80% of the MCA charge for out-of-network charges after deductible<br>◆ You pay the rest | ◆ Plan pays 80% of In-Network charges and 80% of the MCA charge for out-of-network charges after deductible |
| **Covered Major Services\*** | ◆ Plan pays 50% of In-Network charges and 50% of the MCA charge for out-of-network charges after deductible<br>◆ You pay the rest | ◆ Not covered |
| **Orthodontia Benefits\***<br><br>**Lifetime Maximum** | ◆ $1,000 per covered dependent child under age 19<br>◆ Plan pays 50% of In-Network and 50% of the MCA charge for out-of-network charges after deductible and up to the lifetime maximum | ◆ Not covered |
| **Implants** | ◆ Plan pays 50% of In-Network charges and 50% of the MCA charge for out-of-network charges after deductible<br>◆ You pay the rest | ◆ Not covered |

| MetroWest MNA Union Comprehensive and Preventive Dental Plans | | |
|---|---|---|
| | **Comprehensive Dental Plan** | **Basic Dental Plan** |
| **Annual Plan Benefits** | ◆ $1,200 per person each year | ◆ $750 per person each year |

\* Out-of-network services are subject to Maximum Contract Allowance (MCA) reimbursement limits. Non-Delta Dentist can balance bill you the difference in the MCA and their submitted fee.

| Saint Vincent MNA Union  Dental Plans | | |
|---|---|---|
| | **High Dental Plan** | **Low Dental Plan** |
| **Choice of Dentist** | ◆ Your choice of dentist<br><br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist can result in lower out-of-pocket costs | ◆ Your choice of dentist<br><br>◆ Choosing a DELTA DENTAL Preferred Provider Organization (PPO) or Premier dentist can result in lower out-of-pocket costs |
| **Annual Deductible** | ◆ $25 In-Network and out-of-network annual deductible per person<br><br>◆ $75 In-Network and out-of-network annual deductible per family<br><br>◆ Deductibles waived for In-Network diagnostic and preventive services | ◆ $25 In-Network and out-of-network annual deductible per person<br><br>◆ $75 In-Network and out-of-network annual deductible per family<br><br>◆ Deductibles waived for In-Network diagnostic and preventive services |
| **Covered Diagnostic and Preventive Services\*** | ◆ Plan pays 100% for In-Network charges and 100% of the MCA charge for out-of-network services.  You pay the rest.<br><br>◆ In-Network diagnostic and preventive services are not subject to the annual deductible | ◆ Plan pays 100% for In-Network services and 100% of the MCA charge for out-of-network services.  You pay the rest.<br><br>◆ In-Network diagnostic and preventive services are not subject to the annual deductible |
| **Covered Basic Services\*** | ◆ Plan pays 80% of In-Network charges and 80% of the MCA charge for out-of-network charges after deductible<br><br>◆ You pay the rest | ◆ Plan pays 80% of In-Network charges and 80% of the MCA charge for out-of-network charges after deductible |
| **Covered Major Services\*** | ◆ Plan pays 50% of In-Network charges and 50% of the MCA charge for out-of-network charges after deductible<br><br>◆ You pay the rest | ◆ Not covered |

| Saint Vincent MNA Union Dental Plans | | |
|---|---|---|
| | **High Dental Plan** | **Low Dental Plan** |
| **Orthodontia Benefits\*** **Lifetime Maximum** | ◆ $1,000 per covered dependent child under age 19 <br> ◆ Plan pays 50% of In-Network and 50% of the MCA charge for out-of-network charges up to the lifetime maximum | ◆ Not covered |
| **Implants** | ◆ Plan pays 50% of In-Network charges and 50% of the MCA charge for out-of-network charges after deductible <br> ◆ You pay the rest | ◆ Not covered |
| **Annual Plan Benefits** | ◆ $1,200 per person each year | ◆ $750 per person each year |

\* Out-of-network services may be subject to Maximum Contract Allowance (MCA) reimbursement limits. Non-Delta Dentist can balance bill you the difference in the MCA and their submitted fee.

For more information on the terms used in the charts above, see the "Glossary."

# How the Enhanced Comprehensive and Comprehensive Dental Plan Works

With the Enhanced Comprehensive Dental Plan and Comprehensive Dental Plan, you have:

- ◆ The freedom to see any dental provider,
- ◆ Lower deductible and contracted rates when you use DELTA DENTAL PPO or DELTA DENTAL Premier dentists, and
- ◆ Coverage for most types of preventive, basic and major services after you meet an annual deductible.

## Save Money by Using PPO Dentists

Under either dental program option, you are charged reduced fees when you use DELTA DENTAL's Preferred Provider Organization (PPO) dentists. PPO dentists are providers that agree to be part of a network that provides services at contracted rates, which are generally lower than the cost of care outside the network. Visit a dentist in the PPO network to maximize your savings. If you can't find a DELTA DENTAL PPO dentist, DELTA DENTAL Premier dentists offer the next best opportunity to save, unlike a non-Delta Dental dentist. If you seek services from a non-Delta Dental dentist, your out of pocket expenses are going to be greater. Non-Delta Dental dentist can balance bill the difference between the Maximum Contract Allowance (MCA) and their submitted fee and are not contractually bound to abide by Delta Dental's administrative guidelines.

To obtain a directory of local PPO or Premier dentists, please contact Delta Dental at 1-855-643-8518 for a referral to a local PPO or Premier dentist or look up the information at www.DeltaDentalins.com.

## Eligible Expenses Under the Dental Program Options

Both plan options provide coverage for "eligible expenses" — that is, treatments, procedures, supplies and services that are:

◆ Covered under the plan and provided by a licensed dental care provider, and
◆ Necessary (see "Necessary Services" in the Glossary)

Each dental option offered under the Tenet Dental Benefit Program has its own specific provisions regarding eligible and ineligible expenses, which will be covered in each dental option section.

### Please Be Aware . . .

The fact that a treatment, plan or charge has been ordered by your dentist or has been determined by DELTA DENTAL to be necessary doesn't mean that the expense is covered by the plan. Be sure to verify that the services you're receiving are considered eligible expenses by the Tenet Dental Benefit Program.

You can do so by reading this plan summary or by calling DELTA DENTAL directly.

### PROFILE: Maria

Meet Maria. She's single and in her mid-20s. Over the years, Maria has had a fair amount of dental work done. Maria expects that she will need a new filling or to have an old one replaced in the year ahead, so she chooses the Enhanced Comprehensive Dental Plan. That way, if she uses an in-network provider, all she needs to do is meet her annual deductible and cover 20% of the charge for basic dental services and 50% of the charge for covered major services.

## A Look at the Basics

### *Annual Deductible*

Under both the Enhanced Comprehensive and the Comprehensive Dental Plan, you've got an **annual deductible** — the amount you need to pay before the plan begins paying benefits. Under both options, the individual annual deductible for in-network services is $25 — this means that every dependent covered under the plan must meet the $25 individual deductible before plan benefits are paid (except with regard to benefits for covered for in-network PPO and Premier diagnostic and preventive services, which are not subject to the deductible). This is a combined deductible for basic, major and orthodontic services.

Both options also have a separate annual deductible for out-of-network services of $50. Both in- and out-of-network deductibles combined will not exceed $50 per covered person. For example, if you use in-network services first, you must meet a $25 deductible. Later in the year, if you use out-of-network services, you will only have to pay an additional $25 toward the $50 out-of-network deductible.

Note: Deductible amounts and types differ for the MetroWest and Saint Vincent MNA union options. Please see the charts above.

### *Calendar Year Maximum*

There's a limit to the benefits that the plan pays each year for each person enrolled in the plan. This limit is called the **calendar year maximum (or the Annual Plan Benefit)**, and it amounts to $1,500 per year for each covered person under the Enhanced Comprehensive Plan and $1,200 per year for each covered person under the Comprehensive Plan. Once the plan's benefit payments reach the calendar

year maximum for a particular family member, the plan pays no further benefits for that individual for the rest of the calendar year.

Note:  Calendar year maximums differ for the MetroWest and Saint Vincent MNA union options. Please see the charts above.

## Lifetime Maximum Orthodontia Benefit

The Enhanced Comprehensive Plan pays a **lifetime maximum** of up to $1,500 in orthodontia benefits for each covered individual (dependent children to age 26 only or later if disabled prior to age 26—see Eligibility and Enrollment for more information). The Comprehensive Plan pays a **lifetime maximum** of up to $1,000 in orthodontia benefits for each covered dependent child under age 19.

Upon plan eligibility, to determine any coverage for work in progress, contact DELTA DENTAL directly at 1-855-643-8516

Note: Orthodontia lifetime maximums, benefits, and benefit conditions differ for the MetroWest and Saint Vincent MNA union options.  Please see the charts above.

## Pre-Treatment Estimate of Benefits

 A pre-treatment estimate of benefits is a voluntary procedure under which DELTA DENTAL will estimate the amount of benefits payable to you for a proposed service.  To obtain a pre-treatment estimate, you may ask your provider to file a claim form showing the services to be provided to you. Claim forms for pre-treatment estimates should be sent to:

> **Delta Dental Insurance Company**
> **P.O. Box 1809**
> **Alpharetta, GA 30023-1809**
>
> **1-855-643-8516**

**Please Note:** Pre-treatment estimates are not a guarantee of payment. Benefits will be processed according to the terms of the Dental Benefit Program when the service is actually performed. Pre-treatment estimates may not take into account Deductibles and other benefits paid prior to the services being rendered, so please keep your Deductible and plan year maximum in mind when reviewing pre-treatment estimates.

---

**PROFILE: Maria**

Maria has just learned that she needs a crown.

**Step 1:** To obtain an idea of the amount she will be charged,  Maria requests that her dentist file a pre-treatment estimate of benefits with DELTA DENTAL, outlining:

- ◆ The recommended course of treatment,
- ◆ Any expected dental services,
- ◆ X-rays that support the recommended procedure, and
- ◆ Estimated costs.

**Step 2:** DELTA DENTAL will provide Maria with an estimate of benefits for her course of treatment.

---

# What the Enhanced Comprehensive and Comprehensive Dental Plans Cover

## Eligible Expenses from A to Z

In this section, covered services are alphabetized under three categories of care: Diagnostic and Preventive, Basic, and Major.

### *Diagnostic and Preventive Services*

The Enhanced Comprehensive and Comprehensive Dental Plans pay 100% of eligible expenses for the In-Network (PPO and Premier) diagnostic and preventive care services listed below.  (If the diagnostic or preventive care services listed below are provided out-of-network, the Enhanced Comprehensive and Comprehensive Dental Plans will pay 100% (after deductible, if applicable—please see the charts above) of the MCA charge, and you are responsible for the rest.)  Neither the Enhanced Comprehensive Dental Plan nor the Comprehensive Plan provide any coverage for diagnostic or preventive care services not listed below.

| | |
|---|---|
| **Fluoride Treatment** | One topical fluoride treatment once every calendar year for children under age 18 (or under age 19 for MetroWest MNA Union Comprehensive Plan and Saint Vincent MNA Union High Plan) |
| **Oral Exams** | Two exams per calendar year |
| **Sealants** | For permanent first and second molars for children under age 14, one application every three calendar years |
| **Teeth Cleaning** | Prophylaxis--two sessions per calendar year (the sessions are combined with Periodontal Maintenance, a Basic Benefit), including minor scaling and polishing when necessary (note that scaling and polishing are usually not considered necessary for children under age 18) |
| **X-Rays (bitewing)** | Two sets of X-rays per calendar year.  For MetroWest MNA Union Comprehensive Plan and Saint Vincent MNA Union High Plan, once per calendar year. |
| **X-Rays (full mouth)** | Once every three calendar years, including panoramic survey (maxillary and mandibular).  For MetroWest MNA Union Comprehensive Plan and Saint Vincent MNA Union High Plan, once every 60 months. |

## If you are a MetroWest or Saint Vincent MNA Union Employee . . .

The MetroWest Comprehensive Option and Saint Vincent High Option also provide benefits for Screenings, Panoramic X-ray, Pulp Vitality Test, and Space Maintainers.  Please contact the Plan Administrator or access ***benefitsolutions.ehr.com*** for more information.

**PROFILE: Maria**

To increase her chances of catching dental problems before they become serious, Maria makes sure she has her teeth cleaned twice a year and that her dental X-rays are up to date. Maria's eligible expenses for these services are covered at 100% by the Enhanced Comprehensive Plan, provided she uses a PPO or Premier dentist.

## Basic Services

After the annual deductible has been met, the Enhanced Comprehensive and the Comprehensive Dental Plans pay 80% of eligible expenses for the In-Network basic services listed below.  (If the basic services listed below are provided out-of-network, the Enhanced Comprehensive and Comprehensive Dental Plans will pay 80% (after deductible) of the MCA charge, and you are responsible for the rest.) Neither the Enhanced Comprehensive Plan nor the Comprehensive Dental Plan provide any coverage for basic services not listed below.

| Service | Enhanced and Comprehensive Dental Plan Benefits (for all eligible employees except MetroWest and Saint Vincent MNA union employees) |
|---|---|
| Anesthesia | Local anesthesia, when necessary and billed as part of the dental procedure, and general anesthesia or intravenous sedation only when it is: <br>◆ Provided for a covered oral surgery and select endodontic and periodontal surgeries, and <br>◆ Billed as part of the surgery |
| Diagnostic Tests | ◆ X-rays for diagnostic purposes (other than the bitewing and full-mouth X-rays that are covered with limited frequency under Preventive Care) <br>◆ Study models <br>◆ Microscopic examination of oral tissue |
| Endodontics (dental specialty focusing on diseases of the tooth pulp) | ◆ Root canal therapy on any tooth, including: <br> • X-rays and cultures, <br> • Extirpation (removal of pulp and filling one or more canals), and <br> • Apicoectomy (root amputation) <br>◆ Apexification (treatment to stimulate closure of an incompletely formed root) <br>◆ Pulp capping (covering an exposed pulp with medicine or cement) when billed as part of a restorative service) <br>◆ Pulpotomy (removal of part of the tooth pulp) <br>◆ Remineralization/recalcification (treatment using calcium hydroxide or similar materials before a temporary restoration is placed) |
| Follow-Up Consultation | Follow-up consultation with specialist after a general dentist performs diagnostic procedures |
| Habit Appliance | Appliance to prevent teeth from grinding |
| Oral Surgery | Includes postoperative care. Depending on your situation, general anesthesia may be authorized for a covered service. <br>◆ Incision and drainage of abscess <br>◆ Removal of: <br> • Erupted tooth, <br> • Tooth impacted in soft tissue (simple/uncomplicated extraction), |

| | |
|---|---|
| | • Tooth impacted in bone,<br>• Foreign body from soft tissue or bone,<br>• Necrotic bone for osteomyelitis or bone abscess (sequestrectomy),<br>• Residual root,<br>• Oral tissue for examination purposes,<br>• Gum tissue to help expose the tooth as it erupts,<br>• Odontogenic cyst or tumor,<br>• Hardened salivary deposits (sialithotomy), and<br>• Tooth fragment or foreign body from maxillary sinus (maxillary sinusotomy).<br>◆ Gingival reconstructions, including:<br>  • Removal of a spur or bony growth on a bone or root of a tooth (exostosis),<br>  • Removal of hyperplastic gum tissue, per arch, and<br>  • Removal of gum tissue surrounding the tooth.<br>◆ Alveolar reconstructions (reconstructions of the jaw area where teeth are formed), including:<br>  • Alveolectomy, and<br>  • Alveoplasty with ridge extension.<br>◆ Osseous surgery, including osseous graft (adding bone to correct periodontal defect)<br>◆ Free soft-tissue graft (adding gum tissue to correct severe gum recession)<br>◆ Closure of salivary fistula; dilation of salivary duct<br>◆ Closure of oral fistula of maxillary sinus<br>◆ Transplantation of tooth or tooth bud<br>◆ Frenectomy/frenulectomy (procedure to correct the malformation of tissue connecting the inner lip to the gum area)<br>◆ Hemisection (surgical division of a tooth for the purpose of removing all or part of a tooth)<br>◆ Condylectomy of temporomandibular joint |
| **Periodontics**<br><br>**(dental specialty focusing on tissues and structures surrounding and supporting the teeth)** | ◆ Periodontal Maintenance (two sessions per calendar year – frequency combined with regular Prophylaxis)<br>◆ Emergency periodontic treatment<br>◆ Correction of occlusion<br>◆ Scaling and root planing<br><br>The plan covers up to a maximum of four quadrants of scaling and root planing each calendar year (i.e. scaling and root planing is covered for UR, UL, LL, or LR each once in a calendar year in any combination).<br><br>◆ Gingivectomy (removing gum tissue) or gingivoplasty (reshaping gum tissue to create or improve its function)<br><br>◆ Gingival flap procedure (includes root planing) |
| **Repair** | Repair of crowns, inlays, onlays, space maintainers, bridges and dentures, including recementations |
| **Restorations**<br>**(fillings and temporary crowns)** | ◆ Fillings made with amalgam (silver), plastic, silicate cement, composite or equivalent material.<br><br>(Certain restorative materials may be considered cosmetic, depending on which tooth is being restored; as a result, plan benefits will be limited to the least costly material that produces a professionally satisfactory result, as determined by DELTA DENTAL.) |

| | |
|---|---|
| | ◆ Temporary crowns made with stainless steel (permanent crowns are major services) |
| **Space Maintainers** | The following types of maintainers are covered by the plan and include adjustments within six months of initial placement of the maintainer:<br>• Fixed (band type) maintainer,<br>• Removable (acrylic and round wire clasp) maintainer, and<br>• Removable, fixed or cemented inhibiting appliance to correct for thumbsucking |
| **Unscheduled Office Visits** | Visits after regular office hours and emergency visits, including diagnostic services and treatment of pain, abscesses and infections |

---

**Basic Services Provided Under the MetroWest MNA Union Comprehensive Plan and the Saint Vincent MNA Union High Dental Plan**

The MetroWest MNA Union Comprehensive Dental Plan and Saint Vincent MNA Union High Dental Plan provide benefits for the following basic services:

- ◆ Fillings
- ◆ Emergency Care to Relieve Plan
- ◆ Periapical X-rays
- ◆ Root Canal Therapy/Endodontics
- ◆ Osseous Surgery
- ◆ Periodontal Scaling and Root Planing
- ◆ Denture Adjustments
- ◆ Oral Surgery—including simple extractions
- ◆ Endodontic and Periodontal Surgery
- ◆ General Anesthesia and IV Sedation
- ◆ Injection of Therapeutic Drugs
- ◆ Surgical Extractions of Impacted Teeth
- ◆ Repairs to Crowns and Inlays

Please contact the Plan Administrator or access ***benefitsolutions.ehr.com*** for more information.

## *Major Services*

After the annual deductible has been met, both the Enhanced Comprehensive Plan and the Comprehensive Plan options pay 50% of eligible expenses for the covered In-Network major services listed below. (If the major services listed below are provided out-of-network, the Enhanced Comprehensive and Comprehensive Dental Plans will pay 50% (after deductible) of the MCA charge, and you are responsible for the rest.) Neither the Enhanced Comprehensive nor the Comprehensive Dental Plan provides any coverage for major services that are not listed below.

| Service | Comprehensive Plan Benefits (for all eligible employees except MetroWest and Saint Vincent MNA union employees) |
|---|---|
| **Orthodontia** | Under the Enhanced Comprehensive Plan, benefits for orthodontia services are limited to $1,500 per covered individual (dependent child coverage ends at age 26 or later if disabled prior to age 26). (Note: retention appliances to |

| | |
|---|---|
| | stabilize teeth are covered only when in conjunction with orthodontic treatment covered under this plan).<br><br>Under the Comprehensive Plan, benefits for orthodontia services are limited to $1,000 per covered person up to age 19 (retention appliances to stabilize teeth are covered only when in conjunction with orthodontic treatment covered under this plan) |
| **Prosthodontics** (dental specialty that uses prosthetics — primarily bridges and dentures — to replace missing teeth) | Prosthodontic appliances include:<br><br>◆ Dentures (full and partial), including all necessary adjustments. Denture expenses may also include:<br> • Stayplate (temporary replacement until the permanent denture is ready for installation),<br> • Denture relining or rebasing (either in the dentist's office or at a laboratory),<br> • Tissue conditioning, one treatment per denture, and<br> • Bridges.<br>◆ Pontics (artificial teeth for bridges and dentures)<br>◆ Implant supported prosthetics (1 per 60 consecutive months if unserviceable and cannot be repaired) |
| **Replacement of Crowns, Gold Restorations, Bridges, Dentures and Pontics** | A crown, gold restoration, bridge, denture or pontic must be at least five years old before the plan covers its replacement as a major service. |
| **Restorations** | ◆ Permanent crowns (temporary crowns made with stainless steel are covered as a basic service)<br>◆ Inlays and onlays<br>◆ Posts<br><br>**Please note:**<br><br>◆ Restorations made partially or entirely with gold are covered only if another material cannot provide a professionally satisfactory result and the restoration is intended to be a treatment for decay or injury or to support a bridge or denture. If gold restorations are covered, the benefit for full or partial gold restorations is limited to the benefit for restorations made with nonprecious metal. In other words, the cost of gold in excess of the cost of a nonprecious metal is not covered by the plan.<br>◆ Certain restorative materials may be considered cosmetic, depending on which tooth is being restored; as a result, plan benefits will be based on the least costly material that will produce a professionally satisfactory result. For example, the benefit for porcelain on a molar will be limited to a less costly, non-cosmetic material. |

| Major Services Provided Under the MetroWest MNA Union Comprehensive Dental Plan and the Saint Vincent MNA Union High Dental Plan |
| --- |
| The MetroWest MNA Union Comprehensive Dental Plan and Saint Vincent MNA Union High Dental Plan provide benefits for the following major services:<br><br>◆ Crowns replacement every 5 years)<br><br>◆ Dentures (replacement every 5 years and/or repair)<br><br>◆ Bridges (replacement every 5 years<br><br>◆ Inlays (replacement every 5 years) and Onlays (replacement every 5 years)<br><br>◆ Implants—Surgical and Non-Surgical (1 per 60 consecutive months if unserviceable and cannot be repaired—see *benefitsolutions.ehr.com* or Plan Administrator for additional information)<br><br>◆ Relining/Rebasing (covered if more than 6 months after installation) |

| Please be aware . . . |
| --- |
| Coverage for some services may be limited for a period of time or excluded entirely. Please contact DELTA DENTAL at 1-855-643-8516 prior to the date of your service to determine if such limitations or exclusions exist.  In some cases, benefits paid for certain restorative materials may be limited to the cost of a less costly material. |

# How the Preventive Dental Plan Works

With the Preventive Dental Plan, you have:

◆ The freedom to receive preventive care services from any licensed dentist,
◆ No annual deductible to pay — the plan pays benefits from the very first dollar,
◆ Contracted rates when you use DELTA DENTAL PPO and Premier dentists*, and
◆ No benefit dollar maximum.

\* **If you use a dentist who is not in the DELTA DENTAL PPO or Premier network, you will be responsible for charges above the Maximum Contract Allowance (MCA).**

# What the Preventive Dental Plan Covers

## Eligible Expenses from A to Z

### Diagnostic and Preventive Services

| Diagnostic Tests | ◆ Bitewing X-rays, two sets each calendar year (one set for MetroWest MNA Union Basic Plan and Saint Vincent MNA Union Low Option)<br>◆ Full-mouth X-rays, once every three calendar years (60 months, for MetroWest MNA Union Basic Plan and Saint Vincent MNA Union Low Option), including panoramic survey (maxillary and mandibular) |
| --- | --- |
| Scheduled Visits and Exams | ◆ Two oral examinations each calendar year<br>◆ Two cleanings each calendar year, including minor scaling (but excluding periodontal scaling) and polishing of teeth |

|  | ◆ One topical fluoride treatment every calendar year for children under age 18 (under age 19, for MetroWest MNA Union Basic Plan and Saint Vincent Union Low Plan) |

**The Preventive Dental Plan offers no reimbursement for basic or restorative services (e.g., fillings, oral surgery, bridges or orthodontia).** The MetroWest MNA Union Basic Plan and Saint Vincent Union Low Plan also provide benefits for the following preventive services:  Screenings, Panoramic X-rays, Pulp Vitality, Sealants for dependent children under age 19 (limited to posterior tooth only, two sealants per child, once per tooth in 60 month), and Space Maintainers.

# What's Not Covered by the Dental Options?

## Ineligible Expenses from A to Z

| | |
|---|---|
| **Annual Deductible** | Expenses used to satisfy your annual deductible |
| **Automobile Insurance Policies** | Expenses for which benefits are paid or payable under the mandatory part of any automobile insurance policy written to comply with a "no fault" insurance law or uninsured motorist law |
| **Bite Registration** | Bite registrations; precision or semi-precision attachments; splinting |
| **Bridge or Denture Replacement or Repairs** | In Dental Benefit Program options that cover bridge or denture replacement, replacement of a bridge or denture within 5 years following the date of its original installation or which can be made useable according to accepted dental standards, and any and all repairs of dentures. |
| **Charges Submitted by Photocopy** | Charges submitted for payment using a photocopy of an original bill (unless the plan is the secondary payor) |
| **Claim Filing or Finance Charges** | Charges for completion of claim forms or finance charges |
| **Claims Over 12 Months Old** | Claims filed more than 12 months from the date the expense was incurred |
| **Cosmetic Dentistry** | Any dental service rendered for cosmetic purposes, unless it is required to repair a tooth that was damaged as the result of an accidental injury that occurred while covered under the plan. For example, certain materials used for fillings, crowns, and pontics (porcelain and composite materials) are usually considered to be cosmetic when used behind the second molar. Facings on molars and pontics (artificial teeth) are always considered cosmetic. |
| **Covered Under Medical Plan** | Expenses covered under any other Tenet-sponsored medical plan, including hospital expenses and expenses related to inpatient oral surgery |
| **Drug Injections** | Therapeutic drug injections |
| **Duplicate Services** | Duplicate dental appliances or prosthodontic appliances; duplicate X-rays |
| **Education/Training** | Expenses related to education or training, including oral hygiene instruction |

| | |
|---|---|
| **Excess Charges** | A charge for a service that exceeds the usual charge made by the dentist for the same service when there is no insurance |
| **Expenses Exceeding Approved Course of Treatment** | If more than one course of treatment (service, treatment, material or appliance) can reasonably be used and DELTA DENTAL approves the least costly course of treatment, the plan does not cover any charge in excess of the expenses related to the approved course of treatment. |
| **Experimental Treatment** | Treatment or procedures considered to be experimental or investigational |
| **Fragmented Charges** | Fragmented or unbundled billing (individual charge) for a service, supply, etc. that is normally billed as part of a procedure |
| **Government-Related Services** | Any dental service furnished by or for a government of any country, unless payment for the service is required by law.  Any dental service that is provided by any governmental law or plan, excluding Medicaid-affiliated state plans, unless the governmental law or plan provides benefits that are in excess of benefits provided in any private or nongovernmental program |
| **Illegal Acts** | Dental conditions resulting from the commission of or the attempt to commit an illegal act |
| **Illegal Charges** | Charges prohibited by law |
| **Incomplete Work** | Expenses for a course of treatment that began while coverage was in effect but not completed, including orthodontics, (except as outlined under "Extending Your Dental Coverage" in the Eligibility and Enrollment section of this SPD) |
| **Ineligible Individual** | Expenses incurred for ineligible employees or dependents, regardless of whether they have been enrolled in a dental plan and whether payroll deductions have occurred |
| **Jaw Joint Treatment** | Expenses related to jaw joint problems, including:<br>◆ Temporomandibular joint (TMJ) dysfunction,<br>◆ Craniomandibular disorders,<br>◆ Orthognathic conditions, and<br>◆ Other conditions of the joint linking the jawbone and skull, including the interconnecting muscles, nerves and tissue. |
| **Lost or Stolen Appliances** | Replacement of lost or stolen appliances |
| **Maximum Benefit Reached** | Expenses incurred after the plan has paid maximum benefits for a specific service or individual |
| **Medical or Hospital Services** | Services that are deemed to be medical services or services and supplies received from a hospital |
| **Missed Appointment** | Expenses resulting from a missed appointment |

| | |
|---|---|
| **Mouth Guards** | Mouth guards for athletic use |
| **Myofunctional Therapy** | Expenses associated with myo-occulsion therapy |
| **No Coverage** | Expenses incurred while coverage was not in effect. However, coverage may be extended for certain procedures that begin before coverage terminates (see "Extending Your Dental Coverage" in the Eligibility and Enrollment section of this SPD for additional information).  Please contact the Plan Administrator or visit *benefitsolutions.ehr.com* for more information. |
| **No Obligation to Pay** | Expenses that you aren't legally obligated to pay |
| **No Services Provided** | Charges for which no services were provided |
| **Nuclear Radiation** | Dental conditions resulting from nontherapeutic release of nuclear radiation |
| **Prescription Drugs** | Drugs or medications prescribed by your dentist (refer to the Prescription Drug Program section of this SPD for prescription drug benefit information) |
| **Pulp Vitality Tests** | Expenses associated with determining the health of the pulp tissue, except as otherwise provided under the terms of a specific Dental Benefit Program option.  Note: To the extent permitted, only one pulp vitality test will be covered for any date of service. |
| **Restorations/ Appliances Used for Alteration** | Restorations or appliances used to alter vertical dimension, restore occlusion or splint or correct attrition or abrasion |
| **Self-Inflicted Injury** | Dental expenses incurred as the result of a non-accidental self-inflicted injury or attempted suicide, regardless of state of mind |
| **Self-Treatment Supplies** | Plaque control, take-home fluoride or over-the-counter dental supplies |
| **Services Not Meeting Standards** | Dental services that do not meet common dental standards |
| **Services Provided by Relative** | Services provided by a close relative of the covered person (parent, spouse, child, sibling, grandparent, in-law) |
| **Stress Breakers** | Simple stress breakers for prosthodontia care |
| **Surgical Implants** | Surgical implants of any type (except as provided otherwise with respect to the Saint Vincent and MetroWest MNA Unions Plans and implant supported prosthetics in the Enhanced Comprehensive and Comprehensive Plans) |
| **Temporary Services** | Temporary services when billed separately |
| **Third-Party Responsibility** | Expenses for which another person or organization is responsible — if DELTA DENTAL pays more than it should have, it has the right to recover any excess amount paid, including the cash value of services provided, from one or more of the following: |

| | ◆ You or your dependent,<br>◆ The dental provider,<br>◆ Insurance companies, and<br>◆ Other responsible persons or organizations. |
|---|---|
| **Unlicensed Provider** | Any dental service not furnished by a licensed dentist or a licensed dental hygienist under the direction of a licensed dentist |
| **Unnecessary Services** | Any dental service that is not necessary as determined by DELTA DENTAL (see "Necessary Services" in the "Glossary") |
| **Veneers** | Veneers of porcelain or acrylic materials on crowns or pontics on or replacing the upper and lower first, second and third molars |
| **War and Crime** | Dental conditions resulting from war or any act of war, declared or undeclared, or from active military duty with the armed services of any country |
| **Work-Related Conditions** | Any dental service in connection with a work-related injury or disease |
| **Workers' Compensation** | Any sickness covered under any workers' compensation or similar law |

Note:  Notwithstanding the foregoing, in certain circumstances, for reasons such as overall cost savings or medical treatment efficiency, the Dental Benefit Program may, in the sole discretion of the Plan Administrator, provide benefits for services that would otherwise not be eligible expenses.  The fact that the Dental Benefit Program does so in any particular case shall not in any way be deemed to require the Dental Benefit Program to do so in other similar cases.

# How to File a Claim

## What You Need to Do

To file a claim for dental care expenses:

Obtain a claim form using the Dental link at *benefitsolutions.ehr.com* .  Your dentist will usually file the claim for you. Your dentist should attach an original bill that includes:

- Your name and Social Security number,
- Dentist's name and tax ID number,
- Patient's name,
- Date of service,
- Amount of charge, and
- Amount you paid (if any).

Photocopied bills will be accepted only when the Tenet Dental Benefit Program is the secondary payor. Submit the form to DELTA DENTAL:

> **DELTA DENTAL**
> **P.O. Box 1809**
> **Alpharetta, GA 30023-1809**
> **1-855-643-8516**

File your claim as soon as possible. Claims must be filed within 12 months after you incur the expense. If your claim is filed more than 12 months after the expense is incurred, the expense will not be covered.

DELTA DENTAL processes claims on behalf of the Tenet Dental Benefit Program and has the fiduciary discretion and authority to interpret the provisions of the Dental Benefit Program, establish eligibility and benefit levels, and determine all claims and appeals.

## Explanation of Benefits (EOB)

Each time a claim is submitted, you'll receive an Explanation of Benefits (EOB) from DELTA DENTAL. The EOB explains how the benefit payment was determined or gives the reason that a claim was denied. Sometimes an EOB is sent because the claims administrator is requesting additional information necessary to process a claim.

## Claims Review

If you disagree with DELTA DENTAL's decision regarding a claim for benefits, you can have your claim reviewed as described in the Other Information section of the TEBP SPD. The Other Information section describes the claims review process in detail.

## When You're Covered by Another Dental Plan (Coordination of Benefits)

If you or a family member is covered under both the Tenet Dental Benefit Program and another group dental plan, the plans work together to pay covered expenses. Under this process, **called Coordination of Benefits (COB)**, the plan covering you as an employee pays first and is called the "primary plan," and the plan covering you as a dependent pays second and is called the "secondary plan."

### *Which Plan Pays First?*

Here's how to determine which plan is primary (pays first) when you or a covered dependent has other group dental care coverage:

| | |
|---|---|
| **If you're covered by the Tenet Dental Benefit Program as an active employee and another plan as a retiree . . .** | The Tenet Dental Benefit Program pays first |
| **If the condition is automobile-related . . .** | Dental coverage under automobile insurance is always primary |
| **If your other coverage does not include Coordination of Benefits . . .** | Plans without a COB feature are always primary. The Tenet Dental Benefit Program would be secondary |
| **If your other plan states it will pay no benefits at all if you have other coverage . . .** | That plan is primary. The Tenet Dental Benefit Program will be secondary |
| **If your other plan claims to always be the secondary payor . . .** | The Tenet Dental Benefit Program will be secondary. However, the Tenet Dental Benefit Program will be primary to secondary payor plans offered by Tenet |
| **If you're also covered under a government plan . . .** | Coverage under a government plan is always primary (unless otherwise required by law) |

| | |
|---|---|
| **If your dependent children are covered under both parents' plans . . .** | The plan of the parent whose birthday falls earlier in the year is primary; if both parents have the same birthday, the plan that has covered the child longer is primary. For an eligible child of divorced or separated parents, the primary plan would be determined in the following order:<br><br>1. As ruled by the court through a separation agreement, divorce settlement, Qualified Medical Child Support Order, etc. (a copy of the court ruling will be required when submitting claims for your dependent child).<br>2. The plan of the parent with legal custody. In the case of joint custody, the plan of the parent with whom the child spends the majority of his or her time.<br>3. The plan of the spouse of the parent with legal custody.<br>4. The plan of the parent without custody. |
| **If payment of the claim cannot be determined by the above rules or the plans do not agree . . .** | The plan that has covered the individual for the longer period of time is the primary plan, and the plan that has covered the individual for the shorter period of time is the secondary plan |

### How Benefits Are Determined

Here's how the Tenet  Dental Plan determines benefits when it's the secondary plan:

**First:** DELTA DENTAL determines the benefit amount that would have been paid if there were no other group coverage.

**Next:** The amount the primary plan actually pays is subtracted. If the benefits paid by the primary plan are less than the benefit amount determined under the Tenet plan, then DELTA DENTAL would pay the difference.

To help you see how these rules apply to an actual claim, here's an example:

**Assumptions:**

◆ The eligible expense for a covered service is $100.
◆ The Tenet Dental Benefit Program is secondary coverage.
◆ The Tenet Dental Benefit Program would pay 80% ($80) if there were no other group coverage.
◆ The primary plan pays 60%.

| If . . . | Then . . . | |
|---|---|---|
| **If you used an In-Network provider . . .** | Then the primary plan pays: | $ 60 (60% of $100) |
| | The Tenet Dental Benefit Program pays: | $ 20 (difference between what primary plan paid and what the Tenet Dental Benefit Program would have paid) |
| | Total benefit paid: | **$ 80** |

Once the primary plan is determined, here's what you need to do:

◆ If the Tenet Dental Benefit Program is primary, you must first file a claim with DELTA DENTAL, which determines benefits payable with no consideration of what the secondary plan may or may not pay.

◆ If the Tenet Dental Benefit Program is secondary, you must file with the primary plan first. Then, when you've received an Explanation of Benefits (EOB) statement from the other plan, you can file the claim, including a photocopy of the EOB and the bill, with DELTA DENTAL.

### *If the Tenet Dental Benefit Program is Secondary*

When the Tenet Dental Benefit Program is the secondary plan, it covers the amount up to, but not beyond, what it would pay if it were your only source of benefits. It is possible that no benefits would be paid out when Tenet is secondary. Tenet coordinates as secondary by non-duplication.

**Note that in the example above, if the primary plan had paid 80% of the $100 eligible expense, the Tenet Dental Benefit Program would not pay an additional benefit.**

Remember that you're always responsible for paying the portion of an expense, if any, that's not eligible under this plan. Remember, too, that the other plan's definition of "eligible expense" may be different from the Tenet Dental Benefit Program's definition, so benefit calculations may be a little more complicated than shown in the example above.

### *Annual Update of COB Information*

Coordination of Benefits (COB) information is updated on a rolling calendar year for each employee. When DELTA DENTAL receives the first dependent claim, it will obtain COB information:

◆ From the claim, if it's filed with a completed claim form, or
◆ By pending the claim and sending you a COB questionnaire

When you receive the questionnaire, you may complete the form and return it to DELTA DENTAL or you can phone in the COB information to DELTA DENTAL directly. When possible, eligible-dependent data also will be updated when this information is received. Your claim will be held pending DELTA DENTAL's receipt of the COB information from you.

### *Coordinating COBRA Coverage with That of Another Plan*

If you or a family member is also covered under another employer's COBRA coverage, the COBRA coverage will be primary for services subject to the exclusionary waiting period under the Comprehensive Dental Plan. In all other situations, the Tenet Dental Benefit Program will be primary.

If you or your family member continues Tenet dental coverage under COBRA and then becomes covered under another employer's plan, the Tenet Dental Benefit Program will be primary only for pre-existing conditions and/or services subject to exclusionary waiting periods under the other plan; no other conditions will be covered (either on a primary or secondary basis) by the Tenet Dental Benefit Program.

# Helpful Information about the Tenet Dental Benefit Program

You can learn additional information about the Dental Benefit Program offered under the TEBP by reviewing the other sections of this SPD at *benefitsolutions.ehr.com* . **The complete SPD includes information on eligibility and enrollment, procedures for appealing claim denials, qualified medical child support orders, authority to amend and terminate the TEBP and all of the benefit programs (including the Dental Benefit Program), COBRA continuation rights, and your rights under the Health Insurance Portability and Accountability Act (HIPAA).**

Here's a list of some quick facts you may need to know:

| | |
|---|---|
| **Employer and Plan Sponsor** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Plan Administrator** | Tenet Benefits Administration Committee<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Claims Administrator** | DELTA DENTAL<br>P.O. Box 1809<br>Alpharetta, GA 30023-1809<br><br>1-855-643-8516 |
| **Agent for Service of Legal Process** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000<br><br>Legal Process may also be served on the Plan Administrator. |
| **Dental Program Effective Date** | The Dental Benefit Program is a component program in the TEBP, which was originally effective as of October 1, 1977. The TEBP was amended and restated effective as of January 1, 2020. |
| **Employer Identification Number** | 95-2557091 |
| **Plan Number** | 515 |
| **Plan Year** | January 1 through December 31. |
| **Type of Plan** | Self-insured welfare benefit plan offering dental benefits. See the Other Information section for more information. |

## Funding of Benefits

Benefits under the Dental Benefit Program are funded by the premiums paid by you and by Tenet. The amount of your premium for dental coverage under the Tenet Dental Benefit Program will be determined by the Plan Administrator and may depend on the option and level of coverage you have selected for yourself and your dependents. Your premium amount may be changed at any time. If your premium amount is changed, you will be given written notice in advance of the change. Premium information was provided to you during the annual enrollment period or your initial enrollment period.

## Tax Consequences of Participation in the Dental Benefit Program

In general, you may pay for your premiums in your selected Dental Benefit Program option on a pre-tax basis by reducing your salary. However, premiums for coverage for a Domestic Partner (or for any dependent who does not qualify as your federal tax dependent) will be paid on an after-tax basis, unless your Domestic Partner also qualifies as your federal tax dependent (determined without regard to IRC sections 152(b) (1), (b) (2), and (d) (1) (B), which contain certain exceptions to the definition of dependent and a gross income limitation). The test for determining whether your Domestic Partner qualifies as your federal tax dependent may be different than the test for determining dependent status under the plan. You should consult with your tax advisor to determine if your Domestic Partner qualifies as your federal tax dependent. In addition, if you are a highly compensated employee, there may be certain circumstances in which you are not be eligible to exclude all or a portion of the premiums or benefits paid under the Dental Benefit Program from your gross income. Neither the Plan Administrator nor your employer can guarantee that the benefits provided to you under the Dental Benefit Program will be excludable from your gross income for federal and state tax purposes. For more information on the tax consequences of participating in the Dental Benefit Program, please see your tax advisor.

## Your Rights Under ERISA and HIPAA

For a statement explaining your rights under the Employee Retirement Income Security Act of 1974 (ERISA) and HIPAA, see the Other Information section of this SPD.

# Glossary

### Annual Deductible (or deductible)

The amount of eligible expenses you pay each calendar year before certain benefits are payable under the Comprehensive Dental Plan

### Benefit Eligible

Generally, you're eligible to participate in the Tenet Dental Benefit Program if you are classified by Tenet as a full-time or part-time 1 employee.  (Determination of full-time or part-time 1 status is based on anticipated scheduled hours and is not impacted by the fact that you may, on occasion, work more or less than your anticipated scheduled hours.)  If you meet this eligibility requirement, you're considered "benefit eligible."

### Calendar Year Maximum

The maximum limit that the Comprehensive Dental Plan pays for each person enrolled in the plan over a calendar year.

### Co-insurance

The percentage you pay for basic and major covered services under the Comprehensive Dental Plan (for example, if your plan pays 80% after the deductible for a basic service by a PPO dentist, then you pay 20%, which is your co-insurance).

### In-Network

A DELTA DENTAL PPO or Premier Provider.

### Lifetime Maximum Orthodontia Benefit

The maximum that the Comprehensive Dental Plan pays for orthodontia benefits for each covered person.

### Maximum Contract Allowable (MCA) Charges

Is the reimbursement under the Enrollee's benefit plan against which Delta Dental calculates its payment and the Enrollee's financial obligation. Subject to adjustment for extreme difficulty or unusual circumstances, the Maximum Contract Allowance for services provided:

- by a PPO Provider is the lesser of the dental provider's Submitted Fee or the Delta Dental PPO Contracted Fee.
- by a Premier Provider is the lesser of the dental provider's Submitted Fee or the Delta Dental Premier Contracted Fee.
- by a Non-Delta Dental Provider is the lesser of the dental provider's Submitted Fee or the Program Allowance.

### Necessary Services

"Necessary" means that the course of treatment (i.e., service, treatment, material or device) was necessary and appropriate for maintaining the primary function of teeth and supporting tissue. If two or more courses of treatment can be used for any one situation, "necessary" will mean the least costly course of treatment that produces a professionally satisfactory result, as determined by DELTA DENTAL.

### Preferred Provider Organization (PPO) Dentists

PPO dentists are licensed dental care providers who agree to be part of a network that provides services at negotiated rates, which are generally lower than the cost of care outside the network.

### Premier Provider

A licensed dental care provider who agrees to be part of DELTA DENTAL's premier network.

### Submitted Fee

The amount that the dental provider bills and enters on a claim for a specific procedure.



# *Employee Assistance Program*
## Summary Plan Description

### About This Summary Plan Description (SPD)

The Employee Assistance Program (EAP), managed by Beacon Health Options, is a component in the Tenet Employee Benefit Plan (TEBP). The TEBP is a comprehensive welfare benefits plan intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125.

This document summarizes key provisions of the EAP and serves as part of the summary plan description (SPD) for the TEBP. You can obtain more information about the EAP and the other programs offered through the TEBP by reviewing the complete SPD for the TEBP. If there is any discrepancy between the TEBP SPD and the official plan documents for the TEBP, the official plan documents will control. For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

## Plan Highlights

When it comes to your well-being, Tenet believes in taking a whole-health approach. Because we feel it's important to be healthy in mind, body and spirit, we offer services to help you take good care of yourself physically and emotionally.

The EAP is a professional counseling service offering confidential help for day-to-day concerns or difficult times.  Services include telephone consultation, online resources, face-to-face counseling, and referral services.  All employees may use the EAP services at no cost to the employees or their household members.

## Quick Facts

| | EAP |
|---|---|
| **Who's Covered** | ◆ You and your household members, regardless of whether you are covered under the Tenet Medical Program or whether you are classified as a Full Time, Part-Time 1, or Part-Time 2 Employee. |
| **Cost of Coverage** | ◆ No cost. |
| **When Coverage Begins** | ◆ On your first day of employment.<br>◆ You do not need to enroll in the Tenet Medical Program for you or your household members to receive EAP benefits. |
| **When Coverage Ends** | ◆ Coverage for you and your household members ends on the last day of the month following the last day of the pay period during which you are terminated. |

# How the Employee Assistance Program Works

When you or a covered family member needs help, just follow these simple steps to access your benefits under the EAP:

## How the EAP Works

Call the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at tenet.mybeaconwellbeing.com. Under the EAP, you and/or your Covered Dependents may be entitled to up to five, free face-to-face assessment sessions per issue. Your conversations with the EAP are confidential and your personal information is kept private.

## What the EAP Covers

Through telephone and online resources, face to face counseling, and referral services, the EAP can confidentially help you and your family members with a variety of needs, including:

◆ **Legal Questions or Concerns** – Personal injury, wills, financial issues, bankruptcy, tax questions, housing, real estate, landlord/tenant disputes, family law, e.g., divorce, custody, child support
◆ **Marital or Family Conflicts**
◆ **Childcare Concerns** – Referrals to daycare centers, daycare homes, nannies and au pairs; information on how to choose a childcare provider and how to evaluate the care that your child receives; adoption; summer camps, special needs; prenatal classes; preschools/nursery schools
◆ **Senior Care** - Living arrangements, from retirement communities and adult homes to nursing homes, home care agencies, support groups, elder law, e.g. wills, durable power of attorney, advance directives
◆ **Financial Problems** – Debt consolidation, budgeting strategies, managing debt/credit, spending habits
◆ **Work** – Balancing work and life, working overtime, workplace conflict, working with others
◆ **Alcohol or Drug Problems** – Online assessment, access to an Alcohol Specialty team, treatment
◆ **Stress, emotions, and much more.**

In addition, EAP can provide:

### *Immediate Help during a Crisis*

Get quick and effective intervention when your emotional needs reach a critical point.

### *Referrals to Local Resources*

Find sources in your community for information and assistance on a wide range of topics.

# What the EAP Pays

All benefits provided to you or your household members under the EAP are fully paid by Tenet.

# How to File a Claim

Because benefits under the EAP are only provided by an EAP network counselor, no claim forms are required. If you would like additional information regarding the claims appeal process, please see the Other Information section of this SPD.

# Helpful Information about the Employee Assistance Program

You can learn additional information about the EAP by visiting the Beacon Health Options website at tenet.mybeaconwellbeing.com. **You may also view the other sections of this SPD, which contain information on participating employers in the TEBP, eligibility and enrollment, procedures for appealing claim denials, qualified medical child support orders, authority to amend and terminate the TEBP and all of the benefit programs, COBRA continuation rights and your rights under the Health Insurance Portability and Accountability Act (HIPAA).**

Here's a list of some facts you may need to know about the Employee Assistance Program:

| Employee Assistance Program | |
|---|---|
| **Employer and Plan Sponsor** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Plan Administrator** | Tenet Benefits Administration Committee<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Agent for Service of Legal Process** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000<br><br>**Legal process may also be served on the Plan Administrator.** |
| **Plan Effective Date** | The EAP is a component programs in the TEBP, which was originally effective as of October 1, 1977. The TEBP was amended and restated effective January 1, 2018. |
| **Employer Identification Number** | 95-2557091 |
| **Plan Number** | 515 |
| **Plan Year** | January 1 to December 31 |
| **Type of Plan** | Self-insured welfare benefit plan offering confidential counseling services. See Other Information section of the TEBP SPD for more information. |

## Funding of Benefits

Benefits under the EAP are funded by Tenet.

## Your Rights Under ERISA and HIPAA

For a statement explaining your rights under the Employee Retirement Income Security Act of 1974 (ERISA) and HIPAA, see the Other Information section of the TEBP SPD.



# *Vision* Summary Plan Description

**About This Summary Plan Description (SPD)**

The Tenet Vision Benefit Program is a component program in the Tenet Employee Benefit Plan (TEBP). The TEBP is a comprehensive welfare benefits program intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125.

This document summarizes key provisions of the Tenet Vision Benefit Program and serves as part of the summary plan description (SPD) for the TEBP. You can obtain more information about the Tenet Vision Benefit Program, the TEBP and the other component programs offered under the TEBP by reviewing the complete SPD for the TEBP. If there is any discrepancy between this online SPD and the official plan documents for the TEBP, the official plan documents will govern. For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

## Plan Highlights

The Tenet Vision Benefit Program which is administered by VSP allows you to obtain benefits for vision care by visiting either an in-network (VSP) or out-of-network (non-VSP) provider.

| | |
|---|---|
| **In-Network** (a VSP provider) | ◆ Receive the maximum benefit amount under the Plan <br> ◆ Pay a co-pay for each eye exam, as well as for lenses, frames and medically necessary contacts <br> ◆ There are no claim forms to file |
| **Out-Of-Network** (any non-VSP provider) | ◆ Receive a lower benefit level <br> ◆ Pay the entire bill at the time you receive service <br> ◆ Submit a claim to VSP, including necessary documentation and details regarding service received <br> ◆ Expenses are reimbursed by the Plan according to a fixed schedule |

## Introduction to the Vision Benefit Program

This section of the SPD includes:

◆ Quick Facts: Who You Can Cover, Cost of Coverage, When Coverage Begins, and When Coverage Ends

◆ The factors that impact your cost of coverage

◆ Instructions and timeframes for enrolling yourself and your eligible dependents in the Vision Benefit Program

◆ When you can make coverage changes under the Vision Benefit Program

# Quick Facts

| Who You Can Cover | ◆ Benefit eligible Employee and eligible dependents |
|---|---|
| **Cost of Coverage** | ◆ You pay the full cost of vision coverage. (Premium information is provided to you during enrollment) <br><br> ◆ Generally, you pay for coverage for yourself and your dependents, including a legal, same-sex spouse, through pre-tax payroll deductions. However, coverage for a Domestic Partner* cannot be paid on a pre-tax basis unless the Domestic Partner qualifies as your federal tax dependent within the meaning of Internal Revenue Code (IRC) section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)). In addition, coverage for any other dependent who does not qualify as your federal tax dependent cannot be paid on a pre-tax basis. |
| **When Coverage Begins** | ◆ On the 31st day after you begin employment in a full-time or part-time benefit eligible position, provided you've enrolled. For an explanation of benefit eligible employees, see the definition of "Benefit Eligible" in the Glossary below and the Eligibility and Enrollment section of this TEBP SPD. |
| **When Coverage Ends** | ◆ When coverage ends is dependent on various factors. Please refer to the Eligibility and Enrollment section of this TEBP SPD for detailed information on when coverage for you and your dependents ends. <br><br> ◆ In some circumstances, you or your dependents may be eligible to continue your vision coverage under the Consolidated Omnibus Budget Reconciliation Act (COBRA) of 1985, as amended. For more information on COBRA coverage, please see the Other Information section of this TEBP SPD. |

*Children of your Domestic Partner may not be covered under the Tenet Vision Benefit Program unless they meet the criteria for eligible dependent children. Please refer to the Eligibility and Enrollment section of this TEBP SPD for eligibility information.

## Cost of Coverage

You pay the full cost of vision coverage. (Premium information is provided to you during enrollment)

Your contributions for your coverage and for coverage for your dependents (including your spouse and legal same-sex spouse) are typically deducted from your paychecks on a before-tax basis. Before-tax dollars come out of your pay before federal income and Social Security taxes are withheld - and in most states, before state and local taxes are withheld. This gives your contributions a special tax advantage and lowers the actual cost to you. However, your contributions for Domestic Partner coverage (and for coverage for any other dependent who is not your federal tax dependent) will be deducted from your paychecks on an after-tax basis unless your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)). For more information determining whether your Domestic Partner qualifies as your federal tax Dependent, contact your tax advisor.

Your contributions are subject to review and Tenet reserves the right to change your contribution amount from time to time.

You can obtain current contribution rates by calling the Benefit Solutions Center at 1-844-877-8591 or accessing your personal enrollment information from **benefitsolutions.ehr.com** .

## How to Enroll

1. Enroll online at **benefitsolutions.ehr.com**  or call the Benefit Solutions Center at 1-844-877-8591.

2. Complete an enrollment transaction within 31 days of the date you first become eligible for coverage under the Tenet Medical Benefit Program. If you do not enroll within 31 days, you will need to wait to make your benefit elections until the next Annual Enrollment period or the date you incur a change of family status or HIPAA special enrollment event entitling you to a mid-year enrollment.  For more information on change of family status and HIPAA special enrollment events, see the Life Events section of the TEBP SPD.

Each year during Annual Enrollment, you have the opportunity to review, change, or cancel your healthcare coverage. All changes made during the Annual Enrollment period will take effect on January 1 of the following calendar year.

| Important |
| --- |
| If you wish to change your benefit elections following your marriage, birth or adoption of a child, or other family status change or HIPAA special enrollment event, you must complete your enrollment transaction online at **benefitsolutions.ehr.com**  or call the Benefit Solutions Center at 1-844-877-8591 within 31 days of the event and request your change. Otherwise, you will need to wait until the next Annual Enrollment period to change your elections. |

## Changing Your Coverage

Please refer to the Life Events section of the TEBP SPD for more information on making coverage changes outside of an Annual Enrollment period.

# How the Tenet Vision Benefit Program Works

With the Tenet Vision Benefit Program, you:

- ◆ Have the freedom to see any vision care provider,
- ◆ Get the best value when you use an in-network doctor, and
- ◆ Receive coverage for many types of eye care, including eye exams, lenses, frames and contact lenses.

## Using a Network Doctor

To find one of the 43,000 eye care professionals in the nationwide network, log on to *benefitsolutions.ehr.com* and click the Vision link, or call VSP's Member Services at 1-800-877-7195 for a list of network doctors.

| **When You Call a Network Doctor to Make an Appointment . . .** | Tell the doctor's office you're covered by VSP and provide: <br>◆ Your name and date of birth, <br>◆ The name of the group that provides your VSP coverage (Tenet Healthcare), and <br>◆ The covered member's VSP identification number. |
|---|---|

**PROFILE: Charlotte and Her Daughter, Emily**

Meet Charlotte and her daughter, 16-year-old Emily. Like her mother, Emily is nearsighted and has to rely on corrective lenses to see clearly. Because Emily is now learning to drive, getting quality vision care has become a priority for her. Through the Tenet Vision Benefit Program, Charlotte and her daughter can see a VSP network doctor and simply pay $10 co-pay for an eye exam and $15 co-pay for lenses. Frames are covered up to the $170 allowance after the lens co-pay because they select the frames from their VSP provider.

And remember, there are no claim forms to file when you use a VSP network doctor. VSP pays your doctor for covered services and materials. Any co-pays and other costs not covered by your VSP plan at the time of your visit are your responsibility.

## Using an Out-of-Network Provider

You can choose to visit any doctor or eye care center to receive care. When seeing an out-of-network provider, you'll pay the full cost for services and you'll need to submit a claim for reimbursement. See "How to File a Claim" for more information.

## What the Vision Plan Covers Benefit Summary Chart

| Benefit/ Frequency | Tenet Facilities (Except Saint Vincent's/ MetroWest MNA union) | | Saint Vincent's/ MetroWest MNA Union High Option | | Saint Vincent's/ MetroWest MNA Union Low Option | |
|---|---|---|---|---|---|---|
| | In-Network Doctor | Out-of-Network Provider | In-Network Doctor | Out-of-Network Provider | In-Network Doctor | Out-of-Network Provider |
| **Examination** (one per calendar year) | Exam covered in full after a $10 co-pay | Reimbursed up to $50 | Exam covered in full after a $10 co-pay | Reimbursed up to $34 | Exam covered in full after a $10 co-pay | Reimbursed up to $34 |
| **Lenses** (once per calendar year) <br><br>Single vision <br>Lined bifocal <br>Lined trifocal <br>Lenticular <br>Polycarbonate lenses for | Lenses covered in full after a $15 co-pay | Reimbursed up to: <br>$50 for single vision <br>$75 for lined bifocal <br>$100 for lined trifocal <br>$125 for lenticular | Lenses covered in full after $15 co-pay | Reimbursed up to: <br>$32 for single vision <br>$46 for lined bifocal <br>$57 for lined trifocal <br>$90 for lenticular | Lenses covered in full after $25 co-pay | Reimbursed up to: <br>$32 for single vision <br>$46 for lined bifocal <br>$57 for lined trifocal <br>$90 for lenticular |

| Benefit/ Frequency | Tenet Facilities (Except Saint Vincent's/ MetroWest MNA union) | | Saint Vincent's/ MetroWest MNA Union High Option | | Saint Vincent's/ MetroWest MNA Union Low Option | |
|---|---|---|---|---|---|---|
| | In-Network Doctor | Out-of-Network Provider | In-Network Doctor | Out-of-Network Provider | In-Network Doctor | Out-of-Network Provider |
| dependent children | | Poly-carbonate lenses for dependent children not covered | | Poly-carbonate lenses for dependent children not covered | | Poly-carbonate lenses for dependent children not covered |
| **Frames** (once every other calendar year for Tenet and Saint Vincent's/ MetroWest MNA Union Low Option and once per calendar year for Saint Vincent's/ MetroWest MNA Union High Option) **OR** | Frames covered up to $170 allowance (after $15 co-pay), plus a 20% discount on any amounts exceeding the retail frame allowance | Frames reimbursed up to $70 | Frames covered up to $175 allowance (after $15 co-pay), plus a 20% discount on any amounts exceeding the retail frame allowance | Frames reimbursed up to $78 | Frames covered up to $100 allowance (after $25 co-pay), plus a 20% discount on any amounts exceeding the retail frame allowance | Frames reimbursed up to $47 |
| **Contacts** (once per calendar year) | $25 co-pay for contact lenses exam **Elective contacts:** Covered up to $150 allowance in lieu of frames and lenses **Medically necessary contacts:** $15 co-pay | **Elective contacts:** Reimbursed up to $150 in lieu of frames and lenses **Medically necessary contacts:** Reimbursed up to $210 | $25 co-pay for contact lenses exam **Elective contacts:** Covered up to $150 allowance in lieu of frames and lenses **Medically necessary contacts:** $15 co-pay | **Elective contacts:** Reimbursed up to $150 in lieu of frames and lenses **Medically necessary contacts:** Reimbursed up to $210 | $25 co-pay for contact lenses exam **Elective contacts:** Covered up to $100 allowance in lieu of frames and lenses **Medically necessary contacts:** $25 co-pay | **Elective contacts:** Reimbursed up to $100 in lieu of frames and lenses **Medically necessary contacts:** Reimbursed up to $210 |
| **Laser Eye Surgery*** | Average of 15% off the regular price or 5% off the promotional | Not covered | Average of 15% off the regular price or 5% off the promotional | Not covered | Average of 15% off the regular price or 5% off the promotional | Not covered |

| Benefit/ Frequency | Tenet Facilities (Except Saint Vincent's/ MetroWest MNA union) | | Saint Vincent's/ MetroWest MNA Union High Option | | Saint Vincent's/ MetroWest MNA Union Low Option | |
|---|---|---|---|---|---|---|
| | In-Network Doctor | Out-of-Network Provider | In-Network Doctor | Out-of-Network Provider | In-Network Doctor | Out-of-Network Provider |
| | price; discounts available from contracted facilities. The maximum fee a member will pay is: $1,500 per eye for PRK $1,800 per eye for LASIK $2,300 per eye for Custom LASIK | | price; discounts available from contracted facilities. The maximum fee a member will pay is: $1,500 per eye for PRK $1,800 per eye for LASIK $2,300 per eye for Custom LASIK | | price; discounts available from contracted facilities. The maximum fee a member will pay is: $1,500 per eye for PRK $1,800 per eye for LASIK $2,300 per eye for Custom LASIK | |

\* VSP has arranged for members to receive PRK, LASIK and Custom LASIK at a discounted fee by participating laser centers, which could add up to hundreds of dollars in savings. Discounts vary by location, but will average 15% off of the contracted laser center's usual and customary price. Additionally, if the participating laser center is offering a temporary price reduction, VSP members will receive 5% off of the promotional price.

## Eligible Expenses from A to Z

When you use a VSP network doctor, the following services and items are provided:

| Contact Lenses | An allowance is applied to the cost of your contacts. The contact lens exam (fitting and evaluation) is covered after a $25 copay. This exam is in addition to your vision exam to ensure the proper fit of contacts. Medically necessary contacts required for certain conditions are covered in full after a $25 copay when specific benefit criteria are satisfied and when prescribed by a doctor. |
|---|---|
| Frames | A wide variety of frames are available that are fully covered by VSP. If you choose a frame over your allowance of $170, you'll be responsible for paying any overages. However, you will get 20% off any out-of-pocket costs. |
| Laser Eye Surgery | VSP has arranged for members to receive PRK, LASIK and Custom LASIK at a discounted fee from participating laser centers. (See the Benefit Summary |

| | |
|---|---|
| | Chart above for more information.) Please see your VSP provider for referral to a participating Laser Vision Correction facility and surgeon. |
| **Lenses** | Your VSP provider will order the proper lenses and will also verify the accuracy of the finished lenses.  See the Benefit Summary Chart above for a description of your co-pay when obtaining lenses from a VSP provider. |
| **Vision Exam** | The exam includes a complete analysis of visual functions, including the prescription of glasses [or contact lenses] when necessary. |

### PROFILE: Charlotte

Because Charlotte has worn eyeglasses since the age of 5, it's no surprise that she's intrigued by the prospect of having LASIK surgery. While Charlotte has heard some positive things about this procedure, she feels it's important to get more details before making any decisions. Being a smart consumer, she makes an appointment with her VSP network doctor to determine if she is a candidate for laser surgery. Her VSP network doctor will then refer her to a contracted surgery center to make an appointment

# What's Not Covered
# by the Tenet Vision Benefit Program?

## Ineligible Expenses from A to Z

| | |
|---|---|
| **Anisokonic Lenses or Tomography** | Does not cover anisokonic lenses or tomography. |
| **Experimental, Developmental or Investigational Services or Supplies** | Does not cover charges for services or supplies generally considered experimental, developmental or investigational. |
| **Lenses** (extra charges) | Does not cover extra charges for tinted, oversized, photosensitive or antireflective lenses. |
| **Lenses** (provided by someone other than ophthalmologist, optometrist or optician) | Does not cover lenses provided by someone other than a licensed ophthalmologist, optometrist or optician, except for disposable contact lenses dispensed by a pharmacist that are otherwise covered under the plan. |
| **Medical or Surgical Treatment** | Does not cover medical or surgical treatment. |
| **Missed Appointments** | Does not cover charges for missed appointments. |
| **Out-of-Network Claims Over Six Months Old** | Does not cover out-of-network claims that are filed more than six months from the date the expense was incurred. |
| **Replacement of Broken or Lost Lenses or Frames** | Does not cover charges for replacement of broken or lost lenses or frames. |
| **Services or Supplies** (covered by another plan) | Does not cover services or supplies covered by any other health plan. |

| Services or Supplies (covered by workers' compensation or similar laws) | Does not cover services or supplies payable under workers' compensation or similar laws, or drugs or any other medication. |
|---|---|
| Services or Supplies (for which you're not obligated to pay) | Does not cover services or supplies for which you're not obligated to pay or for which no charge would be made in the absence of vision coverage. |
| Services or Supplies (not prescribed by optometrist or ophthalmologist) | Does not cover services or supplies not prescribed by a licensed optometrist or ophthalmologist or lenses that don't require a prescription. |
| Special or Unusual Treatment | Does not cover special or unusual treatment, such as orthoptics, vision training or subnormal-vision aids. |
| Vision Examinations (for work-related conditions) | Does not cover vision examinations or any materials furnished for any condition, disease, ailment or injury arising out of or in the course of employment. |
| Vision Examinations and Supplies Ordered (before or after patient is covered) | Does not cover vision examinations performed and lenses and frames ordered before the patient is covered under the program or after termination of coverage. |

# How to File a Claim

## What You Need to Do

If you use a VSP provider, you don't need to do a thing! There are no claim forms to file. VSP will pay your doctor directly for services and materials covered by VSP.

If you use an out-of-network provider, you'll pay the entire bill at the time you receive service and then submit a claim to VSP. The claim form is available by accessing *benefitsolutions.ehr.com* and following the link for "Vision Benefit."

Claims must be filed within 365 days after you've incurred the expense. Submit your documentation to:

> VSP
> **Attn: Claims Services**
> **P.O. Box 385018**
> **Birmingham, AL 35238-5018**
>
> **1-800-877-7195**

## Claims Review and Appeal Process

If you disagree with VSP's decision regarding a claim for benefits, you can have your claim reviewed as described in the Other Information section of this SPD site. The Other Information section describes the claims review process in detail.

# Helpful Information about the Vision Benefit Program

You can learn additional information about the Tenet Vision Benefit Program offered under the TEBP by reviewing the other sections of this TEBP SPD. **The complete SPD includes information about eligibility and enrollment, procedures for appealing claim denials, qualified medical child support**

orders, authority to amend and terminate the TEBP and all of the benefit programs (including the Tenet Vision Benefit Program), COBRA continuation rights and your rights under the Health Insurance Portability and Accountability Act (HIPAA).

Here's a list of some quick facts you may need to know:

| | |
|---|---|
| **Employer and Plan Sponsor** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Plan Administrator** | Tenet Benefits Administration Committee<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Claims Administrator** | VSP<br>P.O. Box 997105<br>Sacramento, CA 95899-7105<br><br>1-800-877-7195 |
| **Agent for Service of Legal Process** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000<br><br>Legal process may also be served on the Plan Administrator. |
| **Vision Program Effective Date** | The Tenet Vision Benefit Program is a component program in the TEBP, which was originally effective as of October 1, 1977. The TEBP was amended and restated effective as of January 1, 2018. |
| **Employer Identification Number** | 95-2557091 |
| **Plan Number** | 515 |
| **Plan Year** | January 1 through December 31 |
| **Type of Plan** | Insured welfare benefit plan offering vision benefits. See the Other Information of the TEBP section for more information. |

## Funding of Benefits

Benefits under the Tenet Vision Benefit Program are fully insured by VSP. You are required to pay premiums for your vision benefit coverage by making employee contributions under the TEBP. The amount of your premium for vision coverage will be determined by the Plan Administrator and may depend on the level of coverage you have selected for yourself and your dependents. Your premium amount may be changed at any time. If your premium amount is changed, you will be given written notice in advance of the change. Premium information was provided to you during the annual enrollment period or on your initial eligibility period.

## Tax Consequences of Participation in the Tenet Vision Benefit Program

In general, you may pay for your premiums in the Tenet Vision Benefit Program on a pre-tax basis. However, premiums for coverage for a Domestic Partner (or for any dependent who does not qualify as your federal tax dependent) will be paid on an after-tax basis, unless your Domestic Partner also qualifies as your federal tax dependent (determined without regard to IRC sections 152(b) (1), (b) (2), and (d)(1)(B), which contain certain exceptions to the definition of dependent and a gross income limitation). The test for determining whether your Domestic Partner qualifies as your federal tax dependent may be different than the test for determining dependent status under the plan. You should consult with your tax advisor to determine if your Domestic Partner qualifies as your federal tax dependent. In addition, if you are a highly compensated employee, there may be certain circumstances in which you are not eligible to exclude from gross income all or a portion of the premiums or benefits paid under the Tenet Vision Benefit Program. Neither the Plan Administrator nor your employer can guarantee that the benefits provided to you under the Tenet Vision Benefit Program will be excludable from your gross income for federal and state tax purposes. For more information on the tax consequences of participating in the Tenet Vision Benefit Program, please see your tax advisor.

## Your Rights Under ERISA and HIPAA

For a statement explaining your rights under the Employee Retirement Income Security Act of 1974 (ERISA) and HIPAA, see the Other Information section of this TEBP SPD.

# Glossary

## Benefit Eligible

Generally, you're eligible to participate in the Tenet Vision Benefit Program if you are classified by Tenet as a full-time or part-time 1 employee.  (Determination of full-time or part-time 1 status is based on anticipated scheduled hours and is not impacted by the fact that you may, on occasion, work more or less than your scheduled hours.)  If you meet either of this eligibility requirement, you're considered "benefit eligible."

## Co-pay

A co-pay is a flat fee that you pay at the time you receive the service from a network doctor. For example, you pay a $10 co-pay when you get an eye exam from a VSP network doctor.

## Medically Necessary Contacts

The Plan pays for visually necessary contact lenses if prior authorization is obtained.

## Network Doctor

A network doctor is an eye care professional who has contracted with VSP to provide services to VSP members.



# *Life Events*

## About This Information

This document serves as part of the summary plan description (SPD) for the Tenet Employee Benefit Plan (TEBP), a comprehensive welfare benefits plan intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125. This document explains what you need to know and do about your employee benefits coverage when circumstances in your life change.

You can obtain more information about the component programs offered under the TEBP by reviewing the complete SPD for the TEBP. If there is any discrepancy between the TEBP SPD and the official plan documents for the TEBP, the official plan documents will govern. For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

**Note:  Certain Tenet facilities and subsidiaries maintain their own SPD summarizing benefits under the Tenet Employee Benefit Plan.**

## If You're Getting Married

### *Making a Benefit Change?*

If you're making any benefit changes due to your marriage, please access ***benefitsolutions.ehr.com***  or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of the date of your marriage**. Notification prior to the marriage date will not be accepted. You must provide notification of your Life Event change by the deadline or you won't be able to change your benefits.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>♦  Medical<br><br>♦  Employee Assistance Program (EAP)<br><br>♦  Prescription Drug<br><br>♦  Dental<br><br>♦  Vision<br><br>♦  Health Reimbursement Account | ♦  You can enroll yourself and/or your spouse.  You can change your level of coverage (e.g., from employee coverage to employee and spouse coverage). You can also cancel coverage for yourself, or enroll or cancel coverage for your children, but only if the change is consistent with the life event.<br><br>♦  If you declined coverage before, but want to elect it now, you need to enroll yourself for coverage to cover your spouse and/or children.<br><br>♦  You can change your Medical Benefit Plan option.  (Your Prescription Drug Program option will automatically change to the option associated with your selected Medical Benefit Program option.)<br><br>♦  Your spouse and any newly-acquired Covered Dependents can participate in the EAP.<br><br>♦  You can enroll or cancel your enrollment in the Dental or Vision Programs. You can also enroll your spouse or dependent children in the Dental or Vision Programs. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program.  If you drop coverage in the Medical Benefit Program or switch from the Gold or Health & Reimbursement Plan option to a Medical Benefit Program option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, and you have an HSA, you can increase, decrease or stop your current HSA contributions. Any increase in the amount of your HSA contributions cannot exceed the maximum HSA contribution established by the Internal Revenue Service (IRS) for your level of coverage (i.e. employee-only coverage or family coverage).<br><br>♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you have an HSA, and you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the number of months remaining in the year. Note: Under the IRS's "last-month rule," if you have family coverage on the first day of the last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which you get married, without proration.  However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year.<br><br>Note:  If you don't have an HSA, you may open an account at any time (if you participate in a high deductible health plan).  However, to receive company contributions, you must open an HSA within 31 days of your benefits effective date. Changes to your HSA can be made at any time. You do not need to make a change within 31 days of a Life Event. Joint HSAs are not permitted. |
| **Health Care Spending Account (HCSA)** | ♦ If you're currently enrolled, you can increase your contributions.  You may also decrease or stop your HCSA contributions, but only if such change is consistent with the life event.<br><br>♦ If you're not currently enrolled, you can elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If you're currently enrolled, you can increase, decrease or stop your DDCSA contributions, as long as such change is consistent with the life event. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you're not currently enrolled and you'll be gaining eligible children who require care because your spouse works or is looking for work, you can elect participation. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ To change your beneficiary designation access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. Your beneficiary designation will not automatically change as a result of your marriage. |
| **Supplemental Employee Life Insurance** | ♦ You can enroll for coverage or increase your coverage, but you may need to show Evidence of Insurability (EOI). You may also drop coverage. |
| **Spouse Life Insurance** | ♦ You can enroll your spouse for coverage, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage.<br><br>♦ Your spouse's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Child Life Insurance** | ♦ You can enroll your new eligible children, in addition to other eligible children who aren't covered, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage and the change is consistent with the life event. Child coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.<br><br>♦ You may also drop coverage. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll for coverage or increase coverage, or you can drop coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ You can enroll your spouse for coverage. |
| **Child AD&D** | ♦ You can enroll your children, and add new children. You can also drop coverage.  Any change must be consistent with the life event. |
| **Short Term Disability** | ♦ No changes allowed. |
| **Long Term Disability** | ♦ No changes allowed. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Accident Insurance** | ♦ You can enroll yourself or your spouse for coverage. |
| **Critical Illness Insurance** | ♦ You can enroll yourself or your spouse for coverage.  If you enroll, you can automatically enroll your children (at 25% of your benefit level). Your child cannot be enrolled (at 25% of your benefit level) unless you are enrolled. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ To enroll in Critical Illness Insurance, you (or your spouse) must have comprehensive medical coverage. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Changing Beneficiaries** | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. Your beneficiary designation will not automatically change as a result of your marriage. |

## What is EOI?

Evidence of Insurability (EOI) refers to a questionnaire required for certain coverage.

## What is Marriage?

Marriage refers to a legal marriage, including a same-sex marriage and a common law marriage if common law marriages are recognized in the jurisdiction where the employee resides.

## Things to Consider

| Whose Benefits Coverage Best Meets Your Needs? | ♦ Compare the Tenet benefit plans to the coverage offered by your spouse's employer to see which plans offer the benefits best suited to your needs. |
|---|---|
| **Are You Changing Your Name?** | ♦ If you change your last name or address, you'll need to submit a change of address through your local Tenet Human Resources department. You'll also need to contact your local Social Security Administration office to update your personal information. A new name also means a new driver's license, so be sure to contact your local Department of Motor Vehicles. |
| **Will You Have Higher Dependent Care Expenses?** | ♦ **If you're currently enrolled:** If you expect your dependent care expenses to go up, you may want to increase your Dependent Day Care Spending Account (DDCSA) contribution amount. If your spouse isn't working or actively looking for work, your dependent care expenses will not be eligible for reimbursement after the date of your marriage. ♦ **If you're not currently enrolled:** You can elect participation provided you are gaining eligible dependents who will require care. If your spouse isn't working or actively looking for work, you won't be allowed to enroll. Refer to the Spending Accounts section for more information. |
| **Are You Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You're Getting a Divorce, Legal Separation or Annulment

## *Making a Benefit Change?*

If you're making any benefit changes due to divorce, legal separation or annulment, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days from the date the event becomes final**. Legal documentation of your divorce, legal separation or annulment is required. Notification prior to the date of your divorce, legal separation, or annulment will not be accepted. Be sure to provide notification of your Life Event change by the deadline or you won't be able to change your benefits.  This means you will have to continue paying for the coverage, even after your spouse loses it!

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision<br>♦ Health Reimbursement Account | ♦ You need to cancel your spouse's health care coverage. Your spouse will be eligible to elect to continue health care coverage under COBRA.  You must notify the Benefit Solutions Center by:<br><br>• Accessing *benefitsolutions.ehr.com*, or<br>• Calling the Benefit Solutions Center at 1-844-877-8591.<br><br>Refer to the Other Information section for more information on COBRA.<br><br>♦ If you're losing coverage under your spouse's health care plans, you can enroll yourself and any other eligible dependents in the Tenet health care plans. You need to enroll yourself for coverage to cover your dependents.  You must enroll within 31 days of the date you lose coverage under your spouse's plan.  If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will automatically be enrolled in the Health Reimbursement Account Program.<br><br>♦ If your child(ren) will now have health care coverage provided by your spouse, you may cancel coverage under Tenet's plans.<br><br>♦ You can change your Medical Benefit Program option.  If you switch from the Gold or Health & Reimbursement Plan option to a Medical Benefit Program option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will automatically end and you will forfeit any remaining balance. |
| **Health Savings Account (HSA)** | ♦ If you change your Silver or Health & Savings Plan coverage level from family coverage to employee-only coverage, you must decrease your HSA contributions to the maximum permitted by the IRS for employee-only coverage, prorated by the number of months remaining in the taxable year.  You can also stop HSA contributions.<br><br>♦ If you have other dependents covered under your Silver or Health & Savings Plan Medical Program option (who will remain covered after the divorce, legal separation, or annulment), you may continue to make |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | contributions up to the IRS HSA family coverage annual contribution limit.<br><br>Note:  If you don't have an HSA, you may open an account at any time (if you participate in a high deductible health plan).  However, to receive company contributions, you must open an HSA within 31 days of your benefits effective date. Changes to your HSA can be made at any time.  You do not need to make a change within 31 days of a Life Event. Joint HSAs are not permitted. |
| **Health Care Spending Account (HCSA)** | ♦ If you're currently enrolled, you can decrease or stop your HCSA contributions.  You can also increase your contributions, as long as such increase is consistent with the divorce, legal separation, or annulment.<br>♦ If you're not currently enrolled, you can elect participation, as long as such election is consistent with the life event (if, for example, you lose health coverage under your spouse's plan). |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If you're currently enrolled, you can increase, decrease or stop your DDCSA contributions, as long as such change is consistent with the life event.<br>♦ If you're not currently enrolled, you can enroll for coverage provided you have eligible dependents requiring care. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ You may change your beneficiary designation by accessing *benefitsolutions.ehr.com* or by calling the Benefit Solutions Center at 1-844-877-8591. |
| **Supplemental Employee Life Insurance** | ♦ You can enroll for coverage or increase coverage, as long as such change is consistent with the life event (if, for example, you lose life insurance coverage under your spouse's plan), but you'll need to show Evidence of Insurability (EOI). |
| **Spouse Life Insurance** | ♦ You must cancel your spouse's coverage. Your spouse may be eligible to convert his or her coverage to an individual policy with the life insurance carrier.  See the Life/AD&D SPD section for more information. |
| **Child Life Insurance** | ♦ You can enroll any child(ren) for Child Life coverage, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. Your child's coverage can't exceed 100% for your coverage amount for Supplemental Employee Life Insurance.  You may also decrease or cancel your child's coverage.  Any change you make must be consistent with the life event. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll for coverage or increase coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ You must cancel your spouse's coverage. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Child AD&D | ♦ You can enroll any children. You can also decrease or cancel your child's AD&D coverage, provided the change is consistent with the divorce, legal separation or annulment (if, for example, your child will have coverage under your spouse's plan). |
| Short Term Disability | ♦ No changes allowed. |
| Long Term Disability | ♦ No changes allowed. |
| Long-Term Care Insurance | ♦ No changes allowed. |
| Accident Insurance | ♦ You must cancel your spouse's coverage. |
| Critical Illness Insurance | ♦ You must cancel your spouse's coverage. |
| Business Travel Accident Insurance | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| Changing Beneficiaries | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. Your beneficiary designation will not automatically change as a result of the divorce, legal separation, or annulment. |

## Things to Consider

| | |
|---|---|
| Who Is Responsible for Providing Health Care Coverage to Your Children? | ♦ Review your divorce decree to see if a Qualified Medical Child Support Order (QMCSO) has been issued. A QMCSO requires that one parent be responsible for maintaining health care coverage for your children. If you're required to provide health care coverage, be sure to enroll your children in the Tenet health care plans within 31 days of your divorce or issuance of the QMCSO (if they aren't already enrolled). If your child becomes newly eligible due to a QMCSO, see the section "If Your Child Becomes Eligible for Coverage" for other benefit changes that will be permitted. |
| When Does Your Spouse's Coverage End? | ♦ Your spouse's health care, life insurance and AD&D coverage end automatically on the date of your divorce, legal separation or annulment. (Your spouse may choose to continue his or her health coverage under COBRA.) However, you must notify the Benefit Solutions Center within 31 days of the event to stop the payroll deductions for the coverage. Payroll deductions taken before you notify the Benefit Solutions Center are not refunded. |
| Are You Changing Your Name? | ♦ If you change your last name or address, you'll need to submit these changes through your local HR department. You'll also need to contact your local Social Security Administration to update your personal |

| | information. A new name also means a new driver's license, so be sure to contact your local Department of Motor Vehicles. |
|---|---|
| **Will You Have Higher Dependent Day Care Expenses ... or Lower?** | ♦ **If you're not currently participating in the Dependent Day Care Spending Account (DDCSA):** You may elect to enroll.<br><br>♦ **If you're currently participating in the DDCSA:** If you expect your dependent care expenses to go up, you may want to increase your DDCSA contribution amount; if you expect your expenses to go down, you may want to decrease your contribution amount or stop your contributions. |
| **Are You Losing Legal Custody of a Child?** | ♦ If you lose legal custody, you may not be eligible to continue your participation in the DDCSA. See the "Spending Accounts" section of the TEBP for more information. |
| **Are You Having Difficulty Coping with Your Situation?** | ♦ Trained EAP counselors are available to help you sort through your feelings. For a free consultation, call the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at <u>tenet.mybeaconwellbeing.com</u>. |
| **Are You Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You're Reconciling with Your Spouse After Legal Separation

### *Making a Benefit Change?*

If you're making any benefit changes due to your reconciliation after legal separation, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of the date of your reconciliation**. Notification prior to the reconciliation date will not be accepted. You must provide notification of your Life Event change by the deadline or you won't be able to change your benefits!

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision<br>♦ Health Reimbursement Account | ♦ You can enroll or cancel coverage for yourself, add your spouse and/or enroll or cancel coverage for your children. You can change your level of coverage (e.g., from employee coverage to employee and spouse coverage). If you declined coverage before, but want to elect it now, you need to enroll yourself for coverage to cover your spouse and/or children. All changes must be consistent with the life event. (For example, you may only cancel coverage for yourself and your children if you will be covered under your spouse's plan.)<br><br>♦ If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program. If you drop coverage in the Medical Benefit Program or switch your Medical |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program and you have an HSA, you can increase, decrease or stop your current HSA contributions. Any increase in the amount of your HSA contributions cannot exceed the maximum HSA contribution established by the Internal Revenue Service (IRS) for your level of coverage (i.e. employee-only coverage or family coverage).<br><br>♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you have an HSA, and you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the number of months remaining in the year. Note: Under the IRS's "last-month rule," if you have family coverage on the first day of the last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which you and your spouse reconcile, without proration.  However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year.<br><br>Note:  If you don't have an HSA, you may open an account at any time. However, to receive company contributions, you must open an HSA within 31 days of your benefits effective date. Changes to your HSA can be made at any time.  You do not need to make a change within 31 days of a Life Event. Joint HSAs are not permitted. |
| **Health Care Spending Account (HCSA)** | ♦ If you're currently enrolled, you can increase or decrease your HCSA contributions, as long as your change is consistent with the life event.<br><br>♦ If you're not currently enrolled, you can elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If you're currently enrolled, you can increase or decrease your DDCSA contributions, as long as your change is consistent with the life event.<br><br>♦ If you're currently enrolled but you will no longer will be needing care (because your spouse does not work), you may terminate your coverage.<br><br>♦ If you're not currently enrolled and you'll be gaining children who require care because your spouse works or is looking for work, you can elect participation. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ To change your beneficiary designation access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |
| **Supplemental Employee Life Insurance** | ♦ You can enroll for coverage or increase your coverage, but you may need to show Evidence of Insurability (EOI). You may also drop coverage. |
| **Spouse Life Insurance** | ♦ You can enroll your spouse for coverage, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage, but you may need to show Evidence of Insurability (EOI).<br>♦ Your spouse's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Child Life Insurance** | ♦ You can enroll your new children, in addition to other eligible children who aren't covered, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage, and the change is consistent with the life event. Child coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.<br>♦ You may also drop coverage. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll for coverage or increase coverage, or you can drop coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ You can enroll your spouse for coverage. |
| **Child AD&D** | ♦ You can enroll your new children, as well as other eligible children. You also can drop coverage. Any change must be consistent with the life event. |
| **Short Term Disability** | ♦ No changes allowed. |
| **Long Term Disability** | ♦ No changes allowed. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Accident Insurance** | ♦ You can enroll your spouse for coverage. |
| **Critical Illness Insurance** | ♦ You can enroll your spouse for coverage if your spouse has comprehensive medical coverage. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Changing Beneficiaries | ♦ To change your beneficiary designation for life, AD&D, or Business Travel Accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |

## Things to Consider

| Whose Benefits Coverage Best Meets Your Needs? | ♦ Compare the Tenet benefit plans to the coverage offered by your spouse's employer to see which plans offer the benefits best suited to your needs. |
|---|---|
| Will You Have Higher Dependent Day Care Expenses? | ♦ **If you're currently enrolled:** If you expect your dependent care expenses to go up, you may want to increase your Dependent Day Care Spending Account (DDCSA) contribution amount. If your spouse isn't working or actively looking for work, your dependent care expenses will not be eligible for reimbursement after the date of your reconciliation.<br><br>♦ **If you're not currently enrolled:** You can elect participation provided you are gaining eligible dependents who will require care. If your spouse isn't working or actively looking for work, you won't be allowed to enroll.<br><br>Refer to the Spending Accounts section for more information. |
| Are You Increasing or Decreasing Your HSA Contributions? | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You're Starting or Ending a Domestic Partnership

## What is a Domestic Partner?

Tenet's criteria for determining domestic partnership status (for purposes of determining eligibility for certain Tenet benefit programs) is set forth on Tenet's "Domestic Partner Affidavit" form, available at *benefitsolutions.ehr.com* or from your Plan Administrator.  Please see the Eligibility and Enrollment section of this SPD for more information on the criteria for Domestic Partner status.   Any insured benefit program may have separate criteria for determining domestic partnership status (or may not cover Domestic Partners at all).  If you have any questions regarding whether your Domestic Partner qualifies as a Domestic Partner for purposes of determining eligibility for and benefits under Tenet's benefit programs, please contact the Plan Administrator.

## If You're Starting a Domestic Partnership

## No Mid-Year Enrollment Allowed

If you acquire a new Domestic Partner mid-year, you must wait until the next annual enrollment period to enroll your Domestic Partner into the group medical, vision, dental, prescription drug, health

spending account, critical illness, life and/or AD&D plans, *unless* your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and IRC section 152(d)(1)(B), which contains a gross income limitation). If your new Domestic Partner is your federal tax dependent, you may make the changes to your plans as described below within 31 days of the date you begin your domestic partnership. You must provide notification of your new domestic partnership by the deadline, or else you won't be able to make any changes to your plans.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Dental<br>♦ Prescription Drug<br>♦ Vision<br>♦ Health Reimbursement Account | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed. You may only enroll your new Domestic Partner or make changes to your coverage during the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your new Domestic Partner qualifies as your federal tax dependent, you can enroll or cancel coverage for yourself, add your Domestic Partner and/or enroll or cancel coverage for your children. You can change your level of coverage (e.g., from employee coverage to employee and Domestic Partner coverage). If you declined coverage before, but want to elect it now, you need to enroll yourself for coverage to cover your Domestic Partner and/or children. All changes must be consistent with the life event. (For example, you may only cancel coverage for yourself and your children if you will be covered under your Domestic Partner's plan.)<br><br>♦ If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program. If you drop Medical Benefit Program coverage or switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Employee Assistance Program (EAP)** | ♦ No changes necessary. Your Domestic Partner will automatically be covered if he or she is a member of your household, regardless of whether he or she qualifies as your federal tax dependent. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, and you have an HSA, you can increase, decrease or stop your current HSA contributions. Any increase in the amount of your HSA contributions cannot exceed the maximum HSA contribution established by the IRS for your level of coverage (i.e. employee-only coverage or family coverage). |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you have an HSA, and you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the number of months remaining in the year.<br><br>Note: Under the IRS's "last-month rule," if you have family coverage on the first day of the last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which you've acquired the new Domestic Partner, without proration. However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year.<br><br>♦ If you don't have an HSA, in order to receive company contributions and make personal contributions, you must open an HSA within 31 days of your benefits effective date.<br><br>Note: You will only be allowed to change your Silver or Health & Savings Plan coverage level from employee to family if your new Domestic Partner qualifies as your federal tax dependent as described above. In addition, you will only be able to use your HSA to receive reimbursement for health care expenses incurred by your Domestic Partner if your Domestic Partner qualifies as your federal tax dependent. |
| **Health Care Spending Account (HCSA)** | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If you're currently enrolled and your new Domestic Partner qualifies as your federal tax dependent, you can increase or decrease your HCSA contributions, as long as your change is consistent with the life event.<br><br>♦ If you're not currently enrolled and your new Domestic Partner qualifies as your federal tax dependent, you can elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If you're currently enrolled and your new Domestic Partner qualifies as your federal tax dependent, you can increase or decrease your DDCSA contributions. You can also enroll if you'll be gaining eligible children who require care. All changes must be consistent with the life change. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ To change your beneficiary designation access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |
| **Supplemental Employee Life Insurance** | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your new Domestic Partner qualifies as your federal tax dependent, you can enroll for coverage or increase your coverage, but you may need to show EOI. You may also drop coverage. Any change made must be consistent with the life event. |
| **Spouse Life Insurance** | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your new Domestic Partner qualifies as your federal tax dependent, you can enroll your Domestic Partner for coverage, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage and your Domestic Partner meets the eligibility requirements for coverage, but you may need to show EOI.<br><br>♦ Your Domestic Partner's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Child Life Insurance** | ♦ You can enroll your new eligible children, in addition to other eligible children who aren't covered, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. Child coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.<br><br>♦ You may also drop coverage.<br><br>♦ All changes must be consistent with the life event. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your new Domestic Partner qualifies as your federal tax dependent, you can enroll for coverage or increase coverage, or you can decrease or drop coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your new Domestic Partner qualifies as your federal tax dependent, you can enroll your Domestic Partner for coverage. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Child AD&D | ♦ You can enroll your new eligible children, as well as other eligible children. You also can drop coverage.<br>♦ Any change must be consistent with the life event. |
| Short Term Disability | ♦ No changes allowed. |
| Long Term Disability | ♦ No changes allowed. |
| Long-Term Care Insurance | ♦ No changes allowed. |
| Accident Insurance | ♦ If your new Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br>♦ If your new Domestic Partner qualifies as your federal tax dependent, you can enroll your Domestic Partner for coverage. |
| Critical Illness Insurance | ♦ You can enroll your Domestic Partner for coverage if your Domestic Partner has comprehensive medical coverage and qualifies as your federal tax dependent. |
| Business Travel Accident Insurance | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| Changing Beneficiaries | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. You can change your beneficiary designation at any time, even if you cannot change your election. |

## Things to Consider

| | |
|---|---|
| Is Your Domestic Partner Your Federal Tax Dependent? | ♦ It is your responsibility to inform Tenet (by checking the box on the Domestic Partner Affidavit) whether your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and IRC section 152(d)(1)(B), which contains a gross income limitation).  For assistance in determining whether your Domestic Partner qualifies as your federal tax dependent, please consult with your tax advisor. |
| Will Documentation Be Required? | ♦ You will be required to provide a signed Domestic Partnership Affidavit within 31 days of enrollment. Enrollment will not be effective until the documentation is received and approved. Coverage for your Domestic Partner will be retroactive to his or her enrollment date. |

| | |
|---|---|
| **Is Your Domestic Partner Losing Other Coverage?** | ◆ *You may be able to enroll a Domestic Partner who is losing other health coverage into Tenet's medical and prescription drug programs, regardless of whether the Domestic Partner qualifies as your federal tax dependent.* |
| **Are You Increasing or Decreasing Your HSA Contributions?** | ◆ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

## If You're Ending a Domestic Partnership

### Making a Benefit Change?

If you're making any benefit changes due to the end of your Domestic Partnership, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days from the date Domestic Partnership ends**. Notification prior to the effective date will not be accepted. Be sure to provide notification of your Life Event change or you won't be able to change your benefits. This means you will have to continue paying for the coverage, even after your Domestic Partner loses coverage. If this notification is not provided within 31 days, you won't be able to terminate your Domestic Partner's coverage until the next annual enrollment period or life event.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>◆ Medical<br>◆ Dental<br>◆ Employee Assistance Program (EAP)<br>◆ Prescription Drug<br>◆ Vision<br>◆ Health Reimbursement Account | ◆ You need to cancel your Domestic Partner's health care coverage which includes the Medical, Dental and Vision Programs. You must notify the Benefit Solutions Center  by:<br>  ● Accessing *benefitsolutions.ehr.com* and go to the My Benefits section, or<br>  ● Calling the Benefit Solutions Center at 1-844-877-8591.<br>◆ If you're losing coverage under your Domestic Partner's health care plans, you can enroll yourself and any other eligible dependents in the Tenet health care plans within 31 days of the date you lose coverage under your Domestic Partner's plan. You need to enroll yourself for coverage to cover your dependents.<br>◆ If your Domestic Partner qualified as your federal tax dependent (within the meaning of IRC section 152, determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)), you may change your medical plan option or make any other changes consistent with the life event.<br>◆ If your Domestic Partner did not qualify as your federal tax dependent, you may only change your medical plan election from employee plus Domestic Partner to employee-only coverage. |

| What You Need to Know About . . . | What You Need to Do . . . |
| --- | --- |
| | ◆ You may cancel coverage for your children if they no longer qualify as your dependents or if they are enrolling in a group health plan sponsored by your former Domestic Partner's employer. |
| **Health Savings Account (HSA)** | ◆ If you change your Silver or Health & Savings Plan coverage level from family coverage to employee-only coverage, you must decrease your HSA contributions to the maximum permitted by the IRS for employee-only coverage, prorated by the number of months remaining in the taxable year.  You can also stop HSA contributions. |
| | ◆ If you have other dependents covered under your Silver or Health & Savings Plan Medical Program option (who will remain covered after the dissolution of the Domestic Partnership), you may continue to make contributions up to the IRS HSA family coverage annual contribution limit. |
| **Health Care Spending Account (HCSA)** | ◆ If your Domestic Partner did not qualify as your federal tax dependent, then no changes are allowed until the next annual enrollment period or the occurrence of another life event. |
| | ◆ If your Domestic Partner qualified as your federal tax dependent, then you may increase or decrease your contributions, as long as the change is consistent with the life event. |
| **Dependent Day Care Spending Account (DDCSA)** | ◆ If your Domestic Partner did not qualify as your federal tax dependent, then no changes are allowed until the next annual enrollment period or the occurrence of another life event. |
| | ◆ If your Domestic Partner qualified as your federal tax dependent, then you may increase or decrease your contributions, as long as the change is consistent with the life event (For example, you may increase your contributions if your Domestic Partner will no longer be providing care for your eligible children while you work). |
| | ◆ If your Domestic Partner qualified as your federal tax dependent and you are not enrolled, you may enroll if you have eligible children requiring care and the change is consistent with the life event. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ◆ To change your beneficiary designation access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |
| **Supplemental Employee Life Insurance** | ◆ If your Domestic Partner did not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event. |
| | ◆ If your Domestic Partner qualified as your federal tax dependent, you can enroll for coverage or increase your coverage, but you may need to show EOI. You may also drop coverage.  All changes must be consistent with the life event. |

LIFE EVENTS SUMMARY PLAN DESCRIPTION, 2020

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Spouse Life Insurance** | ♦ You must cancel your Domestic Partner's coverage. Your Domestic Partner may be able to convert his or her coverage to an individual policy with the life insurance carrier. |
| **Child Life Insurance** | ♦ You can enroll your new eligible children, in addition to other eligible children who aren't covered, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. Child coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.<br><br>♦ You may also drop coverage.<br><br>♦ All changes must be consistent with the life event. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ If your Domestic Partner did not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualified as your federal tax dependent, you can enroll for coverage or increase coverage, or you can decrease or drop coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ You must cancel your Domestic Partner's coverage. |
| **Child AD&D** | ♦ You can enroll your new children, as well as other eligible children. You also can drop coverage.<br><br>♦ Any change must be consistent with the life event. |
| **Short Term Disability** | ♦ No changes allowed. |
| **Long Term Disability** | ♦ No changes allowed. |
| **Accident Insurance** | ♦ You must cancel your Domestic Partner's coverage. |
| **Critical Illness Insurance** | ♦ You must cancel your Domestic Partner's coverage. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Changing Beneficiaries** | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |

## Things to Consider

| | |
|---|---|
| **Does Anyone Need To Be Informed?** | ♦ Access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 within 31 days of the end of your domestic partnership. If this notification is not provided within 31 days, you won't be able to |

| | terminate your Domestic Partner's coverage until the next annual enrollment period or life event. |
|---|---|
| **Are You Having Difficulty Coping with Your Situation?** | ♦ Trained EAP counselors are available to help you sort through your feelings. For a free consultation, call the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at tenet.mybeaconwellbeing.com. |
| **Are You Entering Into a New Domestic Partnership?** | ♦ You may not file a new "Affidavit of Domestic Partnership" with Tenet until six months after the termination of your prior domestic partnership. |
| **Are You Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If Your Domestic Partner Gains Coverage Under Another Employer Plan

| **What You Need to Know About . . .** | **What You Need to Do . . .** |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Dental<br>♦ Prescription Drug Program<br>♦ Vision<br>♦ Health Reimbursement Account<br>♦ EAP | ♦ If your Domestic Partner does not qualify as your federal tax dependent, you may cancel your Domestic Partner's coverage under the Medical, Dental, Prescription Drug, and Vision Programs. You should cancel the coverage within 31 days of the event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll or cancel coverage for yourself, and/or enroll or cancel coverage for your children. You can change your level of coverage (e.g., from employee and Domestic Partner coverage to employee). All changes must be consistent with the life event.<br><br>♦ If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program.  If you drop coverage in the Medical Benefit Program or switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program and you have an HSA, you can increase, decrease or stop your current HSA contributions.  Any increase in the amount of your HSA contributions cannot exceed the maximum HSA contribution established by the IRS for your level of coverage (i.e. employee-only coverage or family coverage).<br><br>♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you have an HSA, and you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | number of months remaining in the year. Note: Under the IRS's "last-month rule," if you have family coverage on the first day of the last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which you've acquired the new Domestic Partner, without proration.  However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year. <br><br> ♦ If you don't have an HSA, in order to receive company contributions and make personal contributions, you must open an HSA within 31 days of your benefits effective date. <br><br> Note:  You will only be allowed to change your Silver or Health & Savings Plan coverage level from employee to family if your Domestic Partner qualifies as your federal tax dependent as described above (or if you have other dependents enrolling).  In addition, you will only be able to use your HSA to receive reimbursement for health care expenses incurred by your Domestic Partner if your Domestic Partner qualifies as your federal tax dependent. |
| Health Care Spending Account (HCSA) | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event. <br><br> ♦ If you're currently enrolled and your Domestic Partner qualifies as your federal tax dependent, you can increase or decrease your HCSA contributions, as long as your change is consistent with the life event. <br><br> ♦ If you're not currently enrolled and your Domestic Partner qualifies as your federal tax dependent, you can elect participation, as long as the election is consistent with the life event. |
| Dependent Day Care Spending Account (DDCSA) | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event. <br><br> ♦ If you're currently enrolled and your Domestic Partner qualifies as your federal tax dependent, you can increase or decrease your DDCSA contributions.  You can also enroll if you'll be gaining eligible children who require care.  All changes must be consistent with the life change. |
| Basic Life and Basic Accidental Death and Dismemberment (AD&D) | ♦ Not applicable. |
| Supplemental Employee Life Insurance | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event. <br><br> ♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll for coverage or increase your coverage, but you may need |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | to show EOI. You may also drop coverage.  Any change made must be consistent with the life event. |
| **Spouse Life Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you may drop your Domestic Partner's coverage, provided the change is consistent with the life event.<br><br>♦ Your Domestic Partner's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Child Life Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you may drop coverage, provided the change is consistent with the life event. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll for coverage or increase coverage, or you can decrease or drop coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can cancel coverage, as long as the change is consistent with the life event. |
| **Child AD&D** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you may drop coverage, provided the change is consistent with the life event. |
| **Short Term Disability** | ♦ No changes allowed. |
| **Long Term Disability** | ♦ No changes allowed. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Accident Insurance | ◆ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>◆ If your Domestic Partner qualifies as your federal tax dependent, you can cancel coverage, as long as the change is consistent with the life event. |
| Critical Illness Insurance | ◆ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>◆ If your Domestic Partner qualifies as your federal tax dependent, you can cancel coverage, as long as the change is consistent with the life event. |
| Business Travel Accident Insurance | ◆ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| Changing Beneficiaries | ◆ To change your beneficiary designation for life, AD&D, or business travel accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. You can change your beneficiary designation at any time, even if you cannot change your election. |

**Things to Consider**

| Does Anyone Need To Be Informed? | Access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 within 31 days of your Domestic Partner gaining coverage under another employer plan. If this notification is not provided within 31 days, you won't be able to terminate your Domestic Partner's coverage until the next annual enrollment period or life event. |
|---|---|

# If Your Domestic Partner Loses Other Health Plan Coverage

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Health Care Coverage<br><br>◆ Medical<br><br>◆ Dental<br><br>◆ Prescription Drug Program<br><br>◆ Vision | ◆ If your Domestic Partner previously declined coverage under the Medical Program, Dental Program, or Vision Program due to coverage under another employer plan, you may enroll your Domestic Partner (and yourself, if you are not currently enrolled) in coverage within 31 days after the loss of such other coverage.<br><br>◆ You can also change your level of Medical, Dental, or Vision coverage (e.g., from employee coverage to employee and Domestic Partner coverage). If you declined coverage before, but want to elect it now, |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| ♦ Health Reimbursement Account | you need to enroll yourself for coverage to cover your Domestic Partner. All changes must be consistent with the life event. <br><br> ♦ If you enroll in the either Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program.  If you switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. <br><br> ♦ The Medical Benefit Program option in which you and your Domestic Partner enroll, if any, will determine your Prescription Benefit Program option. |
| Health Savings Account (HSA) | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program and you have an HSA, you can increase, decrease or stop your current HSA contributions. Any increase in the amount of your HSA contributions cannot exceed the maximum HSA contribution established by the IRS for your level of coverage (i.e. employee-only coverage or family coverage). <br><br> ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you have an HSA, and you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the number of months remaining in the year. Note: Under the IRS's "last-month rule," if you have family coverage on the first day of last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which you've acquired the new Domestic Partner, without proration.  However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year. <br><br> ♦ If you don't have an HSA, in order to receive company contributions and make personal contributions, you must open an HSA within 31 days of your benefits effective date. <br><br> Note:  You will only be able to use your HSA to receive reimbursement for health care expenses incurred by your Domestic Partner if your Domestic Partner qualifies as your federal tax dependent. |
| Health Care Spending Account (HCSA) | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event. <br><br> ♦ If you're currently enrolled and your Domestic Partner qualifies as your federal tax dependent, you can increase or decrease your HCSA contributions, as long as your change is consistent with the life event. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you're not currently enrolled and your Domestic Partner qualifies as your federal tax dependent, you can elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If you're currently enrolled and your Domestic Partner qualifies as your federal tax dependent, you can increase or decrease your DDCSA contributions. You can also enroll if you'll be gaining eligible children who require care. All changes must be consistent with the life change. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ Not applicable. |
| **Supplemental Employee Life Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll for coverage or increase your coverage, but you may need to show EOI. All changes must be consistent with the life event. |
| **Spouse Life Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll your Domestic Partner for coverage, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage and your Domestic Partner meets the eligibility requirements for coverage, but you may need to show EOI.<br><br>♦ Your Domestic Partner's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Child Life Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll your new eligible children, in addition to other eligible children who aren't covered, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. Child coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.<br><br>♦ You may also drop coverage.<br><br>♦ All changes must be consistent with the life event. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll for coverage or increase coverage, or you can decrease or drop coverage, provided the change is consistent with the life event. |
| **Spouse AD&D** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll your Domestic Partner for coverage, as long as the change is consistent with the life event. |
| **Child AD&D** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll your new eligible children, as well as other eligible children. You also can drop coverage.  All changes must be consistent with the life event. |
| **Short Term Disability** | ♦ No changes allowed. |
| **Long Term Disability** | ♦ No changes allowed. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Accident Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax dependent, you can enroll your Domestic Partner for coverage, as long as the change is consistent with the life event. |
| **Critical Illness Insurance** | ♦ If your Domestic Partner does not qualify as your federal tax dependent, no changes are allowed until the next annual enrollment period or the occurrence of another life event.<br><br>♦ If your Domestic Partner qualifies as your federal tax depending, you can enroll in coverage for your Domestic Partner or decrease or increase his or her coverage, if he or she is your federal tax dependent.  All changes must be consistent with the life event.  To enroll in Critical Illness Insurance, your Domestic Partner must have |