| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | comprehensive medical coverage.  If you are enrolled, your eligible children are automatically covered at 25% of your benefit. |
| **Employee Assistance Program (EAP)** | ♦ No changes necessary. Your Domestic Partner will automatically be covered as soon as he or she meets the eligibility requirements, regardless of whether he or she qualifies as your federal tax dependent. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Changing Beneficiaries** | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591.  You can change your beneficiary designation at any time, even if you cannot change your election. |

## Things to Consider

| | |
|---|---|
| **Is your Domestic Partner your federal tax dependent?** | ♦ It is your responsibility to inform Tenet (by checking the box on the Domestic Partner Affidavit) whether your Domestic Partner qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and IRC section 152(d)(1)(B), which contains a gross income limitation).  For assistance in determining whether your Domestic Partner qualifies as your federal tax dependent, please consult with your tax advisor. |
| **Will documentation be required?** | ♦ You will be required to provide a signed Domestic Partnership Affidavit within 31 days of enrollment. Enrollment will not be effective until the documentation is received and approved. Coverage for your Domestic Partner will be retroactive to his or her enrollment date. |
| **Are you increasing or decreasing your HSA contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You're Having a Baby or Adopting a Child

## *Making a Benefit Change?*

If you're making any benefit changes due to gaining a child, please access *benefitsolutions.ehr.com*, or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of the date of your baby's birth or adoption**. Notification prior to the date of birth or adoption will not be accepted. To be sure that your

baby is covered, you must provide notification of your Life Event change by the deadline. If you don't provide notification within 31 days, you won't be able to change your benefits.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>♦ Medical<br><br>♦ Employee Assistance Program (EAP)<br><br>♦ Prescription Drug<br><br>♦ Dental<br><br>♦ Vision<br><br>♦ Health Reimbursement Account | ♦ You can enroll yourself, your new child, and your spouse for coverage. You can change to a higher tier of coverage (e.g., from employee and spouse to employee and family). You can also enroll any other eligible dependents, as long as the enrollment is consistent with the life event.<br><br>♦ You can change your Medical Benefit Program option, Dental Program and Vision Program. (Your Prescription Drug Program options will automatically change to the option associated with your selected Medical Benefit Program option.)<br><br>♦ If you declined coverage before but want to elect it now, you need to enroll yourself for coverage to cover your dependents.<br><br>♦ Your new child will automatically be covered in the EAP. No enrollment is necessary.<br><br>♦ If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program. If you switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program and you have an HSA, you can increase, decrease or stop your current HSA contributions, subject to the limitations set by the IRS for your selected level of coverage.<br><br>♦ If you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the number of months remaining in the year. Note: Under the IRS's "last-month rule," if you have family coverage on the first day of the last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which your child is born or adopted, without proration. However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year.<br><br>♦ If you don't have an HSA, in order to receive company contributions and make personal contributions, you must open an HSA within 31 days of your benefits effective date. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Spending Account (HCSA)** | ♦ If you're currently enrolled, you can increase, decrease or stop your HCSA contributions, as long as the change is consistent with the life event.<br><br>♦ If you're not currently enrolled, you can elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If you're currently enrolled, you can increase, decrease or stop your DDCSA contributions, as long as the change is consistent with the life event.<br><br>♦ If you're not currently enrolled and are single or your spouse works or is actively looking for work, you can elect participation. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ To change your beneficiary designation access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |
| **Supplemental Employee Life Insurance** | ♦ You can enroll for coverage or increase coverage, but you may need to show Evidence of Insurability (EOI). You can also drop coverage. All changes must be consistent with the life event. |
| **Spouse Life Insurance** | ♦ If not enrolled, EOI will be required for any increases. If currently enrolled, EOI is required for any increase in coverage greater than one benefit level. |
| **Child Life Insurance** | ♦ You can enroll your new child, as well as any other eligible children, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage and the change is consistent with the life event. Your child's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll for coverage or increase or decrease coverage, but only if the change is consistent with the life event. |
| **Spouse AD&D** | ♦ You can enroll your spouse for coverage. |
| **Child AD&D** | ♦ You can enroll your new child, as well as any other eligible children, provided the change is consistent with the life event. |
| **Short Term Disability** | ♦ No changes allowed. |
| **Long Term Disability** | ♦ No Changes allowed. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Accident Insurance** | ♦ You may enroll yourself and/or your new child, as well as any other eligible children, for coverage or you may increase coverage, provided the change is consistent with the life event. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Critical Illness Insurance** | ♦ You or your spouse may enroll, or increase coverage, if you or your spouse each respectively are enrolled in a comprehensive medical plan.  If you enroll (or if you are already enrolled), your child will automatically be enrolled at 25% of your coverage level. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Changing Beneficiaries** | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |
| **Family and Medical Leave** | ♦ Under the Family and Medical Leave Act (FMLA), you may be eligible to take a leave of absence for up to 12 weeks to care for your child after his or her birth or adoption.<br><br>♦ To apply for FMLA, contact your local Human Resource department. For more information, please see "If You Take a Leave of Absence." |

## Things to Consider

| | |
|---|---|
| **Need Help During Your Pregnancy?** | ♦ Check to see if your medical plan offers a prenatal program. If so, you'll want to enroll in it right away, so you can take advantage of the information and services it has to offer. |
| **Are You or Your Spouse or Domestic Partner Planning to Take Time Off After the Birth or Adoption?** | ♦ If you or your spouse or Domestic Partner plans to take time off after the birth or adoption, you'll want to obtain more information about the Family and Medical Leave Act (FMLA). You may also want to get more information about other applicable leaves of absence offered by your spouse's or Domestic Partner's company. You'll also need to consider the impact these leaves may have on your company benefits. |
| **Whose Medical Plan Will Cover the Baby?** | ♦ If you and your spouse or Domestic Partner work at separate companies and have medical coverage through your respective employers, you'll want to compare your coverage to see which plan offers the well-baby care and other child-friendly benefits best suited to your needs. The Medical Benefit Program options each offer in-network preventive care, paid at 100% with no deductible. This preventive care includes well-child visits and immunizations and routine physical exams for children.<br><br>♦ If you and your spouse or Domestic Partner both work for Tenet, keep in mind that each of you can cover different children; however, each child can be covered only once. |
| **Will You Need Dependent Care for Your Child?** | ♦ Keep Tenet's Dependent Day Care Spending Account (DDCSA) in mind. The DDCSA allows you to set aside tax-free dollars to pay for certain eligible dependent care expenses so you and, if you're |

| | married, your spouse can work. If you're not currently enrolled in the DDCSA, you can enroll in the plan during the 31 days following the birth or placement for adoption. |
|---|---|
| **Are You Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If Your Child Loses Eligibility for Coverage

## *Making a Benefit Change?*

If you're making any benefit changes because you child is no longer eligible for coverage under the Tenet benefit plans, for example as a consequence of attaining age 26, please call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of the date your child loses eligibility for coverage**. You must provide notification of this Life Event change by the deadline or you won't be able to change your benefits!

| **What You Need to Know About . . .** | **What You Need to Do . . .** |
|---|---|
| **Health Care Coverage** <br><br> ♦ Medical <br><br> ♦ Employee Assistance Program (EAP) <br><br> ♦ Prescription Drug <br><br> ♦ Dental <br><br> ♦ Vision <br><br> ♦ Health Reimbursement Account | ♦ You need to cancel your child's health care coverage. Your child may be eligible to elect to continue health care coverage under COBRA. <br><br> ♦ Your child may keep EAP coverage past turning age 26 as long as he or she remains a member of your household. <br><br> ♦ You must notify the Benefit Solutions Center by: <br> • Accessing *benefitsolutions.ehr.com* , or <br> • Calling the Benefit Solutions Center at 1-844-877-8591. <br><br> Refer to the Other Information section of this SPD for more information on COBRA. <br><br> ♦ You can change your medical program option or drop your own coverage, as long as the change is consistent with your child's loss of coverage.  If you enroll in either the Gold or Health & Reimbursement Plan option, you will be automatically enrolled in the Health Reimbursement Account Program.  If you drop coverage in the Medical Benefit Program, or switch from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If your child loses coverage in the Silver or Health & Savings Plan option under the Medical Benefit Program and you change your Medical Benefit Program coverage level from family coverage to employee-only coverage, you must decrease your HSA contributions to the maximum permitted by the IRS for employee-only coverage, prorated by the |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | number of months remaining in the taxable year.  You can also increase (subject to IRS maximums) or stop HSA contributions. |
| | ♦ If you have other dependents covered under your Silver or Health & Savings Plan Medical Program option, you may continue to make contributions up to the IRS HSA family coverage annual contribution limit. |
| Health Care Spending Account (HCSA) | ♦ If you're currently enrolled, you can decrease or stop your HCSA contributions. |
| Dependent Day Care Spending Account (DDCSA) | ♦ If you're currently enrolled, you can increase, decrease or stop your DDCSA contributions, as long as such change is consistent with the life event. |
| Basic Life and Basic Accidental Death and Dismemberment (AD&D) | ♦ Not applicable. |
| Supplemental Employee Life Insurance | ♦ No change allowed. |
| Spouse Life Insurance | ♦ No change allowed. |
| Child Life Insurance | ♦ You must cancel your child's coverage. |
| Supplemental Accidental Death and Dismemberment (AD&D) | ♦ No change allowed. |
| Spouse AD&D | ♦ No change allowed. |
| Child AD&D | ♦ You must cancel your child's coverage. |
| Short Term Disability | ♦ No changes allowed. |
| Long Term Disability | ♦ No changes allowed. |
| Long-Term Care Insurance | ♦ No changes allowed. |
| Accident Insurance | ♦ No changes allowed. |
| Critical Illness Insurance | ♦ No changes allowed.  Any ineligible covered dependent will be automatically dropped. |
| Business Travel Accident Insurance | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |

# If You or Your Dependent Becomes Entitled to Medicare

## *Making a Benefit Change?*

If you're making any benefit changes because you or your dependent have become entitled to Medicare, please call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of Medicare entitlement**. You must provide notification of this Life Event change by the deadline or you won't be able to change your benefits!

## *What is Medicare?*

Medicare is a government-provided health insurance program available for those age 65 years and older, certain disabled individuals under age 65 and those with End-Stage Renal Disease (permanent kidney failure treated with dialysis or a transplant). In general, you or your dependent will become *eligible* for Medicare when you attain age 65 or earlier if you have certain disabilities or end-stage renal disease. You will become *entitled* to Medicare when you enroll in either Medicare Part A or Part B.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision<br>♦ Health Reimbursement Account | ♦ **If you become entitled to Medicare:** You may continue your current Tenet health care coverage or you may drop your Tenet coverage if you feel Medicare is sufficient for you. If you drop Tenet coverage for yourself, you must also drop coverage for any covered spouse or children. Your dependents may be eligible to continue coverage under COBRA. Refer to the Other Information section for more information on COBRA.<br><br>♦ **If your spouse or your federal tax dependent (within the meaning of IRC section 152, without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)) becomes entitled to Medicare:** You may drop health care coverage for your dependent only.<br><br>♦ **If your dependent who is not a federal tax dependent becomes entitled to Medicare:** No other changes are allowed.<br><br>♦ EAP coverage will continue, regardless of Medicare entitlement. |
| **Health Savings Account (HSA)** | ♦ If you become entitled to Medicare, you will no longer be eligible to make HSA contributions. You must notify the Benefit Solutions Center by calling the Benefit Solutions Center at 1-844-877-8591.<br><br>♦ If your dependent becomes entitled to Medicare, you are enrolled in either the Silver or Health & Savings Plan Medical Benefit Program option at the family coverage level, and you have no other dependents enrolled in such option, you must decrease your HSA contributions to the maximum permitted by the IRS for the employee-only coverage level (even if your dependent remains covered). |
| **Health Care Spending Account (HCSA)** | ♦ **If you, your spouse, or your federal tax dependent (within the meaning of IRC section 152 (determined without regard to section** |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | 152(b)(1), (b)(2), and (d)(1)(B)) becomes eligible for Medicare: If you're currently enrolled, you can decrease or stop your HCSA contributions.  You can also increase your contributions or enroll in the HCSA, as long as the change is consistent with the life event.<br><br>♦   **If your dependent who is not your federal tax dependent becomes entitled to Medicare:** No changes allowed. |
| **Dependent Care Spending Account (DDCSA)** | ♦   No changes allowed. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦   Not applicable. |
| **Supplemental Employee Life Insurance** | ♦   No changes allowed. |
| **Spouse Life Insurance** | ♦   If your spouse or your federal tax dependent (within the meaning of IRC section 152, without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)) becomes entitled to Medicare, you may drop coverage.   Otherwise, no changes allowed. |
| **Child Life Insurance** | ♦   No changes allowed. |
| **Supplemental Accidental Death and Dismemberment Insurance (AD&D** | ♦   No changes allowed. |
| **Spouse AD&D** | ♦   If your spouse or your federal tax dependent (within the meaning of IRC section 152, without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)) becomes entitled to Medicare, you may drop coverage.   Otherwise, no changes allowed. |
| **Child AD&D** | ♦   No changes allowed. |
| **Short Term Disability** | ♦   No changes allowed. |
| **Long Term Disability** | ♦   No changes allowed. |
| **Long-Term Care Insurance** | ♦   No changes allowed. |
| **Accident Insurance** | ♦   If your spouse or your federal tax dependent (within the meaning of IRC section 152, without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)) becomes entitled to Medicare, you may drop coverage.   Otherwise, no changes allowed. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Critical Illness Insurance** | ♦ If your spouse or your federal tax dependent (within the meaning of IRC section 152, without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)) becomes entitled to Medicare, you may drop coverage.   Otherwise, no changes allowed. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |

## Things to Consider

| | |
|---|---|
| **What Health Care Options Do Your Dependents Have if They Lose Coverage Under Tenet's Plans?** | ♦ If your dependents are losing health care coverage, they can continue health care coverage under COBRA for up to 36 months.  If they elect COBRA, they will have the same coverage, but will be responsible for paying the full cost of coverage *plus* an administrative fee. Refer to the Other Information section for more information on COBRA. |
| **What Happens When You or Your Spouse Becomes Entitled to Medicare?** | ♦ The Tenet plan generally pays primary to Medicare, so if you are covered by both the Tenet plan and Medicare, your medical expenses would be paid first by the Tenet plan. In the unlikely event that Medicare provided better coverage, Medicare would make up any difference. In certain circumstances of end stage renal disease, Medicare will pay primary. <br><br>♦ If you dropped your Tenet coverage, Medicare would provide your health coverage. |
| **What About Prescription Drug Coverage?** | ♦ When you become eligible for Medicare, you must decide whether you wish to continue your prescription drug coverage under a Tenet plan or whether you wish to enroll in a Medicare plan. To help you make this decision, you will receive a notice of creditable or non-creditable coverage. See the Other Information section of this TEBP SPD for more information and a copy of this notice. <br><br>♦ To elect drug coverage under the Tenet Employee Benefit Plan (TEBP) you must also elect a Tenet Medical Plan option. |

# If You Lose Coverage Under Another Health Plan

## *What Does It Mean to Lose Coverage?*

If you previously declined coverage under a Tenet health plan because you were covered under another health plan and you lose your other coverage for any of the reasons listed below, you may enroll yourself and your dependents in a Tenet health plan within 31 days of your loss of other plan coverage.  Examples of loss of other health plan coverage include:

◆ You lose health plan coverage under your spouse's health plan due to divorce, legal separation, death of your spouse, or your spouse's termination of employment or reduction in hours.

◆ You lose coverage as a dependent under another health plan due to divorce, legal separation, cessation of dependent status, death, or termination of employment or reduction in hours.

◆ You lose coverage offered through a health plan because you no longer reside, live, or work in the service area (and no other benefit package is available to you).

◆ You lose coverage because the plan no longer offers benefits to a class of individuals including you. (For example, the plan is amended to drop dependent coverage.)

◆ Employer contributions toward your coverage (either as a dependent or as an employee) are terminated (assuming your coverage is not COBRA coverage).

◆ If your other coverage is COBRA continuation coverage, you exhaust your maximum period of COBRA coverage.

A "loss of coverage" does not include a loss due to failure to pay premiums or termination of coverage for cause (such as a fraudulent claim).

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>◆ Medical<br><br>◆ Employee Assistance Program (EAP)<br><br>◆ Prescription Drug<br><br>◆ Dental<br><br>◆ Vision<br><br>◆ Health Reimbursement Account Program | ◆ You and your eligible dependents can enroll for health care coverage under the Medical Benefit Program, the Dental Benefit Program, and/or the Vision Benefit Program. If you and/or your eligible dependents enroll in the Medical Benefit Program, you will automatically be enrolled in the Prescription Drug option associated with your selected Medical Benefit Program coverage option.<br><br>◆ You do not need to enroll in the EAP. You were automatically covered in the EAP upon your initial eligibility.<br><br>◆ If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program. |
| **Health Savings Account (HSA)** | ◆ If you are enrolling in either the Silver or Health & Savings Plan Medical Benefit Program option, you must open your HSA within 31 days of your benefits effective date, in order to receive company contributions and make personal contributions for you and your spouse/child/family. |
| **Health Care Spending Account (HCSA)** | ◆ You can enroll for HCSA or increase participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ◆ You can enroll for DDCSA participation or increase participation, if you have eligible dependents requiring care. You may also stop participation. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ◆ Not applicable. |

Case 4:20-cv-00527-EJM   Document 1-5   Filed 11/30/20   Page 11 of 140

-------------------------------------------- LIFE EVENTS SUMMARY PLAN DESCRIPTION, 2020 --------------------------------------------

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Supplemental Employee Life Insurance** | ♦ You can enroll or increase coverage, provided the change is consistent with the life event. EOI may be required. |
| **Spouse Life Insurance** | ♦ You can enroll your spouse or Domestic Partner for coverage, provided you have elected Supplemental Employee Life Insurance for yourself and the change is consistent with the life event. Your spouse's or Domestic Partner's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. EOI may be required. |
| **Child Life Insurance** | ♦ You can enroll your child(ren) for coverage, provided you have elected Supplemental Life Insurance for yourself and the change is consistent with the life event. Your child's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll or increase coverage, provided the change is consistent with the life event. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Spouse AD&D** | ♦ You can enroll your spouse or Domestic Partner for coverage, provided the change is consistent with the life event. |
| **Child AD&D** | ♦ You can enroll your child(ren) for coverage, provided the change is consistent with the life event. |
| **Short Term Disability** | ♦ You can enroll for coverage. |
| **Long Term Disability** | ♦ You can enroll for coverage. |
| **Long-Term Care Insurance** | ♦ You can enroll for coverage. |
| **Accident Insurance** | ♦ You can enroll for coverage. |
| **Critical Illness Insurance** | ♦ You can enroll for coverage or increase coverage, if you are enrolled in a comprehensive medical plan. |
| **Naming Beneficiaries** | ♦ To name a beneficiary for life, AD&D, or business travel accident insurance, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |

## Things to Consider

| | |
|---|---|
| **Should You Elect COBRA Under the Other Health Plan or Enroll in a Tenet Health Plan?** | You should weigh the costs and benefits of Tenet health plan coverage against COBRA continuation coverage offered under the health plan from which you lost coverage (assuming you are eligible for COBRA).  If you elect COBRA continuation coverage under the other health plan, you will not be able to enroll in a Tenet health plan until annual enrollment or you exhaust your COBRA coverage.  (You will not be able to enroll in a Tenet health plan until the next annual enrollment period if your COBRA coverage ends early due to failure to pay premiums or for cause, such as a false claim.) |
| **Are You Opening an HSA?** | *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If Your Dependent Loses Coverage Under Another Health Plan

### Making a Benefit Change?

If your eligible dependent loses other health plan coverage, you can make changes to your health care coverage. (See "If You Lose Coverage Under Another Health Plan" above for a description of loss of other health coverage.) Please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of the date your dependent loses other health coverage**. Be sure to submit changes by the deadline or you won't be able to change your benefits!

**Note:  This section does not apply to dependents who are Domestic Partners.  Please see "**If Your Domestic Partner Loses Other Health Plan Coverage" **above.**

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦  Medical<br>♦  Employee Assistance Program (EAP)<br>♦  Prescription Drug<br>♦  Dental<br>♦  Vision<br>♦  Health Reimbursement Account | ♦  You can enroll yourself and any eligible dependents losing other health plan coverage in coverage under any of the Tenet health plan options for which you and the enrolling dependents are eligible.  You cannot decrease your coverage election (i.e. from family coverage to employee-only coverage).<br><br>♦  You can change your Medical Benefit Program option, Dental Program and Vision Program.  (Your Prescription Drug Program options will automatically change to the option associated with your selected Medical Benefit Program option.)<br><br>♦  If you declined coverage before but want to elect it now, you need to enroll yourself for coverage to cover your dependent.<br><br>♦  Your eligible dependent was automatically covered in the EAP upon your initial eligibility. No enrollment is necessary.<br><br>♦  If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program.  If you switch your Medical Benefit Program coverage from the Gold or Health & |

**150**

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program and you have an HSA, you can increase, decrease or stop your current HSA contributions, subject to the limitations set by the IRS for your selected level of coverage.<br><br>♦ If you are enrolled in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you have an HSA, and you change your Medical Benefit Program coverage level from employee-only to family coverage, then you may increase your HSA contribution to the maximum allowed for family coverage, prorated by the number of months remaining in the year. Note: Under the IRS's "last-month rule," if you have family coverage on the first day of last month of your taxable year, (December 1 for most taxpayers), you will be considered to have family coverage for the entire year, allowing you to contribute up to the HSA family maximum for the entire year in which your dependent lost other health coverage, without proration.  However, to take advantage of this rule, you must remain eligible for the HSA family maximum for the entire next year.<br><br>♦ If you don't have an HSA, in order to receive company contributions and make personal contributions, you must open an HSA within 31 days of your benefits effective date. |
| **Health Care Spending Account (HCSA)** | ♦ If your dependent losing other health plan coverage qualifies as your federal tax dependent within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)), you can enroll in the HCSA or increase your HCSA contribution if you are already enrolled.<br><br>♦ If your dependent losing other health plan coverage does not qualify as your federal tax dependent, no change is allowed. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If your dependent losing other health plan coverage qualifies as your federal tax dependent, you can enroll in the DDCSA provided you have eligible dependents requiring care.  If you are already enrolled in the DDCSA, you can increase your contributions.<br><br>♦ If your dependent losing other health plan coverage does not qualify as your federal tax dependent, no change is allowed. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ Not applicable. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Supplemental Employee Life Insurance | ◆ You can enroll for coverage or increase coverage, but you may need to show Evidence of Insurability (EOI).  Any change must be consistent with the life event |
| Spouse Life Insurance | ◆ If your dependent losing other coverage is your spouse, you may enroll your spouse for coverage, as long as you are enrolled or are electing coverage and the change is consistent with the life event.  Your spouse's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.  EOI may be required. |
| Child Life Insurance | ◆ If your dependent losing other coverage is your child, you can enroll your child, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. Your child's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| Supplemental Accidental Death and Dismemberment (AD&D) | ◆ You can enroll for coverage or increase or decrease coverage, but only if the change is consistent with the life event. |
| Spouse AD&D | ◆ If your dependent losing other coverage is your spouse, you can enroll for coverage or increase or decrease coverage, but only if the change is consistent with the life event. |
| Child AD&D | ◆ If your dependent losing other coverage is your child, you can enroll your child. |
| Short Term Disability | ◆ No changes allowed. |
| Long Term Disability | ◆ No changes allowed. |
| Long-Term Care Insurance | ◆ No changes allowed. |
| Accident Insurance | ◆ You can elect or increase coverage for your spouse or child, provided the election is consistent with the life event. |
| Critical Illness Insurance | ◆ You can elect coverage for your spouse.  To enroll in Critical Illness Insurance, the spouse must have comprehensive medical coverage. You can only enroll the spouse in Critical Illness Insurance if you have enrolled for coverage. |
| Business Travel Accident Insurance | ◆ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |

**Things to Consider**

# If You're Transferring to Another Facility

## *Making a Benefit Change?*

If your transfer changes your health care plan eligibility, you can make changes to your health care coverage. Please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of your transfer**. Be sure to submit changes by the deadline or you won't be able to change your benefits!

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision<br>♦ Health Reimbursement Account | ♦ If you gain or lose options as a result of your transfer (for example, move into or out of the EPO service area): You may add, drop or change coverage in the Medical Benefit Program, Dental Benefit Program, and Vision Benefit Program for you and your enrolled dependents.<br><br>♦ If your transfer results in a change to the cost of your coverage: You may add, drop or change coverage in the Medical Benefit Program, the Dental Program, and the Vision Benefit Program.<br><br>♦ Your Prescription Drug coverage will be determined by the Medical Benefit Program option in which you are enrolled, if any.<br><br>♦ Your coverage under the EAP will not be impacted by your transfer to another facility.<br><br>♦ If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program. If you drop coverage in the Medical Benefit Program or switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan medical program option, you may increase (up to the maximum permitted by the IRS), decrease or stop your current HSA contributions.<br><br>♦ If you are enrolling in either the Silver or Health & Savings Plan option, you must open your HSA within 31 days of your benefits effective date, in order to receive company |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | contributions and make personal contributions for you and your spouse/child/family. |
| **Health Care Spending Account (HCSA)** | ♦ If you make changes to your medical, dental or vision coverage as a result of your transfer that affect your health care expenses, you can increase, decrease or stop your HCSA contributions, as long as such HCSA election change is consistent with the change to your health care expenses. You may also elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If your transfer affects your dependent care expenses, you can increase, decrease or stop your DDCSA contributions, as long as your election change is consistent with the life event. You may also elect participation. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ Not applicable. |
| **Employee Supplemental Life, Spouse Life, Child Life, Employee Supplemental Accidental Death and Dismemberment (AD&D), Spouse AD&D, and Child AD&D** | ♦ You can make changes to your insured life and AD&D policies, as long as your changes are consistent with the life event. Please see the Life/AD&D SPD section for more information. |
| **Accident and Critical Illness Insurance** | ♦ You can make changes, as long as your election change is consistent with the life event.<br><br>♦ To enroll in Critical Illness Insurance, you must have comprehensive medical coverage. |
| **Short Term Disability** | ♦ You can make changes, as long as your election change is consistent with the life event. |
| **Long Term Disability** | ♦ You can make changes, as long as the election change is consistent with the life event. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Personnel Records** | ♦ Make sure you complete the paperwork required by your facility. If your address changes, update your personal information by contacting your local Human Resource department. |

## Things to Consider

| | |
|---|---|
| **Are You Transferring to a New Facility?** | ♦ If you're being transferred to a new facility, go to *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 to find out which medical program options are offered in your new area. |
| **Need Help Finding Resources and Services in Your New Area?** | ♦ The Employee Assistance Program is an excellent resource for finding services and support in your new location. The EAP can provide information and referrals for child care, elder care, support groups, classes and a variety of other services. |
| **Need Help Finding Network Providers in Your New Area?** | ♦ **Medical care:** For an up-to-date directory of providers in your new area, go to *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591.<br><br>♦ **Dental care:** If you're enrolled in the Dental Benefit Program, find network dentists convenient to your new location by calling DELTA DENTAL at 1-855-643-8516 or log on to their Web site via My Benefits at *benefitsolutions.ehr.com*.<br><br>♦ **Prescription drugs:** If you're enrolled in the Prescription Drug Program, contact Optum Rx at 844-568-4146 to locate a participating pharmacy near you or log on to their Web site via My Benefits at *benefitsolutions.ehr.com*.<br><br>♦ **Vision care:** If you're enrolled in the Vision Plan, contact the VSP Information Line at 1-800-877-7195 or log on to the VSP Web site via My Benefits at *benefitsolutions.ehr.com* to get a list of VSP doctors in your new area. |
| **Is Your Employment Status Changing?** | ♦ If you're being transferred to a new facility and the transfer involves a change in your employment status (going from full-time to part-time or vice versa), be sure to read "If Your Employment Status Changes" below. |
| **Are You Opening an HSA or Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You're Transferring Into or Out of a Collective Bargaining Unit Position

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>♦ Medical | **Into Collective Bargaining Unit:**<br><br>♦ You can enroll yourself, spouse and previously enrolled children into the Medical, Dental, and Vision Program options provided by |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| ♦ Employee Assistance Program (EAP)<br><br>♦ Prescription Drug<br><br>♦ Dental<br><br>♦ Vision<br><br>♦ Health Reimbursement Account (HRA) | the collective bargaining unit. (Plan option availability will depend on the terms of the applicable collective bargaining agreement.)<br><br>♦ You cannot enroll any new dependents.<br><br>♦ Your Prescription Drug option will be determined by the Medical Benefit Program option you select.  If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program. If you drop coverage in the Medical Benefit Program or switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program.<br><br>♦ Your EAP coverage will not be impacted.<br><br>**Out of Collective Bargaining Unit:**<br><br>♦ You can enroll yourself, spouse and previously enrolled children into the Medical, Dental, and Vision Program options available outside the collective bargaining unit.  (Your Prescription Drug Program options will automatically change to the option associated with your selected Medical Benefit Program option.)<br><br>♦ You cannot enroll any new dependents.<br><br>♦ Your Prescription Drug option will be determined by the Medical Benefit Program option you select.  If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will be automatically enrolled in the Health Reimbursement Account Program.  If you drop coverage in the Medical Benefit Program or switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate, and you will forfeit any remaining account balance in such program.<br><br>♦ Your EAP coverage will not be impacted. |
| **Health Savings Account (HSA)** | ♦ If you are enrolled in either the Silver or Health & Savings Plan medical program option, you may increase (up to the maximum permitted by the IRS), decrease or stop your current HSA contributions.<br><br>♦ If you are enrolling in either the Silver or Health & Savings Plan medical program option, you must open your HSA within 31 days of your benefits effective date, in order to receive company contributions and make personal contributions for you and your spouse/child/family. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Spending Account (HCSA)** | ♦ If you make changes to your medical, dental or vision coverage as a result of your transfer that affect your health care expenses, you can increase, decrease or stop your HCSA contributions, as long as such HCSA election change is consistent with the change to your health care expenses. You may also elect participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If your transfer affects your dependent care expenses, you can increase, decrease or stop your DDCSA contributions, as long as your election change is consistent with the life event. You may also elect participation. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ Not applicable. |
| **Employee Supplemental Life, Spouse Life, Child Life, Employee Supplemental Accidental Death and Dismemberment (AD&D), Spouse AD&D, and Child AD&D** | ♦ You can make changes to your insured life and AD&D policies only if your transfer impacts your eligibility for or options under those programs.  Please see the Life/AD&D SPD section for more information. |
| **Accident and Critical Illness Insurance** | ♦ You can make changes only if your transfer impacts your eligibility for or options under those programs.<br><br>♦ To enroll in Critical Illness Insurance, you must have comprehensive medical coverage. |
| **Long-Term Care Insurance** | ♦ No changes allowed. |
| **Short Term Disability** | ♦ No changes allowed, unless the terms of the collective bargaining provide otherwise. |
| **Long Term Disability** | ♦ No changes allowed, unless the terms of the collective bargaining provide otherwise. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Personnel Records** | ♦ Make sure you complete the paperwork required by your facility. If your address changes, update your personal information by contacting your local Human Resource department. |

# If Your Employment Status Changes

You could have a change in your employment status for many reasons, including cutting back on or increasing the hours you work, moving to a new position, changing from a position classified by Tenet

as full-time to a part-time 1 or part-time 2 position (or vice versa) or becoming newly eligible for benefits.

All of these changes can affect your benefit coverage. Find out what happens when:

◆ You're no longer eligible for coverage because you switch from a position classified by Tenet as full-time or part-time 1 to a position classified by Tenet as part-time 2

◆ You're no longer eligible for coverage because you cease to be an ACA Full-Time Employee,

◆ You gain eligibility for coverage, or

◆ You change from part-time 1 status to full-time (or vice versa).

Before you switch jobs or change your status, understand how your benefits may be affected.

## If You Switch from a Position Classified by Tenet as Full-Time or Part-Time 1 to a Position Classified as Part-Time 2, or if You Cease to be an ACA Full-Time Employee

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage** <br> ◆ Medical <br> ◆ Employee Assistance Program (EAP) <br> ◆ Prescription Drug <br> ◆ Dental <br> ◆ Vision <br> ◆ Health Reimbursement Account | ◆ Coverage in the Vision Benefit Program and the Dental Benefit Program will terminate effective as of the last day of the month concurrent with or following the last of the pay period in which the switch occurred. <br><br> ◆ Your coverage in the Medical Benefit Program and the Prescription Drug Benefit Program will terminate as of the date specified in Tenet's ACA Compliance Full-Time Employee Determination Policy attached as Appendix 1 to this SPD. <br><br> ◆ Your coverage under the Health Reimbursement Account Program will terminate as of the date your Medical Benefit Program coverage terminates, and any amounts remaining in your Health Reimbursement Account will be forfeited. <br><br> ◆ You and your family members may be eligible to elect to continue health care coverage under COBRA. Refer to the Other Information section for more information on COBRA. <br><br> ◆ Your coverage under the EAP will not be impacted. |
| **Health Savings Account (HSA)** | ◆ If you're currently enrolled in either the Silver or Health & Savings Plan medical plan option, your HSA eligibility ends on the last day of the month that you're no longer enrolled in such option. You may continue to use the remaining amounts in your HSA account to pay for eligible expenses, but you will not be able to make any further contributions. |
| **Health Care Spending Account (HCSA)** | ◆ You can incur eligible expenses for reimbursement up to the last day of the month in which the last pay period ends based on the effective date of your switch to a part-time 2 position. Expenses |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | incurred before this date can be submitted for reimbursement through March 31 of the next year. |
| | ♦ You can continue your HCSA participation under COBRA until the end of the calendar year, provided you have unreimbursed funds remaining in your HCSA account when your eligibility ends. Refer to the Other Information section for more information on COBRA. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ Provided you have funds remaining in your account, you may continue to submit expenses for reimbursement through the end of the calendar year. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ Your coverage ends.<br>♦ You may be eligible to convert your coverage to an individual policy. |
| **Supplemental Employee Life Insurance** | ♦ Your coverage ends.<br>♦ You may be eligible to convert your coverage to an individual policy. |
| **Spouse Life Insurance** | ♦ Coverage for your spouse or Domestic Partner ends.<br>♦ Your spouse or Domestic Partner may be eligible to convert his or her coverage to an individual policy. |
| **Child Life Insurance** | ♦ Coverage for your children ends.<br>♦ Your child(ren) may be eligible to convert coverage to an individual policy. |
| **Business Travel Accident Insurance** | ♦ Your Business Travel Accident Insurance coverage will end on your last day of employment. There are no conversion privileges to an individual policy for this insurance. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ Coverage ends.<br>♦ You may be eligible to convert your coverage to an individual policy. |
| **Spouse AD&D** | ♦ Coverage for your spouse or Domestic Partner ends.<br>♦ Your spouse or Domestic Partner may be eligible to convert his or her coverage to an individual policy. |
| **Child AD&D** | ♦ Coverage for your children ends.<br>♦ Your child(ren) may be eligible to convert coverage to an individual policy. |
| **Short Term Disability** | ♦ Coverage ends. No conversion allowed. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Long Term Disability | ♦ Your coverage will end on your last day of employment. You may elect to convert this coverage to an individual policy — provided you're not currently disabled — by contacting Unum at 1-888-852-2232. |
| Long-Term Care Insurance | ♦ Coverage ends.<br>♦ You may be eligible to convert your coverage to an individual policy. |
| Accident Insurance | ♦ Coverage ends.<br>♦ You may be eligible to convert your coverage to an individual policy. |
| Critical Illness Insurance | ♦ Coverage ends.<br>♦ You may be eligible to convert your coverage to an individual policy. |

## Things to Consider

| | |
|---|---|
| Are You Losing Your Health Care Coverage (You're No Longer Eligible for Coverage)? | ♦ If you're married or in a domestic partnership and losing health care coverage due to your change in employment status, be sure to find out which benefit plans are offered by your spouse's or Domestic Partner's employer.<br><br>♦ If you're losing health care coverage and don't have other coverage available to you, you may be eligible to continue your current health care coverage under COBRA for up to 18 months. You'll have the same coverage, but you'll be responsible for paying the full cost of coverage plus an administrative fee. Refer to the Other Information section for more information on COBRA. |
| Are You Opening an HSA or Increasing or Decreasing Your HSA Contributions? | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

## If You Change from Part-Time 2 Status to Full-Time or Part-Time 1

If you gain eligibility due to a switch from a position classified by Tenet as Part-time 2 to a position classified by Tenet as Part-time 1 or Full-Time, coverage will take effect on the 31st day after you gain benefits eligibility, provided you timely complete enrollment.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Health Care Coverage<br>♦ Medical | ♦ You and your eligible dependents can enroll for health care coverage.  If you and/or your eligible dependents enroll in the Medical Benefit Program, you will automatically be enrolled in the |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| ♦ Employee Assistance Program (EAP)<br><br>♦ Prescription Drug<br><br>♦ Dental<br><br>♦ Vision<br><br>♦ Health Reimbursement Account | Prescription Drug option associated with your selected Medical Benefit Program coverage option.  If you enroll in either the Gold or Health & Reimbursement option under the Medical Benefit Program, you will automatically be enrolled in the Health Reimbursement Account.<br><br>♦ You and your household members will remain covered under the EAP. |
| **Health Savings Account (HSA)** | ♦ If you are enrolling in either the Silver or Health & Savings Plan medical program option, you must open your HSA within 31 days of your benefits effective date, in order to receive company contributions and make personal contributions for you and your spouse/child/family. |
| **Health Care Spending Account (HCSA)** | ♦ You can enroll for HCSA participation. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ You can enroll for DDCSA participation, if you have eligible dependents requiring care. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ If you are classified as part-time 1 or full-time, you will be enrolled in Basic Life and Basic Accidental Death and Dismemberment.<br><br>♦ Your coverage will begin within 31 days of becoming eligible.<br><br>♦ Please note:  Eligibility for Protection Plans for union employees classified as part-time 1 employees is subject to the terms of the applicable collective bargaining agreement and may not be available to all union part-time 1 employees. |
| **Supplemental Employee Life Insurance** | ♦ You can enroll for coverage.  EOI may be required. |
| **Spouse Life Insurance** | ♦ You can enroll your spouse or Domestic Partner for coverage, provided you have elected Supplemental Employee Life Insurance for yourself. Your spouse's or Domestic Partner's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life.  EOI may be required. |
| **Child Life Insurance** | ♦ You can enroll your child(ren) for coverage, provided you have elected Supplemental Life Insurance for yourself. Your child's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll for coverage. |
| **Business Travel Accident Insurance** | ♦ You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Spouse AD&D** | ♦ You can enroll your spouse or Domestic Partner for coverage. |
| **Child AD&D** | ♦ You can enroll your child(ren) for coverage. |
| **Short Term Disability** | ♦ You can enroll for coverage. Eligibility for Short Term Disability for part-time 1 employees covered by a collective bargaining agreement (i.e. union) will depend on the terms of the agreement. |
| **Long Term Disability** | ♦ You can enroll for coverage. Eligibility for the Disability Plan for part-time 1 employees covered by a collective bargaining agreement (i.e. union) will depend on the terms of the agreement. |
| **Long-Term Care Insurance** | ♦ You can enroll for coverage, provided you are a full-time employee. |
| **Accident Insurance** | ♦ You can enroll yourself and your dependents for coverage. |
| **Critical Illness Insurance** | ♦ You can enroll for coverage if you are enrolled in a comprehensive medical plan. |
| **Naming Beneficiaries** | ♦ To name a beneficiary for life, AD&D, or business travel accident insurance, please access ***benefitsolutions.ehr.com*** or call the Benefit Solutions Center at 1-844-877-8591. |

## If You Change from Part-Time 1 Status to Full-Time (or Vice Versa)

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage** <br><br> ♦ Medical <br><br> ♦ Employee Assistance Program (EAP) <br><br> ♦ Prescription Drug <br><br> ♦ Dental <br><br> ♦ Vision | ♦ **If you change from part-time 1 status to full-time:** If your cost of coverage or eligibility for coverage are affected, you may change plan options, drop coverage for some or all of your dependents or waive coverage, as long as any change you make is consistent with the change to cost of coverage or eligibility for coverage. If you are continuing coverage, your payroll deductions for health care premiums will change to the full-time premium rate. You will automatically be enrolled in the Prescription Drug option associated with your elected Medical Benefit Program option, if any. If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will automatically be enrolled in the Health Reimbursement Account Program. If you |

| | |
|---|---|
| ♦ Health Reimbursement Account | switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than the Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate and you will forfeit any remaining balance in your account. |
| | ♦ **If you change from full-time to part-time 1 status:** If your cost of coverage or eligibility for coverage are affected, you may change plan options, drop coverage for some or all of your dependents or waive coverage, as long as any change you make is consistent with the change to cost of coverage or eligibility for coverage. If you are continuing coverage, your payroll deductions for health care premiums will change to the part-time premium rate. You will automatically be enrolled in the Prescription Drug option associated with your elected Medical Benefit Program option, if any. If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will automatically be enrolled in the Health Reimbursement Account. If you switch your Medical Benefit Program coverage from the Gold or Health & Reimbursement Plan option to an option other than Gold or Health & Reimbursement Plan, your participation in the Health Reimbursement Account Program will terminate and you will forfeit any remaining balance in your account. |
| | ♦ You and your household members will remain covered under the EAP. |
| **Health Savings Account (HSA)** | ♦ If you are covered under either the Silver or Health & Savings Plan medical program option and have you have an HSA, you may increase (subject to the maximum set by the IRS for your selected level of coverage), decrease, or stop contributions. |
| | ♦ If you are enrolling in either the Silver or Health & Savings Plan option under the Medical Benefit Program, you must open your HSA within 31 days of your benefits effective date, in order to receive company contributions and make personal contributions for you and your spouse/child/family. |
| **Health Care Spending Account (HCSA)** | ♦ If your cost of coverage or eligibility for coverage is affected, you may enroll or increase or decrease contributions, as long as the change is consistent with the change to your cost of coverage or eligibility for coverage. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If your employment change affects your dependent care arrangements, you can elect participation, increase, decrease or stop your DDCSA contributions, as long as the change is consistent with the life event. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ **If you change from part-time 1 status to full-time:** You continue to be automatically enrolled in Basic Life and Basic AD&D. |
| | ♦ **If you change from full-time to part-time 1 status:** You continue to be automatically enrolled in Basic Life and Basic AD&D coverage. Please note: Eligibility for Protection Plans for union employees |

|  |  |
|---|---|
|  | classified as part-time 1 employees is subject to the terms of the applicable collective bargaining agreement and may not be available to all union part-time 1 employees.  If you are no longer eligible you may be able to convert your Basic Life coverage to an individual policy with the insurance carrier. |
| **Supplemental Employee Life Insurance** | ♦ If not enrolled, EOI will be required for any increases. If currently enrolled, EOI is required for any increase in coverage greater than one benefit level. |
| **Spouse Life Insurance** | ♦ If not enrolled, EOI will be required for any increases in coverage. If currently enrolled, EOI is required for any increase in coverage greater than one benefit level.<br><br>♦ Your spouse's or Domestic Partner's coverage amount will be decreased only if the current coverage amount is in excess of 100% of your Supplemental Employee Life Insurance amount. |
| **Child Life Insurance** | ♦ You may continue, increase, decrease, start or stop coverage.<br><br>♦ Your child's coverage amount will be decreased only if the current coverage amount is in excess of 100% of your Supplemental Employee Life Insurance amount. |
| **Supplemental AD&D** | ♦ You may continue, increase, decrease, start or stop coverage. Your coverage will be recalculated based on your new salary. |
| **Business Travel Accident Insurance** | ♦ You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Spouse AD&D** | ♦ You may continue, increase, decrease, start or stop coverage. |
| **Child AD&D** | ♦ You may continue, increase, decrease, start or stop coverage. |
| **Short Term Disability** | ♦ You may continue or elect coverage, as long as the change is consistent with the life event.  Note:  Part-time 1 employees subject to a collective bargaining agreement may not be eligible for Short Term Disability.  Please check the terms of your collective bargaining agreement. |
| **Long Term Disability** | ♦ You may continue or elect coverage, as long as the change is consistent with the life event.  Note:  Part-time 1 employees subject to a collective bargaining agreement may not be eligible for the Disability Plan.  Please check the terms of your collective bargaining agreement. |
| **Long-Term Care Insurance** | ♦ **If you change from part-time 1 status to full-time:** You can enroll for coverage.<br><br>♦ **If you change from full-time to part-time 1 status:** You will no longer be eligible for Long-Term Care Insurance coverage. |
| **Accident Insurance** | ♦ You may continue, increase, decrease, start or stop coverage. |

| | |
|---|---|
| **Critical Illness Insurance** | ♦ You may continue, increase, decrease, start or stop coverage. To start coverage you must be enrolled in comprehensive medical coverage. |
| **Naming Beneficiaries** | ♦ If you gain eligibility for life and AD&D insurance, you will need to name a beneficiary. Please access *benefitsolutions.ehr.com*, or call the Benefit Solutions Center at 1-844-877-8591. |

## Things to Consider

| | |
|---|---|
| **Are You Opening an HSA or Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You Want to Enroll in a Marketplace Plan

Under certain circumstances, you may be allowed to revoke your coverage (and your dependents' coverage) in the Medical Benefit Program so that you may enroll in a health plan offered under the Health Insurance Marketplace. You may revoke Medical Benefit Program coverage for yourself and your dependents if:

♦ There is a reasonable expectation that your hours will be reduced below 30 hours per week (regardless of whether the reduction will result in a loss of eligibility for Medical Benefit Program coverage) and you express an intent to enroll yourself and your Dependents who will cease Medical Benefit Program coverage due to the revocation in a plan offered under the Health Insurance Marketplace, with the new coverage becoming effective no later than the first day of the second month following the date Medical Benefit Program was revoked; or

♦ You express an intention to enroll yourself and any of your Dependents who will cease Medical Benefit Program coverage due to the revocation in a plan offered under the Health Insurance Marketplace during annual enrollment for the Marketplace or a Marketplace special enrollment period, with the new coverage becoming effective no later than the day immediately following the last day of your Medical Benefit Program coverage.

| **What You Need to Know About . . .** | **What You Need to Do . . .** |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision | ♦ If you meet the requirements described above, you may revoke your Medical Benefit Program coverage. Your associated Prescription Drug and Health Care Reimbursement Account coverage will also terminate.<br><br>♦ In some limited circumstances, you and your covered dependents may also be eligible to for COBRA continuation rights. Please see the Other Information section of this SPD for more information.<br><br>♦ Your coverage (and your dependents' coverage, if any) under the EAP, Vision Program, and Dental Program will not change. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| ♦   Health Reimbursement Account | |
| **Health Savings Account (HSA)** | ♦   If you're currently enrolled in either the Silver or Health & Savings Plan medical plan option, your HSA eligibility ends on the last day of the month that you're no longer enrolled in such option. You may continue to use the remaining amounts in your HSA account to pay for eligible expenses, but you will not be able to make any further contributions. |
| **Health Care Spending Account (HCSA)** | ♦   No changes are permitted. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦   No changes are permitted. |
| **Basic Life, Basic Accidental Death and Dismemberment (AD&D), Supplemental Life Insurance and Supplemental AD&D** | ♦   No change to your coverage. |
| **Business Travel Accident Insurance** | ♦   No changes are permitted. |
| **Spouse Life Insurance and Spouse AD&D** | ♦   No change to coverage. |
| **Child Life Insurance and Child AD&D** | ♦   No change to coverage. |
| **Short Term Disability** | ♦   No change to coverage. |
| **Long Term Disability** | ♦   No change to coverage. |
| **Accident Insurance** | ♦   No change to coverage. |
| **Critical Illness Insurance** | ♦   No change to coverage. |
| **Long-Term Care Insurance** | ♦   No change to coverage. |

## Things to Consider

| | |
|---|---|
| **Are you interested in learning more about your Health Insurance Marketplace options?** | ♦  Visit www.healthcare.gov. |

# If You're Leaving Tenet

Your coverage under the Tenet benefit plans ends on the date specified in the Eligibility and Enrollment section of this SPD. In some cases, however, you may be able to continue coverage. It's important to review the following information to be sure you have the coverage you need.

| **What You Need to Know About . . .** | **What You Need to Do . . .** |
|---|---|
| **Health Care Coverage**<br><br>♦  Medical<br><br>♦  Employee Assistance Program (EAP)<br><br>♦  Prescription Drug<br><br>♦  Dental<br><br>♦  Vision<br><br>♦  Health Reimbursement Account | ♦  You and your covered dependents may be eligible to continue coverage under COBRA for a period of up to 18 months. COBRA information will be sent to you after you leave the company. You'll have 60 days from the date you were notified of your COBRA rights to elect COBRA coverage. See the Other Information section for more information on COBRA. |
| **Health Savings Account (HSA)** | ♦  If you're currently enrolled in either the Silver or Health & Savings Plan medical plan option, your HSA eligibility ends on the last day of the month that you're no longer enrolled in such option.  You may continue to use the remaining amounts in your HSA account to pay for eligible expenses, but you will not be able to make any further contributions.<br><br>♦  If you continue your Silver or Health & Savings Plan coverage under the Medical Benefit Program through COBRA, contact your HSA provider about the possibility of continuing HSA contributions on an after-tax basis. |
| **Health Care Spending Account (HCSA)** | ♦  You can incur eligible expenses for reimbursement only up to your last day of work, also known as your "termination date." Expenses incurred before this date can be submitted for reimbursement through March 31 of the next year.<br><br>♦  You can continue your HCSA participation under COBRA until the end of the calendar year, provided you have unreimbursed funds remaining in your HCSA account on your termination date. You must pay the full cost of this coverage with after-tax dollars, and |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | you must also pay a 2% administrative fee. See the Other Information section for more information on COBRA. |
| **Dependent Day Care Spending Account (DDCSA)** | ◆ Your participation will end on December 31 of the current calendar year, regardless of the date you leave Tenet. You can continue to be reimbursed for eligible dependent care expenses incurred during the entire calendar year, up to the amount you actually contributed to your DDCSA prior to your last day worked. You have until March 31 of the next year to submit claims for reimbursement. |
| **Basic Life, Basic Accidental Death and Dismemberment (AD&D), Supplemental Life Insurance and Supplemental AD&D** | ◆ Your coverage will end on your last day of employment.<br>◆ You may be able to convert your life insurance coverage to an individual policy. The life insurance carrier will mail you conversion information after you terminate. |
| **Business Travel Accident Insurance** | ◆ Your Business Travel Accident Insurance coverage will end on your last day of employment. There are no conversion privileges to an individual policy for this insurance. |
| **Spouse Life Insurance and Spouse AD&D** | ◆ Your spouse's or Domestic Partner's coverage will end on your last day of employment.<br>◆ Your spouse or Domestic Partner's life insurance coverage may be eligible to be converted to an individual policy. The life insurance carrier will mail your spouse or Domestic Partner conversion information after you terminate. |
| **Child Life Insurance and Child AD&D** | ◆ Your child's coverage will end on your last day of employment.<br>◆ Your child's life insurance coverage may be eligible to be converted to an individual policy. The life insurance carrier will mail your child conversion information after you terminate. |
| **Short Term Disability** | ◆ Your coverage will end on your last day of employment. |
| **Long Term Disability** | ◆ Your coverage will end on your last day of employment. You may elect to convert this coverage to an individual policy — provided you're not currently disabled — by contacting Unum at 1-888-852-2232. |
| **Accident Insurance** | ◆ Your coverage will end on your last day of employment. You may elect to convert this coverage to an individual policy. |
| **Critical Illness Insurance** | ◆ Your coverage will end on your last day of employment. You may elect to convert this coverage to an individual policy. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Long-Term Care Insurance | ◆ Your coverage will end on your last day of employment. You may elect to convert this coverage to an individual policy by contacting Unum at 1-800-852-2232. |

## Things to Consider

| | |
|---|---|
| **When Do Your Benefits Start with Your New Employer?** | ◆ Be sure to check with your new employer to see when your health care benefits take effect. If there's a lapse, you and your dependents may be eligible to elect COBRA continuation coverage until your benefits start. |
| **Are You Moving To A New Location?** | ◆ If you move to a new location after leaving Tenet, be sure to update your address by contacting the Human Resource department of the Tenet facility where you last worked. |

# If You're Reinstated Within 30 Days

If you leave Tenet and are reinstated within 30 days, your prior health care benefits (medical, dental and vision) are reinstated for you and your dependents. You must re-elect any life, accidental death and dismemberment, disability and/or long-term care coverage. Depending on your circumstances, you may be able to make Health Care and Dependent Day Care Spending Account changes.

## *Making a Benefit Change?*

If you're making any benefit changes or electing coverage upon being reinstated, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days of your reinstatement**. Be sure to submit elections by the deadline or you won't be able to change or participate in certain benefits!

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>◆ Medical<br><br>◆ Employee Assistance Program (EAP)<br><br>◆ Prescription Drug<br><br>◆ Dental<br><br>◆ Vision<br><br>◆ Health Reimbursement Account | ◆ You and your dependents are reinstated to your prior coverage.<br><br>◆ If your prior medical coverage is not available, you may elect new medical coverage only. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Savings Account (HSA)** | ♦ If you were previously enrolled in either the Silver or Health & Savings Plan medical plan option, you resume your HSA contributions the first of the month following your reinstatement date. You may also increase (subject to the IRS limitations for your elected coverage), decrease, or stop coverage. |
| **Health Care Spending Account (HCSA)** | ♦ If you were previously enrolled, you continue participation at your prior HCSA contribution rate. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ If you were previously enrolled, you continue participation at your prior DDCSA contribution rate. You also may increase, decrease or stop contributions, if the circumstances of your reinstatement have affected your child care requirements.<br><br>♦ If you were not previously enrolled, you can elect participation, if the circumstances of your reinstatement have affected your child care requirements. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ You will be enrolled in Basic Life and Basic Accidental Death and Dismemberment.<br><br>♦ If you previously completed the 30 day waiting period, your coverage will begin immediately. |
| **Supplemental Employee Life Insurance** | ♦ You can enroll for coverage. No Evidence of Insurability (EOI) is required up to $750,000 of coverage. |
| **Spouse Life Insurance** | ♦ You can enroll your spouse for coverage, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. (EOI) will be required.<br><br>♦ Your spouse's coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Child Life Insurance** | ♦ You can enroll your eligible children, provided you're enrolled in Supplemental Employee Life Insurance or are electing coverage. Child coverage can't exceed 100% of your coverage amount for Supplemental Employee Life. |
| **Supplemental Accidental Death and Dismemberment (AD&D)** | ♦ You can enroll for coverage. |
| **Business Travel Accident Insurance** | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| **Spouse AD&D** | ♦ You can enroll your spouse or Domestic Partner for coverage. |
| **Child AD&D** | ♦ You can enroll your eligible children for coverage. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Short Term Disability | ♦ You can enroll for coverage, if eligible. (Eligibility for a part-time 1 union employee is subject to the terms of the applicable collective bargaining agreement.)<br><br>♦ Depending on your location Late Entrants will require EOI when going from No Coverage to coverage. |
| Long Term Disability | ♦ You can enroll for coverage, if eligible. (Eligibility for a part-time 1 union employee is subject to the terms of the applicable collective bargaining agreement.) |
| Long-Term Care Insurance | ♦ EOI is required if enrolling anytime outside of the Newly Eligible Event. |
| Accident Insurance | ♦ You can enroll for coverage. |
| Critical Illness Insurance | ♦ You can enroll for coverage. |

# If You Take a Leave of Absence

Tenet understands that there are times when you may need to take time off from your job to see to important personal needs or commitments. To help you take the time you need, Tenet offers the following types of leaves of absence:

- ♦ Family and medical leave (FMLA),
- ♦ General/Personal/Medical non-FMLA/extended leave, and
- ♦ Military leave

If you haven't satisfied the 30-day benefit eligibility period and you take a personal or extended leave of absence, any employment time you had with Tenet prior to your leave will count toward satisfying the benefit eligibility period upon your return. Your coverage will begin once you have returned to work.

**In all cases, if you elect to suspend or cancel your health care coverage while you're on a leave, you won't be given the opportunity to continue them under COBRA. (In some circumstances, you may be entitled to COBRA, however, if you decide not to return to work after your leave ends. See the "Other Information" section of the TEBP for more information.**

## Making a Benefit Change?

If you're making any benefit changes due to a leave of absence, please contact the Benefit Solutions Center at 1-844-877-8591 **within 31 days of beginning your leave**. You must provide notification of your leave by the deadline or you won't be able to change your benefits.

## For Billing and Payment Questions During a Leave of Absence

If you are making benefit payments during a leave of absence and have questions, please contact the Benefit Solutions Center at 1-844-877-8591.

## Family and Medical Leave

### When Are You Entitled to FMLA Leave?

**If you are approved for FMLA, you are entitled to up to 12 weeks of leave:**

◆ Following the birth of a child and to care for the child within one year of birth;

◆ Following the placement of a child with you for adoption or foster care and to care for the child within one year of the placement;

◆ To care for your spouse, child, or parent who has a serious health condition;

◆ If you have a serious health condition that makes you unable to perform the essential functions of your job; or

◆ Because of a qualifying exigency arising out of the fact that your son, daughter, spouse, or parent is a covered military member on covered active duty.

**You are entitled to up to 26 weeks of FMLA Leave:**

◆ To care for your son, daughter, spouse, parent, or next of kin who is a covered service member and who has a serious injury or illness.

You are only entitled to FMLA leave if you have worked for Tenet for 12 months (and at least 1,250 hours within the past 12 months). Please contact your local HR representative for more information.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>◆ Medical<br>◆ Employee Assistance Program (EAP)<br>◆ Prescription Drug<br>◆ Dental<br>◆ Vision<br>◆ Health Reimbursement Account | ◆ By continuing to pay for coverage, you can continue your health care coverage at active employee rates during your FMLA leave (up to a maximum period of 12 weeks or 26 weeks if your FMLA is to care for your spouse, son, daughter, parent, or next of kin who is a covered service member and who has a serious injury or illness). If your leave extends beyond the maximum FMLA period (12 weeks or 26 weeks, if applicable), your rates will change. You can make changes to your health care coverage again at that time.<br>◆ You can drop some or all of your dependents, or you can suspend coverage entirely during your leave. Your coverage will automatically end if you fail to pay for coverage while on leave.  If your coverage has ended, when you return to active status, you'll need to re-enroll for coverage no later than 31 days from the date you return to work if you would like your coverage reinstated. You and your dependents will be able to re-enroll in the same health care plans you had prior to your leave unless the benefit programs have changed due to a change in plan years.   If you fail to re-enroll within 31 days from the date you return to work, you will have to wait until the next annual enrollment or a life event to enroll.<br>◆ Your EAP coverage will continue at no cost to you during your FMLA leave. |
| **Health Savings Account (HSA)** | ◆ If you maintain coverage in either the Silver or Health & Savings Plan medical program option, you can increase (subject to the IRS maximum for your elected level of coverage), decrease or stop your HSA contributions. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you suspend your Silver or Health & Savings Plan coverage, you will no longer be eligible to make HSA contributions as of the last day of the month in which your coverage is suspended.  You may continue to use the remaining amounts in your HSA account to pay for eligible expenses. |
| **Health Care Spending Account (HCSA)** | ♦ You can continue participation during your leave by paying your contributions on an after-tax basis.  Please consult with the Plan Administrator to determine a payment schedule.<br><br>♦ You can suspend participation during your leave. You'll have the opportunity to re-enroll, provided you do so within 31 days of returning to work. If you suspend participation, you won't be reimbursed for any expenses incurred during your leave. When you re-enroll, you may continue with the amount prior to your leave, elect a new amount between your previously contributed amount and the amount you originally elected.   Contributions are divided evenly among your pay periods through the rest of the year. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ You can decrease or continue participation during your leave. You must pay your contributions on an after-tax basis.  Contact the Plan Administrator within 31days of your leave date to determine a payment schedule.<br><br>♦ However, your DDCSA can only reimburse dependent care expenses incurred while you're working. If your child continues in dependent care during your family leave of absence, those expenses can't be reimbursed from the DDCSA. If you contribute to your DDCSA during your leave, the amount must be applied to dependent care expenses incurred during the part of the year when you are working.<br><br>♦ You can suspend participation during your leave. When you return to active status, you can reinstate your contributions back to the annual amount you were contributing prior to your leave or increase them to a higher amount if your provider charges are increased. When you re-enroll, your remaining contributions are divided evenly among your pay periods through the rest of the year. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ Your coverage continues during your leave. |
| **Supplemental Employee Life Insurance and Supplemental AD&D** | ♦ You can continue coverage during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave.  If you cancel your coverage or if your coverage terminates due to nonpayment of premiums, you must re-enroll upon your return to active status in order to obtain coverage again.  You'll be allowed to re-enroll at your prior election without showing Evidence of Insurability (EOI). If you choose to re-enroll at an increased election amount, you will need to show EOI. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you suspend Supplemental Life for yourself you must also suspend Spouse and Child Life.  If your Supplemental Life coverage terminates due to failure to pay Supplemental Life premiums, Spouse and Child Life coverage will also terminate. |
| **Spouse Life Insurance and Spouse AD&D** | ♦ You can continue coverage during your leave. If you're continuing Spouse Life Insurance, you must also continue Supplemental Employee Life Insurance. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If you cancel coverage or if coverage has terminated for any reason, your spouse or Domestic Partner is eligible upon your return to re-enroll at the coverage level elected prior to taking your leave without providing Evidence of Insurability (EOI). You'll also need to reinstate your Supplemental Employee Life Insurance for Spouse Life coverage to take effect.  If you choose to re-enroll at an increased coverage level, you will need to show EOI.<br><br>♦ If you cancel, your spouse may be able to convert coverage to an individual policy. |
| **Child Life Insurance and Child AD&D** | ♦ You can continue coverage during your leave. If you're continuing Child Life Insurance, you must also continue Supplemental Employee Life Insurance.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave.  If you cancel coverage or if coverage has terminated for any reason, your child is eligible upon your return to re-enroll at the coverage level elected prior to taking your leave without providing EOI. You'll also need to reinstate your Supplemental Employee Life Insurance for Child Life coverage to take effect. If you choose to re-enroll at an increased coverage level, you will need to provide EOI.  If you cancel, your child may be able to convert coverage to an individual policy. |
| **Business Travel Accident Insurance** | ♦ Your coverage will be suspended until you return from leave. |
| **Short Term and Long Term Disability** | ♦ You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return, you can re-enroll at the coverage level you elected prior to taking your leave. You must re-enroll in order to obtain coverage again. |
| **Long-Term Care Insurance** | ♦ You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If you cancel coverage or if coverage has terminated due to nonpayment of premiums, you must |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | re-enroll upon your return to active status in order to obtain coverage again.  You'll be allowed to re-enroll at your prior level without providing EOI.  If you choose to re-enroll at an increase coverage level, you will need to provide EOI.  If your leave is longer than six months, you won't be able to re-enroll until the next annual enrollment period and you will be subject to EOI approval. If you don't return from leave, you won't have the opportunity to convert your long-term care coverage to an individual policy. |
| **Accident Insurance** | ◆   You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>◆   You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election.  You must re-enroll in order to obtain coverage again. |
| **Critical Illness Insurance** | ◆   You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>◆   You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election (if you have comprehensive medical coverage). You must re-enroll in order to obtain coverage again. |

## Things to Consider

| Will your leave extend beyond the maximum FMLA period? | ◆   While you are on FMLA leave, your health coverage premiums will remain at the active employee rate.  However, if your leave of absence extends beyond the maximum FMLA period available to you, then your coverage premiums will increase to the leave of absence rates (100% of both the employee and employer portion of the premium). |
|---|---|

## General/Personal/Medical non-FMLA/extended leave

All personal or extended leaves of absence must be approved by Tenet.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>◆   Medical<br><br>◆   Employee Assistance Program (EAP) | ◆   You can continue coverage for you and/or your dependents up to 12 months by paying leave of absence rates administered by the Benefit Solutions Center during your approved leave.<br><br>◆   During your non-protected leave you will be required to pay 100% of the plan costs to continue your health care coverage.  Your coverage will automatically end if you fail to pay for coverage while on leave.  If |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| ◆ Prescription Drug<br>◆ Dental<br>◆ Vision<br>◆ Health Reimbursement Account | your benefits are dropped for non-payment, upon return to active status, you will be required to re-enroll for coverage no later than 31 days from the date you return to work.  If you fail to enroll you will not be eligible to elect coverage again until annual enrollment or you have a life event. You will be subject to any Evidence of Insurability requirements if your benefits are dropped for non-payment and choose to re-enroll at anytime after your non-protected leave.<br><br>◆ You can drop some or all of your dependents, or you can suspend coverage entirely during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to let them know you're suspending coverage. When you return to active status, you'll need to re-enroll for coverage no later than 31 days from the date you return to work if you would like your coverage reinstated. You and your dependents will be able to re-enroll in the same health care plans you had prior to your leave.<br><br>◆ If you are enrolled in either the Gold or Health & Reimbursement option under the Medical Benefit Program and you choose to suspend your coverage during your leave, your HRA Account will be frozen during the period of your leave, and you may not obtain reimbursement from your HRA Account for any expenses incurred during the period of your leave.  If you re-enroll in the Gold or Health & Reimbursement Medical Benefit Program option upon your return, your HRA Account will be reinstated.<br><br>◆ Your EAP coverage will automatically extend during your approved leave of absence at no cost to you. |
| Health Savings Account (HSA) | ◆ If you maintain coverage in either the Silver or Health & Savings Plan medical program option, you can increase (up the maximum established by the IRS for your selected level of coverage), decrease or stop your HSA contributions.<br><br>◆ If you suspend your Silver or Health & Savings Plan coverage, you will no longer be eligible to make HSA contributions as of the last day of the month in which your coverage is suspended.  You may continue to use the remaining amounts in your HSA account to pay for eligible expenses. |
| Health Care Spending Account (HCSA) | ◆ You can continue participation during your leave by paying your contributions on an after-tax basis. Please consult with the Plan Administrator to determine a payment schedule.<br><br>◆ You can suspend participation during your leave. You'll have the opportunity to re-enroll, provided you do so within 31 days of returning to work. If you suspend participation, you won't be reimbursed for any expenses incurred during your leave. When you re-enroll, you may continue with the amount prior to your leave, elect a new amount between your previously contributed amount and the |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | amount you originally elected.   Contributions are divided evenly among your pay periods through the rest of the year. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ You can decrease or continue participation during your leave. You must pay your contributions on an after-tax basis. |
| | ♦ However, your DDCSA can only reimburse dependent care expenses incurred while you're working. If your child continues in dependent care during your family leave of absence, those expenses can't be reimbursed from the DDCSA. If you contribute to your DDCSA during your leave, the amount must be applied to dependent care expenses incurred during the part of the year when you are working. |
| | ♦ You can suspend participation during your leave. When you return to active status, you can reinstate your contributions back to the annual amount you were contributing prior to your leave or increase them to a higher amount if your provider charges are increased. When you re-enroll, your remaining contributions are divided evenly among your pay periods through the rest of the year. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ You can continue coverage during your leave for up to 12 months. |
| | ♦ If you choose not to continue your coverage during your leave, upon return to active status your coverage will be reinstated. |
| **Supplemental Employee Life Insurance and Supplemental AD&D** | ♦ You can continue coverage during your leave.   Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |
| | ♦ You can cancel coverage during your leave. If coverage has been canceled or terminated, when you return to active status, you can re-elect the coverage level you elected prior to taking your leave. EOI will be required. You must re-enroll in order to begin receiving coverage again. |
| | ♦ If you suspend Supplemental Life for yourself you must also suspend Spouse and Child Life. |
| **Spouse Life Insurance and Spouse AD&D** | ♦ You can continue coverage during your leave. If you're continuing Spouse Life Insurance, you must also continue Supplemental Employee Life Insurance.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |
| | ♦ You can cancel coverage during your leave. If coverage has been canceled or terminated, when you return, your spouse or Domestic Partner is eligible to re-enroll at the coverage level elected prior to taking your leave. You'll also need to reinstate your Supplemental Employee Life Insurance for Spouse Life coverage to take effect. EOI will be required. Your spouse or Domestic Partner must re-enroll in order to begin receiving coverage again. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you cancel, your spouse may be able to convert coverage to an individual policy. |
| Child Life Insurance and Child AD&D | ♦ You can continue participation during your leave. If you're continuing Child Life Insurance, you must also continue Supplemental Employee Life Insurance.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave.  If coverage has been canceled or terminated, when you return, you can re-enroll your children for coverage at their prior level(s). Your child must be re-enrolled in order to begin receiving coverage again.  EOI will be required.<br><br>♦ If you cancel, your child may be able to convert coverage to an individual policy. |
| Business Travel Accident Insurance | ♦ Your coverage will be suspended until you return from leave. |
| Short and Long Term Disability | ♦ You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return, you can re-enroll at the coverage level you elected prior to taking your leave. You must re-enroll in order to obtain coverage again. |
| Accident Insurance | ♦ You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election. You must re-enroll in order to obtain coverage again. |
| Critical Illness Insurance | ♦ You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election (as long as you have comprehensive medical coverage). You must re-enroll in order to obtain coverage again. |
| Long-Term Care Insurance | ♦ You can continue coverage during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ You can cancel coverage during your leave. If your coverage has been canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election. EOI will be required. If your leave is longer than six months, you won't be able to re-enroll until the next annual enrollment period and you will be subject to EOI approval. If you don't return from leave, you won't have the opportunity to convert your long-term care coverage to an individual policy. |

## Military Leave

### What is Military Leave?

Military Leave means service within the "uniformed services," as such term is defined in the Uniformed Services Employment and Reemployment Rights Act of 1994, as amended (USERRA).  It includes voluntary or involuntary duty in the Army, Navy, Marine Corps, Air Force, Coast Guard, and Public Health Service commissioned corps, as well as the reserve components of each of those services.  It also includes federal training or service in the Army National Guard and the Air National Guard.  Finally, certain disaster response work (and authorized training for such work) may be considered "uniformed service."  Please see the Department of Labor's website (www.dol.gov) or contact your Plan Administrator for more information on USERRA.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br>♦ Medical<br>♦ Employee Assistance Program (EAP)<br>♦ Prescription Drug<br>♦ Dental<br>♦ Vision<br>♦ Health Reimbursement Account | ♦ You can continue your health care coverage at active employee rates for up to 90 days. After 90 days, you may continue coverage at leave of absence rates (100% of both the employer and employee portion of the premium) for up to nine months from the initial date of the leave and then at COBRA rates (102% of both the employer and employee portion of the premium) for up to 24 months from the initial date of the leave. Leave payments are required and will be administered through the Benefit Solutions Center.<br><br>♦ You can drop some or all of your dependents, or you can suspend coverage entirely during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to let them know you're suspending coverage. When you return to active status, you'll need to re-enroll for coverage no later than 31 days from the date you return to work if you would like your coverage reinstated. You and your dependents will be able to re-enroll in the health care plans.<br><br>♦ EAP coverage will automatically extend (at no cost to you) during your military service for a period of up to 24 months from the date your military leave begins. |
| **Health Savings Account (HSA)** | ♦ If you maintain coverage in either the Silver or Health & Savings Plan medical plan option, you can increase (up to the maximum |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | established by the IRS for your level of coverage), decrease or stop your HSA contributions. |
| | ♦ If you suspend your Silver or Health & Savings Plan coverage, you will no longer be eligible to make HSA contributions as of the last day of the month in which your coverage is suspended.  You may continue to use the remaining amounts in your HSA account to pay for eligible expenses. |
| **Health Care Spending Account (HCSA)** | ♦ You can continue participation while on leave by paying your contributions on an after-tax basis. You can't change the amount of your contribution, unless you drop health care coverage for you or a dependent, in which case you can decrease your contributions.<br><br>♦ You can suspend participation while you're on leave. You'll have the opportunity to re-enroll, provided you do so within 31 days of returning to work. If you suspend participation, you won't be reimbursed for any expenses incurred during your leave. When you re-enroll, you may continue with the amount prior to your leave, elect a new amount between your previously contributed amount and the amount you originally elected.   Contributions are divided evenly among your pay periods through the rest of the year. |
| **Dependent Day Care Spending Account (DDCSA)** | ♦ You can decrease or continue participation during your leave. You must pay your contributions on an after-tax basis.<br><br>♦ Keep in mind that your DDCSA can only reimburse dependent expenses incurred while you and your spouse are working.<br><br>♦ You can suspend participation during your leave. When you return to active status, you can reinstate your contributions back to the annual amount you were contributing prior to your leave or increase them to a higher amount if your provider charges are increased. When you re-enroll, your remaining contributions are divided evenly among your pay periods through the rest of the year. |
| **Basic Life and Basic Accidental Death and Dismemberment (AD&D)** | ♦ You can continue coverage during your leave. |
| **Supplemental Employee Life Insurance and Supplemental AD&D** | ♦ You can continue coverage during your leave.  Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.)<br><br>♦ You can cancel coverage during your leave. If you cancel your coverage or if your coverage terminates due to nonpayment of premiums, you must re-enroll upon your return to active status in order to obtain coverage again.  You'll be allowed to re-enroll at your prior election without showing EOI. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ If you suspend Supplemental Life for yourself you must also suspend Spouse and Child Life. |
| **Spouse Life Insurance and Spouse AD&D** | ♦ You can continue coverage during your leave.  If you're continuing Spouse Life Insurance, you must also continue Supplemental Employee Life Insurance. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |
| | ♦ You can cancel coverage during your leave.  If your coverage is canceled or terminated, when you return, your spouse or Domestic Partner is eligible to re-enroll at the coverage level elected prior to taking your leave without showing EOI. You'll also need to reinstate your Supplemental Employee Life Insurance for Spouse Life coverage to take effect.  Your spouse or Domestic Partner must re-enroll in order to begin receiving coverage again. |
| | ♦ If you cancel, your spouse may be able to convert coverage to an individual policy. |
| **Child Life Insurance and Child AD&D** | ♦ You can continue coverage during your leave.  If you're continuing Child Life Insurance, you must also continue Supplemental Employee Life Insurance. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |
| | ♦ You can cancel Child AD&D coverage during your leave. If coverage is canceled or terminated, when you return, you can re-enroll your children for coverage at their prior level(s) without showing EOI. Your child must be re-enrolled in order to begin receiving coverage again. You'll need to reinstate your Supplemental Employee Life Insurance before Child Life coverage takes effect. |
| | ♦ If you cancel, your child may be able to convert coverage to an individual policy. |
| **Business Travel Accident Insurance** | ♦ Your coverage will be suspended until you return from leave. |
| **Short and Long Term Disability** | ♦ You can continue coverage during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |
| | ♦ You can cancel participation while you're on leave. If your coverage is canceled or terminated, when you return, you can re-enroll at the coverage level you elected prior to taking your leave. You must re-enroll in order to obtain coverage again. |
| **Accident Insurance** | ♦ You can continue coverage during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | ♦ You can cancel coverage during your leave. If coverage is canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election. You must re-enroll in order to obtain coverage again. |
| **Critical Illness Insurance** | ♦ You can continue coverage during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) <br><br> ♦ You can cancel coverage during your leave. If coverage is canceled or terminated, when you return to active status, you'll be allowed to re-enroll to your prior election (if you have comprehensive medical coverage). You must re-enroll in order to obtain coverage again. |
| **Long-Term Care Insurance** | ♦ You can continue coverage during your leave. Contact the Benefit Solutions Center at 1-844-877-8591 to arrange for premium payments. (Coverage will terminate for nonpayment of premiums.) <br><br> ♦ You can cancel coverage during your leave. If coverage is canceled or terminated, when you return to active status, you may re-enroll at your prior level without showing EOI.  If your leave is longer than six months, you won't be able to re-enroll until the next annual enrollment period and you will be subject to EOI approval. If you don't return from leave, you won't have the opportunity to convert your long-term care coverage to an individual policy. |

## Things to Consider

| | |
|---|---|
| **Are You Planning to Continue Your Tenet Coverage During a Leave of Absence?** | ♦ If you take a leave of absence and you're electing to continue eligible coverage, you'll need to pay for this coverage by each payment due date. If you do not pay your bill on time, all coverage will be dropped. |
| **How Long Is Your Family and Medical Leave Expected to Last?** | ♦ Remember, a family and medical leave can be taken only up to a maximum period of 12 or 26 weeks, as applicable (see "Family and Medical Leave" above for more information. If you arrange for additional leave, your rates will change to the leave of absence rates. You can make changes to your health care coverage again at that time. |
| **Are You Feeling Overwhelmed with Your Caregiving Responsibilities During Your Family and Medical Leave?** | ♦ If you're taking a family and medical leave to care for a loved one and you're feeling overwhelmed, the Employee Assistance Program (EAP) can assist you.  Contact the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at tenet.mybeaconwellbeing.com and speak with a counselor, who can help you through this difficult time. |
| **How Long Can Coverage Continue During a Leave of** | ♦ For personal leave, your coverage can continue up to 12 months. When coverage ends after 12 months, you can continue eligible health care coverages by electing COBRA for up to an additional 18 |

| Absence (Other Than an FMLA Leave)? | months. For military leave, your coverage can continue for up to 24 months from the date of your leave. |
|---|---|
| Will Injuries, Illnesses, or Conditions Resulting from Military Service Be Covered? | ♦ Even if your coverage under Tenet benefit programs continues during military service, many benefit programs do not offer coverage for injuries, illnesses, or conditions that result from military service. See the individual SPD sections for each benefit program for more information. |
| Are There Documentation Requirements? | ♦ If you are planning to take an FMLA, personal, or military leave, please contacting Human Resources as soon as possible to obtain approval for your leave and work out payment issues for any benefits you wish to and are permitted to continue during your leave.<br><br>♦ If the need for your FMLA leave is foreseeable, you must provide Tenet with at least 30 days' notice prior to taking your FMLA leave.<br><br>♦ You must notify Tenet Human Resources of your intent to take military leave as allowed by USERRA as far in advance as is reasonable under the circumstances. |
| Are You Increasing or Decreasing Your HSA Contributions? | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |

# If You Pass Away

Some coverages may continue after your death and others will end. Your family should be sure to review the following information carefully.

## *Helping Your Loved Ones Cope with Your Passing*

Free confidential counseling services are provided by the Employee Assistance Program (EAP). For a free consultation, your family members may contact the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at tenet.mybeaconwellbeing.com.

| What Your Family Needs to Know About . . . | What Your Family Needs to Do . . . |
|---|---|
| Health Care Coverage<br><br>♦ Medical<br><br>♦ Employee Assistance Program (EAP)<br><br>♦ Prescription Drug<br><br>♦ Dental<br><br>♦ Vision | ♦ Health care coverage for your covered dependents will end on the date of your death. If you participated in the Health Reimbursement Account, your dependents can submit for reimbursement any expenses incurred up to the date of your death. Any amounts remaining in your account after the deadline for submission of reimbursement claims will be forfeited.<br><br>♦ Your covered dependents may be eligible to continue health care coverage under COBRA for a period of up to 36 months. COBRA information will be sent to them within 44 days of the date of your death. They'll have 60 days from the date of your death or |

| What Your Family Needs to Know About . . . | What Your Family Needs to Do . . . |
|---|---|
| ◆  Health Reimbursement Account | the date they were notified of their COBRA rights, whichever is later, to elect COBRA coverage. Refer to the Other Information section for more information on COBRA. |
| Health Savings Account (HSA) | ◆  If your spouse is the designated beneficiary of your HSA, it will be treated as your spouse's HSA after your death.  (Your spouse's ability to make further contributions to the HSA will depend on whether your spouse is an eligible person as determined by rules established by the IRS.  Please consult your tax advisor for more information.)<br><br>◆  If your spouse is not the designated beneficiary of your HSA, upon your death, the HSA will stop being an HSA and the fair market value of the account will be taxable to the beneficiary in the year of your death.<br><br>◆  If your estate is the beneficiary of your HSA, the value of the HSA will be included on your final income tax return. |
| Health Care Spending Account (HCSA) | ◆  HCSA participation will end on the date of your death. Your dependents can submit for reimbursement of eligible expenses incurred only up to your date of death.  Any amounts remaining in your account after the deadline for submission of reimbursement claims will be forfeited. |
| Dependent Day Care Spending Account (DDCSA) | ◆  DDCSA participation will end on the date of your death. Your dependents cannot continue DDCSA participation under COBRA. Your dependents can continue to be reimbursed for eligible dependent care expenses incurred during the entire calendar year, up to the amount you actually contributed to your DDCSA. |
| Basic Life, Personal Accident Death and Dismemberment (AD&D), Supplemental Employee Life Insurance, Supplemental AD&D | ◆  Coverage will end on your date of death.<br><br>◆  Death claim processing will be handled through Unum. Correspondence to your beneficiary will be sent directly from Unum. |
| Business Travel Accident Insurance | ◆  Death claim processing will be handled through The Hartford. Correspondence to your beneficiary will be sent directly from The Hartford. |
| Spouse Life Insurance and Spouse AD&D | ◆  Your spouse's or Domestic Partner's life insurance coverage will end on your date of death. Your spouse or Domestic Partner may be able to convert his or her coverage to an individual policy. The life insurance carrier will mail conversion information to your spouse or Domestic Partner. |
| Child Life Insurance and Child AD&D | ◆  Your child's life insurance coverage will end on your date of death. His or her coverage may be able to be converted to an individual policy. The life insurance carrier will mail conversion information to your child. |

| What Your Family Needs to Know About . . . | What Your Family Needs to Do . . . |
|---|---|
| Short and Long Term Disability | ♦ Coverage will end on your date of death. |
| Accident Insurance | ♦ Coverage will end on your date of death. |
| Critical Illness Insurance | ♦ Coverage will end on your date of death. It may be possible for your spouse's coverage under the Critical Illness Program, if any, to be converted to an individual policy. Child coverage cannot be converted. |
| Long-Term Care Insurance | ♦ Coverage will end on your date of death. |

## Things to Consider

| | |
|---|---|
| Do Your Dependents Currently Have Tenet Health Care Coverage? | ♦ Your spouse or Domestic Partner may want to consider obtaining coverage under his or her employer's health care plan. Since there's a specific window of time in which your spouse or Domestic Partner will be able to elect employer-provided coverage as a result of losing Tenet coverage, he or she should explore this option as soon as possible.<br><br>♦ If no other coverage is available, your dependents may be eligible to elect to continue coverage under COBRA. Refer to the Other Information section for more information on COBRA. |
| Would Your Family Move as a Result of Your Death? | ♦ If your family moves to a new location after your death, they should be sure to contact the facility where you last worked, to update their address. This will help guarantee that they continue to receive beneficiary information, as well as any pertinent health care information (if they've elected COBRA continuation coverage). |

# If You Experience the Loss of a Loved One

## Coping with a Loss? The EAP is Here to Help

The Employee Assistance Program (EAP) can help you obtain support and counseling should you or your family needs professional, confidential assistance in coping with your loss. For a free consultation, all the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at tenet.mybeaconwellbeing.com.

## Making a Benefit Change?

If you're making any benefit changes due to loss of a spouse, Domestic Partner or child, please access **benefitsolutions.ehr.com** or call the Benefit Solutions Center at 1-844-877-8591 **within 31 days from the date of your loved one's passing.** You must provide notification by the deadline or you won't be able to change your benefits.

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| **Health Care Coverage**<br><br>♦ Medical<br><br>♦ Employee Assistance Program (EAP)<br><br>♦ Prescription Drug<br><br>♦ Dental<br><br>♦ Vision<br><br>♦ Health Reimbursement Account | ♦ **If your spouse dies:** You must notify the Benefit Solutions Center of the death no later than 31 days from the date of death. If currently covered under the Tenet health care plans, you must cancel your spouse's coverage. You can add or drop eligible children or change plan options. If you are not currently covered under the Tenet health care plans, you'll have 31 days from the date of death to enroll yourself and any eligible children. You must enroll yourself for coverage to cover your dependents.<br><br>♦ **If your Domestic Partner dies:** You must notify the Benefit Solutions Center of the death no later than 31 days from the date of the death. If currently covered under the Tenet health care plans, you must cancel your Domestic Partner's coverage. If your Domestic Partner qualified as your federal tax dependent (within the meaning of IRC section 152, determined without regard to sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and section 152(d)(1)(B), which contains a gross income limitation), you may change your health plan options or enroll any other dependents. If you or your dependents are not covered under Tenet's health plans and you lose coverage under another health plan as a result of your Domestic Partner's death, you may enroll yourself and any of your dependents who have lost other coverage.<br><br>♦ **If your child dies:** You must notify the Benefit Solutions Center of the death no later than 31 days from the date of death. If currently covered under the Tenet health care plans, you must cancel your child's coverage.<br><br>♦ If you enroll in the Medical Benefit Program or switch Medical Benefit Program options, you will automatically be enrolled in the Prescription Drug option associated with your elected Medical Benefit Program option. If you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you will automatically be enrolled in the Health Reimbursement Account Program. If you were previously enrolled in the Gold or Health & Reimbursement Plan option under the Medical Benefit Program and you switch to an option other than the Gold or Health & Reimbursement Plan (or if you drop Medical Benefit Program coverage altogether), your participation in the Health Reimbursement Account will terminate and you will forfeit any remaining balance in your account.<br><br>♦ There is no change to your EAP coverage as a result of the death of your loved one. |
| **Health Savings Account (HSA)** | ♦ If as a result of the death of your loved one, you change your Silver or Health & Savings Plan coverage level from family coverage to employee-only coverage, you must decrease your HSA contributions to the maximum permitted by the IRS for employee-only coverage, prorated by the number of months remaining in the taxable year. |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| | You can also stop (or increase, subject to the limits established by the IRS) HSA contributions.<br>♦ If you have other dependents covered under either the Silver or Health & Savings Plan Medical Program option, you may continue to make contributions up to the IRS HSA family coverage annual contribution limit. |
| Health Care Spending Account (HCSA) | ♦ **If your spouse dies:** If you're currently enrolled in the HCSA, you can elect to increase, decrease or stop the amount you're currently contributing to this account, provided it's within 31 days of the date of your spouse's death. If you're not currently enrolled in the HCSA, you can enroll.  Any election change must be consistent with the life event.<br><br>♦ **If your Domestic Partner dies:** No changes allowed, unless your Domestic Partner qualified as your federal tax dependent with the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)), in which case you can make the same changes as described in the prior paragraph regarding death of a spouse.<br><br>♦ **If your child dies:** If you're currently enrolled, you'll have 31 days from the date of death to decrease the amount you're currently contributing to your HCSA or stop contributions. |
| Dependent Day Care Spending Account (DDCSA) | ♦ **If your spouse dies:** If you're currently enrolled in the DDCSA, you can elect to increase, decrease or stop the amount you're currently contributing to this account, provided it's within 31 days of the date of your spouse's or Domestic Partner's death and the change corresponds to the life event. If you're not currently enrolled in the DDCSA, you can enroll, provided you have eligible dependents needing care.<br><br>♦ **If your Domestic Partner dies:** No change is allowed, unless your Domestic Partner qualified as your federal tax dependent with the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1), (b)(2), and (d)(1)(B)), in which case you can make the same changes as described in the prior paragraph regarding death of a spouse.<br><br>♦ **If your child dies:** If you're currently enrolled, you'll have 31 days from the date of death to decrease the amount you're currently contributing to your DDCSA or stop contributions. |
| Basic Life and Basic Accidental Death and Dismemberment (AD&D) | ♦ To change your beneficiary designation access ***benefitsolutions.ehr.com*** or call the Benefit Solutions Center at 1-844-877-8591. |
| Supplemental Employee Life and | ♦ **If your spouse or Domestic Partner dies:** You'll have 31 days from the date of death to enroll for coverage or increase coverage. You may |

| What You Need to Know About . . . | What You Need to Do . . . |
|---|---|
| Supplemental Accidental Death and Dismemberment (AD&D) | need to show Evidence of Insurability (EOI) before Supplemental Employee Life Insurance coverage takes effect.<br><br>♦ **If your child dies:** No change is allowed. |
| Spouse Life Insurance and Spouse AD&D | ♦ If your spouse or Domestic Partner dies, you must cancel his or her coverage.<br><br>♦ Death claim processing will be handled through Unum. |
| Child Life Insurance and Child AD&D | ♦ **If your spouse or Domestic Partner dies:** You'll have 31 days from the date of death to drop, enroll for coverage, or add children. You must be enrolled in Supplemental Employee Life Insurance to elect Child Life coverage.<br><br>♦ **If your child dies:** You must cancel your child's coverage. However, if you have other children enrolled in the plan, your coverage for these dependents will remain active.<br><br>♦ Death claim processing will be handled through Unum. |
| Short and Long Term Disability | ♦ No changes allowed. |
| Long-Term Care Insurance | ♦ No changes allowed. |
| Accident Insurance | ♦ If your spouse, Domestic Partner or child dies, you must cancel his or her coverage. |
| Critical Illness Insurance | ♦ If your spouse, child, or Domestic Partner dies, you must cancel his or her coverage.<br><br>♦ If the employee dies, there will be no coverage for your spouse, Domestic Partner or child.<br><br>♦ If the employee dies, your spouse or Domestic Partner may be eligible to convert his or her coverage to an individual policy with the Critical Illness Insurance carrier. |
| Business Travel Accident Insurance | ♦ Not applicable. You are covered for accidents which occur while travelling on company business as a full-time or part-time 1 employee. |
| Changing Beneficiaries | ♦ To change your beneficiary designation for life, AD&D, or business travel accident insurance, please access *benefitsolutions.ehr.com* or call the Benefit Solutions Center at 1-844-877-8591. |

## Things to Consider

| | |
|---|---|
| **Will You Have Higher Dependent Care Expenses or Lower?** | ♦ If you're already enrolled in the Dependent Day Care Spending Account (DDCSA) and you expect to have additional dependent care expenses, you may want to increase your contribution amount; if you expect to have lower expenses, you may want to decrease your contribution amount. |
| **Do You Need to Update Your Beneficiary File?** | ♦ If you have a beneficiary designation on file listing your deceased dependent as a beneficiary, you should complete a new beneficiary form as soon as possible by accessing *benefitsolutions.ehr.com* or by calling the Benefit Solutions Center at 1-844-877-8591. |
| **Need to Take Some Time Off to Grieve and Heal?** | ♦ If you need to take additional time off to cope with your loss, contact your local Human Resource department to obtain a copy of Tenet's bereavement policy. Also inquire about how taking a leave may affect your benefit coverage. |
| **Are You Having Difficulty Coping with Your Loss?** | ♦ Trained EAP counselors are available to help you sort through your feelings. For a free consultation, call the EAP's toll-free telephone number at 866-335-2340 or visit the EAP website at tenet.mybeaconwellbeing.com. |
| **Losing Coverage Under Your Domestic Partner's Health Plan?** | ♦ Due to federal law, if you lose coverage under your Domestic Partner's health plan because of his or her death, you may not be eligible for COBRA coverage. See "If You Lose Coverage Under Another Health Plan" above for information on how you may be able to enroll in a Tenet health plan. |
| **Are You Opening an HSA or Increasing or Decreasing Your HSA Contributions?** | ♦ *Remember, it is your responsibility to monitor your HSA contributions and make sure they fall within the parameters established by the IRS for your selected level of Silver or Health & Savings Plan coverage.* |



# *Other Information* Summary Plan Description

## About This Summary Plan Description (SPD)

This section of the SPD gives you general information about the Tenet Employee Benefit Plan (TEBP), a comprehensive welfare benefits plan, and the benefit programs offered under the TEBP, including:

◆ Details on the claims process,

◆ A description of your rights under the Consolidated Omnibus Budget Reconciliation Act (COBRA) and the Health Insurance Portability and Accountability Act (HIPAA), and

◆ Information about your protection under the Employee Retirement Income Security Act (ERISA).

# Claims Review and Appeals Procedures

Eligibility claims and claims for benefits or reimbursement under the TEBP and its benefit programs will be submitted and processed in accordance with the claims procedures set forth in this "Benefits Claims Review and Appeals Procedures" section, unless otherwise stated. Any reference to the "Claims Administrator" in this "Benefits Claims Review and Appeals Procedures" section means the Claims Administrator for the benefit program (or, with regard to benefit programs that offer multiple options, the benefit program option) under which a claim is being filed. Any reference to "plan" in this "Benefits Claims Review and Appeals Procedures" section means the TEBP and the benefit program under which a claim is being filed.

## Eligibility Claims

If you believe you are eligible to participate in a benefit program or eligible for COBRA coverage under the Medical Benefit Program, you can file an eligibility claim with Benefit Connect. In the case of a claim for COBRA eligibility, you have 30 days from the date you receive notice from Benefit Connect|COBRA that you are not eligible for COBRA. BenefitConnect|COBRA will respond to your claim within 30 days of receipt of your claim. If your claim is denied, you cannot appeal further.

## Benefit Claims

Claims for benefits must be filed by the deadline set forth in the applicable SPD section for the benefit program under which the claim is being filed. If no deadline is specified, all claims regarding benefits or eligibility must be filed no later than 12 months after the date the expense is incurred for benefits claims or the initial eligibility claim is made, respectively.

The Plan Administrator may modify or change the claims procedures at any time. You may request updated claims procedures from the Plan Administrator at no charge.

## Medical, Dental, and Health Care Spending Account Claims

The following claims procedures apply only to claims for benefits in the medical, dental, and Health Care Spending Account (HCSA) benefit programs (the "health claims") administered by Aetna, Blue

Cross Blue Shield of Texas, Blue Cross Blue Shield of Alabama, Health Plans, Inc. (HPI), and DELTA DENTAL. These procedures also apply in the event you elect to continue your medical, dental or HCSA coverage under COBRA. If you file a claim regarding eligibility under COBRA, your claim will be handled by, BenefitConnect|COBRA, as described above. For a description of the claims procedures for the medical benefit program options administered by Fallon (i.e. Fallon Select and Fallon Direct) please see the separate SPD documents or Schedule of Benefits for these options, available at *benefitsolutions.ehr.com*.

## Types of Claims

Health claims for benefits under the medical, dental, and HCSA programs should be filed with the appropriate Claims Administrator for each benefit program (or benefit program option) in accordance with the procedures and time periods described under the "How to File a Claim" heading in the SPD section for each of these benefit programs. (If no such deadline for submission of claims is specified, claims must be filed no later than 12 months after the date the expense is incurred.) (For the address of a specific Claims Administrator, please see the SPD section for the benefit program at issue.) Your claim for benefits under one of these programs will be characterized as one of the following types of claims:

## Urgent Care Claims

Urgent care claims are pre-service claims where any delay in treatment could jeopardize your health, life or ability to regain maximum function, or in the opinion of a physician with knowledge of your medical condition, subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. Your claim will be treated as an urgent care claim if the physician treating you advises the Claims Administrator that the claim meets the criteria for an Urgent care claim as defined above. Urgent care claims may be filed in writing or by telephone.

## Pre-Service Claims

Pre-service claims are claims that are conditioned on obtaining approval prior to obtaining care. For example, you are required to have all scheduled hospital stays pre-certified under the Tenet Employee Benefit Plan. Your request for pre-certification is considered to be a pre-service claim.

## Post-Service Claims

Post-service claims are any claims that are not pre-service claims or urgent care claims.

## Concurrent Claims

Concurrent claims are any claims that involve an ongoing course of treatment. Typically, concurrent claims will be handled as either a pre-service claim or urgent care claim, depending on the circumstances.

It is important to know what type of claim you have because the appeal procedures and deadlines vary depending on the type of claim involved. **These time deadlines are summarized below and described in detail following the chart.**

| Applicable Time Limits | Urgent Care Claims | Pre-Service Claims | Post-Service Claims |
|---|---|---|---|
| **Plan Provides Notice of Initial Benefits Decision** | ◆ **72 hours** after receiving the initial | ◆ **15 days** after receiving the initial claim | ◆ **30 days** after receiving the initial claim |

| Applicable Time Limits | Urgent Care Claims | Pre-Service Claims | Post-Service Claims |
|---|---|---|---|
| | claim, if it was proper and complete<br>◆ **24 hours** in the case of a concurrent claim if you request to extend the treatment at least 24 hours before it would otherwise end | ◆ **30 days** if special circumstances require an extension and you are notified in advance<br>In the case of a concurrent claim, you will be notified in advance of any reduction or termination of treatment so you may appeal the decision. | ◆ **45 days** if special circumstances require an extension and you are notified in advance |
| **Deadline for Requesting Internal Appeal** | **180 days** after receiving notice of initial decision | **180 days** after receiving notice of initial decision | **180 days** after receiving notice of initial decision |
| **Plan Notice of Decision on Internal Appeal** | **72 hours** after receiving your request | **30 days** after receiving your request | **60 days** after receiving your request for an appeal |
| **Deadline for Requesting External Review (for applicable Medical Benefit Program  or Prescription Drug Benefit Program claims only)** | **Four months** after receiving decision on internal appeal | **Four months** after receiving decision on internal appeal | **Four months** after receiving decision on internal appeal |
| **Notice of Preliminary External Review Eligibility** | **Six business days** after receiving the request for External Review | **Six business days** after receiving the request for External Review | **Six business days** after receiving the request for External Review |
| **Notice of Preliminary Expedited External Review Eligibility** | **Immediately** upon receipt of a qualifying request for expedited External Review | **Immediately** upon receipt of a qualifying request for expedited External Review | **Immediately** upon receipt of a qualifying request for expedited External Review |

| Applicable Time Limits | Urgent Care Claims | Pre-Service Claims | Post-Service Claims |
|---|---|---|---|
| Notice of External Review Decision | **45 days** after reviewer's receipt of a qualifying request for External Review | **45 days** after reviewer's receipt of a qualifying request for External Review | **45 days** after reviewer's receipt of a qualifying request for External Review |
| Notice of Expedited External Review Decision | **72 hours** after reviewer's receipt of a qualifying request for expedited External Review | **72 hours** after reviewer's receipt of a qualifying request for expedited External Review | **72 hours** after reviewer's receipt of a qualifying request for expedited External Review |
| Request for Voluntary BAC Review | **Four months** after receiving denial of claim upon internal appeal or, if you have requested External Review, 60 days after denial of claim upon External Review | **Four months** after receiving denial of claim upon internal appeal or, if you have requested External Review, 60 days after denial of claim upon External Review | **Four months** after receiving denial of claim upon internal appeal or, if you have requested External Review, 60 days after denial of claim upon External Review |
| Plan Notice of Decision on Voluntary BAC Review | **72 hours** after receiving your request for voluntary BAC Review | **60 days** after receiving your request for voluntary BAC Review | **60 days** after receiving your request for Voluntary BAC Review |

## *Detailed Description of Claims Process: Initial Benefits Decision and Internal Appeal*

### Time Limits for the Initial Benefits Decision

If you file a claim for benefits, an initial benefits decision on your claim will be provided to you within the following time periods, based on the type of claim:

**Urgent care claim — no later than 72 hours after the claim is filed**

Your urgent care claim will be reviewed by the Claims Administrator. The Claims Administrator will provide you with its initial benefits decision on your urgent care claim as soon as possible taking into account your medical condition, but not longer than 72 hours after the claim is received. If the urgent care claim is a concurrent claim (i.e., involves approval to extend a current course of treatment), the decision will be provided at least 24 hours before plan coverage would otherwise end, as long as your request is made at least 24 hours before your treatment would otherwise end. (If you do not make your claim at least 24 hours before coverage would otherwise end, the 72-hour rule will apply). Notice may be by telephone or in person followed by written or electronic notification.

If additional information is required to process your urgent care claim, you will be notified of the information necessary as soon as possible, but not later than 24 hours after your claim is filed, and you will be given at least 48 hours to provide the information. The Claims Administrator will provide you

with its initial benefits decision within 48 hours after the end of the additional time period (or after receipt of the information, if earlier).

If your claim names a specific claimant, medical condition and service or supply for which approval is requested, and is submitted to a plan representative responsible for handling benefit matters, but otherwise fails to follow the plan's procedures for filing pre-service urgent care claims, you will be notified of the failure within 24 hours and of the proper procedures to be followed. The notice may be oral unless you request written notification.

**Pre-service claim — no later than 15 days after the claim is filed**

Your pre-service claim will be reviewed by the Claims Administrator. The Claims Administrator will provide you with its initial benefits decision on your pre-service claim within a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after the claim is received. The 15-day period may be extended up to an additional 15 days due to circumstances outside the plan's control. In that case, you will be notified of the need for the extension before the end of the initial 15-day period. If additional information is necessary to process your claim, you will be advised of the specific information necessary and given 45 days to provide such information, and the Claims Administrator's deadline for providing you with its initial benefits decision will be tolled from the date the Claims Administrator sent you the notice requesting additional information until the earlier of (1) the date the Claims Administrator receives the requested information, or (2) the expiration of the 45-day period given to you to provide the requested information. If you fail to provide the additional information within the 45-day period, the initial benefits decision will be made without regard to this information.

If your claim names a specific claimant, medical condition and service or supply for which approval is requested, and is submitted to a plan representative responsible for handling benefit matters, but otherwise fails to follow the plan's procedures for filing pre-service claims, you will be notified of the failure within five days and of the proper procedures to be followed. The notice may be oral unless you request written notification.

If the claim is a concurrent claim (i.e., seeks approval to seek an ongoing course of treatment), the decision will be provided in sufficient time to permit you to appeal the decision and obtain a decision on appeal before plan coverage would otherwise end.

**Post-service claim — no later than 30 days after the claim is filed**

Your post-service claim will be reviewed by the Claims Administrator. The Claims Administrator will provide you with its initial benefits decision on your post-service claim within a reasonable period of time, but not later than 30 days after the claim is received. The 30-day period may be extended up to an additional 15 days due to circumstances outside the plan's control. In that case, you will be notified of the need for the extension before the end of the initial 30-day period. If additional information is necessary to process your claim, you will be advised of the specific information necessary and given 45 days to provide that information, and the Claims Administrator's deadline for providing you with notice of its initial benefits decision will be tolled from the date the Claims Administrator sends the notice of extension until the earlier of (1) the date the Claims Administrator receives the additional information, or (2) the expiration of the 45-day period given to you to provide the requested information. If you fail to provide the additional information within the 45-day period, the initial benefits decision will be made without regard to this information.

## Notice of a Denial of Initial Benefit Claim

A denial of your benefit claim includes (i) a denial, reduction, or termination of your benefit, (ii) the benefit program's failure to provide or make a payment (in whole or in part) for a benefit, or (iii) a cancellation or discontinuance of a benefit that has a retroactive effect.

If your claim for a benefit is denied in whole or in part, the Claims Administrator will notify you of the denial within the time limits described above. The notice will either be in the form of an Explanation of Benefits (EOB) statement or a letter and will include, to the extent required by law, the following information: (i) information sufficient to identify the claim involved, including the date or dates of service, the health care provider, and the claim amount (if applicable), (ii) the specific reasons for the denial, including the denial code and its meaning and a description of any standard relied upon to deny the claim, (iii) references to the specific plan provisions on which the denial is based, (iv) a description of any additional material or information necessary for you to perfect your claim and an explanation of why such material or information is necessary, (v) a statement that, upon request and free of charge, you will be provided reasonable access to and copies of all documents, records and other information relevant to your claim for benefits,  (vi) a description of the plan's review procedures and the time limits applicable to such procedures, including a statement of your right to bring a civil action under section 502(a) of ERISA  or, in the case of a medical (or prescription drug) claim only, to request an external review following an adverse decision on appeal, and (vii) a statement regarding the availability of any applicable office of health insurance consumer assistance or ombudsman established to help claimants with plan claims and appeals and external reviews, including contact information. For urgent care claims, the notice will include a description of the expedited appeal review process applicable to your claim and such notice may be provided by telephone, provided that a written or electronic notification is given to you no later than three days after the oral notification. A notice of a denial of your benefit claim will also, to the extent applicable, contain the information described in "Special Rules Regarding Claims."

## Internal Appeal

If your initial claim for benefits is denied, you have the right to request an appeal of this denial (i.e., an "internal appeal" or "appeal"). The appeal of your benefit claim will be conducted by the Claims Administrator. You have up to 180 days after you receive notice of a denial of your claim to request the Claims Administrator to reconsider your claim (unless a later date is permitted by the Claims Administrator for the benefit program or benefit program option at issue). Requests for internal appeal must be made in writing (or orally, but only if your claim is an urgent care claim), and you should provide your name, the patient's name, the date of service and the amount of the charge. See "Special Rules Regarding Claims."

## Time Limits for Internal Appeal of Claims and Notice Requirements

The Claims Administrator will provide you with notice of its decision on your request for internal appeal within the following time periods: (i) 72 hours after receiving such request, in the case of an urgent care claim, (ii) 30 days after receiving such request, in the case of a pre-service claim, and (iii) 60 days after receiving such request, in the case of a post-service claim.

If your claim is denied in whole or in part, the notice of denial of your claim upon first-stage review will include, to the extent required by law, the following information: (i) information sufficient to identify the claim involved, including the date or dates of service, the health care provider, and the claim amount (if applicable), (ii) the specific reasons for the denial, including the denial code and its meaning and a description of any standard relied upon to deny the claim, (iii) references to the specific plan provisions on which the decision is based, (iv) a statement that, upon request and free of charge, you will be provided reasonable access to and copies of all documents, records and other information relevant to your claim for benefits, (v) a statement describing the plan's voluntary BAC appeal procedures and voluntary binding arbitration procedures (and a statement of your right to obtain information about that procedure),  (vi) in the case of a medical (or prescription drug) claim only, a statement of your right to file a request for an external review (including information on how to file a request for an external review and the time limits that apply),(vii) a statement regarding  your right to bring a civil action under section 502(a) of ERISA, (viii) a statement regarding the availability of any

applicable office of health insurance consumer assistance or ombudsman established to help claimants with plan claims and appeals and external reviews (to the extent applicable), including contract information. The notice will also, to the extent applicable, contain the information described in Special Rules Regarding Claims.

## Special Rules Regarding Claims

During the initial claim determination and the internal appeal, you have the right to review your claim file, and you may submit written comments, documents, records and other information with respect to your claim, regardless of whether or not such information was considered during the initial or a prior level of review. You will be provided, free of charge, with any new or additional evidence that the BAC or Claims Administrator (as appropriate, see the chart under "Delegation of Authority" below) considered or generated in connection with the claim as soon as possible so that you have an opportunity to respond before the date the decision is required on your appeal. Similarly, your appeal cannot be denied based on a new or additional rationale until you have been provided with the rationale, free of charge. This must be done as soon as possible so that you have an opportunity to respond before the date the decision is required on your appeal. In addition, the plan must continue to provide coverage for a Concurrent Claim (to the extent such continued coverage is required by Department of Labor regulation 29 C.F.R. 2560.503-1(f)(2)(ii)) until your appeal has been decided.

You will be notified of your right to request the diagnostic and treatment codes (and their meanings) in all notices of medical and prescription drug benefit claim denials, and such information will be provided to you upon request. A request for a diagnostic and/or treatment code will not be considered, in itself, to be a request for an internal appeal or External Review.

Also, during internal appeal, the reviewer will be a different individual than the prior reviewer utilized during the initial determination of your claim (and will not be a subordinate of the prior reviewer). The reviewer will fully and fairly review your claim, taking into account any additional information you submit, and will not give deference to any prior benefits decision. No decisions regarding hiring, compensation, termination, promotion, or other similar matters with respect to the reviewer will be based on the likelihood that the reviewer will support a denial of benefits.

If your request for internal appeal is based in whole or part on medical judgment, the reviewer will consult with a health care professional who has the appropriate training and experience in the field of medicine involved in the medical judgment, and who is not the same person consulted in the prior determination of your claim. If an internal rule, guideline, protocol or other similar criterion was relied upon in deciding your claim, any notice of denial will include a statement that a description of such rule will be provided to you free of charge upon written request. If any denial is based on medical necessity, experimental treatment or similar exclusion, the notice will include a statement that an explanation of the scientific or clinical judgment that formed the basis for the decision, applying the terms of the plan to your medical condition, will be provided to you free of charge upon written request. Finally, if an expert was consulted in connection with your benefits determination, you will be given the identity of such individual upon written request.

## *External Review*

## Request for External Review

If your claim for benefits under the Medical Benefit Program (or Prescription Drug Benefit Program) is denied in whole or in part upon internal appeal, you may file a request ("Request") for a review by an independent decision-maker (an "External Review") within four months after the day you receive such denial on or the day your claim is deemed denied on internal appeal (a "Denial"). (Note: If your denied claim is for benefits under the Dental Benefit Program or the Health Care Spending Account Program, please see "Voluntary BAC Review" below.) Your Request should be submitted to the Claims Administrator for the benefit program or benefit program option at issue. The four-month deadline

may be modified as illustrated in the following examples:  If the day you receive the Denial notice is October 30, because there is no February 30, the Request must be filed by March 1.  If the filing deadline would fall on a Saturday, Sunday, or federal holiday, the deadline is extended to the next day that is not a Saturday, Sunday, or federal holiday.

## Preliminary Eligibility Determination

Within five business days after receiving the Request, the Claims Administrator must determine whether:

◆  You had coverage under the plan at the relevant time;

◆  The Denial is not related to ineligibility under the plan;

◆  You have completed the required steps of the  internal claims appeal process as described in this "Benefits Claims Review and Appeals Procedures" section (or you have been deemed to complete the required steps of the internal review process because of the Plan's failure to meet  the requirements set forth above (with the exception of minor errors attributable to good cause or matters beyond the Plan's control); and

◆  You have provided all information and forms required to process an External Review.

If the Claims Administrator determines that you have not met any of these four requirements, your Request is ineligible for an External Review.

Within one business day after making these determinations, the Claims Administrator will provide you a written notice of its determination.  If your Request is complete but does not meet the requirements for an External Review, the notice will include the reasons the Request is ineligible as well as contact information for the Employee Benefits Security Administration.  If your Request is not complete, the notice will describe the information or materials needed to complete the Request.  Your deadline for completing the Request is the end of the 4-month period described under "Request for External Review" above or, if later, 48 hours after you received the notice that the Request was incomplete.

## External Review

If your Request qualifies for External Review, it will be assigned to one of the qualified independent reviewers with which the Claims Administrator has a contract ("Reviewers").  Within five business days after assigning your Request to the Reviewer, the Claims Administrator must provide the Reviewer the documents and information that were considered in making the Denial.

The Reviewer will give you written notice of the acceptance of your Request for External Review.  The notice will include a statement that you have ten business days to submit additional written information.  The Reviewer must consider this information in its review.  (The Reviewer also may agree to consider additional information submitted after ten business days.)  Within one business day after receiving additional information from you, the Reviewer must forward the information to the Claims Administrator.  The Claims Administrator may reconsider the Denial based on this additional information.  If the Claims Administrator decides to reverse its Denial and provide coverage or payment, it must provide written notice to you and to the Reviewer within one business day after making the decision.  The Reviewer will terminate the External Review if it receives this notice.

Unless the Claims Administrator reverses its decision, the Reviewer will review all of the information and documents that you submit by the deadline.  In reaching its decision, the Reviewer will make its own independent decision of the claim and will not be bound by any decisions or conclusions reached during the benefit program's internal claim and appeal process.

In addition to the documents and information provided by you and the Claims Administrator, the Reviewer will consider the following information or documents if they are available and the Reviewer considers them appropriate:

◆ Your medical records;

◆ Your attending health care professional's recommendation;

◆ Reports from appropriate health care professionals and other documents submitted by the plan, you, or your treating provider;

◆ The terms of the plan unless the terms are inconsistent with applicable law;

◆ Appropriate practice guidelines, which must include applicable evidence-based standards;

◆ Any applicable clinical review criteria developed and used by the Claims Administrator, unless the criteria are inconsistent with the terms of the plan or with applicable law; and

◆ The opinion of the Reviewer's clinical reviewer(s) after considering the information described above to the extent the information or documents are available and the clinical reviewer(s) consider them appropriate.

The Reviewer will provide written notice of its decision to you and the plan within 45 days after the Reviewer receives your Request. The notice will contain:

◆ A general description of the reason for the Request and information that identifies the claim, including the date or dates of service, the health care provider, the claim amount (if applicable), the diagnosis code and its meaning, the treatment code and its meaning, and the reason for the previous denial;

◆ The date the Reviewer received the Request and the date of its decision;

◆ References to the evidence or documents (including the specific coverage provisions and evidence-based standards) considered in reaching its decision;

◆ A discussion of the principal reason(s) for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision;

◆ A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to you or the plan;

◆ A statement that review by a judge may be available to you; and

◆ Current contact information, including phone number, for any office of health insurance consumer assistance or ombudsman.

The Reviewer will maintain records of all claims and notices associated with the External Review process for six years and make these records available for examination by you, the plan, or a state or federal oversight agency upon request (except where disclosure would violate state or federal privacy laws).

## Expedited External Review

You may file a Request for an expedited (faster) External Review in certain circumstances involving emergency services or where a longer review period could put you in jeopardy. Specifically, you may file this type of request if you receive:

◆ A Denial that involves a medical condition for which the time allowed for completion of an expedited appeal under the plan's internal appeal process would seriously jeopardize your life or health, or would jeopardize your ability to regain maximum function, and you have filed a request for an expedited internal appeal with the Claims Administrator; or

◆ A Denial if you have a medical condition where the time allowed for completion of a standard External Review would seriously jeopardize your life or health, or would jeopardize your ability to regain maximum function; or

◆   A Denial that concerns an admission, availability of care, continued stay, or a health care item or service for a condition for which you received emergency services if you have not been discharged from the facility.

The processing of your Request will be substantially the same as described above for other Requests, with the following exceptions:

◆   The decision and notice of eligibility on the Preliminary Review will be made immediately upon the Claim Administrator's receipt of your request; and

◆   If the Request is eligible for External Review, the Claims Administrator will transmit required information and documents to the Reviewer electronically, by telephone or facsimile, or any other fast, available method; and

◆   The Reviewer will provide you and the Claims Administrator notice of its decision as quickly as your medical condition or circumstances require, but in no event more than 72 hours after the Reviewer receives the request for an expedited External Review.  If the Reviewer's notice is not provided in writing, within 48 hours after the date of providing that notice, the Reviewer will provide written confirmation of the decision to you and the Claims Administrator.

## Voluntary BAC Review

### Request for Voluntary Review

If your claim is denied on internal appeal or External Review (if you have requested External Review), you may choose to file a request for Voluntary BAC Review.  Your request for Voluntary BAC Review should be made no later than four months after you receive the notice of denial on internal review, or, if you have requested External Review, 60 days after the date you receive notice of denial upon External Review.

Requests for Voluntary BAC Review should be submitted to the Tenet Benefits Administration Committee (BAC), which is the Plan Administrator for the TEBP.  Requests for Voluntary BAC Review must be made in writing (or orally, but only if your claim is an urgent care claim), and you should provide your name, the patient's name, the date of service, the amount of the charge, a detailed explanation of the reason you are appealing the claim, and any supporting documentation you have regarding your claim or argument for payment.  You may not request Voluntary BAC Review unless you have completed the applicable internal appeals process.

### Time Limits for Voluntary BAC Review and Notice of Decision

The BAC will provide you with a notice of its decision upon Voluntary BAC Review within: (i) 72 hours after receiving the request, in the case of an urgent care claim, or (ii) 60 days after receiving your request, in the case of a pre-service claim or post-service claim.

If your claim is denied in whole or in part upon voluntary BAC Review, the notice of denial will include a discussion of the decision to deny the claim on Voluntary BAC Review and a statement of any other dispute resolution rights you may have, such as voluntary mediation or arbitration, or the right to file suit under federal law.

## Prescription Drug Claims

The following claims procedures apply to claims for prescription drug benefits under the Medical Benefit Program in the TEBP.  These procedures also apply in the event you elect to continue your medical coverage under COBRA.  If you file a claim regarding eligibility for COBRA,  your claim will be handled by BenefitConnect|COBRA.

## Types of Claims

You have the right to appeal all decisions regarding claims for prescription drug benefits, including but not limited to co-payments decisions, plan exclusions, plan limits, and drugs not covered. The Claims Administrator classifies claims for prescription drug benefits into two types: **administrative reviews and appeals** and **clinical reviews and appeals.**

### Administrative Reviews and Appeals

These are benefit coverage decisions that are strictly based on your plan's benefit design (plan rules) without clinical criteria or the need to obtain information from the prescriber. Administrative reviews and appeals include appeals of decisions regarding the following:

- ◆ Cost share (including co-pays and deductibles)
- ◆ Pharmacy network (participating or nonparticipating)
- ◆ Plan exclusions (for certain categories of drugs, such as cosmetic, etc.)
- ◆ Plan limitations (such as maximum days' supply, maximum refill limits, and limits based on age or gender)

### Clinical Reviews and Appeals

These are benefit coverage decisions that are based on your plan's conditions of coverage and require additional information to be obtained from the prescriber. Clinical reviews and appeals include appeals of decisions regarding the following:

- ◆ Coverage programs (Prior Authorization, Smart Rules, Quantity Per Dispensing Event)
- ◆ Closed formulary (Rx SelectionsTM)
- ◆ Incentive co-pays  (formulary incentives, generic incentives)

## Review and Appeals Process

### Initial Benefit Determination

A claim for benefits prescription drug benefits should be filed in accordance with the procedures and time periods set forth under the "How to File a Claim" section of the Prescription Drug SPD.  (If no time period is specified, claims must be filed no later than 12 months after the date the expense was incurred).

The **administrative review process** begins when you or your representative submits a request for benefit coverage in writing. The Claims Administrator will review this request and either approve or deny coverage in writing based on the plan's parameters (i.e., initial benefit determination). If your claim is denied, you will receive a written notification of the Claims Administrator's decision within the time periods set forth in the "Medical, Dental, and Health Care Spending Account Claims" section above for initial determinations of urgent care claims, pre-service claims, and post-service claims. The notice will contain the information described under the "Notice of a Denial of Initial Benefit Claim" subsection of the "Medical, Dental, and Health Care Spending Account Claims" section above.

The **clinical reviews process**, including coverage authorization and formulary reviews, begins when you or your representative submits a request for benefit coverage in writing or when your physician requests a coverage review by phone or fax.  The Claims Administrator will review this request and either approve or deny coverage in writing based on the plan's parameters (i.e., initial benefit determination). If your claim is denied, you will receive a written notification of the Claims Administrator's decision within the time periods set forth in the "Medical, Dental, and Health Care Spending Account Claims" section above for initial determinations of urgent care claims, pre-service claims, and post-service claims.  The notice will contain the information described under the "Notice of Denial of Initial Benefit Claim" subsection of the "Medical, Dental, and Health Care Spending Account Claims" section above.  Direct claims occur when you have paid for a prescription and then submit a

claim for reimbursement. A rejected direct claim or a partially paid direct claim is considered a claim denial.

If your claim is an urgent care claim (as such term is defined under the "Medical, Dental, and Health Care Spending Account Claims" section above, an initial benefit determination will be rendered to you (in the manner described in such section) within 72 hours of receipt of the request.

## *Appealing Claim Denials*

In appealing a denial of your claim for prescription drug benefits, you (and the Claims Administrator) will have all of the rights and responsibilities set forth in the claims procedures for the Medical, Dental, and Health Care Spending Account Programs (including the rights under "Special Rules Regarding Claims"), except as modified below.  There are two levels of internal appeals (called "First Stage Review" and "Final Review") for Prescription Drug Program claims.

### First-Stage Review

You have up to 180 days after you receive notice of a denial of your claim to request the Claims Administrator to reconsider your claim (i.e., file a request for first-stage review). Requests for first-stage review must be made in writing (or orally, but only if your claim is an urgent care claim), and you should provide your name, the patient's name, the date of service and the amount of the charge. See the "Special Rules Regarding Claims" under the "Medical, Dental, and Health Care Spending Account Claims" section above.

If your claim is an administrative appeal, it will be reviewed and evaluated by a dedicated appeals unit of the Claims Administrator to determine if the drug use meets the coverage conditions specified or intended by the plan.  If approval is granted, benefits are authorized for the proposed drug therapy. If, however, the drug coverage is denied, you will be notified of the denial in accordance with the procedures, and notice requirements set forth in "Time Limits for Internal Appeal of Claims and Notice Requirements" under the "Medical, Dental, and Health Care Spending Account Claims" section above, except that the deadline for receiving a notice of denial of a pre-service claim will be 15 days instead of 30 days, and a post-service claim will be 30 days instead of 60 days.

If your claim is a clinical appeal, it will be reviewed and evaluated by the appeals committee established by the Claims Administrator to determine if the drug use meets the coverage conditions specified or intended by the plan. This committee consists of two clinical pharmacists and a physician. If approval is granted, benefits are authorized for the proposed drug therapy. If the drug coverage is denied, you will be notified of the denial in accordance with the time limits, procedures, and notice requirements set forth in "Time Limits for Internal Appeal of Claims and Notice Requirements" under the "Medical, Dental, and Health Care Spending Account Claims" section above, except that the deadline for receiving a notice of denial of a pre-service claim will be 15 days instead of 30 days, and a post-service claim will be 30 days instead of 60 days.

### Final Review

If your Prescription Drug Program claim is denied on First-Stage Review, you may request a Final Review of your claim from the Claims Administrator.  You must request Final Review within 180 days of receiving the notice of denial of your claim upon First-Stage Review.  Your request should be made in accordance with the process for requesting a First-Stage Review (as described in "First-Stage Review" above.), and the Final Review of your claim will follow the process described in "First-Stage Review" above.  If your claim is denied upon First-Stage Review, you will receive a notice of denial of your claim within 72 hours after receipt of your request for Final Review in the case of an urgent care claim, 15 days after receipt of your request for Final Review in the case of a pre-service claim, and 30 days after receipt of your request for Final Review in the case of a post-service claim.  The notice of denial will

contain the information described in "Time Limits for Internal Appeal of Claims and Notice Requirements" under the "Medical, Dental, and Health Care Spending Account Claims "section above.

## External Review

If your claim for benefits is denied on internal appeal, you may request an External Review (as described under "Medical, Dental, and Health Care Spending Account Claims").

## Voluntary BAC Review

If your claim is denied on internal appeal or External Review (if you have requested and received External Review), you may request a Voluntary BAC Review in accordance with the procedures described in "Voluntary BAC Review" under the "Medical, Dental, and Health Care Spending Account Claims" section above. If your claim is denied on Voluntary BAC Review, you will be notified of the denial in accordance with the time limits, procedures, and notice requirements set forth in "Time Limits for Voluntary BAC Review and Notice of Denial" under the "Medical, Dental, and Health Care Spending Account Claims" section above.

## Vision

A claim for benefits under the Tenet Vision Benefit Program should be submitted in accordance with the procedures set out in Tenet Vision Benefit Program SPD section. These procedures also apply in the event you elect to continue your vision coverage under COBRA. If you file a claim regarding eligibility for COBRA,   your claim will be handled by BenefitConnect|COBRA.

If your claim for benefits under the program is denied in whole or in part, you may request a review in writing from the Claims Administrator within 180 days following receipt of the denial. Claims for vision benefits will be treated like post-service health claims as described above under the "Medical, Dental, and Health Care Spending Account Claims" section, except as modified below. You have the same rights and responsibilities (including the rights set forth in "Special Rules Regarding Claims"), and the same notification procedures (except the right to diagnostic and treatment codes) and timelines will apply.

If your claim for benefits is denied on internal appeal, you may file suit under federal law as described in "Exhaustion of Claims" below.

## EAP

Typically, you will not need to submit a claim in order to receive benefits under the EAP. However, if you have been denied a benefit or service under the EAP which you believe you are entitled, you may file a claim with the person or organization delegated responsibility for rendering an initial claims decision for such program, as set forth in the "Delegation of Authority" chart below and in accordance with the terms of the SPD section for the EAP. If your claim for benefits is denied in whole or part, you will receive a notice of that denial within the time frames and containing the applicable information specified in "Detailed Description of Claims Process: Initial Benefits Decision and Internal Appeal" under the Medical, Dental, and Health Care Spending Account claims review procedures.  You will also have the right to appeal a denial of your claim, in accordance with the time frames and procedures set forth in "Detailed Description of Claims Process: Initial Benefits Decision and Internal Appeal." Denied claims under the EAP are not eligible for external review or voluntary BAC review.

## Short-Term Disability, Long-Term Disability, Long-Term Care, and Life/AD&D,

For information on the claims review procedures for the short-term disability, long-term disability, long-term care, and life/AD&D benefit programs, please see the individual policies located on benefitsolutions.ehr.com > Financial > Disability Benefits.

## Exhaustion of Claims

You cannot bring any legal action against the plan, Plan Administrator, or Claims Administrator for any reason unless you first complete all non-voluntary steps in the appeal process as described in this "Claims Review and Appeals Procedure" section. (However, you may be treated as having completed all these steps with respect to a health claim or a prescription drug claim if the plan fails to comply with its obligations at any point in the claims and appeal process, unless the plan's failure to comply is de minimis, non-prejudicial, attributable to good cause or matters beyond the plan's control, in the context of an ongoing, good-faith exchange of information, and not reflective of a pattern or practice of non-compliance.) Note: You do not have to complete External Review or Voluntary BAC Review before bringing a legal action. After completing the claims and appeals process, if you want to bring such a legal action you must do so within one year of the date you are notified of the final decision on your appeal or, if you have requested and received External Review or Voluntary BAC Review, one year after the date you are notified of the final decision upon External Review or Voluntary BAC Review, or you lose any rights to bring such an action.

## Authorized Representative

An authorized representative may act on your behalf in pursuing a claim under any benefit program offered through the TEBP. (Any references to "you" in the description of claims review procedures under the TEBP shall be interpreted to mean "you or your authorized representative.") An authorized representative means a person you authorize, in writing, to act on your behalf. The benefit program will also recognize a court order giving a person authority to submit claims on your behalf. The Plan or Claims Administrator may determine reasonable procedures for determining whether an individual has been authorized to act on your behalf. However, in case of a medical claim involving urgent care, a health care professional with knowledge of your condition may always act as your authorized representative.

## Delegation of Authority

In some cases, the Tenet Benefits Administration Committee (BAC) has delegated its discretionary authority and responsibility as Plan Administrator for determining benefits and claims under the TEBP (and the benefit programs and benefit program options) to a Claims Administrator. If such delegation of authority has occurred, the Claims Administrator for the benefit program or benefit program option at issue has the discretionary authority, in processing claims and appeals, to interpret the provisions of the TEBP and the benefit program and to interpret the facts and circumstances of claims for benefits. No benefits will be paid under the TEBP and/or the benefit program at issue unless the BAC or Claims Administrator, as applicable, decides in its sole discretion that the claimant is entitled to the benefits (or the benefits are required to be paid as a result of an external review (see "External Review" above), lawsuit, or binding arbitration (see "Binding Arbitration" below)). Any decision made by the BAC or Claims Administrator, as applicable, upon internal appeal is conclusive and binding, unless you file a permissible request for External Review (see "External Review" above), request a Voluntary BAC Review after completion of the internal appeal process, file suit under ERISA upon denial of your claim on final appeal, or request binding arbitration as described below.

The chart below depicts the person or entity with responsibility for deciding each type of claim under the TEBP:

| Benefit Program | Claim Type | Initial Determination | Internal Appeal | External Review | Voluntary BAC Review |
|---|---|---|---|---|---|
| Medical | Urgent Care Benefit Claims | Claims Administrator | Claims Administrator | Independent Reviewer | BAC |
| | Pre-Service Benefit Claims | Claims Administrator | Claims Administrator | Independent Reviewer | BAC |
| | Post-Service Benefit Claims | Claims Administrator | Claims Administrator | Independent Reviewer | BAC |
| EAP | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| Dental | Urgent Care Benefit Claims | Claims Administrator | Claims Administrator | N/A | BAC |
| | Pre-Service Benefit Claims | Claims Administrator | Claims Administrator | N/A | BAC |
| | Post-Service Benefit Claims | Claims Administrator | Claims Administrator | N/A | BAC |
| Prescription Drug | Urgent Care Benefit Claims | Claims Administrator | Claims Administrator | Independent Reviewer | BAC |
| | Pre-Service Benefit Claims | Claims Administrator | Claims Administrator (Both First-Stage and Final Review) | Independent Reviewer | BAC |
| | Post-Service Benefit Claims | Claims Administrator | Claims Administrator (Both First-Stage and Final Stage) | Independent Reviewer | BAC |
| Vision Program | Benefit Claims | Claims Administrator | Claims Administrator | N/A | BAC |
| Health Care Spending Account | Benefit Claims | Claims Administrator | Claims Administrator | N/A | BAC |
| Dependent Day Care Spending Account | Benefit Claims | Claims Administrator | Claims Administrator | N/A | BAC |

| Benefit Program | Claim Type | Initial Determination | Internal Appeal | External Review | Voluntary BAC Review |
|---|---|---|---|---|---|
| Short-Term Disability | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| Long-Term Disability | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| Life / AD&D | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| Critical Illness | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| Long-Term Care | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| Business Travel | Benefit Claims | Claims Administrator | Claims Administrator | N/A | N/A |
| All Benefit Programs | Eligibility Claims including eligibility for COBRA | BenefitConnect | BenefitConnect | N/A | BAC |

A claim that is to be reviewed by the BAC (as depicted on the preceding chart) should be submitted to the BAC at the following address:

Tenet Healthcare Corporation
c/o Benefits Administration Committee
Attn: Health and Welfare Benefits Department
14201 Dallas Parkway
Dallas, TX 75254

A claim that is to be reviewed by the Claims Administrator (as depicted on the preceding chart) should be submitted to the appropriate Claims Administrator for the benefit program or benefit program option as set forth in the individual SPD section for that benefit program. A Request for an External Review should be submitted to the Claims Administrator for the benefit program or benefit program option at issue.

## Binding Arbitration

If your claim for benefits under the medical, dental, prescription drug, Health Care Spending Account or Dependent Day Care Spending Account benefit programs is denied in final review, you may elect between submitting the claim to binding arbitration or filing a case in federal district court. (Your claim for benefits under any other benefit programs offered by the TEBP is not eligible for binding arbitration.) You may choose to submit your claim to binding arbitration, but you will not be forced to do so. A decision as to whether to submit your claim to binding arbitration will not affect your rights to any other benefits under the TEBP. However, once you elect binding arbitration, the decision is final and you will not have the right to bring a lawsuit in court.

◆ The TEBP will waive any right it may have to assert that you failed to exhaust your administrative remedies if you do not elect to submit a benefits dispute to binding arbitration, provided that the benefits dispute has been processed through first-stage and final review.

◆ Any statute of limitations or other timeliness defense the TEBP may raise will be tolled during the time binding arbitration is pending.

◆ Binding arbitration is available only after the final-review stage of the claims procedures described above.  If your claim is eligible for External Review, you may submit your claim for binding arbitration before, after, concurrently with, or in lieu of, a request for External Review, as long as binding arbitration is requested within the deadline set forth in "How Binding Arbitration Works" below.

◆ Upon written request, you will be provided sufficient information about the claim to make an informed judgment about whether to submit your claim to binding arbitration.

◆ You will not be required to pay any fees or costs associated with the binding arbitration offered under the TEBP. However, if you choose to be represented by an attorney during the binding arbitration process, you will be responsible for your attorney's fees. The arbitrator, as part of his or her award, may provide for the payment of such attorney's fees.

## How Binding Arbitration Works

1. You may request binding arbitration if your claim is still not resolved to your satisfaction after all required levels of review have been completed. Your request for binding arbitration should be submitted in writing to the Plan Administrator within one year of your last appeal denial (excluding a denial on External Review). This means that you may contest the denial of your claim only by submitting the matter to arbitration within this deadline. In this event, you and the Plan Administrator will select an arbitrator from a list of names supplied by the American Arbitration Association (AAA), in accordance with the Association's selection procedures, and the arbitration will be conducted in accordance with the Association's commercial arbitration rules and procedures.

2. The arbitration will be held in a major metropolitan area (closest to your place of employment), unless you and the Plan Administrator agree to another site. The arbitrator's authority will be limited to the affirmation or reversal of the Plan Administrator's (or Claim Administrator's) denial of the claim, based on whether the claim was denied arbitrarily or capriciously. The arbitrator does not have the power to alter, add to or subtract from any provision of the plan or Trust agreement, and can't interfere with the proper exercise of the Plan Administrator's discretion. In addition, the arbitrator does not have the authority to award extra-contractual, compensatory or consequential damages.

3. Except as otherwise required by applicable law and as provided in paragraph 4 below, the arbitrator's decision will be final and binding between you and the Plan Administrator, if warranted by the evidence and if reasonably based on applicable law and the provisions of the plan or Trust agreement, and may be filed with any court of competent jurisdiction. The arbitrator's decision will not serve as a precedent for any other claim unless the decision has been confirmed by a court of competent jurisdiction.

4. If your claim is eligible for External Review, you may request External Review either before or after receiving the arbitrator's decision, provided that the period for requesting External Review (four months after the denial of your claim on final review, not the denial of your claim on binding arbitration) has not expired.   If your claim is eligible for both External Review and binding arbitration, and you request both External Review and binding arbitration within the time periods and in accordance with the procedures set forth in this SPD, then (i) the decision of the Reviewer

upon External Review will control if received subsequent to the decision of the arbitrator, and (ii) the decision of the arbitrator will control if received subsequent to the decision of the Reviewer upon External Review.

Keep in mind that this binding arbitration option applies only to the Tenet medical, prescription drug, dental, HCSA and DCSA benefit programs. These binding arbitration procedures do *not* apply to Tenet's vision, AD&D, long-term disability, short-term disability, or long-term care benefit programs. Nor do they apply to fully insured managed care plans, to benefits covered by another plan or to requests to change the plan to accommodate a special need.

# COBRA — Continuing Your Health Care Coverage

COBRA, the Consolidated Omnibus Budget Reconciliation Act, gives you and your eligible dependents the option to continue your health care coverage (medical, which includes prescription drug and health reimbursement account coverage (if applicable), vision; dental; and the Health Care Spending Account) temporarily after it would otherwise end under normal plan provisions. COBRA coverage isn't free — you pay the full cost of the coverage you choose, plus an administrative charge.

| | |
|---|---|
| **What Is COBRA Coverage?** | COBRA coverage is health care coverage that continues temporarily after you or your eligible dependent loses coverage under the plan's regular terms. COBRA coverage is entirely optional. |
| **Who May Elect COBRA Coverage?** | You (a Tenet employee) and your eligible dependents are eligible to elect COBRA coverage if you are "qualified beneficiaries" within the meaning of COBRA, and you have lost health care coverage due to a "qualifying event." Qualified beneficiaries are participants and spouses or Domestic Partners and children of participants who were covered in the health plan on the day before the qualifying event, or children of a participant born or adopted during a participant's period of COBRA coverage. See below for a definition of "qualifying event." |
| **What is Included in COBRA Coverage?** | You can elect to continue your health care coverage (which includes coverage under the Medical Program (including prescription drug coverage and Health Reimbursement Account coverage, if applicable), the Vision Program, the Dental Program, and, in some cases (see below), the Health Care Spending Account) under COBRA. You'll have the same health care plan options as you would if you hadn't lost coverage. |
| | If Tenet's active employee plans or options change while you're covered under COBRA, your coverage will change as well. |
| | You may continue participation under COBRA in the Health Care Spending Account (HCSA), but your HCSA participation will end at the end of the calendar year in which you elected COBRA coverage. However, you will not be entitled to COBRA continued coverage under the HCSA if, at the time of your qualifying event, the maximum benefit you could receive under the HCSA for the remainder of the plan year is less than the amount of COBRA premiums that would be required to continue your coverage under the HCSA. |
| | Please see the Employee Assistance Program Care section of the TEBP SPD for more information. |

| | |
|---|---|
| **When Do You Become Eligible for COBRA Coverage?** | COBRA is available to qualified beneficiaries who lose health plan coverage due to a "qualifying event." See "COBRA Qualifying Events." |
| **How Do You Enroll in COBRA Coverage?** | If you or your dependent has a qualifying event that is a divorce, legal separation, or loss of dependent status, you or your dependent must call the Benefit Solutions Center toll free at 1-844-877-8591 within 60 days of the later of the qualifying event or the loss of coverage. If you do not provide notification of a qualifying event that is a divorce, legal separation, or loss of dependent status in a timely manner, you may delay receipt of COBRA information or lose the right to enroll for COBRA coverage altogether. If you leave Tenet or once you provide notice of one of the qualifying events listed above, you'll receive a COBRA Enrollment Notice. You have 60 days from the later of the statement date or the date you lose coverage to elect COBRA coverage. For more information on enrolling in COBRA coverage, read the rest of this COBRA section. |
| **How Much Does COBRA Coverage Cost?** | Generally, the COBRA coverage premium is 102% of the full premium the company pays for employee coverage, paid on an after-tax basis. (In some cases, coverage may cost 150% of the full premium. See "How Much You'll Pay for COBRA Coverage" for more information.) Because the company subsidizes employee and dependent coverage for active employees, COBRA premiums based on the full company premium will be much higher than what you might be used to paying. However, in some situations, COBRA coverage may be a better option than buying individual coverage on your own. |
| **When Does COBRA Coverage End?** | In most cases, you can keep COBRA coverage for up to 18 months after your qualifying event. See "COBRA Qualifying Events" for some exceptions to this rule. |
| **Which Benefit Program Coverages are Eligible for COBRA Coverage?** | COBRA applies to the following benefit programs offered under the TEBP: the Medical Program, which include prescription drugs coverage and the Health Reimbursement Account (if applicable), the Dental Program, the Vision Program, and the Health Care Spending Account Program (HCSA). (Special rules apply to COBRA coverage under the HCSA, as stated earlier). |

# COBRA Qualifying Events

You and your dependents (who are qualified beneficiaries) are eligible to elect COBRA coverage if you lose health care coverage as a result of a qualifying event. Below is a description of the qualifying events entitling you and your eligible dependents to COBRA coverage (if you lose health care coverage as a result of experiencing one of these qualifying events), and the *maximum* amount of time you can be covered under COBRA from the date of each qualifying event.

| Qualifying Event | Maximum Period of COBRA Coverage from Date of Qualifying Event |
|---|---|
| **Your Tenet Employment Is Terminated** (except for gross misconduct) | 18 months (or 29 months, in the case of disability as described below) |
| **Your Tenet Employment Is Terminated Following an FMLA Family or Medical Leave of Absence*** | 18 months (or 29 months, in the case of disability as described below) |
| **Your Hours Are Reduced to a Non-Eligible Status** | 18 months (or 29 months, in the case of disability as described below) |
| **You Die** (in this case, COBRA coverage is offered to your eligible dependents) | 36 months |
| **You Are Divorced or Legally Separated** (in this case, COBRA coverage is offered to your eligible dependents) | 36 months |
| **Your Dependent Child Loses Eligibility Under Plan Rules** | 36 months |

\*   **Taking a family or medical leave under the Family and Medical Leave Act of 1993 (FMLA) is not a qualifying event under COBRA. However, you'll have a qualifying event on the last day of your FMLA leave if all of the following apply:**

♦   **You and/or your dependent is covered under the plan on the day before the FMLA leave,**
♦   **You don't return to employment with Tenet at the end of the FMLA leave, and**
♦   **You and/or your dependent would otherwise qualify for COBRA.**

**Please note that you'll qualify for COBRA coverage whether or not you maintain your health care coverage (including contributing to your HCSA) while on FMLA leave. Also note that even if you don't contribute to the HCSA while you're on an FMLA leave, you'll still be eligible to re-enroll for HCSA when you return from your FMLA leave.**

## Maximum Coverage Period

It's important to know that the maximum COBRA coverage period shown in the right-hand column above begins on the day of the qualifying event, even if you don't lose your coverage immediately after that event.

If your dependent who is a qualified beneficiary experiences another qualifying event during the COBRA continuation period, your dependent may be eligible to continue COBRA coverage for up to 36 months from the initial qualifying event. For example, if you and your dependent become eligible for COBRA coverage due to your termination of employment and then you die during the COBRA continuation period, your dependent will be able to extend COBRA continuation coverage until 36 months after your termination of employment.  You or your dependent must call the BenefitConnect|COBRA Service Center at 1-877-29-COBRA (26272) within 60 days of the second qualifying event, or this right to extend COBRA continuation coverage to 36 months after the initial qualifying event might be lost.

In the case of a qualifying event that is a termination of employment, reduction of hours, or termination following FMLA or medical leave, the 18-month COBRA continuation period may be extended to 29 months if the qualified beneficiary (either you or your dependent) is determined to have been disabled (within the meaning of Title II or Title XVI of the Social Security Act) at the time of

the qualifying event or within the first 60 days of COBRA coverage (or, in the case of your newborn or recently adopted child, within 60 days of the child's birth or placement for adoption). To receive the extension in COBRA coverage, notice of the disability determination must be provided to the Plan Administrator within 60 days after receiving the determination (or, if later, within 60 days after the date of the qualifying event), but before the end of the initial 18-month COBRA continuation period. The COBRA continuation period may be extended from 18 months to 29 months for all related qualified beneficiaries.

## Electing COBRA Coverage

COBRA coverage isn't automatic — you and your dependents who are qualified beneficiaries will need to elect it. The process you must follow to elect COBRA coverage depends on the circumstances of the qualifying event. Here's what happens.

| Qualifying Event | What Happens Next | How Long You Have to Enroll |
|---|---|---|
| **Your Employment Ends, Your Hours Are Reduced, You Die, You Become Entitled to Medicare** | Within 44 days after the later of the qualifying event or the date you lose coverage due to the qualifying event, you and/or your dependents will receive a COBRA Enrollment Notice notifying you and/or your dependents of your COBRA eligibility. | You'll have 60 days from the statement date on the notice or the benefit termination date, whichever is later. |
| **Any Other Qualifying Event** | You and/or your dependents must call the BenefitConnect\|COBRA Service Center at 1-877-29-COBRA (26272) within 60 days after the later of the qualifying event or the date the qualified beneficiary would lose coverage as a result of the qualifying event. **If you don't notify us within the 60-day period, you and your covered dependents will lose your right to elect COBRA coverage.** If you notify us of the qualifying event within this 60-day period and if you are eligible for COBRA coverage due to the qualifying event, you will receive a COBRA Enrollment Form within 14 days after the date you notify the Benefit Solutions Center of the qualifying event. | Assuming you report the qualifying event within 60 days, you'll have 60 days from the statement date on the COBRA Enrollment Notice or the benefit termination date, whichever is later, to make elections. |

### Don't Forget

After receiving the COBRA notification, you should call the BenefitConnect\|COBRA Service Center at 1-877-29-COBRA (26272) to enroll within 60 days of the statement date on the COBRA Enrollment Notice (or, if later, the benefit termination date).

If, while you are covered under COBRA, you have a child born or you adopt a child, that child is eligible to be covered as a "qualified beneficiary" for the remaining period of COBRA coverage, provided you call the BenefitConnect\|COBRA Service Center at 1-877-29-COBRA (26272) within 31 days of the birth or adoption. You may also, during the period of your COBRA continuation coverage, enroll your spouse or other dependent in the plan under the same terms as active employees are eligible to enroll a

spouse or other dependent. (However, your enrolled spouse or other dependent is not a "qualified beneficiary.")

Please contact the BenefitConnect|COBRA Service Center at 1-877-29-COBRA (26272) if you believe your COBRA notification has been delayed.

## COBRA Second-Election Period

The Trade Adjustment Act of 2002 amended COBRA to provide a second 60-day election period for certain individuals who become eligible for trade adjustment assistance pursuant to the Trade Act of 1974 (a TAA-Eligible Individual). You may be eligible for TAA assistance if you lost your jobs as a result of increased imports or shifts in production out of the United States. Specifically, if you did not elect COBRA continuation coverage during the initial 60-day election period following your termination of employment and that termination was a direct consequence of you becoming a TAA-Eligible Individual, then you may elect COBRA continuation coverage during a second 60-day election period.

The second 60-day COBRA election period begins on the first day of the month in which you are determined to be a TAA-Eligible individual, provided that this determination is made within six months after your loss of health coverage (i.e., medical, including prescription drug and health reimbursement account, if applicable, vision, dental, and Health Care Spending Account coverage) under the plan. You may elect COBRA coverage for yourself and your eligible family members,) and any coverage elected during the second-election period will begin with the first day of the second-election period and not the date on which coverage lapsed.

You must call the BenefitConnect|COBRA Service Center at 1-877-29-COBRA (26272) prior to the expiration of this second election period to notify us of your status as a TAA-eligible individual (and to provide us with a copy of your TAA-eligibility certificate).

## How Much You'll Pay for COBRA Coverage

The amount you pay for COBRA coverage is based on the full premium the company pays for the plan(s) and on the coverage levels you elect. You'll also pay an additional amount to cover administrative expenses, depending on your situation:

| Your Situation | Total Monthly Amount You'll Pay for COBRA Coverage |
| --- | --- |
| **You or Your Covered Dependents Are Not Disabled** (or become disabled after the first 60 days of the COBRA continuation period) | Up to 102% of the full premium the company pays for the plan(s) and coverage you elect. |
| **You or Your Covered Dependents Are Disabled Before or Within the First 60 Days of the COBRA Continuation Period** | Up to 102% of the full premium the company pays for the plan(s) and coverage you elect, for the first 18 months of COBRA coverage.<br><br>After the first 18 months of COBRA coverage, this may be up to 150% of the full premium the company pays for the plan(s) and coverage you elect, if the disabled qualified beneficiary elects to continue COBRA coverage for an additional 11 months.* |

\*   **Coverage may continue for an additional 11 months after the initial 18-month period if you or your dependent (who is a qualified beneficiary) is disabled before the qualifying event or within the first 60 days of COBRA coverage. You must call the BenefitConnect|COBRA Service Center at 1-877-29-COBRA (26272) within 60 days of becoming disabled, as defined by Social Security (or, if later, within 60 days after the date of the qualifying event), and prior to the expiration of the initial 18-month period. After the first 18 months of COBRA coverage, the COBRA payment may**

**increase to 150% of the full premium for you and each related qualified beneficiary, if the disabled qualified beneficiary elects to continue COBRA coverage.**

You'll pay these COBRA premiums on an after-tax basis.

Here are some dates and provisions to keep in mind when you elect COBRA coverage:

| | |
|---|---|
| **When You Need to Elect** | Generally, 60 days after the qualifying event or receipt of the notification, whichever is later. (Remember, a loss of coverage due to certain qualifying events requires you to notify the Benefit Solutions Center of the qualifying event. See above for more information.) |
| **When Premiums Are Due** | **First payment (covering any back payments due):** 45 days from the date of your election — claims and/or reimbursement requests will not be paid until your first payment has been received by:<br><br>BENEFIT CONNECT \| COBRA<br>DEPT: COBRA<br>P.O. Box 981915<br>El Paso, TX 79998<br><br>**Each payment after the first:** The first day of each month, with a 30-day grace period. |
| **When Coverage Begins** | As soon as your regular employee coverage ends, provided you elect coverage by the election expiration date or the date of notification, whichever is later, and assuming you pay your first premium by the due date. |
| **What Happens if a Payment Is Late** | If your payment is not received by the end of the 30-day grace period, your COBRA eligibility period ends immediately and cannot be reinstated. |

## Changing COBRA Coverage

If you're eligible for COBRA coverage, you'll be able to change medical vision, and dental options during the Annual Enrollment period, just like the active Tenet employee population. (Your prescription drug and health reimbursement account coverage will reflect your selected medical program option.) In addition, you'll be able to drop (or add) dependent coverage for medical (including prescription drug), dental, and/or vision coverage during Annual Enrollment or when you experience a major life event. See "When You Can Change Your Health Care Coverage Elections" in the Life Events of this SPD.

## When COBRA Coverage Ends

Your or your covered dependent's COBRA coverage will end on the earliest of the following dates:

◆ The expiration of your or your covered dependent's maximum period of COBRA coverage. The maximum period of COBRA coverage depends on the reason you or your covered dependent became entitled to COBRA coverage (i.e., the qualifying event). See "Maximum Coverage Period" for the maximum period of COBRA coverage applicable to each qualifying event.

◆ The date Tenet ceases to provide medical (including prescription drug and HRA Program), dental, vision, and/or HCSA coverage, as applicable, to active employees.

◆ The date you or your covered dependent fails to make timely payment.

◆ The date you or your covered dependent first becomes covered under another group health plan after electing COBRA coverage.

◆ With respect to qualified beneficiaries entitled to an 11-month extension of COBRA coverage due to disability or the disability of a related qualified beneficiary, the first day of the month that begins more than 30 days after a determination that the qualified beneficiary is no longer disabled (or, the end of the initial 18-month COBRA period, if later).

◆ The date specified by the participant when calling the BenefitConnect|COBRA Service Center at 1-877-29-COBRA (26272) notifying Tenet of your or your covered dependent's intent to stop participating.

## COBRA Claims Administrator

The role of the COBRA Claims Administrator is to handle eligibility claims for coverage once you have applied for COBRA.   BenefitConnect|COBRA, who is the COBRA Claims Administrator,  has sole and absolute discretion and authority to construe and interpret the applicable Benefit Programs as described in this SPD; except that the Plan Administrator has retained certain claims authority as stated on the chart under "Delegation of Authority" in the Other Information section of the TEBP SPD.

You will be eligible for COBRA coverage under the Medical Benefit only if BenefitConnect|COBRA decides, in its discretion, that you are so eligible. In making any decision, BenefitConnect|COBRA may rely on the accuracy and completeness of any information furnished by you or your Dependents or the Employer. BenefitConnect|COBRA's interpretation of the Benefit Programs as described in this SPD as to eligibility will be binding and conclusive on all persons.

BenefitConnect|COBRA will not be deemed or construed as an employer for any purpose with respect to the administration of COBRA eligibility claims under the Medical Benefit Program. BenefitConnect|COBRA will not be responsible for fulfilling any duties or obligations of an Employer with respect to the Medical Benefit Programs.

You may contact BenefitConnect|COBRA in writing at:

**Benefit Connect | COBRA**

**DEPT: COBRA**

**P.O. Box 981915**

**El Paso, TX  79998**

**1-877-292-6272**

Telephone inquiries regarding your 2020 COBRA coverage should be directed to BenefitConnect|COBRA at 1-877-29-COBRA (26272).  Representatives are available Monday through Friday, 9:00 a.m. to 7:00 p.m. Eastern Time (excluding holidays). International callers should use (858) 314-5108.



# HIPAA Privacy Rules

Beginning April 14, 2003, HIPAA provided for certain privacy rights regarding the use and disclosure of protected health information about you. For purposes of the HIPAA privacy provisions, the medical, prescription drug, mental health care, dental, vision, Health Care Spending Account, long-term care, and EAP benefit programs are covered health care components of the TEBP required to comply with HIPAA.

To provide you with information regarding your privacy rights, the TEBP (or, if you are a participant in a fully insured plan or insurance arrangement, the insurer) is required to provide you with a notice describing its privacy practices and other required information (a HIPAA Privacy Notice). A revised HIPAA Privacy Notice was provided to plan participants in October, 2017. In addition, the HIPAA Privacy Notice will be provided: (i) at the time of enrollment for new TEBP participants, and (ii) when the notice is materially revised for all TEBP participants.

You may also obtain a copy of the HIPAA Privacy Notice any time by calling the Benefit Solutions Center at 1-844-877-8591 and on ***benefitsolutions.ehr.com***. If you are a participant in a fully insured insurance arrangement, you may obtain a copy of the applicable HIPAA Privacy Notice from the insurer.

# Important Notice from Tenet about Your Prescription Drug Coverage and Medicare

## Notice of Creditable Coverage

Please read this notice carefully and keep it where you can find it. This notice has information about your current prescription drug coverage with Tenet under the Tenet Medical Benefit Program options and about your options under Medicare's prescription drug coverage. This information can help you decide whether or not you want to join a Medicare drug plan. If you are considering joining, you should compare the coverage available under Tenet's Medical Plan options, including which drugs are covered at what cost, with the coverage and costs of the plans offering Medicare prescription drug coverage in your area.  Information about where you can get help to make decisions about your prescription drug coverage is at the end of this notice.

There are two important things you need to know about the prescription drug coverage available under Tenet's Medical Benefit Program:

1.  Medicare prescription drug coverage became available in 2006 to everyone with Medicare. You can get this coverage if you join a Medicare Prescription Drug Plan or join a Medicare Advantage Plan (like an HMO or PPO) that offers prescription drug coverage. All Medicare prescription drug plans provide at least a standard level of coverage set by Medicare. Some plans may also offer more coverage for a higher monthly premium.

2.  Tenet has determined that the prescription drug coverage under the Tenet Medical Benefit Programs option is, on average for all plan participants, expected to pay out at least as much as the standard Medicare prescription drug coverage pays and is therefore considered Creditable Coverage.  Because the prescription drug coverage under Tenet's Medical Benefit Program options is Creditable Coverage, if you are covered under either Tenet's Medical Benefit Program, you can keep this coverage and not pay a higher premium (a penalty) if you later decide to join a Medicare drug plan.

### When Can You Join a Medicare Drug Plan?

You can join a Medicare drug plan when first become eligible for Medicare and each year from October 15 to December 7.   However, if you lose your current creditable prescription drug coverage through no fault of your own, you will also be eligible for a two-month Special Enrollment Period (SEP) to join a Medicare drug plan.

### What Happens to Your Current Coverage if You Decide to Join a Medicare Drug Plan?

If you decide to join a Medicare drug plan, your coverage under the PPO or EPO options of the Tenet Medical Benefit Program will be affected in the following ways. If you or a dependent join a Medicare drug plan, the Tenet Medical Benefit Program plan will be the primary payor and the Medicare plan will be the secondary payor. If you decide to enroll in a Medicare prescription drug plan and drop your medical drug coverage under the Tenet Medical Benefit Program, neither you nor your dependent(s) will be able to get this coverage back within the current enrollment period unless there is a life event. If you were enrolled in a Tenet Medical Benefit Program that provided for Health Reimbursement Account participation, your participation in the Health Reimbursement Account will terminate and any remaining amounts in your account will be forfeited.

If you decide to join a Medicare drug plan, coverage under the Health & Savings Plan option of the Tenet Medical Benefit Program will be affected in the following ways. If you or a dependent join a Medicare drug plan, the Tenet Medical Benefit Program will be the primary payor and the Medicare plan will be the secondary payor.   If you join a Medicare drug plan, you will be prohibited from contributing to the HSA for yourself or your dependent. If a dependent joins a Medicare drug plan, you will be prohibited from making an HSA contribution for that dependent.  If you decide to enroll in a Medicare prescription drug plan and drop your medical and prescription drug coverage under the Tenet Medical Program, neither you nor your dependent(s) will be able to get this coverage back within the current enrollment period unless there is a life event.

### When Will You Pay a Higher Premium (Penalty) to Join a Medicare Drug Plan?

You should also know that if you drop or lose your coverage under the Tenet Medical Benefit Program and don't join a Medicare drug plan within 63 continuous days after your Tenet coverage ends, you may pay a higher premium (a penalty) to join a Medicare drug plan later. If you go 63 days or longer without creditable prescription drug coverage, your monthly premium may go up by at least 1% of the Medicare base beneficiary premium per month for every month that you did not have that coverage. For example, if you go 19 months without creditable coverage, your premium maybe at least 19% higher than the Medicare base beneficiary premium. You'll have to pay this higher premium (a penalty) as long as you have Medicare coverage. In addition, you may have to wait until the following October to join.

### For More Information about This Notice or Your Current Prescription Drug Coverage

For further information you may call the Benefit Solutions Center toll free at 1-844-877-8591.

*Note:* You will receive this notice each year.  You will also get this notice before the next period you can join a Medicare drug plan, and if this coverage under the Tenet Medical Benefit Program changes. You also may request a copy by contacting us.

### *For More Information about Your Options*
### *Under Medicare Prescription Drug Coverage*

More detailed information about Medicare plans that offer prescription drug coverage is in the "Medicare & You" handbook. You'll get a copy of the handbook every year in the mail from Medicare. You may also be contacted directly by Medicare prescription drug plans. For more information about Medicare prescription drug coverage:

◆ Visit www.medicare.gov,

◆ Call your State Health Insurance Assistance Program (see the inside back cover of your copy of the Medicare & You handbook for the telephone number) for personalized help, or

◆ Call 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

For people with limited income and resources, extra help paying for a Medicare prescription drug plan is available. Information about this extra help is available from the Social Security Administration (SSA). For more information about this extra help, visit SSA online at www.socialsecurity.gov or call them at 1-800-772-1213 (TTY 1-800-325-0778).

**Remember: Keep this Creditable Coverage notice. If you decide to join one of the Medicare drug plans, you may be required to provide a copy of this notice when you join to show whether or not you have maintained creditable coverage and, therefore, whether or not you are required to pay a higher premium (penalty).**

**Tenet Healthcare Corporation**
**Health and Welfare Benefits Department**

14201 Dallas Parkway
Dallas, TX 75254

        **Phone Number: Benefit Solutions Center, 1-844-877-8591**
        **Date Notice Provided: November 9, 2017**

# Your ERISA Rights

As a participant in the TEBP, you're entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA is a law that applies to certain kinds of employer-sponsored benefit plans.

| ERISA Provides That You'll Be Entitled to . . . | ◆ Receive information about your plan and benefits. |
|---|---|
| | ◆ Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements and a copy of the plan's latest annual report (Form 5500 series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration. |
| | ◆ Obtain copies of all documents governing the operation of the plan, including insurance contracts and collective bargaining agreements and copies of the latest annual report (Form 5500 Series) and updated summary plan descriptions upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies. |
| | ◆ Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report. |
| | ◆ Continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the plan on the rules governing your COBRA continuation coverage rights. |

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the plan. The people who operate your plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

Here are some of ERISA's requirements:

◆ No one, including your employer, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit as provided for in this plan or from exercising your rights under ERISA.

◆ If your claim for benefits is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

◆ Under ERISA, you can take steps to enforce your rights. For instance, if you request a copy of the plan documents or latest annual report from the Plan Administrator and don't receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

◆ If you have a claim for benefits that has been denied improperly or ignored in whole or in part, you may file suit in a federal court unless you have consented to binding arbitration.

◆ If you disagree with the Plan Administrator's decision or lack thereof concerning the qualified status of a Medical Child Support Order (QMCSO), you may file suit in federal court.

217

◆ If plan fiduciaries misuse the plan's money or if you're discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you're successful, the court may order the person you've sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees — if, for example, it finds that your claim is frivolous.

If you have any questions about this plan, you should contact the Plan Administrator. If you have any questions about this statement or your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest area office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in the telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# Special Requirements for Medical Plans Regarding Maternity and Newborn Care

The Tenet Medical Benefit Program and the Prescription Drug Program generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours, as applicable). In any case, plans and issuers may not, under federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

## Your Rights After a Mastectomy

If your Medical Benefit Program option provides benefits for a mastectomy, it will also provide benefits for mastectomy-related services, including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses and complications resulting from a mastectomy, including lymphedema. Call your medical plan carrier or the Benefit Solutions Center toll free at 1-844-877-8591 for more information on coverage for mastectomies and mastectomy-related services offered under your medical plan option, including any deductible or co-insurance limitations.

## Qualified Medical Child Support Orders (QMCSOs)

A qualified medical child support order (QMCSO) is a judgment, decree or order issued by a court or appropriate state agency that requires a child to be covered for medical benefits. Generally, a QMCSO is issued as part of a paternity, divorce, or other child support settlement.  If the TEBP receives a medical child support order for your child that instructs a benefit program offered under the TEBP to provide health care coverage to the child, the Benefit Solutions Center will review the order to determine if it meets the requirements for a QMCSO. If it determines that it does, your child will be enrolled in the benefit program as your Dependent. You many obtain, without charge, a copy of the procedures governing QMCSOs from the Benefit Solutions Center.

**Note:  A National Medical Support Notice will be recognized as a QMCSO if it meets the requirements of a QMCSO.**

# TEBP Nondiscrimination Notice

The TEBP complies with applicable federal civil rights law and does not discriminate on the basis of race, color, national origin, age, disability, or sex. The TEBP does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

TEBP provides free aids and services to people with disabilities to communicate effectively with us, such as:

◆ Qualified sign language interpreters

◆ Written information in other formats (large print, audio, accessible electronic formats, other formats).

TEBP provides free language services to people whose primary language is not English, such as:

◆ Qualified interpreters;

◆ Information written in other languages.

If you need the above aids or services, contact the Benefits Department at (469) 893-2000 or 14201 Dallas Parkway, Dallas, Texas 75254.

If you believe that the TEBP has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a written grievance with the Benefits Department at 14201 Dallas Parkway, Dallas, Texas 75254. You can file a grievance in person or by mail. If you need help filing a grievance, the Benefits Department is available to help you. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Avenue, SW., 509F, HHH Building, Washington, DC 20201, 1-800-868-1019, 800-537-7697(TDD).

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

# Language Translation

ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al (469)-893-2000.

注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 (469) 893-2000

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số (469) 893-2000.

주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. (469) 893-2000 번으로 전화해 주십시오.

PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tumawag sa (469) 893-2000.

ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Звоните (469) 893-2000.

ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان اتصل برقم (469) 893-2000.

ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele (469) 893-2000.

ATTENTION : Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le (469) 893-2000.

UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Zadzwoń pod numer (469) 893-2000.

ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para (469) 893-2000.

ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero (469) 893-2000.

ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Rufnummer: (469) 893-2000.

注意事項：日本語を話される場合、無料の言語支援をご利用いただけます。(469) 893-2000までで、お電話にてご連絡ください。

توجه: اگر به زبان فارسی گفتگو می کنید، خدمات زبانی به صورت رایگان برای شما فراهم می باشد. با (469) 893-2000 تماس بگیرید.

# Nondiscrimination Grievance Procedure

It is the policy of the TEBP not to discriminate on the basis of race, color, national origin, sex, age or disability. The TEBP has adopted an internal grievance procedure providing for prompt and equitable resolution of complaints alleging any action prohibited by Section 1557 of the Affordable Care Act (42 U.S.C. 18116) and its implementing regulations at 45 CFR Part 92, issued by the U.S. Department of Health and Human Services. The Tenet Benefits Department has been designated to coordinate the efforts of the TEBP to comply with Section 1557 (the "Section 1557 Coordinator"). You may contact the Benefits Department at (469) 893-2000 or 14201 Dallas Parkway, Dallas, TX 75254

.

Any person who believes someone has been subjected to discrimination on the basis of race, color, national origin, sex, age, or disability may file a grievance under this procedure. It is against the law for the TEBP to retaliate against anyone who opposes discrimination, files a grievance, or participates in the investigation of a grievance.

Grievances must be submitted to the Section 1557 Coordinator within 60 days of the date the person filing the grievance becomes aware of the alleged discriminatory action. The complaint must be in writing and contain the name and address of the person filing it. The complaint must state the problem or action alleged to be discriminatory and the remedy or relief sought.

The Section 1557 Coordinator (or his/her designee) shall conduct an investigation of the complaint. The investigation may be informal, but it will be thorough, affording all interested persons an opportunity to submit evidence relevant to the complaint. The Section 1557 Coordinator will maintain the files and records of the TEBP relating to such grievances. To the extent possible, and in accordance with applicable law, the Section 1557 Coordinator will take appropriate steps to preserve the confidentiality of files and records relating to grievances and will share them only with those who have a need to know.

The Section 1557 Coordinator will issue a written statement on the grievance, based on a preponderance of the evidence, no later than 30 days after its filing, including a notice to the complainant of his or her right to pursue further administrative or legal remedies. The person

filing the grievance may appeal the decision of the Section 1557 Coordinator by writing to the Senior Director of Benefits, 14201 Dallas Parkway, Dallas, TX 75254

, within 15 days of receiving the Section 1557 Coordinator's decision. The Senior Director of Benefits shall issue a written decision in response to the appeal no later than 30 days after its filing.

The availability and use of this grievance procedure does not prevent a person from pursuing other legal or administrative remedies, including filing a complaint of discrimination electronically through the Office for Civil Rights Complaint Portal, which is available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services, 200 Independence Ave. SW, Room 509F, HHH Building, Washington, DC 20210. Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.  Such complaints must be filed within 180 days of the date of the alleged discrimination.

The TEBP will make appropriate arrangements to ensure that individuals with disabilities and individuals with limited English proficiency are provided auxiliary aids and services or language assistance services, respectively, if needed to participate in the grievance process. Such arrangements may include, but are not limited to, providing qualified interpreters, providing taped cassettes of materials for individuals with low vision, or assuring a barrier-free location for the proceedings. The Section 1557 Coordinator will be responsible for such arrangements.

# Administrative Provisions

## Official Plan Documents and Summary Plan Description

The official plan documents for the TEBP consist of the TEBP plan document (including all appendices to the TEBP) and all benefit program documents, including benefit summaries, insurance policies and contracts. In compliance with ERISA, this document, together with the other online SPD sections comprise your SPD for the TEBP. Tenet has tried to write this SPD in clear, understandable and informal language. However, you should refer to the official plan documents for more extensive information about the benefits offered under the TEBP.  As provided in the TEBP plan document, all or a portion of this SPD (including, but not necessarily limited to, the subrogation and reimbursement provisions of this SPD) may be incorporated into the official plan document.

Copies of these official plan documents are available for your examination online or at the office of the Plan Administrator. (See below for the Plan Administrator's address.) You can also obtain copies of the official plan documents by making a written request to the Plan Administrator. **If there is any inconsistency between this SPD and the official plan documents, the official plan documents will determine your benefits.**

You can also find out more information about the TEBP and the benefit programs offered under the TEBP by reviewing the complete online SPD sections for the TEBP. You may request a paper copy of this SPD free of charge from the Plan Administrator.

Nothing in the official plan documents or this SPD shall be construed as a contract or guarantee of employment.

## Electronic Distribution of TEBP Materials

Consistent with efforts to "go green" and protect the environment, this SPD and certain other TEBP materials and information will be provided to you online.  The information that may be provided online includes:

◆ **Enrollment materials**, which describe the benefits offered under the TEBP, the costs and your enrollment options,
◆ **Summaries of Material Modifications ("SMMs")**, which describe any changes to the benefits offered under the TEBP, and
◆ **Provider Directories**, which contain contact information for the network providers under the TEBP.

You may access these materials and information online at **_benefitsolutions.ehr.com_** where you will be prompted to create a user identification number and password. Once you have created a user identification and password you may access these documents at any time and view them or print them at your convenience. You may also obtain paper copies of these documents upon request and free of charge by contacting the Plan Administrator at the contact address and telephone number listed at the end of this section.

## Plan Administrator Discretion

The Plan Administrator reserves complete fiduciary discretion and authority to resolve all questions concerning the eligibility of any employee or dependent to participate in the plan or entitlement to benefits under the plan. In addition, the Plan Administrator has fiduciary discretion and authority to:

◆ Interpret the meaning of any plan provision,
◆ Establish and apply standards and criteria for determining necessary and appropriate materials, treatments and procedures, etc.,
◆ Decide on a participant's entitlement to or application for benefits under the plan, and
◆ Decide all questions of law or fact relevant to these determinations.

In general, the Plan Administrator has sole and complete discretion to establish, maintain and administer the plan, such as execute agreements, adopt and communicate reasonable rules and regulations, and take any action it determines to be reasonable and necessary. Any decision or interpretation of plan provisions made by the Plan Administrator (or any of its agents) or any finding of law or fact in good faith will be final and binding on all affected parties.

The Plan Administrator may make exceptions to the coverage provisions of the TEBP when it deems necessary and any such exception will not constitute binding precedent with respect to any other coverage situation.

The Plan Administrator may have delegated all or some of its authority and responsibilities to any of its agents. Please see the individual benefits sections of this SPD for more information.

## Amendment and Termination of Coverage

While Tenet intends to continue offering the Tenet benefit plans indefinitely, it reserves the right to amend or terminate any or all of its plans at any time for any reason without notice. In addition to the company, the Tenet Benefits Administration Committee also has the right to adopt plan amendments that either do not result in a material increase in Tenet's costs or are required by law. Provisions affecting potential benefits, such as annual maximum or lifetime plan benefits, are not guaranteed or vested unless specifically stated in writing by the Plan Administrator.

### *For Medical Only*

To the extent required by ERISA, in the case of any modification or change that constitutes a material reduction in covered services or benefits, you will be given a summary of such modification or change within 60 days after the adoption of such modification or change.

## Source of Payment

Some benefit programs offered under the TEBP are funded by insurance contracts, and other benefit programs are funded by contributions made by Tenet and participants in those programs. For information on whether any specific benefit program is insured or self-funded, please see the section of the SPD for the TEBP relating to that benefit program. With respect to benefit programs in the TEBP that are self-funded (meaning they are paid solely from contributions made by Tenet and program participants), the Plan Administrator may have designated, in accordance with administrative service agreements, the authority to process and review claims to a Claims Administrator that is a health insurance issuer. Although these health insurance issuers are responsible for the claims administration of the benefit programs (as the designated Claims Administrator), they do not insure any benefits and are not responsible for the financing of such benefit programs. All benefits for self-funded benefit programs are paid out of the contributions made by Tenet and members of the plan, in accordance with the schedule of contributions established by the Plan Administrator.

For more information on the Claims Administrator (or insurer, for an insured benefit program) for any benefit program, please see the section of this SPD relating to that benefit program.

## If You Receive Money from a Third Party

If you and/or a covered family member receives damages, a settlement or any other award, reimbursement or recovery from a third party or any insurer (including uninsured/underinsured motorists or other personal coverages) relating to any event, accident or other occurrence as a result of which you received medical treatment paid for by a benefit program offered under the TEBP, you (or your family member) must reimburse the plan for the amount of benefits paid by the plan, up to the full amount collected from the third party or any insurer. For example, if you're injured in a car accident and receive medical benefits from a Tenet plan and later recover any amount from the other party or from your own insurance policy, you'll need to reimburse the plan from the amounts recovered by such third party or insurer for the accident-related expenses.

Here's what you need to know if that happens:

◆ The amount recovered from the third party or insurer will be first applied to reimburse the plan — or offset future expenses or payments — even if your claim for damages against the third party has not been paid in full or you are otherwise not fully compensated for your injuries or damages, and even if the payment received is for damages other than medical expenses or personal injuries covered by the plan.

◆ The plan isn't obligated to reduce or discount its rights related to this reimbursement because of any attorney fees you may have incurred to obtain your settlement, damages, proceeds, recovery or award.

◆ If expenses are due to injuries or illnesses caused by someone else's actions, you and/or your covered family member must agree in writing to reimburse the plan on a "first dollar" priority basis and grant it the rights described in this section before any benefits are paid. In other words, you must agree that the plan is entitled to reimbursement in accordance with the terms of this section before any plan benefit will be paid. Also, you'll be required to provide the plan with an equitable lien to the extent of benefits provided (or to hold the amounts recovered in constructive trust for the plan to the extent of benefits provided). In other words, if you receive compensation from someone else for injuries caused by that person, you must agree to reimburse the plan for any benefits the plan paid you for those injuries. If you don't sign a reimbursement agreement, benefits won't be paid. Even if benefits are mistakenly paid without a signed claim form or reimbursement agreement, you're still obligated to reimburse the plan in accordance with the terms of this section.

◆ The Plan Administrator may request your reimbursement either by direct payment from you (from amounts received by a third party) or by withholding future benefit payments, whether or not they're related to the injury or illness with respect to which you obtained your settlement or recovery. In addition, when someone else is obligated to pay for your medical expenses, the plan will automatically be subrogated (or substituted) in your or your family member's rights of recovery (to the extent of the plan's prior payments and obligation to pay future benefits).

◆ These rights apply to all participants and their covered family members, as well as to their beneficiaries, heirs, guardians, legal representatives, assignees and estates. By participating in the plan, you and your dependents agree to sign any documents and instruments and take any legal action that the plan considers necessary to protect its rights. You also agree not to take any actions that could jeopardize the plan's position or otherwise compromise its rights. Any violation of these requirements automatically releases the plan from its obligation to pay benefits that might otherwise be covered.

◆ The amount to which the plan is subrogated, or the amount to which the plan is entitled to reimbursement, will not be limited or reduced because a third party is liable only in part, resources or insurance of the third party is limited, you (or your dependent(s)) have not been fully compensated (*i.e.*, made whole), by the "double recovery" rule" or any other specific doctrine reflecting unjust enrichment principles, to share in a pro rata allocation of your (or your dependents') fees and/or costs (including attorney fees) incurred in pursuit of a claim (e.g., "common fund doctrine"), or because of any other reason.

◆ Finally, the plan has the right to take any action necessary and legal to enforce these rights, including to join in any action brought by you against a third party or to bring an action against you for equitable lien or constructive trust. If the plan has to take any legal action to enforce these rights, it has the right to recover all of its costs and expenses in doing so (including attorney's fees).

## Assignment of Rights or Benefits

Except as provided elsewhere in this TEBP SPD or the Plan document, no participant, dependent, or beneficiary may assign any rights or benefits provided under the Plan to a third party including, but not necessarily limited to, a third party to whom such participant, dependent, or beneficiary may be liable for medical treatment or services, unless such assignment is approved in writing by the Plan Administrator in its discretion. Any assignment of rights or benefits that is not approved by the Plan Administrator will not be recognized by the Plan.

## Address Changes

You must keep the Plan Administrator informed of your current mailing address (which will also serve as the current mailing address for your covered dependents). Contact your local Human Resource department to update your address. If you fail to keep the Plan Administrator informed of your current mailing address, amounts owed to you will be forfeited.

# Helpful Information about the Tenet Employee Benefit Plan

Below is a list of helpful information regarding the TEBP and the benefit programs offered under the TEBP. For more information on any specific benefit program, please see the section of this SPD relating to that benefit program.

| | |
|---|---|
| **Employer Identification Number** | 95-2557091 |
| **Plan Name** | Tenet Employee Benefit Plan |
| **Plan Type** | The TEBP is a comprehensive welfare benefits program offering a variety of benefits through various component benefit programs. The TEBP is intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125. The cafeteria plan feature of the TEBP allows participants to select between salary reduction and benefits provided by certain of the component programs offered under the TEBP, including medical, which includes prescription drug and mental health care; dental; vision; and dependent care and health care spending account benefits. Disability benefits are offered on an after-tax basis through the cafeteria plan. Long-term care and life/AD&D benefits are available on an after-tax basis outside the cafeteria plan. |
| **TEBP Plan Number** | 515 |
| **Plan Year** | January 1 through December 31 |
| **Plan Sponsor** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000 |
| **Participating Employers and Collective Bargaining Agreements** | A complete list of the participating employers (i.e., divisions) that have adopted the TEBP and certain benefit programs offered under the TEBP may be obtained free of charge upon written request to the Plan Administrator and is available for examination by you at the office of the Plan Administrator during normal business hours.<br><br>In addition, certain labor organizations ("Unions") may have negotiated benefits under the TEBP with respect to employees covered by a collective bargaining agreement ("CBA") between the Union and Tenet Healthcare (and/or any other participating employers who have adopted the TEBP). A complete list of Unions who have adopted the TEBP may be obtained upon written request to the Plan Administrator, and is available for examination by participants and beneficiaries at the office of the Plan Administrator and certain other locations. |
| **Plan Administrator** | Tenet Benefits Administration Committee<br>Attn: Health and Welfare Benefits Department<br>14201 Dallas Parkway<br>Dallas, TX 75254 |

| | |
|---|---|
| **Claims Administrators for the Benefit Programs Offered Under the TEBP** | The Plan Administrator of the TEBP may have designated the authority to process and administer the claims made under any benefit program to the Claims Administrator for that benefit program. For more information on the Claims Administrator for any specific benefit program, including the address for filing claims, please see "Helpful Information" in the SPD section relating to that benefit program. |
| **Agent for Service of Legal Process** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>469-893-2000<br><br>Legal process may also be served on the Plan Administrator. |
| **Plan Funding** | The vision, long-term care, employee assistance and disability benefit programs offered under the TEBP are insured programs, as are certain localized Medical Benefit Program options available at specific facilities or geographic localities (i.e. the New England plans). All other Medical Benefit Program options are self-funded by your, and in some cases, Tenet's contributions. The prescription drug, dental, HRA, and spending accounts are also self-funded. For general information on the funding of benefit programs offered under the TEBP, see "Source of Payment" above. For information on the funding of any specific benefit program offered under the TEBP, including the address of the insurer, if applicable, see "Helpful Information" in the SPD section relating to that benefit program. |
| **Tax Consequences of Participating in the TEBP** | Premiums for some benefits under the TEBP may be paid for on a pre-tax basis, such as medical (which includes prescription drug), dental, and vision benefits. (Note that medical (including prescription drug), dental, and vision benefits for a Domestic Partner or the children of a Domestic Partner, may not be paid for on a pre-tax basis unless such individual also qualifies as your federal tax dependent under Internal Revenue Code section 152 (determined without regard to Code sections 152(b)(1), (b)(2), and (d)(1)(B))  Likewise, health care expenses incurred for a Domestic Partner or child of a Domestic Partner cannot be reimbursed under the flexible spending account or the health reimbursement account unless such individual qualifies as your federal tax dependent).<br><br>Other benefits are available only on an after-tax basis, such as disability, life/AD&D and long-term care benefits. Highly compensated individuals may not be able to exclude all or a portion of the benefits or premiums paid under a component program. Neither Tenet nor the Plan Administrator can guarantee that benefits or premiums will be excludable from gross income for federal or state tax purposes. Please consult your tax advisor for more information on the tax consequences of participating in the TEBP. |



# *Spending Accounts and Health Reimbursement Account*

## Summary Plan Description

### About This Summary Plan Description (SPD)

The Health Care Spending Account (HCSA), Dependent Day Care Spending Account (DDCSA), and Health Reimbursement Account (HRA) Program are component programs in the Tenet Employee Benefit Plan (TEBP). The TEBP is a comprehensive welfare benefits program intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125.

This document summarizes key provisions of the HCSA, the DDCSA, and the HRA Program and serves as part of the summary plan description (SPD) for the TEBP. You can obtain more information about the HCSA, DDCSA, the HRA Program, the TEBP and the other component programs offered under the TEBP by reviewing the complete SPD for the TEBP. If there is any discrepancy between this online SPD and the official plan documents for the TEBP, the official plan documents will control. For more information on obtaining the official plan documents, see the Other Information section of the TEBP SPD.

## Plan Highlights

Tenet's health reimbursement and spending accounts help you save money by allowing you to pay for eligible health care and/or dependent care expenses on a tax-free basis. Amounts your employer contributes to your Health Reimbursement Account or you contribute to your health care or dependent care spending accounts that are used to reimburse you for eligible expenses are not subject to federal income tax, Social Security tax and, in some cases, state tax, as well. Tenet offers the Health Reimbursement Account Program for individuals enrolled in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program.  Tenet also offers two kinds of spending accounts.  Below is a brief summary of the three account programs.

| | |
|---|---|
| **Health Care Spending Account (HCSA)** | Through the HCSA, you can be reimbursed for certain eligible medical, dental and vision expenses not already paid through a personal or employer-sponsored medical, prescription drug, mental health care, dental or vision plan. |
| **Dependent Day Care Spending Account (DDCSA)** | The DDCSA allows you to be reimbursed for certain eligible dependent care expenses so that you — and your spouse, if you're married — can work. |

| | |
|---|---|
| **Health Reimbursement Account (HRA)** | Like the HCSA, the HRA Program allows you to be reimbursed for certain eligible, medical, dental, and vision expenses that are not paid by your other health care coverage. However, your HRA Account is funded entirely from employer contributions. Participation in the HRA Program is limited to employees who have enrolled in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program. |

**Note:** *The HCSA and DDCSA are completely separate accounts. Contributions made to the HCSA cannot be used to cover expenses eligible for reimbursement under the DDCSA and vice versa. Likewise, your HRA Program account, if any, is completely separate from your HCSA or DDCSA accounts. If you participate in both the HRA Program and the HCSA, you may not be reimbursed for the same expense under both accounts. Expenses will be reimbursed first from your HCSA, and you will not receive any reimbursement from your HRA Program account until your HCSA is exhausted.*

## Key Points About Spending Accounts

| | |
|---|---|
| **You Enroll Each Year** | You must enroll in the spending accounts each year if you wish to participate. |
| **You Determine How Much to Set Aside** | When you enroll, you decide how much (up to the maximum amounts) to set aside in each spending account, based on the amount of eligible expenses you expect to incur during the calendar year (or the remainder of the year, if you're enrolling for the first time after January 1). |
| **Deposits Are Made on a Pre-Tax Basis** | Deposits are made on a pre-tax basis through payroll deductions, and you receive tax-free reimbursements for eligible expenses you incur throughout the year. |
| **You Pay Yourself Back with Tax-Free Money** | As you incur eligible expenses during the calendar year:<br><br>◆ **For health care expenses** — Use your HCSA debit card (available if you make a minimum annual contribution of $130) to pay those expenses immediately or file a claim to reimburse yourself with the tax-free money from your HCSA.<br><br>◆ **For dependent care expenses** — File a claim to reimburse yourself with the tax-free money from your DDCSA. |
| **If You Participate in the HCSA, You Cannot Also Participate in a Health Savings Account (HSA)** | The Internal Revenue Service (IRS) prohibits you from participating in an HSA (such as the HSA offered in conjunction with the Health Savings Plan option under the Tenet Medical Benefit Program) if you have other health coverage, including coverage under the HCSA. |

To receive the tax advantages with spending accounts, there are some rules you must follow. To make sure you know and understand these rules about spending accounts — and reap the advantages they have to offer — we encourage you to read this summary of the spending accounts, the entire SPD for the TEBP and IRS Publications 502 and 503. You should discuss the Tenet spending accounts with your tax advisor before deciding whether to participate.

**PROFILE: Tracey**

Meet Tracey and her two children, 8-year-old Robert and 5-year old Tiffany. Tracey is divorced, so it's important for her to make her paycheck go as far as possible. Because Tracey sometimes has to work the night shift at the hospital, she needs to have a licensed dependent care provider come to the house to be with her children in the evening. Also, it looks like Robert is going to need major dental work this year — and even though Tracey participates in the Comprehensive Dental Plan, she knows they'll need to pay for uncovered expenses. For these reasons, Tracey decides to participate in both the DDCSA and the HCSA for the coming year.

## Key Points About the Health Reimbursement Account (HRA) Program

| | |
|---|---|
| **If Eligible, You Are Automatically Enrolled** | You are automatically enrolled in the HRA Program if you enroll in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program. |
| **Contributions Are Made by Your Employer** | Your account in the HRA Program is funded entirely by employer contributions.  Tenet will determine the amount, if any, to be contributed to accounts under the HRA Program each year and the date of such funding.  You may view the contribution amount for the current plan year on *benefitsolutions.ehr.com*. |
| **Contributions Are Tax-Free** | You will not pay federal tax on the amounts that are contributed to your account under the HRA Program. |
| **You Pay Yourself Back with Tax-Free Money** | As you incur eligible expenses, you can obtain reimbursement from the HRA Program (up to the maximum amount in your account) for those expenses.  You will not pay federal taxes on the amounts you receive from the HRA Program as reimbursements for eligible expenses. |
| **You Can Carryover Unused Amounts from Year-to-Year** | As long as you remain eligible to participate in the HRA Program (by continuing to participate in either the Gold or Health & Reimbursement Plan under the Medical Benefit Plan), you may carryover to the next plan year any unused amounts remaining in your account at the end of the current plan year.  There is no cap to the dollar amount that can be carried over each year.  If your eligibility to participate in the HRA Program ends for any reason, any amounts remaining in your HRA Program will be forfeited. (You will, however, have until March 31st of the next following Plan Year to submit for reimbursement any expenses incurred prior to the date your HRA Program ended.) |
| **If You Participate in the HRA Program, You Cannot Also Participate in a Health Savings Account (HSA)** | The Internal Revenue Service (IRS) prohibits you from participating in an HSA (such as the HSA offered in conjunction with the Silver or Health Savings Plan options under the Tenet Medical Benefit Program) if you have other health coverage, including coverage under the HRA Program.  If you switch from the Gold or Health & Reimbursement Plan under the Medical Benefit Program to the Silver, Health & Savings Plan, or to any Medical Benefit Program option other than the Gold or Health & Reimbursement Plan, your participation in the HRA Program will automatically cease, and you will forfeit any amounts remaining in your HRA Program account. |

# Quick Facts

| | Health Care Spending Account | Dependent Care Spending Account | Health Reimbursement Account Program |
|---|---|---|---|
| **Who You Can Cover** (Whose expenses can be reimbursed) | ◆ Eligible family members, including your spouse, your children under the age of 26, and any other person who qualifies as your federal tax dependent.* Expenses for a Domestic Partner cannot be reimbursed unless your Domestic Partner qualifies as your federal tax dependent. See "Health Care Expenses for Dependents" for more information. | ◆ Dependent children under the age of 13.<br>◆ A spouse who is physically or mentally incapable of caring for him/herself.<br>◆ A federal tax dependent* who is physically or mentally incapable of caring for him/herself.<br><br>See "Eligibility to Participate" for more information. | ◆ Same as for the HCSA Program. |
| **Minimum Contribution** (per year) | ◆ $130 | ◆ $130 | ◆ $0. Tenet determines the amount it will contribute each year, if any. |
| **Maximum Contribution** (per year) | ◆ $2,750 | ◆ $5,000 (per household)<br><br>Note: If you are identified as a highly compensated employee, you may have a lower contribution maximum. Please contact your Plan Administrator for more information. | ◆ N/A. Tenet determines the amount it will contribute each year. You may view the contribution amount for the current plan year on ***benefitsolutions.ehr.com***. |
| **When Participation Begins** | ◆ On the 31st day after you begin employment in a full-time or part-time benefit eligible position, provided you've enrolled by the date indicated on the enrollment website. See the Eligibility and Enrollment section of the TEBP for more information on determining your eligibility to participate in the HCSA or the DDCSA. | | ◆ On the date your coverage in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program takes effect. |

| When Participation Ends | ◆ When participation ends is dependent on the type of spending account and other factors. Please refer to the *When Participation Ends…* sections below for each of the spending accounts. Additional information is found in the Eligibility and Enrollment section of this TEBP SPD. | ◆ On the date you cease participating in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program. |
|---|---|---|

Federal tax dependent status is determined in accordance with the rules under Internal Revenue Code section 152, without regard to IRC sections 152(b)(1) and (b)(2) (which contain certain inapplicable exceptions to the definition of dependent) and section 152(d)(1)(B) (which contains a gross income limitation).

# How Your Contributions to the HCSA and the DDCSA Programs Reduce Your Taxes and Maximize Money Available to You

Contributing to a health or dependent day care flexible spending account is a good way to reduce your tax liability and maximize the amount of your take-home pay available to you. Because you contribute to these accounts with pre-tax payroll deductions, the amount of your income subject to federal, state (if applicable) and Social Security taxes is reduced. This means you'll generally pay less in taxes and get more in your paycheck.

**PROFILE: Tracey**

Tracey earns $30,000 per year and elects to deposit $3,000 to the Dependent Care Spending Account to pay for dependent care for her children, Robert and Tiffany. Here's how participation can reduce the amount of taxes she pays and how making contributions on a before-tax basis can make a difference in Tracey's paycheck:

|  | With a Spending Account | Without a Spending Account |
|---|---|---|
| **Annual Base Salary** | $ 30,000 | $ 30,000 |
| **Reimbursement Account Deposits** | – $ 3,000 | – $ 0 |
| **Taxable Salary** | $ 27,000 | $ 30,000 |
| **Federal Income Tax (Estimated)** | – $ 5,400 | – $ 6,000 |
| **Social Security (FICA) Tax (6.2%)** | – $2,065.50 | – $ 2,295 |
| **After-Tax Expenses** | – $ 0 | – $ 3000 |
| **Take-Home Salary** | $ 19,534 | $ 18,705 |
| **Tax Savings** | $ 828.50 | $ 0 |

In the above example, Tracey actually reduces her federal income and Social Security tax liability by $828.50 per year by participating in the DDCSA. This means more money that is available to her.

# How the Health Care Spending Account (HCSA) Works

You can use the HCSA to reimburse yourself for a number of health care expenses that you pay for out-of-pocket.

## Eligibility to Participate

For information on eligibility to participate in the HCSA, please see the Eligibility and Enrollment section of this SPD site.

## How Much You Can Set Aside Annually

| | |
|---|---|
| **Minimum Contribution** | $130 for the year |
| **Maximum Contribution** | $2,750 for the year |

*Your entire annual election is available for reimbursement on the first day of your HCSA participation.*

## Health Care Expenses for Dependents

You can also use your HCSA to pay for health care expenses for any eligible dependents, as long as the expenses submitted can't be reimbursed by any other health care plan. "Eligible dependents" means:

◆ Your spouse

◆ Your children under the age of 26

◆ Any other person you can claim as your federal tax dependent (within the meaning of IRC section 152 (determined without regard to IRC sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and section 152(d)(1)(B), which contains a gross income limitation for a qualifying relative).

Please note that expenses for a Domestic Partner (or child of a Domestic Partner) are not eligible for reimbursement unless your Domestic Partner (or child of a Domestic Partner) qualifies as your federal tax dependent according to the rules listed above. For more information on determining dependent status, please contact your tax advisor.

Note: If you participate in both the HCSA and the HRA Program, you may not obtain reimbursement for the same expense under both accounts. Expenses will be reimbursed first from the HCSA. No expenses will be reimbursed from the HRA Program until your HCSA is exhausted.

## Estimating Your Health Care Expenses

To determine how much to set aside in the HCSA, first estimate the amount of eligible expenses you expect to incur during your "HCSA participation period" — usually the calendar year for which you're enrolling and are making contributions. Note: If you have enrolled in either the Gold or Health & Reimbursement Plan option under the Medical Benefit Program, you may want to consider your HRA balance and potential contribution when determining how much money to set aside in the HCSA. Please keep in mind, however, that Tenet may change the amount of its HRA contribution at any time.

| Please Be Aware . . . |
|---|
| Because everyone's tax situation is different, we encourage you to discuss your participation in the HCSA with your tax advisor before enrolling. |

## Consider:

| HCSA Worksheet | |
|---|---|
| | **Estimated Annual Expenses** |
| Medical and dental deductibles | $ |
| Co-pays or co-insurance amount for doctor visits | $ |
| Insulin costs and Prescription drug co-pays or co-insurance | $ |
| Orthodontia costs | $ |
| Vision care co-pays, supplies (i.e., lens solution), laser eye surgery and other amounts not covered by the plan | $ |
| ◆ Items not paid or only partially paid by your health care and dental plans: Expenses above your health care or dental plan limits, such as  health care and dental expenses above reasonable and customary (R&C) charge limits | $ |
| ◆ Other health care costs allowed by the IRS that aren't reimbursed by your  health care or dental care plans (for a complete list of eligible expenses, contact the Benefit Solutions Center at 1-844-877-8591) | $ |
| **Total Estimated Expenses for January 1 – December 31 (or HCSA Participation Period if Enrolling Mid-Year)** | $ |
| **HRA Balance, if any** | |
| **Difference between Total Estimated Expenses and HRA Balance** | |

| Please Be Aware . . . |
|---|
| It's important to estimate your expenses carefully and to set aside only the amount you will definitely use, because your HCSA can reimburse only those expenses incurred during your HCSA participation period. If you don't incur enough eligible expenses by the end of the calendar year, you'll forfeit any unused money in your account. For more information on forfeitures, see "Forfeitures." |

## What's Eligible, What's Not

To qualify for reimbursement through this account, the health care expense must:

| **Qualify as a Reimbursable Health care Expense** | You may only obtain reimbursement for qualifying medical expenses (as determined by the IRS).   For a good reference guide on eligible expenses under the plan, see IRS Publication 502. <br><br> *Note:* Current federal tax law does not allow premiums to be reimbursed through the HCSA. |
|---|---|

| Be Incurred by You, Your Spouse, Your Child under age 26, or by an Individual Who Qualifies as a Dependent According to the IRS | You may obtain reimbursement for expenses incurred by your federal tax dependent.  Since the IRS definition of a dependent differs from the definition used in Tenet's health plan, your dependent under Tenet's health plan may not qualify as a dependent for purposes of reimbursement under the HCSA. You may be required to show proof of dependency before receiving reimbursement from the HCSA. |
|---|---|
| Be Paid by You | The HCSA cannot reimburse you for any amount that is: ◆ Paid by any medical, prescription drug, mental health care, dental, vision or other health care plan (in other words, you must be responsible for paying the cost), ◆ Reimbursed through another spending account, ◆ Used as a medical deduction on your income tax return, or ◆ Used to pay premiums for any medical, prescription drug, mental health care, dental, vision or other health care plan. |
| Be Incurred During Your HCSA Participation Period | Because participation in the HCSA is usually elected during annual enrollment, your HCSA participation period is normally a calendar year (January 1 through December 31). However, if you enroll after January 1, your HCSA participation period begins on the participation effective date shown on the enrollment website. Please refer to the Eligibility and Enrollment section for more information on eligibility and mid-year enrollments. |

## Examples of Eligible Health Care Expenses from A to Z

This list is not intended to be exhaustive.  Please see IRS Publication 502 for more information.

| Capital Expenses | The amounts you pay for special equipment installed in your home or for improvements if their main purpose is medical care for you or your dependent (e.g., installing railings and/or support bars and widening or modifying hallways and interior doorways), reduced by the increase in value of your property (if any). |
|---|---|
| Costs Related to Medical Illness or Condition | Expenses resulting from illness or medical condition, including acupuncture, ambulance, braces, Braille reading materials (to the extent the cost of such reading materials exceeds the cost for regular printed materials) and the cost, maintenance, and training of a guide dog or other animal. |
| Deductibles | Medical, dental and vision plan deductibles, co-insurance and co-pays. |
| Doctor and Dentist Fees | Fees for services provided by licensed physicians and dentists for the diagnosis and treatment of diseases, illnesses and injuries affecting any body part or function. |
| Hearing Care | Hearing care, such as hearing aids, hearing examinations and special equipment for the hearing-impaired (i.e., telephone and television adapters). |

| Insulin | Amounts you spend on insulin, with or without a prescription. |
|---|---|
| Laser Eye Surgery | Laser eye surgery and radial keratotomy to improve vision. |
| Learning Disability | Fees you pay for tutoring for a specially trained tutor, provided such tutoring is recommended by a doctor, and tuition fees you pay to a special school for a child who has severe learning disabilities caused by mental or physical impairments, provided your doctor recommends such a school and the principal reason for attending such school is the availability of medical care. |
| Nursing Home | Expenses for nursing home or home for the aged if primary reason for being in the nursing home is to receive medical care (and not for personal reasons). |
| Nursing Services | Wages and other amounts you pay for nursing services (including meals or additional household upkeep needed as a result of the nursing attendant); services don't need to be performed by a registered nurse as long as the services are usually performed by a nurse (e.g., giving medication, changing dressings or bathing and grooming the patient). |
| Prescription Drugs | Prescription drugs, including birth control pills or other prescribed contraceptives, and oxygen and its equipment.  Exceptions may apply to drugs prescribed for cosmetic or general health purposes. |
| Prosthetics | Artificial limbs and teeth and breast reconstruction and prosthesis (following mastectomy for cancer). |
| Smoking-Cessation Programs | Fees for smoking-cessation programs, but not amounts you pay for drugs that do not require a prescription, such as nicotine gum or patches, that are designed to help stop smoking. |
| Special Equipment | Part or all of the cost to install special equipment in your home or to modify your home for a disability (reduced by the increase in value of your property, if any—see Capital Expenses above). Cost to install equipment or modify a car for a disability, or the difference in cost between a regular car and a modified car. |
| Weight Loss Program | The cost of a weight loss program (excluding food, unless the food does not satisfy normal nutritional needs, treats or alleviates an illness, and is needed as substantiated by a physician), provided it is undertaken to treat an existing disease diagnosed by a physician (e.g., heart disease, obesity, or hypertension); you can't submit the cost of weight loss programs if the purpose is to maintain general good health. |
| Vision Care | Vision care, such as contact lenses (including saline solution and enzyme cleaner), eyeglasses and eye examinations. |

## *Examples of Ineligible Health Care Expenses from A to Z*

This list is not intended to be exhaustive. Please see IRS Publication 502 for more information.

| | |
|---|---|
| **Cosmetic Procedures** | Expenses incurred primarily for cosmetic reasons, including hair transplants, partial and full face lifts, liposuction, electrolysis, collagen injections, teeth whitening, etc. |
| **General Health** | Expenses incurred for your general health, including vacations, health club dues, exercise/fitness instruction, dancing lessons, swimming lessons and health spa treatments such as massage, aromatherapy, etc., even if recommended by your doctor. |
| **Household Help** | Expenses incurred for household help, even if recommended by your doctor; child care expenses, even if child care is to enable you to receive health care; diaper service costs unless the service is required to relieve the effects of a specific disease. (Note: Food and household expenses for a nursing attendant may be eligible for reimbursement.) |
| **Long-Term Care** | Expenses for long-term care services or long-term care insurance premiums. |
| **Over-the-Counter Medications** | Over-the-counter medications that you purchase without a prescription. |
| **Vitamins and Dietary Supplements** | You can't include vitamins and other dietary supplements that are merely beneficial to your general health. |
| **Weight Loss Programs** | Expenses incurred for weight loss programs to promote general good health, even if recommended by your doctor; you cannot include expenses for food in a weight loss program, unless the food does not satisfy normal nutritional needs, alleviates or treats an illness, and is needed as substantiated by a physician. |

A full explanation of these expenses and others is outlined in IRS Publication 502. You can get a copy from the IRS's Web site at www.irs.gov (click on "Forms and Publications" and then scroll down to "All Forms and Publications").

Please be aware that the rules governing IRS-qualified health care expenses are subject to change from year to year. It's your responsibility to ensure that your health care expenses qualify under the current year's list.

| **Don't Forget!** |
|---|
| You can't be reimbursed for expenses that have been:<br>◆ Paid by a medical, prescription drug, mental health care, dental or vision plan,<br>◆ Reimbursed by another employer-sponsored spending account, or<br>◆ Claimed on your tax return. |

Please be aware that expenses the IRS considers eligible for reimbursement may change from year-to-year. You must use the HCSA properly and only seek reimbursement for an eligible expense. If the HCSA reimburses you for an ineligible expense, you're responsible for repaying the money.

## How Your HCSA Debit Card Works

The HCSA debit card allows you to pay for current-year health care expenses directly from your Health Care Spending Account. You are issued a debit card if you make a minimum annual contribution of $130.

You can use your HCSA debit card at your doctor's or dentist's office, pharmacy or vision care provider. **You do not need to provide supporting documentation if:**

◆ The amount you are paying with your card is the amount of your Tenet-sponsored plan's co-pay for medical, dental or prescription drugs (including mail-order prescriptions).

◆ You have already filed your initial monthly orthodontia claim for the plan year and the amount is the same as the previous orthodontia payment (and for the same provider).

◆ The amount you are paying is for a recurring charge — such as the co-insurance amount on a prescription — for which you have previously filed a claim with the same provider.

### *When You Must Provide Supporting Documentation*

When you use the HCSA debit card for certain expenses, you must provide supporting documentation. If required, the Plan Administrator will contact you, outlining what is needed. Some examples are if:

◆ The amount you are paying with your HCSA debit card does not equal your medical plan's co-pay. For example, you can use the card but will also need to provide supporting documentation if you use it to pay deductibles, co-insurance, non-covered items or co-pays under your spouse's or dependent's plan.

◆ You use the card to buy eligible non-prescription items. If you are buying prescriptions at the same time as the eligible non-prescription items, you should pay for your prescription as a separate transaction. This way, you only need to include the eligible non-prescription items on your claim. (Remember that you may not use the card to pay for any expenses that are not eligible for reimbursement under the HCSA.)

◆ You are using the card for the first time during the plan year to pay for a recurring charge, like a monthly orthodontia visit or a co-insurance amount on a prescription.

◆ The electronic transfer does not include enough information to determine if the purchase is for eligible expenses.

If your health care provider or pharmacy does not accept debit cards or you choose not to use your card, you may submit your receipts to the Plan Administrator for reimbursement.

## When Your HCSA Participation Ends

Your HCSA participation ends on the earliest of the following dates:

◆ The date you no longer meet the eligibility requirements of the HCSA component program or the TEBP for any reason (including death) other than termination of employment.

◆ The date you stop making contributions to your HCSA account. If your contributions stop before the end of the calendar year, eligible expenses under the HCSA will be restricted to the time period during which you were actively participating.

◆ The last day of the month of the last pay period during which you are employed by Tenet, assuming you do not elect or are not eligible to continue your coverage under COBRA. If your employment is terminated before the end of the calendar year, your payroll deductions will stop with your last paycheck. However, you will still be able to request reimbursement under the HCSA for eligible

expenses incurred prior to your termination date. If you are eligible and you elect to continue your HCSA coverage under COBRA by reason of your termination of employment, your right to COBRA will become effective on the first day of the month following the date your Tenet employee coverage ends. The date you take an unpaid leave of absence, unless your leave of absence is an FMLA or USERRA leave and you elect to continue participation in the HCSA on the "Pay-As-You-Go" method. (See the Life Events section of this SPD site for more information on FMLA and USERRA leaves.)

◆ If you have elected to continue coverage in the HCSA under COBRA (see below), the date your right to COBRA continuation coverage terminates.

◆ The date the HCSA component program under the TEBP or the TEBP is terminated.

## Extending Your HCSA Participation Period Under COBRA

Under the Federal law known as COBRA, you may be entitled to continue your coverage under the HCSA on an after-tax basis if you lose coverage under that component program on account of your termination of employment (for reasons other than gross misconduct) or a reduction of your hours. If you elect to continue your coverage under COBRA, you will continue to participate in the HCSA as a "COBRA continue" for the period of your COBRA continuation right (and as long as you make your required COBRA premiums). Your COBRA continuation right must be made available for the remainder of the plan year in which your termination or reduction in hours occurs, unless at the time of such termination or reduction in hours, the maximum benefit you could receive under the HCSA for the remainder of the plan year is less than the amount of COBRA premiums that would be required to continue coverage under the Health Care Spending Account.

In general, if you elect to continue your coverage under the HCSA as a COBRA continue, your required COBRA premium will be 102 percent of your elected HCSA contribution amount in effect immediately prior to your termination of employment or reduction in hours. You must elect COBRA continuation coverage no later than 60 days from the later of (1) the date your coverage under the HCSA is lost due to a termination of employment or reduction in hours, or (2) the date you receive the COBRA notice from the Plan Administrator. Your first COBRA premium is due within 45 days after you elect COBRA coverage.

It is Tenet's responsibility to notify the Plan Administrator of your termination of employment or reduction in hours. Upon receipt of this notice, the Plan Administrator will advise you of your COBRA continuation rights, if any. For more information on COBRA continuation coverage, please contact your Plan Administrator or refer to the Other Information section of this SPD site.

# How the Dependent Day Care Spending Account (DDCSA) Works

You can use the Dependent Day Care Spending Account (DDCSA) to reimburse yourself for eligible dependent care expenses. The account is designed to give you a tax break on paying for dependent care needed so that you and your spouse (if you are married) can work. For many, the DDCSA provides a better tax break than claiming these dependent care expenses as a deduction or tax credit on their tax return.

| Please Be Aware |
| --- |
| Because everyone's tax situation is different, we encourage you to discuss your participation in this account with your tax advisor before enrolling. |

## Eligibility to Participate

To participate in the DDCSA, you must work or be a full-time student. If you are married, your Spouse must also work, be a full-time student, or be mentally or physically incapable of self-support. For more information on eligibility to participate in the DDCSA, please see the Eligibility and Enrollment section of this SPD site.

Note: If you are identified as a highly compensated employee, you may have a lower contribution maximum. Please contact your Plan Administrator for more information.

## How Much You Can Set Aside Annually

| Minimum Contribution | $130 for the year |
|---|---|
| Maximum Contribution | $5,000 for the year (per household) |

The IRS may further limit how much you can contribute, based on your personal situation, as follows:

| | |
|---|---|
| **Your Contribution Is Limited to Your Amount of Income ...** | ◆ Your contribution to this account can't exceed your actual or expected income for the calendar year. <br> ◆ If you're married, your contribution can't exceed the lesser of your or your spouse's actual or expected income for the calendar year. |
| **If You're Married, Your Spouse Also Contributes to a DDCSA, and You File Income Taxes Jointly ...** | You can set aside up to $5,000 per year to this account. However, if your spouse also participates in another dependent care spending account, the total combined amount you can set aside each calendar year can't exceed $5,000 per household (or the lesser of the amount of your or your spouse's income). |
| **If You're Married and You and Your Spouse File Income Taxes Separately ...** | You can set aside up to $2,500 each calendar year to this account, subject to the income limitations outlined above. |
| **If You're Married and Your Spouse Goes to School Full Time or Is Physically or Mentally Incapable of Self-Support ...** | For each month that your Spouse is a full-time student or physically or mentally incapable of self-support, your spouse will be deemed to have income of $250, if you have one child needing care, and $500, if you have two or more children needing care. This means that if your Spouse is a full-time student or disabled (mentally or physically incapable of self-support) for an entire year, the most you can set aside is $3,000 per year for one child or $5,000 per year for two or more children. (Note that even if your spouse is deemed to have income of $500 per month for twelve months, you are still limited by the household contribution maximum of $5000 per year.) |
| **If You Share Custody of Your Children Because You and Your Spouse Are Legally Separated or Divorced ...** | In general, only the custodial parent (the parent with whom the children spend the most nights per year) can contribute to a dependent care spending account. |

| **If You Are a Highly Compensated Employee...** | Certain highly compensated employees may have their contributions to the DDCSA limited to comply with IRC sections 125 and 129 and the accompanying regulations. |
| --- | --- |

For more information on these contribution limits, please see IRS Publication 503, available on the IRS Web site at www.irs.gov (click on "Forms and Publications" and then scroll down to "All Forms and Publications").

**Reimbursements will be made after your DDCSA is credited with your contribution. If there's not enough money in your account to meet the entire reimbursement request, you receive only the amount available in your DDCSA at the time of your request.**

| **If You and Your Spouse Both Work for Tenet** |
| --- |
| If you and your spouse are both eligible for participation in the Tenet Dependent Day Care Spending Account, you can each enroll in the DDCSA. Please note, however, that the IRS limits the amount of tax-free dollars a single household can contribute to the DDCSA to $5,000 annually. |

| **PROFILE: Tracey** |
| --- |
| Tracey's mother is in the hospital recovering from a heart attack. Her doctor anticipates an extended recovery period, as her mother is currently not capable of caring for herself. Tracy is considering having her mother move in with her and the kids and hiring a nurse's aide to care for her mother. If Tracey decides to do this, she can elect to increase the amount of her DDCSA contribution to pay for the nurse's aide expenses once her mother moves in — as long as Tracey's mother qualifies as Tracey's federal tax dependent (or would qualify as Tracey's federal tax dependent but for IRC sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and section 152(d)(1)(B), which contains a gross income limitation), and her mother's moving in qualifies as a life event. To receive reimbursement under her DDCSA, Tracey will need to report her life event by going to *benefitsolutions.ehr.com* and accessing the My Benefits link or by calling the Benefit Solutions Center at 1-844-877-8591. For more information on life events, see the Life Events section of the TEBP SPD. |

# Eligible Dependents

You can use your DDCSA to pay for dependent care expenses for the following dependents:

◆ Children under age 13 whom you're entitled to claim as a tax exemption,*

◆ Your spouse who is physically or mentally not able to care for himself or herself, and

◆ Dependents of any age who are physically or mentally incapable of self-care and who can be claimed as your federal tax dependent (determined without regard to IRC sections 152(b)(1) and (b)(2), which contain certain inapplicable exceptions to the definition of dependent, and (d)(1)(B), which contains a gross income limitation for qualifying relatives).**

\* If you are a divorced or legally separated individual, you may participate in this account if you are the custodial parent of your child, regardless of whether or not you claim your child as a tax exemption. You are considered the custodial parent if your child lives with you for more than half the year. If you are not the custodial parent, you can't participate in this account, even if you can claim the child as a tax exemption.

\*\* If you have a dependent for which day care services are provided outside your home, your dependent must either live with you or regularly spend at least eight hours per day in your home.

Please note that expenses for the care of your Domestic Partner are not reimbursable unless your Domestic Partner qualifies as your federal tax dependent (determined without regard to IRC sections 152(b)(1), (b)(2) and (d)(1)(B)). For more information on determining dependent status, please contact your tax advisor.

## Estimating Your Dependent Care Expenses

To determine how much to set aside in the DDCSA, first estimate the amount of eligible expenses you expect to incur during your "DDCSA participation period," which is usually the calendar year for which you're enrolling and are making contributions.

| DDCSA Worksheet | |
|---|---|
| | **Estimated Annual Expenses** |
| Dependent child care during working hours, such as a qualified day care center, nursery school (but not kindergarten) tuition or a babysitter inside or outside your home for children under 13 years old | $ |
| Dependent adult care during working hours for adult dependents who live with you and who are physically or mentally incapable of self-care | $ |
| After-school program | $ |
| Summer day camp | $ |
| FICA and other taxes you pay for dependent care providers | $ |
| **Total Estimated Expenses for January 1 – December 31 (or DDCSA Participation Period if Enrolling Mid-Year)** | $ |

| Please Be Aware … |
|---|
| It's important to estimate your expenses carefully and to set aside only the amount you definitely will use, because your DDCSA can reimburse expenses incurred only during your DDCSA participation period. If you don't incur enough eligible expenses by the end of the calendar year, you'll forfeit any unused money in your account. For more information on forfeitures, see "Forfeitures." Also, in most cases, you'll need to pay for your out-of-pocket expenses up front and then submit a claim form to get reimbursed, so be sure you've allotted for these expenses as part of your overall budget. |

## What's Eligible, What's Not

To qualify for reimbursement through this account, the dependent care expense must:

| Be Incurred So That You (and Your Spouse, if You're Married) Can Go to Work | If your spouse is not employed, he or she must be a full-time student or be mentally or physically incapable of self-support or caring for your children. Your spouse is a full-time student if he or she is enrolled in the number of hours or classes that the school considers to be full-time for some part of |
|---|---|

| | |
|---|---|
| | five calendar months during the year.  The months do not need to be consecutive. |
| **Be Reported as Income by the Dependent Care Provider** | The dependent care provider must reflect payment from you as taxable income. The individual must provide you with a Tax ID number or Social Security number when hired by you. |
| **Be Paid by You** | In other words, the DDCSA can't reimburse any amount that is: <br> ◆ Reimbursed through another spending account, or <br> ◆ Used as a dependent care deduction or tax credit on your income tax return or the tax return of any other individual. |
| **Be Incurred During Your DDCSA Participation Period** | Because participation in the DDCSA is usually elected during annual enrollment, your DDCSA participation period is normally a calendar year (January 1 through December 31).  However, if you enroll after January 1, your DDCSA participation period begins on the participation effective date shown on the enrollment website. Please refer to the Eligibility and Enrollment section of the TEBP SPD for more information on eligibility and mid-year enrollments. |

## Examples of Eligible Dependent Care Expenses from A to Z

| | |
|---|---|
| **Application and Agency Fees** | Application and agency fees are eligible if they are required to obtain dependent care.  However, forfeited deposits are not eligible if dependent care is not provided. |
| **Dependent Care in Your Home** | Wages, including Social Security and other income and employment taxes, for a dependent care provider working in your home are eligible. Additional costs for your provider's room (if you have extra rent) and board, including extra utilities, are eligible.  You may count only those earnings that are directly related to the household and in-home care services provided so that you and your spouse can go to work. The caregiver can't be your spouse, a dependent whom you (or your spouse) claim as an exemption or your child under age 19 (even if he or she is not a dependent). Expenses you pay for household services are included as long as they are at least partly for the well-being and protection of your dependent. This includes a housekeeper, maid or cook. |
| **Dependent Care Outside Your Home** | Expenses for dependent care provided outside your home may be eligible for reimbursement as long as the dependent regularly spends at least 8 hours each day in your home.  If the care is provided by a "dependent care center," the center must comply with all applicable state and local regulations, including licensing regulations. <br><br> A dependent care center is a center that provides care for more than 6 people (other than people residing at the center), and receives a fee, payment, or grant for providing such services (even if the center is run on a non-profit basis).  Home dependent care providers who care for fewer than seven individuals aren't required by the IRS to be licensed; however, your |

| | state's licensing laws may differ. Remember that you must still provide the Social Security number for this individual when you file your tax return. |
|---|---|
| **Part-Time Work** | If you or your spouse works part-time, you must allocate dependent care expenses between days worked and days not worked.  However, if you are required or pay for dependent care on a periodic basis (such as weekly or monthly) that includes days worked and days not worked, you are not required to allocate expenses. |
| **Dependent Care During Short Absences** | If you or your spouse takes days off for illness or personal time on a short, temporary basis (generally, less than 2 weeks is considered a short, temporary basis), you do not have to allocate expenses between days worked and days not worked if you are required to pay for dependent care during your absence. |
| **Public or Private School** | Certain dependent care services provided at a public or private school are eligible. For children kindergarten and above, only the portion of the schooling (i.e., portion of tuition) related to child care before school begins and/or after school ends can be reimbursed. |
| **Specialized Day Camp** | Expenses for day camp are eligible, even if the day camp specializes in a particular activity, such as soccer or computers. |

A full explanation of these expenses and others is outlined in IRS Publication 503. You can get a copy from the IRS's Web site at www.irs.gov (click on "Forms and Publications" and then scroll down to "All Forms and Publications").

Please be aware that the rules governing IRS-qualified dependent day care expenses are subject to change from year to year. You must use the DDCSA properly and only seek reimbursement for an eligible expense.  If the DDCSA reimburses you for an ineligible expense, you're responsible for repaying the money.

| **Please Be Aware…** |
|---|
| Dependent care expenses incurred during a calendar year for which you don't list the day care provider's name, address and taxpayer identification number on your federal income tax return are not reimbursable under the plan. **Note: No taxpayer identification number is required for tax-exempt organizations.** |

## *Examples of Ineligible Dependent Care Expenses from A to Z*

The following dependent care expenses can't be reimbursed through the DDCSA:

◆ Cost of overnight camp

◆ Kindergarten tuition (portion of tuition not related to child care before school begins and/or after school ends)

◆ Private school for a school-age child (portion of tuition not related to child care before school begins and/or after school ends)

◆ Transportation to and from the dependent care site, unless provided by the dependent care provider and the transportation meets the other requirements for eligibility

◆ Day care expenses that can be allocated to days not worked, for example, if you work three days a week and pay on a daily basis for five days of day care, the payments for the two days not worked

are not eligible (however, if you are required to pay by the week, the payment for the week is eligible)

◆ Day care expenses when either you or your spouse is absent from work for illness for more than a short, temporary absence, even if you or your spouse continue to be considered an employee of the employer and receive salary continuation payments

◆ Deposits or agency fees that are forfeited

## When Your DDCSA Participation Period Ends

Your DDCSA participation period ends on December 31 of every year (unless the DDCSA or TEBP terminates prior to that date). This means you can continue to be reimbursed up to the amount in your account for eligible dependent care expenses incurred during the entire calendar year, even if contributions stop before year-end.

Contributions to your DDCSA will stop on the last pay period of the year. Your contributions will end before then if one of the following occurs:

◆ You no longer meet the eligibility requirements of the DDCSA component program or the TEBP for any reason (including death).

◆ You stop making contributions to your DDCSA account.

◆ Your employment is terminated.

◆ You take a leave of absence, unless your leave of absence is an FMLA or USERRA leave and you elect to continue participation in the DDCSA on the "Pay-As-You-Go" method. (See the Life Events section of the TEBP SPD for more information on FMLA and USERRA leaves.)

◆ The date the DDCSA component program under the TEBP or the TEBP is terminated.

**You cannot continue participation in this account under COBRA.**

| Please Be Aware |
|---|
| You can receive reimbursement for eligible dependent care expenses incurred after your contributions stop (see list above) as long as the expenses are incurred during the same calendar year. Your request for reimbursement must be postmarked by March 31 of the following year. |

# How to File a Claim for Reimbursement under the HCSA or the DDCSA

The claims administrator for the HCSA and DDCSA is:

**Benefits Accounts**
**The Reimbursement Center**
**P.O. Box 25172**
**Lehigh Valley, PA 18002-5172**

**Phone: 1-844-877-8591**
**Fax: 813-387-0744**

## Accessing Your Account

Go to **_benefitsolutions.ehr.com_**.

On the _Benefits Accounts_ website, you can:

◆ Complete your HCSA and DDCSA claim form online by choosing "Submit Claims."

◆ Review the status of your claims.

◆ Learn about eligible expenses.

◆ Check your current account balance(s).

## Benefits Accounts Card

If you use your _Benefits Accounts_ card for your HCSA, you don't need to submit a claim. _Benefits Accounts_ will notify you if you need to provide receipts or other documentation. **Even if you use your _Benefits Accounts_ card, it is important to save your receipts in case you are required to provide supporting documentation.**

## Submitting an HCSA or DDCSA Claim

_Benefits Accounts_ offers the convenience of creating your claim form online. From the _Benefits Accounts_ website, simply choose "Submit Claims" to get started. After entering your claim information, the next steps are to:

◆ Print the page.

◆ Sign and date the page.

◆ Fax or mail the page to Benefits Accounts (at the address or fax number listed above) with receipts or other documentation by the due date provided in this Spending Accounts SPD section.

You must provide proper supporting documentation so that your claim can be approved. This includes receipts or other documentation, such as an Explanation of Benefits (EOB) statement from your health plan. If the supporting documentation is not submitted within 30 days after receipt of your claim form, the pending claim form is cancelled and you will need to resubmit the claim along with receipts and/or other documentation to have your claim processed.

**Your final reimbursement request for the HCSA/DDCSA participation period must be postmarked by March 31 of the following calendar year.**

### _Claims Summary_

| For DDCSA Claims | For HCSA Claims |
|---|---|
| ◆ If you use a care provider or day care service, your receipt must contain the following:<br>• Dates of service<br>• Name of service provider<br>• Name of dependent receiving services<br>• Amount paid<br>• Tax ID number or Social Security | ◆ For health care claims, an itemized receipt must include the following:<br>• Date of service<br>• Name of service provider, supplier or pharmacy<br>• Name of patient<br>• Name of drug, product or service<br>• Amount paid |

| For DDCSA Claims | For HCSA Claims |
|---|---|
| • Number of service provider<br><br>◆ Reimbursements will be made after your DDCSA is credited with your contribution. If there's not enough money in your account to meet the entire reimbursement request, Benefits Accounts will reimburse only the amount available in your DDCSA at the time it receives your reimbursement request.<br><br>◆ As your DDCSA receives additional contributions, you'll receive additional reimbursement checks until the entire reimbursement request is paid. | ◆ For prescription drugs, remember to submit the receipt that the pharmacist has attached to the prescription, instead of the cash-register receipt.<br><br>◆ If you have medical insurance, proof of any amount paid by other coverage — such as an Explanation of Benefits (EOB) — is required. However, EOBs aren't required for:<br><br>• Prescriptions*<br>• Dental, vision or hearing expenses*<br>• Receipts stating that the amount is for a co-payment<br><br>◆ Access *Benefits Accounts* for more documentation requirements concerning medical necessity, orthodontia and other services. |

*Note that independent verification of expenses may still be required. Please contact the Claims Administrator for more information.

## Explanation of Benefits (EOB)

Each time you receive a reimbursement check from *Benefits Accounts*, you'll also receive an Explanation of Benefits (EOB). The EOB explains how the reimbursement was determined or gives the reason a claim was denied. If you have questions regarding your reimbursement request, contact *Benefits Accounts* directly.

You have up to 90 days after the end of the plan year (your claim must be **postmarked by March 31**) to submit the completed claim form and attachments to *Benefits Accounts* to receive reimbursement.

## Claims Review and Detailed Description of Claims Process

If you disagree with Benefits Accounts decision regarding a claim for benefits, you can have your claim reviewed as described in the Other Information section of this SPD site. The Other Information section describes the claims review process in detail.

# Forfeitures under the HCSA and the DDCSA

As required by law, you'll forfeit any spending account contributions you haven't used by the end of the plan year. This is known as the "use it or lose it" rule. So it's important to estimate your health care and dependent care expenses carefully when deciding how much you want to contribute and to set aside money for only those expenses you can reasonably expect to incur throughout the year.

Any money remaining in your spending account(s) after the final reimbursement request has been processed for the applicable participation period will be forfeited back to the Plan Administrator to help reduce the administrative costs of the plan. Reimbursement requests must be postmarked by March 31 of the following plan year.

# How the Health Reimbursement Account Program Works

As with the Health Care Spending Account (HCSA) or with a Health Savings Account (HSA), money in your Health Reimbursement Account (HRA) Program may be used to reimburse yourself for eligible health care expenses, as long as those expenses have not been reimbursed under or paid for by another plan.  Note:  If you participate in both the HCSA Program and the HRA Program, expenses will not be reimbursed from the HRA Program until the HCSA is exhausted.

## Eligibility to Participate

Participation in the Health Reimbursement Account (HRA) Program is tied to participation in either the Gold or Health & Reimbursement Plan under the Medical Benefit Program.  If you have enrolled in either the Gold or Health & Reimbursement Plan, you will be automatically enrolled in the HRA Program. (However, you may elect to permanently opt out of HRA Program coverage.  Please contact the Plan Administrator for more information.)  If you have elected not to participate in the Medical Benefit Program or have selected a Medical Benefit Program option other than the Gold or Health & Reimbursement Plan, you are not eligible to participate in the HRA Program.

Your dependents do not participate in the HRA Program; however, expenses incurred by your dependents may be eligible for reimbursement.  See "What's Eligible, What's Not" below for more information.

## Contributions to the HRA Program

All contributions to the HRA Program will be made by your Employer.  You are not permitted to make any contributions to the HRA Program.  (Note: Your Employer may change the amount of the HRA Program contribution at any time prior to making the contribution.)  If you enroll in either the Gold or Health & Reimbursement Plan after the first day of the plan year (see the Life Events section of this SPD for information on events entitling you to a mid-year enrollment), your HRA Program contribution may be prorated.

## What's Eligible, What's Not

The HRA Program allows for reimbursement of qualifying health care expenses incurred by you or your eligible dependents.  To qualify for reimbursement under the HRA Program, the expense must:

| | |
|---|---|
| **Qualify as a Reimbursable Health Care Expense** | You may only obtain reimbursement for qualifying health care expenses (as determined by the IRS).  For a good reference guide on expenses eligible for reimbursement under the plan, see IRS Publication 502. |
| **Be Incurred by You, Your Spouse, Your Child under age 26, or by an Individual Who Qualifies as a Dependent According to the IRS** | You may obtain reimbursement for expenses incurred by your federal tax dependent.  Since the IRS definition of a dependent differs from the definition used in Tenet's health plan, your dependent under Tenet's health plan may not qualify as a dependent for purposes of reimbursement under the HRA Program. For purposes of the HRA Program, a federal tax dependent is a dependent within the meaning of IRC section 152 (determined without regard to sections 152(b)(1), (b)(2), and (d)(1)(B)). |

| | |
|---|---|
| **Be Paid by You** | The HRA Program cannot reimburse you for any amount that is:<br><br>◆ Paid by any medical, prescription drug, mental health care, dental, vision or other health care plan (in other words, you must be responsible for paying the cost),<br><br>◆ Reimbursed through a spending account (including the HCSA) or other reimbursement program*,<br><br>◆ Used as a medical deduction on your income tax return, or<br><br>◆ Used to pay premiums for any medical, prescription drug, mental health care, dental, vision or other health care plan.<br><br>*If you participate in both the HCSA and the HRA Program, expenses will not be reimbursed from the HRA Program until your HCSA is exhausted. |
| **Be Incurred During Your HRA Program Participation Period** | Because participation in the HRA Program is tied to participation in either the Gold or Health & Reimbursement Plan under the Medical Benefit Program, your HRA Program participation period is normally a calendar year (January 1 through December 31). However, if you enroll in the Gold or Health & Reimbursement Plan under the Medical Benefit Program after January 1, your HRA Program participation period begins on the date your coverage under the Gold or Health & Reimbursement Medical Plan begins. |

## *Examples of Eligible Expenses*

The same rules and requirements regarding reimbursement of qualifying health care expenses apply to the HRA Program as to the HCSA. Please see "Examples of Eligible Health Care Expenses from A to Z" under the HCSA Program above for more information on the requirements for obtaining reimbursement under the HRA Program and the expenses eligible for reimbursement.

## Submitting an Expense for Reimbursement under the HRA Program

Expenses that are paid on your *Benefits Accounts* card do not need to be submitted for reimbursement. All other expenses may be submitted to:

> **Benefits Accounts**
> **The Reimbursement Center**
> **P.O. Box 25172**
> **Lehigh Valley, PA 18002-5172**
>
> **Phone: 1-844-877-8591**
> **Fax: 813-387-0744**

## When Your HRA Program Coverage Ends

Your participation in the HRA Program ends on the earliest of the following dates:

◆ The date your coverage under either the Gold or Health & Reimbursement Plan ends for any reason.

◆ The date the HRA Program is terminated.

◆ The date the Medical Benefit Program is terminated.

◆ The date the TEBP is terminated.

## Extending Your HRA Program Participation Period Under COBRA

Under the Federal law known as COBRA, you may be entitled to continue your coverage under the HRA Program if you lose coverage due to a qualifying event. Because you are only eligible to participate in the HRA Program if you participate in either the Gold or Health & Reimbursement Plan under the Medical Benefit Program, you must elect COBRA continuation coverage with respect to your Gold or Health & Reimbursement Plan coverage under the Medical Benefit Program in order to continue your coverage under the HRA Program. If you elect COBRA continuation coverage with respect to the Gold or Health & Reimbursement Plan under the Medical Benefit Program, coverage under the HRA Program will automatically be extended for as long as you remain enrolled in such Gold or Health & Reimbursement Plan. (You may, however, elect to permanently waive your right to continued participation in the HRA Program.) If you do not elect to continue your Gold or Health &Reimbursement coverage under COBRA (or you switch to another Medical Benefit Program option), your coverage under the HRA Program will end. For more information on COBRA continuation coverage, please see the Other Information section of this SPD.

# Helpful Information About the Spending Accounts (HCSA and DDCSA) and the HRA Program

You can learn additional information about the HCSA, the DDCSA, and the HRA Program offered under the TEBP by reviewing the other sections of the TEBP SPD. **The complete SPD includes information on eligibility and enrollment, procedures for appealing claim denials, qualified medical child support orders, authority to amend and terminate the TEBP and all of the benefit programs (including the spending accounts), COBRA continuation rights and your rights under the Health Insurance Portability and Accountability Act (HIPAA).**

Here's a list of some quick facts you may need to know:

| | |
|---|---|
| **Employer and Plan Sponsor** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>(469) 893-2000 |
| **Plan Administrator** | Tenet Benefits Administration Committee<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>(469) 893-2000 |
| **Claims Administrator for the HCSA and the DDCSA** | Benefits Accounts<br>The Reimbursement Center<br>P.O. Box 25172<br>Lehigh Valley, PA 18002-5172<br><br>Phone: 1-844-877-8591<br>Fax: 813-387-0744 |
| **Claims Administrator for the HRA Program** | Benefits Accounts<br>The Reimbursement Center<br>P.O. Box 25172<br>Lehigh Valley, PA 18002-5172<br>Phone: 1-844-877-8591<br>Fax: 813-387-0744 |

| | |
|---|---|
| **Agent for Service of Legal Process** | Tenet Healthcare Corporation<br>14201 Dallas Parkway<br>Dallas, TX 75254<br><br>(469) 893-2000<br><br>Legal process may also be served on the Plan Administrator. |
| **Plan Effective Date** | The HCSA, the DDCSA, and the HRA Program are component programs in the TEBP, which was originally effective as of October 1, 1977. The TEBP was amended and restated effective January 1, 2018. |
| **Employer Identification Number** | 95-2557091 |
| **Plan Number** | 515 |
| **Plan Year** | January 1 through December 31. |
| **Type of Plan** | The HCSA is a welfare benefit program offering reimbursement for qualifying health care expenses. The DDCSA is a welfare benefit program offering reimbursement for approved dependent care expenses. The HRA Program is a welfare benefit program offering reimbursement for qualifying health care expenses. See the Other Information section for more information. |

## Funding of Benefits

Your benefits under the HCSA and the DDCSA are funded by your employee contributions to the accounts. For more information on contributions, please review "How Much You Can Set Aside Annually for the HCSA" and the "How Much You Can Set Aside Annually for the DDCSA." Your benefits under the HRA Program are funded by employer contributions.

## Tax Consequences of Participation in the Spending Accounts

Your contributions to the HCSA and DDCSA are made a pre-tax basis by reducing your salary. Employer contributions to the HRA Program and reimbursement of qualifying health care expenses are provided on a tax-free basis. For more information on the tax consequences of participating in the spending accounts or the HRA Program, please see your tax advisor.

## Your Rights Under ERISA and HIPAA

For a statement explaining your rights under the Employee Retirement Income Security Act of 1974 (ERISA) and HIPAA, see the Other Information section of this TEBP SPD.

# Glossary

## *Federal Tax Credit (for dependent care expenses only)*

This is a credit you receive from the federal government on your federal income tax return for dependent care expenses. This credit reduces your income taxes. You can't claim the federal tax credit and participate in the DDCSA.

## Forfeited Money

The money (1) you lose if you don't claim all the contributions you made to the HCSA and/or DDCSA within a calendar year, or (2) forfeited under your HRA Program account on the date your participation in such account terminates.

## Pre-Tax Contributions

Contributions deducted from your paycheck before taxes are taken out. This lowers your gross income, so you pay less in taxes.



# *Life and AD&D* Summary

## About This Summary Plan Description (SPD)

This summary provides an overview of the life and accidental death and dismemberment (AD&D) insurance options provided under the Tenet Life Benefit Program and the Tenet Accidental Death and Dismemberment (AD&D) Program, both component programs in the Tenet Employee Benefit Plan (TEBP). For more detailed information on your life and AD&D coverage, please see the policy for these programs available at *benefitsolutions.ehr.com*, which are incorporated into and will be considered part of, the TEBP SPD.

**Note:  For full policy details please see the certificate of coverage available at** *benefitsolutions.ehr.com.*

## Summary of Benefits Details

### *Unum Life Insurance Company of America*

**Portland, Maine**
**Policy Holder:** Tenet Healthcare Corporation
**Identification No.:** 546864 012
**Policy Effective Date:** August, 1, 2001; Amended January 1, 2020
**Identification No.:**  546864 007 (Full-time Union Employees of Metro West)
546864 008 (Part-time Union Employees of Metro West)
546864 005 (Full-time Union Employees of St. Vincent)
546864 006 (Part-time Union Employees of St. Vincent)
**Policy Effective Date:** July 1, 2014; Amended August 1, 2018
**Anniversary Date:** January 1

# Your Tenet Life and AD&D Benefit Programs

To make sure you and your family have ample financial protection, Tenet offers basic (core) and supplemental life and accident insurance coverages.

## Core Coverages (All facilities excluding MetroWest MNA and Saint Vincent MNA and UFCW Union Employees)

Tenet provides you with life and accident insurance coverage as part of your core benefits (provided you're eligible), so you're never without a basic level of protection. These core coverages are free to you.

| Benefit | Coverage Highlights |
|---|---|
| **Basic Life Insurance**<br><br>(Full-time and part-time 1 employees only—see the certificate of coverage available at | 100% paid by Tenet.<br><br>Groups 1 – 7: Amount of coverage is 1 times your annual pay (up to a maximum of $50,000)* |

| | Group 14: Amount of coverage is 2 times your annual pay (up to a maximum of $2,500,000)* |
| | |
| **benefitsolutions.ehr.com** for the definition of Groups or the Eligibility and Enrollment section for more information) | Group 15: Amount of coverage is 1 times your annual pay (up to a maximum of $2,500,000)* |
| | *rounded up to the next higher thousand if not an even thousand. |
| | 100% paid by Tenet. |
| **Basic Personal Accident Insurance** - also known as Accidental Death & Dismemberment (AD&D) | Groups 1 – 7: Amount of coverage is 1 times your annual pay (up to a maximum of $50,000)* |
| (Full-time and part-time 1 employees only—see the certificate of coverage available at **benefitsolutions.ehr.com** for the definition of Groups or the Eligibility and Enrollment section for more information) | Group 14: Amount of coverage is 2 times your annual pay (up to a maximum of $2,500,000)* |
| | Group 15: Amount of coverage is 1 times your annual pay (up to a maximum of $2,500,000)* |
| | *rounded up to the next higher thousand if not an even thousand. |

## Supplemental Coverages (All facilities excluding MetroWest MNA and Saint Vincent MNA and UFCW Union Employees)

To give you added protection and peace of mind, Tenet offers supplemental life insurance coverage for you, as well as life insurance coverage for your eligible dependents — all at low group rates. These coverages make the financial foundation provided by your core benefits even stronger.  For a look at how Tenet's life and accident insurance coverages may be affected by events that happen in your life, please see the Life Events section.

| **Benefit** | **Coverage Highlights** |
| --- | --- |
| **Supplemental Employee Life Insurance** (Only Full-time and Part-time 1 employees are eligible for this coverage) | You elect and pay for coverage. Groups 1 – 7, 14 and 15: Amount of coverage is based on your annual pay. Coverage options are 1, 2, 3, 4, 5 or 6 times your annual pay, rounded up to the next higher thousand if not an even thousand.** Coverage amounts over $750,000 require Evidence of Insurance (EOI). Coverage amount is subject to plan maximum for supplemental life of $2,500,000. |
| **Spouse Life Insurance (including Domestic Partners as defined in the certificate of coverage)** | You elect and pay for coverage. Groups 1 – 7, 14 and 15: Coverage options are $5,000, $10,000, $25,000, $50,000 or $100,000.** |

| Benefit | Coverage Highlights |
|---|---|
|  | Maximum coverage cannot exceed 100% of the Supplemental Employee Life coverage you choose. |
| **Child Life Insurance** | You elect and pay for coverage. |
|  | Groups 1 – 7, 14 and 15: |
|  | Coverage options are $5,000, $10,000 or $25,000 per child up to age of 26.** |
|  | Maximum coverage cannot exceed 100% of the Supplemental Employee Life coverage you choose. |
| **Supplemental Employee Accidental Death & Dismemberment (AD&D) Insurance**<br><br>(Only Full-time and Part-time 1 employees are eligible for this coverage) | You elect and pay for coverage. |
|  | Groups 1 – 7, 14 and 15: |
|  | Amount of coverage is based on your annual pay. |
|  | Coverage options are 1, 2, 3, 4, 5 or 6 times your annual pay, rounded up to the next higher thousand if not an even thousand.** |
|  | Coverage amount is subject to the plan maximum for supplemental AD&D of $500,000. |
| **Spouse Accidental Death and Dismemberment (AD&D)(includes Domestic Partners as defined in the certificate of coverage)** | You elect and pay for coverage. |
|  | Groups 1 – 7, 14 and 15: |
|  | Coverage options are $25,000, $50,000 or $100,000.** |
| **Child Accidental Death and Dismemberment (AD&D)** | You elect and pay for coverage. |
|  | Groups 1 – 7, 14 and 15: |
|  | Coverage option is $10,000 or $25,000 per eligible child up to age 26** |

**\*\*Option availability may vary if you are covered by a collective bargaining agreement.**

## Core Coverages (MetroWest MNA Union Employees Only)

Tenet provides you with life and accident insurance coverage as part of your core benefits (provided you're eligible), so you're never without a basic level of protection. These core coverages are free to you.

| Benefit | Coverage Highlights |
|---|---|
| **Basic Life Insurance**<br><br>(Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only—see the certificate of coverage available at | 100% paid by Tenet.<br><br>Full-time: Amount of coverage is 1 times your annual pay (up to a maximum of $200,000)*<br><br>Part-time 1: Amount of coverage is $5,000)* |

| | |
|---|---|
| **benefitsolutions.ehr.com** for the definition of Groups or the Eligibility and Enrollment section for more information) | *rounded up to the next higher thousand if not an even thousand. |
| **Basic Personal Accident Insurance** - also known as Accidental Death & Dismemberment (AD&D)<br><br>(Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only —see the certificate of coverage available at **benefitsolutions.ehr.com** *for the definition of Groups* or the Eligibility and Enrollment section for more information) | 100% paid by Tenet.<br><br>Full-time: Amount of coverage is 1 times your annual pay (up to a maximum of $200,000)*<br><br>Part-time 1: Amount of coverage is $5,000)*<br><br>*rounded up to the next higher thousand if not an even thousand. |

## Supplemental Coverages (MetroWest MNA Union Employees only)

To give you added protection and peace of mind, Tenet offers supplemental life insurance coverage for you, as well as life insurance coverage for your eligible dependents — all at low group rates. These coverages make the financial foundation provided by your core benefits even stronger.  For a look at how Tenet's life and accident insurance coverages may be affected by events that happen in your life, please see the Life Events section.

| Benefit | Coverage Highlights |
|---|---|
| **Supplemental Employee Life Insurance**<br><br>(Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only) | You elect and pay for coverage.<br><br>Amount of coverage is based on your annual pay.<br><br>Coverage options are 1, 2, 3 or 4 times your annual pay, rounded up to the next higher thousand if not an even thousand.<br><br>Coverage amounts over $500,000 require Evidence of Insurance (EOI).<br><br>Coverage amount is subject to plan maximum for supplemental life of $2,450,000. |
| **Spouse Life Insurance (including Domestic Partners as defined in the certificate of coverage)** | You elect and pay for coverage.<br><br>Coverage options are $5,000, $10,000, $25,000, or $50,000<br><br>Maximum coverage cannot exceed 100% of the Supplemental Employee Life coverage you choose. |
| **Child Life Insurance** | You elect and pay for coverage.<br><br>Coverage options are $5,000 or $10,000 per child up to age of 26.<br><br>Maximum coverage cannot exceed 100% of the Supplemental Employee Life coverage you choose. |
| **Supplemental Employee Accidental Death & Dismemberment (AD&D) Insurance** | The amount will automatically equal your Supplemental life amount. You pay for this coverage.<br><br>Amount of coverage is based on your annual pay. |

| Benefit | Coverage Highlights |
|---|---|
| (Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only) | Coverage options are 1, 2, 3, or 4 times your annual pay, rounded up to the next higher thousand if not an even thousand. Coverage amount is subject to the plan maximum for Supplemental AD&D of $500,000. |
| **Spouse Accidental Death and Dismemberment (AD&D)(includes Domestic Partners as defined in the certificate of coverage)** | You elect and pay for coverage. Coverage options are $25,000 or $50,000 |
| **Child Accidental Death and Dismemberment (AD&D)** | You elect and pay for coverage. Coverage option is $10,000 per eligible child up to age 26. |

## Core Coverages (Saint Vincent MNA and UFCW Union Employees Only)

Tenet provides you with life and accident insurance coverage as part of your core benefits (provided you're eligible), so you're never without a basic level of protection. These core coverages are free to you.

| Benefit | Coverage Highlights |
|---|---|
| **Basic Life Insurance** (Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only —see the certificate of coverage available at *benefitsolutions.ehr.com* for the definition of Groups or the Eligibility and Enrollment section for more information) | 100% paid by Tenet. Full-time: Amount of coverage is $5,000 or 1 times your annual pay* (up to a maximum of $200,000) Part-time 1: Amount of coverage is $5,000)* *rounded up to the next higher thousand if not an even thousand. |
| **Basic Personal Accident Insurance** - also known as Accidental Death & Dismemberment (AD&D) (Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only —see the certificate of coverage available at *benefitsolutions.ehr.com for the definition of Groups* or the Eligibility and Enrollment section for more information) | 100% paid by Tenet. Full-time: Amount of coverage is $5,000 or 1 times your annual pay* (up to a maximum of $200,000)Part-time 1: Amount of coverage is $5,000* *rounded up to the next higher thousand if not an even thousand. |

## Supplemental Coverages (Saint Vincent MNA and UFCW Union Employees only)

To give you added protection and peace of mind, Tenet offers supplemental life insurance coverage for you, as well as life insurance coverage for your eligible dependents — all at low group rates. These coverages make the financial foundation provided by your core benefits even stronger.  For a look at how Tenet's life and accident insurance coverages may be affected by events that happen in your life, please see the Life Events section.

| Benefit | Coverage Highlights |
|---|---|
| **Supplemental Employee Life Insurance**<br><br>(Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only) are eligible for this coverage) | You elect and pay for coverage.<br><br>Amount of coverage is based on your annual pay.<br><br>Coverage options are 1, 1.5, 2, 3 or times your annual pay, rounded up to the next higher thousand if not an even thousand.<br><br>(Basic, Supplemental life and Life AD&D cannot exceed the combined amount of $200,000) |
| **Spouse Life Insurance (including Domestic Partners as defined in the certificate of coverage)** | You elect and pay for coverage.<br><br>Coverage options are $10,000, $25,000 or $50,000.<br><br>Maximum coverage cannot exceed 100% of the Supplemental Employee Life coverage you choose. |
| **Child Life Insurance** | You elect and pay for coverage.<br><br>Coverage options are $5,000 or $10,000 per child up to age of 26.<br><br>Maximum coverage cannot exceed 100% of the Supplemental Employee Life coverage you choose. |
| **Supplemental Employee Accidental Death & Dismemberment (AD&D) Insurance**<br><br>(Full-time who work 36 hours or more per week and part-time 1 employees who work 20 or more hours per week only are eligible for this coverage) | The amount will automatically equal your Supplemental life amount. You pay for this coverage.<br><br>Amount of coverage is based on your annual pay.<br><br>Coverage options are 1, 1.5, 2, 3 or 4 times your annual pay, rounded up to the next higher thousand if not an even thousand.<br><br>(Basic, Supplemental life and Life AD&D cannot exceed the combined amount of $200,000) |
| **Spouse Accidental Death and Dismemberment (AD&D)(includes Domestic Partners as defined in the certificate of coverage)** | You elect and pay for coverage.<br><br>Coverage options are $10,000, $25,000 or $50,000. |
| **Child Accidental Death and Dismemberment (AD&D)** | You elect and pay for coverage. |

| Benefit | Coverage Highlights |
|---------|---------------------|
|  | Coverage option is $5,000 or $10,000 per eligible child up to age 26. |

## Age Reduction Provision

**The amount of supplemental employee life insurance available to you will be reduced once you reach a certain age while insured or if you become insured at a certain age.**

If you have reached age 65, but not age 70 on January 1 of the current plan year, your amount of life insurance will be:

- 65% of the amount of life insurance you had prior to age 65: or
- 65% of the amount of life insurance if you become insured on or after age 65 but before age 70.

If you have reached age 70 or more on January 1 of the current plan year, your amount of life insurance will be:

- 50% of the amount of life insurance you had prior to your first reduction: or
- 50% of the amount of life insurance if you become insured on or after age 70.

For Saint Vincent MNA and UFCW Union Employees if you have reached age 70 or more on January 1 of the current plan year, your amount of life insurance will be:

- 35% of the amount of life insurance you had prior to your first reduction: or
- 35% of the amount of life insurance if you become insured on or after age 70.

All reduced amounts are rounded to the next higher multiple of $1,000, if not already an exact multiple thereof.

There will be no further increases in the amount of life insurance that you can elect.

Spouse and Dependent Life Insurance coverage amounts may be reduced based on your age reduction. For more detailed information on your supplemental life coverage, please see the policy available at ***benefitsolutions.ehr.com***.



# *Business Travel Accident*
## Summary Plan Description

### About This Summary Plan Description (SPD)

The Tenet Business Travel Accident Program is an insured benefit program which provides benefits in the event of injury while traveling as an employee. The Business Travel Accident Program is a component program in the Tenet Employee Benefit Plan (TEBP), a comprehensive welfare benefits plan intended to qualify as a cafeteria plan within the meaning of Internal Revenue Code (IRC) section 125. This document summarizes key provisions of the Business Travel Accident Program and, along with the certificate of coverage for the Business Travel Accident Program (available online at *benefitsolutions.ehr.com* or by contacting Hartford Life and Accident Insurance Company at 1-888-563-1124).

For more information on the Business Travel Accident Program, please see the benefits policy as well as review the other sections of this SPD.

**Note:  Certain Tenet facilities and subsidiaries maintain their own SPD summarizing benefits under the Tenet Employee Benefit Plan.**

### Certificate of Insurance Details

Your benefits under the Tenet Business Travel Accident Program are insured through an insurance policy by **Hartford Life and Accident Insurance Company**. Below is some helpful information about your Business Travel Accident insurance coverage.

> **Insurer:**  Hartford Life and Accident Insurance Company, Hartford, Connecticut
> **Policyholder:** Tenet Health System Medical, Inc. and Subsidiaries
> **Policy Number:** ETB-112533
> **Policy Effective Date:** January 1, 2015
> **Certificate Effective Date:** The date you enter a Class of Eligible Persons

**This is not a policy of workers' compensation insurance. The Policyholder and/or the Employer does not become a subscriber to the workers' compensation system by purchasing this policy.**

# Schedule of Benefits

The Tenet Business Travel Accident Program provides benefits in the event you are injured while traveling in a Hazard category for which you are insured under the policy. The Hazard categories and benefits and amounts applicable to each Hazard category are summarized in the chart below.

| Classes of Eligible Persons: | | |
|---|---|---|
| **Class 1:** All active, full-time employees and all part-time 1 employees of the Employer. See the Eligibility and Enrollment section of the TEBP SPD for more information. | | |
| **Class 2:** All active SERP participants and non-employee Board of Directors of the policyholder. | | |
| **Hazard** (see the "Hazards" section for a full description of each hazard) | **Benefit** (see the "Benefits" section for a full description of benefits) | **Amount** |
| C-12, C-41, C-57 | ADD | $100,000 ($500,000 for employees in Class 2) |
| | AHV | 10% of principal sum to maximum of $25,000 |
| | BCB | See Benefit page |
| | COMA | See ADD amount |
| | REHAB | 10% of principal sum to maximum of $25,000 |
| | SBLT (seatbelt) | 10% of principal sum to a maximum of $25,000 |
| | AB | 5% of principal sum to maximum of $25,000 |
| | THERP | 10% of principal sum to maximum of $25,000 |
| C-19 | ADD | Principal sum: $1,000,000 |
| | COMA | See ADD amount |
| If you are covered under more than one Hazard or Class on the date of accident, you will be considered to be covered under the one Hazard or Class with the largest benefit amount. | | |
| **Aggregate Limitation: Hazard: C-12, C-41, C-57** | **Aggregate Amount: $6,000,000** | |
| $6,000,000 shall be the total limit of the Insurer's liability for all benefits payable under the policy because of injury sustained due to any one aircraft accident. | | |
| **Aggregate Limitation: Hazard: C-19** | **Aggregate Amount: $10,000,000** | |
| $10,000,000 shall be the total limit of the Insurer's liability for all benefits payable under the policy because of injury sustained due to any one aircraft accident. | | |

Form PA-6056 A2 (112533) (1)

### *Accidental Death and Dismemberment Reduction On and After Age 70*

On the date of your attainment of ages 70, 75, 80 and 85, your amount of Principal Sum will reduce. The reduced amount will be determined by multiplying the Amount of Principal Sum shown in the "Schedule of Benefits" and applicable to you by the percentage shown below for your attained age:

| Insured Person's Age: | Age 70 - 74 | Age 75 - 79 | Age 80 - 84 | Age 85 or over |
|---|---|---|---|---|
| Percentage of Principal Sum: | 65% | 45% | 30% | 15% |

If you are age 70 or over, you will not be eligible for a Principal Sum Amount that is more than the Percentage of Principal Sum shown above for your attained age.

### *Benefit Limitations:*

◆ Accidental Death and Dismemberment Benefit: Loss Period: 365 days*
    * For residents of Pennsylvania, the 365 day Loss Period does not apply to loss of life

◆ Coma Benefit: Waiting Period: 30 days

◆ Rehab Benefit: Loss Period: 365 days.

# Definitions

### *AB*

Air bag benefit

### *ADD*

Accidental death and dismemberment benefit

### *Aggregate Limitation*

The total benefit payable for any number of employees involved in any one accident

### *AHV*

Adaptive home and vehicle benefit

### *Airworthiness Certificate*

A valid and current "Standard Airworthiness Certificate" issued by the FAA

### *BCB*

Bereavement counseling benefit

### *Business Trip*

A bona fide trip: a) while on assignment or at the direction of the Employer for the purpose of furthering the business of the Policyholder; b) which begins when you leave your residence or place of regular employment, whichever last occurs, for the purpose of beginning the trip; c) which ends when you return to your residence or place of regular employment, whichever first occurs; and d) excluding travel to and from work, bona fide leaves of absence and vacations

## Civil Aircraft

A civil or public aircraft which: a) has an Airworthiness Certificate; b) is piloted by a person who has: 1) a current pilot certificate with the appropriate aircraft category rating for that aircraft; and 2) a current medical certificate which is appropriate for the operation of that aircraft; and c) is not operated by the militia, or armed forces of any state, national government or international authority

## COMA

Coma benefit

## Common Carrier

A conveyance operated by a concern, other than the Employer, organized and licensed for the transportation of passengers for hire and operated by an employee of that concern

## Employer

The Policyholder, Tenet HealthCare Corporation and its Subsidiaries, or any affiliate of the Tenet HealthCare Corporation that has adopted the Tenet Business Travel Accident Program (in accordance with the procedures set forth in the TEBP) as a participating employer. An affiliate of Tenet HealthCare Corporation is any entity that is a member of the same group of affiliated entities as Tenet Business Services Corporation within the meaning of sections 414(b), (c) or (m) of the Internal Revenue Code, except that for purposes of this definition, 51 percent will be substituted for 80 percent.

## Extra-Hazardous Aviation Activity

An aircraft while it is being used for one or more of the following activities: Acrobatics or stunt flying, racing or any endurance test, crop dusting or seeding, spraying, exploration, pipe or power line inspection, any form of hunting, bird or fowl herding, aerial photography or banner towing, any test or experiment, firefighting, any flight which requires: a) a special permit; or b) waiver; from the FAA, even though granted.

## FAA

The Federal Aviation Administration of the United States or the similar aviation authority for the country of the aircraft's registry, if the country is recognized by the United States

## Injury

Injury means, and you are covered for, bodily injury resulting directly and independently of all other causes from an accident which occurs: a) while you are covered under; and b) in the manner specified; in a Hazard applicable to your Class. Loss resulting from: a) sickness or disease, except a pus-forming infection which occurs through an accidental wound; or b) medical or surgical treatment of a sickness or disease; is not considered as resulting from injury.

## Insured Person, you or your

An eligible person while he or she is covered under the policy

## Insurer

Hartford Life and Accident Insurance Company, Hartford, Connecticut

## Loss Period

The amount of time the insured person has to file a claim

### Military Transport Aircraft

A transport aircraft operated by: a) the United States Air Mobility Command (AMC); or b) a national military air transport service of any country

### Passenger

A person who is not: a) the operator or driver; or b) the pilot, student pilot or a crewmember; of a conveyance at the time of accident

### Policyholder Aircraft

An aircraft which is owned, leased, or operated by or on behalf of the Policyholder or Employer

### Principal Sum

The amount payable due to any one accident

### REHAB

Rehabilitation benefit

### SBLT

Seat belt benefit

### THERP

Therapeutic counseling benefit

### Trip

A trip which: a) begins when you leave your residence or place of regular employment, whichever last occurs, for the purpose of beginning the trip; and b) ends when you return to your residence or place of regular employment, whichever first occurs

### Scheduled Aircraft

A Civil Aircraft operated by a scheduled airline which: a) is licensed by the FAA for the transportation of passengers for hire; and b) publishes its flight schedules and fares for regular passenger service

### Waiting Period

The time shown in the policy before benefits are payable

### We, Us or Our

The insurance company named on the face page

# Determination of Individual Coverage

### Effective Date

You become an Insured Person on the later of: a) the Policy Effective Date; or b) the date you enter a Class of Eligible Persons. The Classes of Eligible Persons are set forth in the "Schedule of Benefits."

### Termination

Benefits under the Business Travel Accident Program are insured through an insurance policy issued by the Insurer. Your coverage under this policy terminates on the earlier of: a) the date the policy terminates; or b) the date you do not qualify in any Class of Eligible Persons. Your participation in Tenet's Business Travel Accident Program terminates on the earlier of: a) the date you cease to meet the eligibility requirements for coverage; b) the date the Employer terminates the Business Travel Accident Program; c) the date the Employer terminates the TEBP, or d) the date this policy terminates and the Policyholder or Employer does not replace it with a successor policy. Termination will not affect any claim for loss due to an accident which occurs before the effective date of the termination. The Policyholder's failure to report that a person ceased to qualify in a Class of Eligible Persons will not continue coverage in that Class beyond the date he or she ceased to qualify.

This policy may be terminated at any time by the Policyholder or by the Insurer. The Tenet Business Travel Accident Program and/or the TEBP may be terminated at any time by the Employer.

### Hazards and Benefits Determined By Class

You are covered under the Hazard and for the Benefits applicable to the Class in which you qualify: a) beginning on the date you enter the Class; and b) ending on the date you leave the Class. If you qualify in more than one Class on the date of accident, you will be considered to qualify in the one Class with the largest Benefit Amount.

# Exclusions

The policy does not cover any loss resulting from:

1. Intentionally self-inflicted Injury, suicide or attempted suicide, while sane or insane (in Missouri, while sane);
2. War or act of war, whether declared or undeclared;
3. Injury sustained while in the armed forces of any country or international authority;
4. Injury sustained while on any aircraft, unless, and only to the extent, a Hazard specifically describes such coverage;
5. Injury sustained while voluntarily taking drugs which federal law prohibits dispensing without a prescription, including sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless the drug is taken as prescribed or administered by a licensed physician;
6. Injury sustained while committing or attempting to commit a felony.

# Aggregate Limitation

If: a) two or more Insured Persons, in the same or different classes, are injured as the result of any one accident, which occurs in the manner specified in the Hazard(s) identified in the Schedule of Benefits; and b) the total of all amounts payable for all Insured Persons, in the absence of this provision, exceeds the Aggregate Amount shown opposite the Hazard (shown in the "Schedule of Benefits"); the amount for each person will be proportionately reduced so that the total will equal the Aggregate Amount. This means that if the total of all amounts payable for all persons exceeds the Aggregate Amount shown opposite the Hazard, the benefit amount for each Insured Person will be adjusted depending on a) the number of Insured's in the accident and, b) their respective classes.

# Hazards

### *HAZARD C-12: 24-Hour Business Trip Coverage*

This Hazard covers Injury resulting from an accident which occurs anywhere in the world during a Business Trip, including: a) an Injury resulting from an accident which occurs while you are a passenger on, boarding, or alighting from a Civil Aircraft or Military Transport Aircraft: or b) Injury resulting from being struck by an aircraft.

## Exclusions

This Hazard does not cover Injury resulting from an accident which occurs while you are on, boarding, or alighting from: a) an aircraft engaged in an Extra-Hazardous Aviation Activity; or b) a Policyholder Aircraft. Refer to the "Definitions" and "Exclusions" sections for modifications, limitations, and exclusions affecting this coverage.

### *HAZARD C-19: Specified Aircraft Coverage Trip*

This Hazard covers Injury resulting from accident which occurs anywhere in the world while you are on a Trip as a passenger, pilot, operator, or member of the crew on, boarding or alighting from, or being struck by an aircraft which is on file with the Employer and which is owned by the Employer, which includes a properly serviced substitute aircraft, and which aircraft is being operated at the time with consent of the Employer and piloted by a properly certified pilot whose name is on file with the Employer, or a properly certified substitute, holding a current and valid certificate of competency of a rating authorizing him or her to pilot this aircraft and who has logged a minimum of 1,000 hours as a pilot, at least 500 of which were logged in single or multi-engine aircraft of like basic design.

## Exclusions

This Hazard does not cover Injury resulting from accident which occurs while the above aircraft is: a) carrying passengers for hire; or b) engaged in an Extra-Hazardous Aviation Activity. Refer to the "Definitions" and "Exclusions" sections for modifications, limitations, and exclusions affecting this coverage.

### *HAZARD C-41: Commutation Coverage*

This Hazard covers Injury resulting from accident which occurs while you are commuting directly between your residence and place of regular employment: a) by automobile or other conveyance not normally used by you for commuting; and b) during a strike, power failure, major breakdown or similar event which results in the discontinuance or interruption of one or more public transportation systems regularly used by you; on a regularly scheduled workday. Refer to the "Definitions" and "Exclusions" sections for modifications, limitations and exclusions affecting this coverage.

### *HAZARD C-57: Sojourn or Personal Deviation Business Trip Coverage*

This Hazard covers Injury resulting from an accident which occurs anywhere in the world during a Sojourn or Personal Deviation from a covered Business Trip.

**Sojourn or Personal Deviation from a Business Trip** means personal trips taken by you: a) during a Business Trip; and b) which are not assignments from or at the direction of the Employer for the purpose of furthering the business of the Employer; and c) which do not exceed a total of 14 days.

## Exclusions

This Hazard does not cover Injury resulting from an accident which occurs while you are on, boarding, or alighting from an aircraft engaged in an Extra-Hazardous Aviation Activity. Refer to the "Definitions" and "Exclusions" sections for modifications, limitations and exclusions affecting this coverage.

# Benefits

## *Accidental Death and Dismemberment Benefit*

If your Injury results in any of the following losses within the Loss Period after the date of accident, we will pay the sum shown opposite the loss (under "Benefit Amount" in the chart below).

We will not pay more than the Principal Sum for all losses due to the same accident.

| For Loss of: | Benefit Amount: |
|---|---|
| Life | The principal sum |
| Both hands or both feet or sight of both eyes | The principal sum |
| One hand and one foot | The principal sum |
| Speech and hearing | The principal sum |
| Either hand or foot and sight of one eye | The principal sum |
| Movement of both upper and lower limbs (quadriplegia) | The principal sum |
| Movement of both lower limbs (paraplegia) | Three-quarters the principal sum |
| Movement of both upper and lower limbs of one side of the body (hemiplegia) | One-half the principal sum |
| Either hand or foot | One-half the principal sum |
| Sight of one eye | One-half the principal sum |
| Speech or hearing | One-half the principal sum |
| Thumb and index finger of either hand | One-quarter the principal sum |

**Loss** means with regard to: a) hands and feet, actual severance through or above wrist or ankle joints; b) sight, speech or hearing, entire and irrecoverable loss thereof; c) thumb and index finger, actual severance through or above the metacarpophalangeal joints; d) movement of limbs, complete and irreversible paralysis of such limbs.

## *Exposure*

Exposure to the elements will be presumed to be Injury if: a) it results from the forced landing, stranding, sinking or wrecking of a conveyance in which you were an occupant at the time of the accident; and b) the policy would have covered Injury resulting from the accident.

## *Disappearance*

You will be presumed to have suffered loss of life if: a) your body has not been found within one year after the disappearance of a conveyance in which you were an occupant at the time of its disappearance; b) the disappearance of the conveyance was due to its accidental forced landing, stranding, sinking or wrecking; and c) the policy would have covered Injury resulting from the accident.

## Adaptive Home and Vehicle Benefit

If your injury results in a covered loss, other than loss of life, and a benefit is payable under the Accidental Death and Dismemberment Benefit described above, in addition to a payout for the Accidental Death and Dismemberment Benefit, we will pay the lesser of: a) a percentage of the Principal Sum; or b) the actual cost; for the one-time cost of alterations incurred within two years from the date of the accident to your: a) principal residence; and/or b) Private Automobile, to make the residence accessible or the private automobile drivable or rideable by you. In no event will payment under this benefit exceed the Maximum Amount for this benefit.

The Percentage of Principal Sum and Maximum Amount are shown in the "Schedule of Benefits."

The benefit will be payable only if: a) such home alterations are: i) made by a person or persons experienced in such alterations; and ii) recommended by a recognized organization associated with the Loss; and b) such vehicle alterations are: i) carried out by a person or persons experienced in such alterations; and ii)) approved by the Motor Vehicle Department.

**Private automobile** means a four wheeled, private passenger car: station wagon, pick-up truck, van or jeep-type automobile which is not being used as a conveyance which is organized and licensed for the transportation of passengers.

## Bereavement Counseling Benefit

If a Principal Sum is payable under this Policy for your loss of life, in addition to a payment for the loss of life,  we will pay for the expenses paid by your dependent Spouse and Children for Bereavement Counseling up to: a) $100 per visit; and b) a maximum amount of $500 per covered person per accident.

Expenses for Bereavement Counseling must be first incurred by your dependent Spouse and Children (as such terms are defined below) within 90 days after the date of your death.

Proof of Bereavement Counseling expenses must be given to Us within one year after the date of your death.

**Bereavement Counseling** means treatment or counseling for the grief reaction resulting from your loss of life. Counseling must be provided by a licensed therapist, counselor, or psychiatrist who is registered or certified to provide psychological treatment or counseling.

**Spouse** means your wife or husband who is not legally separated or divorced from you at the date of the accident.

**Children**, as used in this Bereavement Counseling benefit description, means your unmarried child, unmarried grandchild in the legal custody of and residing with you, stepchild, legally adopted child from the date of placement in your home, or foster child, who is: a) under the age of 26; and b) primarily dependent on you for support and maintenance.

## Coma Benefit

If, as the result of an Injury, you: a) become Comatose within 31 days from the accident (causing such Injury); and b) remain continuously Comatose for at least the number of days shown as the Waiting Period; we will pay 1% of the Comatose Maximum Benefit Amount for each month after the Waiting Period that you remain in a Coma.

Payment will cease on the earliest to occur of: 1) the end of the month in which you die; 2) the end of the month in which you recover from the Coma; or 3) when the total payment equals the Comatose Maximum Benefit Amount. The Comatose Maximum Benefit Amount equals the Principal Sum less all other payments under the Accidental Death and Dismemberment Benefit for the Injury.

**Coma or Comatose** means complete and continuous: a) unconsciousness; and b) inability to respond to external or internal stimuli.

The amount of the Principal Sum and the Waiting Period are shown in the "Schedule of Benefits."

## Rehabilitation Benefit

If your Injury results in any loss payable under this policy, other than loss of life, within the loss period after the date of accident, we will pay a benefit equal to the lesser of: a) the Expenses Incurred for rehabilitative training; b) the applicable percentage of your principal sum (as set forth in the "Schedule of Benefits"); or c) the applicable maximum amount; for rehabilitative training.

The expense must be incurred within 2 years of the date of accident.

The Loss Period, the Percentage of Principal Sum and the Maximum Amount are shown in the "Schedule of Benefits."

**Rehabilitative Training** means any training which: a) is required due to your Injury; and b) prepares you for an occupation in which you would not have engaged except for the injury.

**Expenses Incurred** means the actual cost: a) of the training; and b) of the materials needed for the training.

## Seat Belt and Air Bag Benefit

If your Injury results in a covered loss under Accidental Death and Dismemberment Benefit described above and occurs while you are: a) a passenger riding in; or b) the licensed operator of; an Automobile, and while wearing a Seat Belt at the time of the Accident as verified on the police report, then the amount of the Principal Sum will be increased by the applicable Percentage of the Principal Sum (as set forth in the "Schedule of Benefits") up to the Maximum Amount.

In addition, if you are entitled to the above Seat Belt Benefit, we will pay an additional Percentage of the Principal Sum (as set forth in the "Schedule of Benefits") up to the Maximum Amount as an Air Bag benefit if: a) you were positioned in a seat with a factory installed Air Bag; b) you were properly strapped in the Seat Belt when the Air Bag inflated; and c) the police report establishes that the Air Bag inflated properly upon impact.

**Accident**, as used in this benefit, means the unintentional collision of an automobile during which you are wearing a seat belt.

**Air Bag** means an inflatable supplemental passive restraint system installed by the manufacturer of the Automobile, or proper replacement parts as required by the automobile manufacturer's specifications that inflate upon collision to protect you from Injury and death.

**Automobile** means a duly registered, four-wheeled, private passenger car, pick-up truck, self-propelled motor home or sport utility vehicle which is not being used as a Common Carrier.

**Seat Belt** means an unaltered belt, lap restraint or lap and shoulder restraint installed by the manufacturer of the Automobile, or proper replacement parts as required by the automobile manufacturer's specifications; or a child restraint device that meets the standards of the National Safety Council and is properly secured and utilized in accordance with applicable state law and recommendations of its manufacturer for children of like weight age and weight.

## Exclusions

This benefit does not cover Injury resulting from accident which: a) occurs while you are under the influence of any intoxicant, excitant, hallucinogen, or any narcotic or other drug, or similar substance as verified in the police accident report (unless administered under the advice of a physician); and you are operating the automobile.

## Therapeutic Counseling Benefit

If you: a) incur a loss, other than a loss of life, covered as an Accidental Death and Dismemberment Benefit under this policy; and b) within 90 days require Therapeutic Counseling due to the loss; we will pay the lesser of: a) the Reasonable Expenses incurred for Therapeutic Counseling; b) the applicable percentage of your Principal Sum (as set forth in the "Schedule of Benefits"); or c) the applicable Maximum Amount.

The Therapeutic Counseling Services must be incurred within one year from the date of loss.

**Therapeutic Counseling** means treatment or counseling provided by a licensed therapist or counselor registered or certified to provide psychological treatment or counseling.

**Reasonable Expenses** means fees and prices which do not exceed those generally charged for similar Therapeutic Counseling in the local area where received by you.

For purposes of this benefit, we reserve the right to determine Reasonable Expenses. An Expense is considered to be incurred on the date of the Therapeutic Counseling is rendered.

The Maximum Amount, Percentage and Principal Sum are shown in the "Schedule of Benefits."

# Claims

## Notice of Claim

The person who has the right to claim benefits (the claimant or beneficiary, or his or her authorized representative) must give us written notice of a claim within 30 days after a covered loss begins. If notice cannot be given within that time, it must be given as soon as reasonably possible. The notice should include your name and the policy number. Send it to our office in Hartford, Connecticut or give it to our agent. Address and contact details for both are found in the ERISA Information section below.

## Claim Forms

When we receive the notice of claim, we will send forms to the claimant for giving us proof of loss. The forms will be sent within 15 days after we receive the notice of claim. If the forms are not received, the claimant will satisfy the proof of loss requirement if a written notice of the occurrence, character and nature of the loss is sent to us.

## Proof of Loss

Proof of loss must be sent to us in writing within 90 days after: a) the end of a period of our liability for periodic payment claims; or b) the date of the loss for all other claims. If the claimant is not able to send it within that time, it may be sent as soon as reasonably possible without affecting the claim. The additional time allowed cannot exceed one year unless the claimant is legally incapacitated.

## Time of Claim Payment

We will pay any daily, weekly or monthly benefit due: a) on a monthly basis, after we receive the proof of loss, while the loss and our liability continue; or b) immediately after we receive the proof of loss following the end of our liability. We will pay any other benefit due immediately, but not later than 60 days, after we receive the proof of loss.

## Payment of Claims

We will pay any benefit due for loss of your life: a) according to the beneficiary designation in effect at the time of death; otherwise b) if no beneficiary is designated, according to the beneficiary designation under the Group Life Insurance Policy issued to the Policyholder or Employer and in effect at the time of your death; or c) if no beneficiary is designated under your Group Life Insurance Policy, to your survivors, in equal shares, in the first of the following classes to have a survivor at your death: 1) spouse, spouse will include your Domestic Partner, provided you have executed a Domestic Partner Affidavit acceptable to us, establishing that you and your partner are Domestic Partners for purposes of this Policy. You and your Domestic Partner will continue to be considered Domestic Partners provided you both continue to meet the requirements described in the Domestic Partner Affidavit. Spouse, with respect to California residents only, will include an individual who is in a registered Domestic Partnership with you in accordance with California law. Reference to your marriage or divorce shall include your registered partnership or dissolution of your registered Domestic Partnership, 2) children, 3) parents, 4) brothers and sisters. If there is no survivor in these classes, payment will be made to your estate.

All other benefits due and not assigned will be paid to you if living. Otherwise, the benefits will be paid according to the preceding paragraph.

Benefits will be paid into a checking account which will be owned by: a) you; or b) the beneficiary or beneficiaries named in writing by you. The checking account owner may elect a lump sum payment by writing a check for the full amount in the checking account. However, a checking account will not be established for a benefit payable to your estate or for a Principal Sum that is less than $10,000 or for any claim that the claim department determines is more appropriately adjudicated through the issuance of a lump sum payment. If a benefit due is payable to: a) your estate; or b) your beneficiary who is either a minor or not competent to give a valid release for the payment; the Insurer may pay up to $1,000 ($3,000 for residents of Florida) of the benefit due to some other person. The other person will be someone related to you or your beneficiary by blood or marriage who we believe is entitled to the payment. The Insurer and the Business Travel Accident Program will be relieved of further responsibility to the extent of any payment made in good faith.

## Appealing Denial of Claim

If a claim for benefits is wholly or partially denied, notice of the decision shall be furnished to you or your authorized representative no later than 90 days after the Insurer receives your claim for benefits, unless we determine that special circumstances require an extension of up to ninety additional days for processing the claim.  If the Insurer determines that an extension of time for processing the claim is necessary, you or your authorized representative will be notified of the extension prior to the expiration of the initial 90-day period.

This written decision wholly or partially denying your claim will: a) give the specific reason or reasons for denial; b) make specific reference to policy provisions on which the denial is based; c) provide description of any additional information necessary to prepare the claim and an explanation of why it is necessary; and d) provide an explanation of the review procedure, including time limits for appeals and a statement of the claimant's right to bring a civil action following an adverse benefit determination on appeal.

On any denied claim, you or your authorized representative may appeal to the Insurer for a full and fair review. You may: a) request a review upon written application within 60 days of receipt of claim denial; b) review pertinent documents free of charge; and c) submit issues, comments, and documents and records relating to the claim in writing. Our review will take into account all information submitted by you or your authorized representative relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

We will make a decision no more than 60 days after receipt of the request for review, except in special circumstances that require an extension of time for processing the claim (such as the need to hold a hearing), but in no case more than 120 days after we receive the request for review.  If the Insurer determines that an extension of time is necessary, the Insurer will notify you or your authorized representative of the extension within the initial 60-day period.  If the extension is due to you or your authorized representative's failure to submit information necessary to decide your claim, the period for making a determination upon appeal will be tolled from the date the Insurer notifies you or your authorized representative of the extension until the date you or your authorized representative responds to the request for additional information.

If the Insurer denies your claim on appeal, in whole or in part, the Insurer will provide written notification of the decision, which will include the following: a) the specific reasons for the denial; b) a reference to the specific policy provisions on which the decision is based; c) a statement that you are entitled to receive, upon request and free of charge, access to and copies of all documents and records relevant to the claim; and 4) a statement describing any available voluntary appeal procedures and of your right to bring a legal action.

### Physical Examinations and Autopsy

While a claim is pending we have the right at our expense: a) to have the person who has a loss examined by a physician when and as often as is reasonably necessary; and b) in case of death to make an autopsy, where it is not forbidden by law.

### Legal Actions

You cannot take legal action against us: a) before 60 days following the date proof of loss is sent to us; b) after 3 years (6 years for residents of South Carolina) following the date proof of loss is due (for Florida residents, after the expiration of the applicable statute of limitations following the date proof of loss is due).  You must exhaust the claims procedure process (including appeal of your claim) described above before you may bring a legal action against Us or the Policyholder.

### Naming a Beneficiary

You may name a beneficiary or change a revocably beneficiary by giving your written request to the Employer. Your request takes effect on the date you execute it, regardless of whether you are living when the Employer receives it. We will be relieved of further responsibility to the extent of any payment we made in good faith before the Employer received your request.

### Assignment

We will recognize any assignment you make under this policy, provided it is duly executed, and a copy is on file with us.  Neither we, nor the Employer assume responsibility for the validity or effect of an assignment

# Important Notices

## To Obtain Information or Make a Complaint

You may call The Hartford's toll-free telephone number for information or to make a complaint at **1-888-563-1124.** You may also write to The Hartford at: PO Box 2999, Hartford, CT 06104-2999. You may contact the Texas Department of Insurance to obtain information on companies, coverage, rights or complaints at 1-800-252-3439. You may write the Texas Department of Insurance at: PO Box 149104, Austin, TX 78714-9104, or fax (512) 475-1771.

Web: www.tdi.state.tx.us
Email: ConsumerProtection@tdi.state.tx.us

## Premium or Claim Disputes

Should you have a dispute concerning your premium or about a claim you should contact the agent or The Hartford first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

This notice is for information only and does not become a part or condition of the document.

# Aviso Importante

## Para Obtener Información o Para Someter Una Queja

Usted puede llamar al número de teléfono gratis de The Hartford para información o para someter una queja al: 1-888-563-1124. Usted también puede escribir a The Hartford: PO Box 2999, Hartford, CT 06104- 2999. Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos, o quejas al 1-800-252-3439. Puede escribir al Departamento de Seguros de Texas: PO Box 149104, Austin, TX 78714-9104. FAX # (512) 475-1771.

**Web:** http://www.tdi.state.tx.us
**Email:** ConsumerProtection@tdi.state.tx.us

## Disputas Sobre Primas o Reclamos

Si tiene una disputa concerniente a su prima o a un reclamo debe comunicarse con el agente o The Hartford primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

## State Notices

### *Texas*

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Insurance Guaranty Association ("the Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders of insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Artic21.28 D.)

Because of statutory limitations on policyholder protection, it is possible that the association may not cover your policy or may not cover your policy in full.

**Eligibility For Protection By The Association**

When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:

◆ Residents of Texas at the time that their insurance company is impaired

◆ Residents of other states, ONLY if the following conditions are met:

- The policyholder has a policy with a company based in Texas;
- The company has never held a license in the policyholder's state of residence;
- The policyholder's state of residence has a similar guaranty association; and

- The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

**Limits of Protection by the Association**

◆ Accident, Accident and Health Insurance, or Health Insurance: up to a total of $200,000 for one or more policies for each individual covered

◆ Life Insurance: net cash surrender value up to a total of $100,000 under one or more policies; or death benefits up to a total of $300,000 under one or more policies on any one life,

◆ Individual Annuities: net cash surrender amount up to a total of $100,000 under one or more policies owned by one contract holder.

◆ Group Annuities: net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contract holder; or Net cash surrender amount up to $5,000,000 in unallocated benefits under one contract holder regardless of the number of contracts.

**The insurance company and its agents are prohibited by law from using the existence of the association for the purpose of sales, solicitation, or inducement to purchase and forms of insurance.**

**When you are selecting an insurance company, you should not rely on coverage by the association.**

| | |
|---|---|
| Texas Life, Accident, Health and Hospital Service Ins. Guaranty Association 301 Congress, Suite 500 Austin, Texas 78701 800-982-6362 | Texas Department of Insurance P.O. Box 149104 Austin, Texas 7871 800-252-3439 |

# ERISA Information

You can learn additional information about the Tenet Business Travel Accident Program and the other component programs offered under the TEBP by reviewing the other sections of this online SPD. **The complete SPD includes information on participating employers in the TEBP, eligibility and enrollment, and authority to amend and terminate the TEBP.**

Here's a list of some facts you may need to know about the Tenet Business Travel Accident Program:

**EMPLOYER AND PLAN SPONSOR**

> Tenet Healthcare Corporation
> 14201 Dallas Parkway
> Dallas, TX 75254
>
> 469-893-2000

**PLAN ADMINISTRATOR**

> Tenet Benefits Administration Committee
> 14201 Dallas Parkway
> Dallas, TX 75254
>
> 469-893-2000

**CLAIMS ADMINISTRATOR**

> The Hartford
> Group Life/AD&D Claims Unit

P. O. Box 2999
Hartford, CT 06104-2999

888-563-1124

## AGENT FOR SERVICE OF LEGAL PROCESS

Tenet Healthcare Corporation
14201 Dallas Parkway
Dallas, TX 75254

469-893-2000

Legal process may also be served on the Plan Administrator.

## PLAN EFFECTIVE DATE

The Business Travel Accident Program is a component program in the TEBP, which was originally effective as of October 1, 1977. The TEBP was amended and restated effective as of January 1, 2020.

## EMPLOYER IDENTIFICATION NUMBER

95-2557091

## PLAN NUMBER

515

## PLAN YEAR

January 1 to December 31

## TYPE OF PLAN

Insured welfare benefit plan offering benefits for certain injuries sustained while traveling.

## Funding of Benefits

Benefits under the Business Travel Accident Program are fully insured by Hartford Life and Accident Insurance Company. Your employer pays the cost of your premiums for the insurance offered under the Business Travel Accident Program.

## Tax Consequences of Participation in Business Travel Accident Program

In general, benefits provided to you under the Business Travel Accident Program will not be subject to federal income tax. Please consult with your tax advisor for more information or exceptions to this rule.

## Your Rights Under ERISA

For a statement explaining your rights under the Employee Retirement Income Security Act of 1974 (ERISA), see the Other Information section of the TEBP SPD.



# *Appendix 1*
# ACA Compliance Full-Time Employee Determination Policy

## About This Appendix 1

This Appendix 1 to the Summary Plan Description (SPD) for the Tenet Employee Benefit Plan (TEBP) explains the procedure Tenet Healthcare Corporation (Tenet) and its affiliates will use to determine whether an employee is a full-time employee within the meaning of the Affordable Care Act and the regulations issued thereunder (an "ACA Full-Time Employee").  As set forth in the Eligibility and Enrollment section of this SPD, this Appendix 1 applies for purposes of determining employee eligibility for coverage under the Medical Program and the Prescription Drug Program only.  This Appendix 1 does not apply to any individual excluded from coverage under the Tenet benefit programs as set forth under "Who's Not Eligible?" in the Eligibility and Enrollment section of this SPD.

## Definitions

The definitions set forth in the SPD for the TEBP apply to this Appendix 1.  In addition, please take note of the following additional definitions used for purposes of this Appendix 1:

### *ACA Compliant Coverage*

Affordable Coverage that provides Minimum Value.

### *ACA Full-Time Employee*

An Employee that is determined, in accordance with this Appendix 1 and applicable IRS rules and regulations implementing the Affordable Care Act, to work at least thirty (30) hours per week for the Employer.

### *Administrative Period*

The period beginning on the date immediately following a Standard Measurement Period or Initial Measurement Period, as applicable, and extending until the last day of the second calendar month beginning on or after the end of such measurement period.  During this Administrative Period, an Employee may elect to enroll in the Medical Benefit Program (and the associated Prescription Drug Benefit Program), if eligible.  With respect to any new Variable Employee, Seasonal Employee, or Part-Time Employee, the Administrative Period plus the Initial Measurement Period combined will not extend beyond the last day of the first calendar month beginning on or after the one-year anniversary of such Employee's start date.

### *Affordable Coverage*

With respect to a particular Employee, coverage for which such Employee's share of annual group health coverage premiums for self-only coverage does not exceed 9.5 percent of the Employee's household income for the taxable year.  In accordance with Internal Revenue Service ("**IRS**") guidance,

the Employer may use one of the following safe harbors to approximate the amount of an Employee's household income

◆ The annual wages paid to the Employee by the Employer, as reported in Box 1 of Form W-2,

◆ The Employee's rate of pay, if applicable requirements are met, or,

◆ The Federal poverty line for a single individual for the applicable calendar year.

In addition, the Employer may rely on other safe harbors or IRS guidance that may be provided in the future regarding affordability of coverage.

### Initial Measurement Period

The 11-month period beginning on a Variable, Seasonal, or Part-Time Employee's date of hire.

### Initial Stability Period

The 12-month period beginning immediately after the Administrative Period following the Initial Measurement Period; provided, however, that the Initial Stability Period will not exceed the remainder of the first entire standard measurement period (plus any associated administrative period) for which a Variable Employee, Seasonal Employee, or Part-Time Employee has been employed.

### Minimum Value

A coverage standard in which a medical benefit program pays at least 60% of the benefits provided under such program.

### Ongoing Employee

A Variable, Seasonal, or Part-Time Employee who has been employed for at least one Standard Measurement Period.

### Part-Time Employee

An Employee who is reasonably expected at the Employee's date of hire **not** to be an ACA Full-Time Employee (or a Variable Employee or Seasonal Employee) or an Employee who is classified by the Employer as a "part-time 2" employee.

### Seasonal Employee

An Employee hired for a position for which the customary annual employment period is six months or less, and which starts in approximately the same part of the year.

### Standard Measurement Period or SMP

Each 12-month period beginning on October 15 and ending the following October 14 used to determine if an Ongoing Employee is eligible to participate in the Medical Benefit Program and the Prescription Drug Benefit Program; provided, however, that the first Standard Measurement Period began January 1, 2014 and ended October 14, 2014. At the discretion of the Plan Administrator, the Employer may elect to shorten the SMP as prescribed under the Affordable Care Act and related IRS guidance.

### Stability Period

Each 12-month period beginning immediately after an Administrative Period.

## Variable Employee

An Employee who, upon being newly hired to provide services to the Employer, cannot be determined to be reasonably expected to work on average at least 30 hours per week.

**Procedure**

## Full-Time Employees

Ongoing Employees who are ACA Full-Time Employees will be offered ACA Compliant Coverage.  With respect to new Employees who are reasonably expected to be ACA Full-Time Employees as of the date of hire, the Employer will also offer ACA-Compliance Coverage to such Employees.  (Note: The Employer may also make offers of coverage to additional employees as specified in the SPD.  For example, employees classified as "full-time" or "part-time 1" by the Employer will be eligible for coverage under the Medical Benefit Program and the Prescription Drug Benefit Program as set forth in the SPD.)  In the event that the status of any ACA Full-Time Employee (or any employee who has received an offer of coverage due to being classified by the Employer as a "full-time" or "part-time 1" employee) changes to Variable Employee, Seasonal Employee, or Part-Time Employee (including a reclassification as a part-time 2 employee), the Employer will continue his or coverage eligibility status at the time of the change in employment status (i.e., eligible or non-eligible) through the end of the Plan Year.  The Employee's hours will then be measured during the applicable Initial Measurement Period or SMP, depending on the length of the Employee's employment at the time of his change in hours, for subsequent eligibility for coverage.  If the Employee becomes ineligible for ACA Compliant Coverage resulting from averaging less than 30 hours a week during the applicable Measurement Period, he or she will be offered the opportunity to elect to continue his coverage pursuant to COBRA.

## Variable Employees, Seasonal Employees, and Part-Time Employees

For Ongoing Employees who are Variable Employees, Seasonal Employees, or Part-Time Employees, the Employer will review the Employee's hours measured for each SMP during the Administrative Period immediately following such SMP. If the individual Employee averaged at least 30 hours per week during the applicable SMP, the Employee will be treated as a Full-time Employee and offered ACA-Compliant Coverage for the immediately following Stability Period, regardless of the Employee's number of hours of service during the next SMP, so long as the he or she remains an Employee.  However, if an Ongoing Employee's hours drop below an average of 30 hours per week during a future SMP, that Employee will not be treated as a Full-time Employee for the Stability Period immediately following such SMP.  Offers of coverage and enrollment of Employees will take place during the Administrative Period immediately following each SMP, except as provided below for new Variable, Seasonal, or Part-Time Employees.  If an Ongoing Employee who is a Variable Employee, Seasonal Employee, or Part-Time Employee is promoted to a full-time position (i.e. a position classified by the Employer as a full-time or part-time 1 position) or to a position where it is reasonably expected for the Employee to be employed on average at least 30 hours per week, he or she will be offered ACA Compliant Coverage effective as of the 31st day following the status change.

New Variable, Seasonal, or Part-Time Employees generally will not be offered the opportunity to enroll in ACA-Compliant Coverage during their Initial Measurement Period.  The Employer will measure the hours of such employees during their Initial Measurement Period, applying similar rules to those described for Ongoing Employees above, in order to determine whether the Employees will be treated as ACA Full-Time Employees on a going forward basis.  If a Variable, Seasonal, or Part-Time Employee meets the standards for an ACA Full-Time Employee (i.e., averages at least 30 hours per week) during the Initial Measurement Period, such Employee will be treated as an ACA Full-Time Employee and offered ACA-Compliant Coverage for the duration of the Stability Period coinciding with or immediately following the end of the Initial Measurement Period, as long as he or she remains an Employee.  In addition, if a Variable, Seasonal, or Part-Time Employee meets the standards for an ACA Full-Time

Employee during the SMP that would apply to an Ongoing Employee, the Employee will be treated as an ACA Full-Time Employee and offered ACA-Compliant Coverage for the Stability Period following that SMP, as long as he or she remains an Employee.  If a Variable, Seasonal, or Part-Time Employee does not meet the standards for an ACA Full-Time Employee during the Initial Measurement Period, then such employee will not be treated as an ACA Full-Time Employee for the Initial Stability Period.  Offers of coverage and enrollment of eligible Employees will take place during the Administrative Period immediately following the applicable Initial Measurement Period.  After the Initial Measurement Period, Variable, Seasonal, and Part-Time Employees described in this paragraph will be treated as Ongoing Employees, for purposes of determining their potential Full-time status.

If a newly hired Variable, Seasonal, or Full-Time Employee's position changes to that of a full-time Employee (i.e., a position classified by the Employer as full-time or part-time 1) or to a position where it is reasonably expected for the Employee to be employed on average at least 30 hours per week, such Employee will be offered ACA-Compliant Coverage effective as of 31st day following the status change.

Responsibility for the review and revision of this Appendix 1 has been assigned to the Plan Administrator. This Appendix 1 will be reviewed and evaluated periodically from its effective date.  To the extent that new IRS regulations or other guidance under the Affordable Care Act would require modification of any of the procedures described above, this Appendix 1 will be deemed to have been automatically amended to permit compliance with such regulations or guidance.